# EXHIBIT C

# Barry M. Cheek, PE, MBA

## Engineering Project Manager

*Extensive success leading engineering design teams in HVAC and process system design and testing for commercial, industrial, and nuclear projects*

Innovative, results-oriented professional engineer with extensive engineering experience, credited with expertise in the nuclear energy industry. Analytic professional skilled at the conceptualization, design, and implementation of mechanical systems and processes, recognized for implementing productivity improvements. Collaborative communicator focused on building top-performing teams and promoting multidisciplinary cooperation to drive positive change and achieve project goals.

<u>Highlights of Expertise</u>

- Program/Project Management
- Team Building & Leadership
- Agile Scrum Methodologies
- Employee Training & Development
- Budget Administration
- Resource Allocation
- Continuous Improvement
- Data & Trend Analysis
- Vendor Selection & Management
- Cost Estimates/Bid Packages
- Safety & Regulatory Compliance
- Stakeholder Communication

## Professional Experience

BC ENGINEERING SERVICES, LLC, Columbia, SC
**Lead HVAC Engineer** (2019 – Present)

*Provided all technical basis documents necessary to design and construct a first-of-kind modular HVAC System for a 3-level 50,000 + sq. ft. process facility supporting the microchip manufacturing process.*

Ensured technical merit and quality of engineered systems from conceptual development and design through to installation and inspection. Design work included airflow calculations; block load analyses using Trace 700 software; process flow diagrams (PFDs) & piping and instrumentation diagrams (P&IDs); vendor submittal approvals, and revisions; markup and coordination of ductwork layout drawings/3D models. Coordinated with multidisciplinary teams and external designers, fabricators, and suppliers while ensuring compliance with company procedures, specifications and standard installation details (SIDs).

- Achieved timely and within budget delivery of a $20M state of the art HVAC system from conceptual design through installation and inspection.
- Adhered to equipment requirements based on European Union (EU) standards and CE compliance. Ensured all equipment manufactured domestically either met or exceeded EU standards.

TRANE, Columbia, SC
**Program Manager** (2018)

*Spearheaded the planning and execution of a large, complex productivity program in coordination with the leaders of six distinct business units for this world leader in air conditioning systems, services, and solutions.*

Developed and implemented short-and-long term strategies to achieve corporate productivity goals of $4.1M per year. Boosted company profitability and maintained a 12-month rolling pipeline of productivity projects utilizing Scrum methodologies, prioritizing projects based on viability and risk assessments. Monitored 150 projects and analyzed monthly profit and loss statements to optimize resource allocation based on product demand and resource constraints. Developed and presented business cases and capital expenditure requests to support the procurement of new plant equipment.

- Streamlined product management and change/configuration management through use of Windchill software.
- Increased employee engagement by spearheading a company-wide competition for 300+ employees to submit ideas to enhance company efficiencies and overall productivity.

*continued…*

**Barry M. Cheek, PE, MBA**  Page 2

---

ATKINS (Formerly EnergySolutions), Columbia, SC
**Lead Engineer** (2016 – 2017)
*Following acquisition, assigned to improve and enhance the safety culture of this global engineering and project management consultancy.*

Delivered extensive continuous process improvement training to engineers and designers and developed design and failure mode analysis documents. Prepared cost estimates and bid packages for multi-million-dollar nuclear processing systems and components. Collaborated with scientists and developed patented mechanical systems for the steam reformation of nuclear waste products.

- Increased profitability by coordinating with multidisciplinary teams to identify and prevent interface and scheduling conflicts.
- Expedited the fabrication and testing processes through development of a rigorous set of streamlined equipment specifications and test instructions.

ENERGYSOLUTIONS, Columbia, SC
**Lead Project Engineer / Mechanical Lead Engineer** (2010 – 2016)
*Supervised a team of eight across three locations to execute mechanical department design and training activities for an engineering design and project management consulting firm specializing in commercial nuclear radwaste remediation.*

Coordinated and controlled project costs, schedules, and quality of engineered systems from conceptual development and design through to commissioning and deployment. Completed cost analyses, developed equipment specifications and layout drawings and piping and instrumentation diagrams (P&IDs) while ensuring compliance with company procedures. Liaised and collaborated with multidisciplinary teams and external designers, fabricators, and suppliers.

- Achieved timely and within budget delivery of a $3M nuclear concentrate dryer system to Palo Verde Nuclear Complex (APS) through effective supervision of the outsourced design.
- Coordinated and supported mechanical engineering activities for timely and within budget delivery of Advanced Liquid Processing Systems (ALPS) and High Integrity Containers totaling $100M + for radwaste remediation activities at Fukushima Daiichi Plant in Japan.
- Enhanced employee skillsets by spearheading a continuing education showcasing the latest technological advances thereby providing Continuing Education Units required by all practicing Professional Engineers.

PARSONS INFRASTRUCTURE & TECHNOLOGY, Aiken, SC
**Mechanical Engineer / Subcontractor Technical Representative (STR)** (2006 – 2009)
*Served and excelled in a dual role for the Salt Waste Processing Facility at the Savannah River Site, completing mechanical engineering activities and HVAC subcontractor technical representative duties from 30% overall project design through final design.*

Designed and developed mechanical and plumbing systems including completing block load analyses for overall heating, cooling, and humidification loads using Trace 700 software. Verified equipment selections using various software tools such as the CAPs program. Formulated and verified equipment selections and specifications based on DOE/SRS standards. Performed detailed material take-offs, verified data sheets, and initiated design change requests. Verified glovebox and ductwork layout drawings and designs through collaboration with design team and use of 3D PDS software. Trained and qualified to complete STR duties executing purchase requisitions, vendor pre-qualifications, and supplier submittal requirements to meet NQA-1, ASME AG-1, and OSHA requirements.

- Realized $85K in annual savings of reclaimed energy by performing a detailed annual cost savings analysis and designing a heat recovery exhaust system.
- Initiated the coordination of workflows for a $20M HVAC contract with subcontractor.

*continued…*

**Barry M. Cheek, PE, MBA** Page 3

## Education

Master of Business Administration with Concentration in Innovation and Entrepreneurship, GPA: 3.88 / 4.0, 2018
*Moore School of Business, University of South Carolina, Columbia, SC*

Bachelor of Science in Mechanical Engineering
*University of South Carolina, Columbia, SC*

## Certifications

Licensed Professional Engineer (2009, South Carolina)