# EXHIBIT F



# UL 2221

## Underwriters Laboratories Inc.
## Standard for Safety

Tests of Fire Resistive Grease
Duct Enclosure Assemblies



DURA_057495

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

UL Standard for Safety for Tests of Fire Resistive Grease Duct Enclosure Assemblies, UL 2221

Second Edition, Dated August 13, 2010

**Summary of Topics**

**This New Edition of UL 2221 includes editorial revisions such as reference updates, re-organization of sections, renumbering, and pagination. These revisions are considered to be non-substantive and not subject to UL's STP process.**

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical photocopying, recording, or otherwise without prior permission of UL.

UL provides this Standard "as is" without warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability or fitness for any purpose.

In no event will UL be liable for any special, incidental, consequential, indirect or similar damages, including loss of profits, lost savings, loss of data, or any other damages arising out of the use of or the inability to use this Standard, even if UL or an authorized UL representative has been advised of the possibility of such damage. In no event shall UL's liability for any damage ever exceed the price paid for this Standard, regardless of the form of the claim.

Users of the electronic versions of UL's Standards for Safety agree to defend, indemnify, and hold UL harmless from and against any loss, expense, liability, damage, claim, or judgment (including reasonable attorney's fees) resulting from any error or deviation introduced while purchaser is storing an electronic Standard on the purchaser's computer system.

The requirements in this Standard are now in effect, except for those paragraphs, sections, tables, figures, and/or other elements of the Standard having future effective dates as indicated in the note following the affected item. The prior text for requirements that have been revised and that have a future effective date are located after the Standard, and are preceded by a "SUPERSEDED REQUIREMENTS" notice.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057497

No Text on This Page

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL −
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

AUGUST 13, 2010

1

**UL 2221**

**Standard for Tests of Fire Resistive Grease Duct Enclosure Assemblies**

First Edition – September, 2001

**Second Edition**

**August 13, 2010**

Comments or proposals for revisions on any part of the Standard may be submitted to UL at any time. Proposals should be submitted via a Proposal Request in UL's On-Line Collaborative Standards Development System (CSDS) at http://csds.ul.com.

UL's Standards for Safety are copyrighted by UL. Neither a printed nor electronic copy of a Standard should be altered in any way. All of UL's Standards and all copyrights, ownerships, and rights regarding those Standards shall remain the sole and exclusive property of UL.

COPYRIGHT © 2010 UNDERWRITERS LABORATORIES INC.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057499

No Text on This Page

Document Was Downloaded By Achim Hering   For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057500

# CONTENTS

## INTRODUCTION

1 Scope .................................................................................5
2 Units of Measurement ...............................................................6
3 Undated References ................................................................6
4 Glossary .............................................................................6

## PERFORMANCE

### MATERIAL REQUIREMENTS

5 Surface Burning Characteristics .....................................................7
    5.1 Test method ...................................................................7
    5.2 Performance criteria ...........................................................7
6 Serviceability ........................................................................7
    6.1 General .......................................................................7
    6.2 Hot-surface performance ......................................................7
    6.3 Steady-state thermal transmission properties .................................8
7 Noncombustibility .................................................................8
    7.1 Test method ...................................................................8
    7.2 Performance criteria ..........................................................9

### ASSEMBLY REQUIREMENTS

8 Internal Fire Test ...................................................................9
    8.1 General .......................................................................9
    8.2 Test specimen ................................................................9
    8.3 Temperature exposure ........................................................11
    8.4 Temperature measurements ..................................................13
    8.5 Integrity .....................................................................19
    8.6 Conduct of fire test ..........................................................20
    8.7 Acceptance criteria ..........................................................21
9 External Fire Tests, General .......................................................22
    9.1 Conditioning .................................................................22
    9.2 Furnace control ..............................................................22
    9.3 Temperature measurements on test specimen ...............................26
    9.4 Protection of test assembly and test equipment ..............................26
    9.5 Integrity .....................................................................26
    9.6 Observations during and after the test ......................................27
10 External Fire Test, Fire Engulfment ...............................................27
    10.1 Sample .....................................................................27
    10.2 Duct pressure ..............................................................29
    10.3 Conduct of fire test ........................................................29
    10.4 Acceptance criteria ........................................................29
11 External Fire Test, Firestop .......................................................29
    11.1 Sample .....................................................................29
    11.2 Duct pressure ..............................................................30
    11.3 Temperature measurements on test assembly ..............................30
    11.4 Conduct of fire test ........................................................31
    11.5 Acceptance criteria ........................................................31

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

DURA_057501

12 Hose Stream Test ................................................................32
       12.1 Test method ..........................................................32
       12.2 Acceptance criteria ...................................................32
13 Assembly Rating ................................................................33
       13.1 Conditions of acceptance .............................................33
       13.2 Correction ...........................................................33

**REPORT**

14 General .......................................................................34

**APPENDIX A**

A.1 Standard Time-Temperature Curve for Control of Fire Tests ....................A1

**APPENDIX B**

B.1 Requirements for Thermocouple Pads .........................................B1

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

# INTRODUCTION

## 1 Scope

1.1  These tests are intended to determine the fire resistance of grease duct enclosure assemblies. These requirements limit the combustibility, the surface flammability, and the smoke generation potential of the coverings used to enclose the grease duct. In addition, these requirements evaluate the effectiveness of the combination of the grease duct and the enclosure as a fire rated enclosure system and through penetration firestop system, as well as the enclosure's effect on the grease duct.

1.2  The fire endurance ratings for grease duct enclosure assemblies are intended to register performance during the period of fire exposure and are not intended to be interpreted as having determined the acceptability of the grease duct assembly for use before or after fire exposure. The intent of these methods is to develop data to assist others in determining the suitability of the grease duct assembly where fire resistance is required.

1.3  These requirements are intended to evaluate the ability of grease duct enclosure assemblies specified in 1.1 to contain an internal fire or repel an external fire during predetermined test exposures. The test evaluates the grease duct assembly's resistance to fire, heat, and to a hose stream.

1.4  Requirements covering the construction and performance requirements of proprietary grease ducts are contained in the Standard for Grease Ducts, UL 1978. All ducts, both proprietary and non-proprietary, shall comply with installation requirements of the Standard for Ventilation Control and Fire Protection of Commercial Cooking Operations, NFPA 96, and the International Mechanical Code.

1.5  Under these requirements a grease duct enclosure assembly is subjected to standard internal and external fire exposures controlled to achieve specified temperatures throughout a specified time period.

1.6  During the internal fire exposure, one of two installation condition methods shall be selected to measure temperatures near or on the surface of the grease duct enclosure material away from the grease duct. One method of temperature measurement is intended for all installations except for installations within non-ventilated combustible enclosures. The second method of temperature measurement is intended for installations within non-ventilated combustible enclosures.

1.7  These exposures by themselves are not intended to be representative of all fire conditions; conditions vary with changes in the amount, nature, and distribution of fire loading, ventilation, compartment size and configuration, and heat sink characteristics of the compartment.

1.8  These requirements cover the measurement of the transmission of heat through the grease duct assembly and the passage of heat and gases hot enough to ignite cotton waste.

1.9  These requirements provide a relative measure of fire performance under these specified fire exposure conditions. Any variation from the construction or conditions that are tested, such as method of assembly and materials, is not within the scope of this test method.

1.10  The results of these tests represent one factor in assessing fire performance of grease duct assemblies. These requirements prescribe standard fire exposures for assessing the performance of grease duct assemblies. Application of these test results to predict the performance of actual building construction requires careful evaluation of test data.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Henrig  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

## 2 Units of Measurement

2.1 Values stated without parentheses are the requirement. Values in parentheses are explanatory or approximate information.

## 3 Undated References

3.1 Any undated reference to a code or standard appearing in the requirements of this standard shall be interpreted as referring to the latest edition of that code or standard.

## 4 Glossary

4.1 For the purpose of these requirements, the following definitions apply.

4.2 FIRESTOP – Materials, including the grease duct, that fill the opening where the grease duct passes through the supporting construction.

4.3 GREASE DUCT – The duct shall:

   a) Be constructed of steel not less than 0.055 inch (1.40 mm) in thickness, or

   b) Be constructed of stainless steel not less than 0.044 inch (1.12 mm) in thickness, or

   c) Comply with the requirements of the Standard for Grease Ducts, UL 1978.

The duct shall comply with requirements of nationally recognized standards and codes such as the Standard for Ventilation Control and Fire Protection of Commercial Cooking Operations, NFPA 96, and the International Mechanical Code.

4.4 GREASE DUCT ENCLOSURE MATERIALS – The insulating materials surrounding the grease duct assembly. The grease duct enclosure materials also include adhesives, encapsulating materials, facers, fasteners, and banding required to secure the insulating materials in place.

4.5 SUPPORTING CONSTRUCTION – A floor slab that seals the top of the furnace from which the grease duct assembly is suspended.

4.6 TEST ASSEMBLY – The combination of the test specimen and the supporting construction.

4.7 TEST SPECIMEN – An enclosed grease duct and, when the grease duct is suspended from the supporting construction, the firestop.

4.8 UNEXPOSED SURFACE – The surface of the test specimen exposed to ambient air.

Document Was Downloaded By Achim Hering For Use By DURASYSTEMS BARRIERS INC 47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057504

## PERFORMANCE

MATERIAL REQUIREMENTS

### 5 Surface Burning Characteristics

#### 5.1 Test method

5.1.1 The grease duct enclosure materials including adhesives, encapsulating materials, and facers shall be evaluated in accordance with the Standard for Test for Surface Burning Characteristics of Building Materials, UL 723. (The requirements contained in UL 723 are also in the Standard Method of Test of Surface Burning Characteristics of Building Materials, NFPA 255, and the Standard Test Method for Surface Burning Characteristics of Building Materials, ASTM E84).

#### 5.2 Performance criteria

5.2.1 The grease duct enclosure materials shall have a flame spread value of 25 or less.

5.2.2 The grease duct enclosure materials shall have a smoke developed value of 50 or less.

### 6 Serviceability

#### 6.1 General

6.1.1 The serviceability of the insulating material used in the grease duct enclosure is to be determined by tests conducted in accordance with the Standard Test Method for Hot-Surface Performance of High-Temperature Thermal Insulation, ASTM C411, and the Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus, ASTM C518.

#### 6.2 Hot-surface performance

6.2.1 The grease duct insulation system including adhesives, encapsulating materials, and facers shall be subjected to a service temperature in accordance with the Standard Test Method for Hot-Surface Performance of High-Temperature Thermal Insulation, ASTM C411. The service temperature shall be the temperature on the face of the grease duct enclosure material nearest the grease duct when equilibrium, as described in 8.6.1, is obtained during the internal fire test. The service temperature shall not exceed 500°F (260°C) nor shall the ASTM C411 test temperature fall below 250°F (121°C) as specified in Paragraph 604.3 of the International Mechanical Code.

6.2.2 The grease duct enclosure materials shall not flame, glow, smolder or smoke.

Document Was Downloaded By Achim Herrig  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057505

## 6.3 Steady-state thermal transmission properties

### 6.3.1 Test method

6.3.1.1 Eight samples of the insulation material used in the grease duct enclosure are required.

6.3.1.2 The thickness of the samples is to be that of a single layer of insulation material used to construct the test specimens for the internal and external fire tests.

6.3.1.3 All samples are to be conditioned for a minimum of 24 hours at 75 ±5°F (23.8 ±2.7°C) at a relative humidity of 50 ±5 percent.

6.3.1.4 Four samples are to be placed vertically in a rack with a space between each sample ranging from 3/8 inch to 3/4 inch (from 9 mm to 19 mm). The rack is to be placed in an air circulating oven preheated to 500 ±5°F (260 ±2.7°C) for a minimum 12-hour period. The oven is shut off and the samples allowed to cool at 75 ±5°F (23.8 ±2.7°C) for a minimum 12-hour period. This cycle is to be repeated 10 times. After the tenth cycle, the samples are to be removed from the oven and allowed to cool for an additional minimum 12-hour period.

### 6.3.2 Performance criteria

6.3.2.1 When tested in accordance with the Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus, ASTM C518, the average change in thermal conductivity of the four samples placed in the oven shall not be greater than 10 percent of the average thermal conductivity of the four samples not placed in the oven. The oven shall be maintained at a temperature equal to the temperature on the face of the grease duct enclosure materials nearest the grease duct when equilibrium, as described in 8.6.1, is obtained during the internal fire test. The oven temperature shall not be greater than 500°F (260°C).

## 7 Noncombustibility

## 7.1 Test method

7.1.1 Insulation materials without surface adhesives, encapsulating materials, and facers shall be evaluated in accordance with the Standard Test Method for Behavior of Materials in a Vertical Tube Furnace at 750°C, ASTM E136.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## 7.2 Performance criteria

7.2.1 The insulation materials shall meet the requirements of ASTM E136 for noncombustibility.

ASSEMBLY REQUIREMENTS

## 8 Internal Fire Test

### 8.1 General

8.1.1 One of two installation conditions is simulated during the internal fire test. Condition A represents all installation conditions except for installations within non-ventilated combustible enclosures which are represented by Condition B.

8.1.2 The test specimen is to be tested within an area having ventilation capable of maintaining the buildup of carbon monoxide to less than 50 parts per million throughout the period of any test. The area is to be free of extraneous drafts. The temperature of the test specimen is to be between 50 and 90°F (10 and 32°C) at the beginning of the tests. The room is to be constructed so that during any one test the room temperature does not increase by more than 40°F (23°C) above the room temperature recorded at the beginning of the test.

8.1.3 The room temperatures are to be determined by a shielded thermocouple located centrally within a vertically oriented 6-inch (152 mm) length of aluminum painted 2-inch diameter (50.8 mm) steel pipe open at both ends. The shielded thermocouple is to be located 24 ±2 inches (610 ±51 mm) from the vertical unexposed surface nearest the thermocouple grid used to measure the internal duct temperature. The elevation of the thermocouple is to be within 1 inch (25 mm) of the centerline of the horizontal portion of the test sample.

### 8.2 Test specimen

8.2.1 The test specimen is to consist of a grease duct constructed of steel, not less than 0.055-inch (1.40-mm) thick, or stainless steel, not less than 0.044-inch (1.12-mm) thick, with liquid tight welded or brazed joints or seams and the bracing and supports in accordance with the specifications of the International Mechanical Code, NFPA 96, or comply with the requirements of the Standard for Grease Ducts, UL 1978. The grease duct is to be representative of the largest cross-sectional area and maximum width-to-height ratio to be used.

8.2.2 The horizontal section of the grease duct is to be 9 ±1 feet (2.74 ±0.3m) long and the vertical section 4.5 ±0.5 feet (1.37 ±0.15 m) in length. The horizontal section of the grease duct is to include supports at maximum spacing, at least one access opening, and at least two joints, as shown in Figure 8.1. The weight of the grease duct on the supports is to represent the maximum load to be applied on the grease duct enclosure materials. The grease duct is to include all fittings for which special methods of insulation are required.

Document Was Downloaded By Achim Herring  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL



**Figure 8.1**
**Grease duct assembly**

PLAN VIEW

SIDE VIEW

S4046C

Document Was Downloaded By Achim Henng  For Use By DURASYSTEMS BARRIERS INC  47411 - 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

8.2.3  The test specimen is to be representative of the complete duct assembly, including insulation. Insulation systems are to be installed in accordance with the manufacturer's installation instructions.

8.2.4  Prior to the test, the test specimen is to be representative of the condition that does exist in similar construction in buildings. The condition is to be established by storage in air having 50 percent relative humidity at 73°F (23°C). When conditioning to this level is not possible, the test is to be conducted when the dampest portion of the test specimen has achieved an equilibrium moisture content corresponding to drying in air having 50 to 75 percent relative humidity at 73 ±5°F (23 ±3°C).

Exception:  These requirements are not required when:

a) An equilibrium condition is not achieved within a 12-month conditioning period, or

b) The construction is such that drying of the interior of the test specimen is prevented by hermetic sealing of the construction materials.

## 8.3 Temperature exposure

8.3.1  A gas fired premix burner assembly is to be used to supply flue gases to the test specimen.

8.3.2  The burner assembly is to be placed at the inlet of an insulated combustion chamber assembly, as illustrated in Figure 8.2.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**Figure 8.2**
**Insulated combustion chamber assembly**



Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057510

8.3.3 The minimum total length of the insulated combustion chamber is to be 150 inches (3810 mm).

8.3.4 Combustion is to be complete within the combustion chamber assembly. The insulated combustion chamber assembly is to be connected to the grease duct by means of bolted or clamped flanges. The flanges are to be welded to the combustion chamber and to the grease duct. A flow restrictor, at the outlet of the grease duct, is to be used to adjust the flow rate of the flue gases to assist in obtaining the required temperatures within the grease duct.

## 8.4 Temperature measurements

8.4.1 Flue gas temperatures are to be determined by a thermocouple grid as illustrated in Figure 8.3. The thermocouples are to be located within the grease duct as illustrated in Figure 8.4. The thermocouples are to be No. 18 gauge, Type K or Type S inconel sheathed thermocouples with tips projecting 1/2 ±1/16 inch (25.4 ±1.5 mm) from the inner ends of the support tubes or an ungrounded thermocouple with a 1.0-mm outside diameter sheath having maximum No. 24 gauge, Type K lead wires.

**Figure 8.3**
**Thermocouple locations flue gas temperatures**



S4048D

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

**Figure 8.4**
**Thermocouple locations flue gas temperatures**



A=D/4, B=W/4

Note:  "A" or "B" shall not be greater than 12 inches.

S4049C

Four thermocouples located inside the grease duct to measure flue gas temperature at mid-length of grease duct assembly (see Figure 8.3).

8.4.2  Temperatures on the unexposed surfaces and temperatures within the non-ventilated combustible enclosure for Condition B are to be measured with Type K (chromel-alumel) thermocouples of 24 AWG (0.21 mm) wire. The wires are to be electrically insulated with heat- and moisture-resistant coverings capable of withstanding a minimum single point temperature of 600°F (315°C). The thermocouples not within the non-ventilated combustible enclosure are to be placed under flexible, dry, felted pads. The properties of these pads are to comply with the requirements specified in Requirements for Thermocouple Pads, Appendix B.

8.4.3  The wire leads of the thermocouple are to have an immersion under the pad and be in contact with the unexposed surface for not less than 3 inches (76 mm). The hot junction of the thermocouple is to be placed under the center of the pad. The pad is to be held firmly against the surface and is to fit closely about the thermocouple.

8.4.4  The thermocouples within the non-ventilated combustible enclosure are to be attached to the wood surfaces having a surface of the thermocouple adjacent to the grease duct enclosure material so as to have 1/2 inch (12.7 mm) of wire exposed. The thermocouple is to be secured to the wood surfaces by staples placed over the insulated portion of the wires. The thermocouple insulation and tip are to be depressed for a length of 1/2 inch (12.7 mm) into the wood so as to be flush with the wood surface at the point of measurement. The thermocouple is to be held in thermal contact with the surface at the point of measurement by the use of 1-inch (25.4-mm) wide high-temperature paper masking tape painted flat black after installation. See Figure 8.5.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Henrig  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

**Figure 8.5**
**Thermocouple installation methods on wood surfaces**



S2256

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

8.4.5 Roving thermocouples are to be as shown in Figure 8.6. The measuring junction of the thermocouple is to consist of 1-mm diameter Type K thermocouple wire soldered or welded to a 12-mm diameter, 0.5-mm thick copper disc. The thermocouple assembly is to be provided with a handle so it can be applied over any point on the unexposed surface of the test specimen. The roving thermocouple is to be applied until temperature equilibrium is reached but is to be removed if a temperature of 300°F (149°C) is not recorded within 20 seconds.

**Figure 8.6**
**Roving thermocouple assembly**



S4228

Dimensions in millimeters.

Key:

1) Heat-resistant steel support tube of 13-mm diameter

2) Twin-bore ceramic insulator of 8.0-mm diameter

3) Thermocouple wire of 1.0-mm diameter

4) Copper disc of 12-mm diameter and 0.5-mm thickness

8.4.6 For Condition A, temperature readings are to be taken at no less than fifteen points on the unexposed surface. Eight of these are to be symmetrically disposed, near the center of each side of the specimen, on the minimum thickness of protection material, on the horizontal and vertical elements of the protected duct, as shown in Figure 8.7. Two are to be placed around the edges of the cleanout access covers and two are to be placed on the assembly support system adjacent to the insulation surrounding the grease duct. The other thermocouples are to be located at the discretion of the testing body where it is anticipated maximum temperatures will occur to obtain representative information on the performance of the test specimen. These locations are to include vertical and horizontal joints in the grease duct enclosure materials.

8.4.7 For Condition B, a plywood enclosure as described in Figure 8.8 shall be provided.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Herring  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

**Figure 8.7**
**Unexposed surface thermocouple locations**



Document Was Downloaded By Achim Henng For Use By DURASYSTEMS BARRIERS INC 47411 : 9/21/2011 - 12:18 PM

S4050C

NOTE: For Condition B, thermocouple numbers 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15 is to be secured to wood surface. See Figure 8.5.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**Figure 8.8**
**Installation within non-ventilated combustible enclosures**



S4048C



S4292A

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

8.4.8  For Condition B, temperature readings are to be at no less than fourteen points within the enclosure as shown in Figure 8.7. Within the enclosure, the thermocouples are to be located at a distance equal to the clearance between the grease duct enclosure material and the combustibles. Two of the thermocouples are to be placed around the edges of the cleanout access covers and two are to be placed on the assembly support system adjacent to the insulation surrounding the grease duct. The other thermocouples are to be located at the discretion of the testing body where it is anticipated maximum temperatures will occur to obtain representative information on the performance of the test specimen. These locations are to include vertical and horizontal joints in the grease duct and in the grease duct enclosure materials.

8.4.9  Temperatures on the surface of the grease duct enclosure material nearest the grease duct are to be measured with 24 AWG, Type K thermocouples. The thermocouples are to be positioned beneath locations 4, 5, 6, and 7 as shown in Figure 8.7.

## 8.5  Integrity

8.5.1  The integrity of the test specimen is to be checked for passage of flame and hot gases using a cotton waste pad in a wire frame provided with a handle.

8.5.2  The nominal 4- by 4- by 3/4-inch (100- by 100- by 19-mm) cotton waste pads are to consist of new, undyed, and soft cotton fibers, without any admixture of artificial fibers, and each pad is to weigh 3 to 4 grams. The pads are to be conditioned prior to use by drying in an oven at 212 ±9°F (100 ±5°C) for at least 30 minutes. After drying, the pads are to be stored in a desiccator for up to 24 hours.

8.5.3  The frame used to hold the cotton waste pad is to be formed of 16 AWG (1.31 mm) steel wire and is to be provided with a handle long enough to reach all points of the test assembly.

8.5.4  The cotton waste pad is to be held directly over an observed crack or hole in the test specimen, 1 ±1/4 inches (25.4 ±6 mm) from the breached surface, for a period of 30 seconds. Small adjustments in the position of the cotton waste pad are not prohibited from being made when required to achieve the maximum effect from the hot gases.

8.5.5  When no ignition (defined as glowing or flaming) of the cotton waste pad occurs during the 30-second application, "screening tests" involving short duration applications of the cotton waste pad to areas of potential failure and/or the movement of a single pad over and around such areas are to be made. Charring of the pad provides an indication of imminent failure, and a previously unused cotton waste pad is to be employed in a prescribed manner for an integrity failure to be confirmed.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

## 8.6 Conduct of fire test

8.6.1  The test is to be started with the grease duct and the test structure at room temperature. The gas fired premix burner is to be regulated to produce a minimum flue gas temperature of 430°F (239°C) above room temperature within 15 minutes, as determined by the thermocouple grid. The flow restrictor is to be adjusted so that the heat input is to be a minimum of 925 Btu/hr per square inch of the cross-sectional area of the grease duct. The test is to be continued until equilibrium temperatures are attained on the unexposed surfaces of the test specimen and, for Condition B, equilibrium temperatures are also attained within the non-ventilated enclosure. Equilibrium is determined when, after a minimum 4-hour exposure, two or more consecutive readings at 5-minute intervals show a temperature rise of no greater than 2°F (1.1°C).

8.6.2  Temperature data is to be recorded at maximum 5-minute intervals until temperature equilibrium is recorded on the unexposed surface. After equilibrium, the temperatures shall be recorded at intervals not exceeding 30 seconds.

8.6.3  After equilibrium temperatures are attained, the temperature of the flue gases entering the grease duct is to be increased to produce a minimum average flue gas temperature of 1930°F (1073°C) above initial room temperature within 15 minutes, as determined by the thermocouple grid. The flow restrictor is to be adjusted so that the heat input is to be a minimum of 4025 Btu/hr per square inch of the cross-sectional area of the grease duct. The minimum average flue gas temperature is to remain 1930°F (1073°C) above initial room temperature for a time period of 30 minutes. After the 30 minutes, the burner assembly is to be turned off.

8.6.4  For rectangular ducts, the cross-sectional area is to be modified when determining the minimum heat input specified in 8.6.1 and 8.6.3. For rectangular ducts, an equivalent diameter ($D_E$) is to be determined and the cross-sectional area (in square inches) would equal $3.14(D_E/2)^2$, where

$$D_E = 1.30(ab)^{0.625} / (a + b)^{0.25}$$

in which:

   $a$ = length of one side of the duct

   $b$ = length of adjacent side of the duct

8.6.5  After the burner is shut off, the temperatures are to be monitored at 5-minute intervals until a decrease in temperatures of the entire assembly is recorded.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By: Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

DURA_057518

## 8.7  Acceptance criteria

8.7.1  For Condition A, the test specimen shall comply with the following:

a)  At or before the equilibrium temperature is reached, any temperature measured on the unexposed surface of the test specimen shall not exceed 115°F (64°C) above the initial starting temperature during exposure in accordance with 8.6.1.

b)  At no time during the exposure to the flue gases shall the average temperature on the unexposed surface of the test specimen, as determined by thermocouple numbers 4, 5, 6, and 7, exceed 250°F (139°C) above the initial starting temperature, or any individual temperature exceed 325°F (181°C) above the initial starting temperature.

c)  During the exposure to the flue gases at either test temperature and during the subsequent cool down period, cotton waste on the unexposed surface shall not ignite.

d)  After the cool down period, the cross-sectional area of the grease duct shall not be reduced by more than 25% and there shall be any openings in the grease duct.

8.7.2  For Condition B, the test specimen shall comply with the following:

a)  At or before the equilibrium temperature is reached during exposure in accordance with 8.6.1, any temperature measured on the non-ventilated combustible enclosure shall not exceed 90°F (50°C) above the initial starting temperature.

b)  At no time during the exposure to the flue gases and subsequent cool down period shall the average temperature on the non-ventilated combustible enclosure, as determined by thermocouple numbers 4, 5, 6, and 7, exceed 250°F (139°C) above the initial starting temperature, or any individual temperature exceed 325°F (181°C) above the initial starting temperature.

c)  During the exposure to the flue gases at either test temperature and during the subsequent cool down period, cotton waste on the unexposed surface shall not ignite.

d)  After the cool down period, the cross-sectional area of the grease duct shall not be reduced by more than 25% and there shall not be any openings in the grease duct.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057519

## 9 External Fire Tests, General

### 9.1 Conditioning

9.1.1 Prior to fire testing, the test assembly is to be representative of the condition that does exist in similar construction in buildings. The supporting construction is permitted to be conditioned independently of the test specimen. The condition is to be established by storage in air having 50 percent relative humidity at 73°F (23°C). When conditioning to this level is not possible, the test is to be conducted when the dampest portion of the test assembly has achieved an equilibrium moisture content corresponding to drying in air having 50 to 75 percent relative humidity at 73 ±5°F (23 ±3°C).

*Exception:   These requirements are not required when:*

> *a) An equilibrium condition is not achieved within a 12-month conditioning period, or*

> *b) The construction is such that drying of the interior of the test assembly is prevented by hermetic sealing of the construction materials.*

*In these cases, the conditioning is required to be continued only until the supporting construction has developed strength to retain the test specimen securely in position.*

9.1.2 The relative humidity within hardened concrete shall be determined with a method that uses an electric sensing element.

### 9.2 Furnace control

9.2.1 The construction details of the test furnace are to include fuel burners, gas exhaust, observation ports, and devices for monitoring and controlling the furnace conditions. The furnace is to be equipped with an adequate number of burners arranged in such a way as to provide uniform fire exposure of the test specimen.

9.2.2 The temperature in the test furnace shall follow the standard time-temperature curve shown in Figure 9.1. The points on the curve that determine its character are:

> 50 to 90°F (10 to 32°C) at 0 minutes
>
> 1000°F (538°C) at 5 minutes
>
> 1300°F (704°C) at 10 minutes
>
> 1550°F (843°C) at 30 minutes
>
> 1700°F (927°C) at 1 hour
>
> 1850°F (1010°C) at 2 hours
>
> 2000°F (1093°C) at 4 hours
>
> 2300°F (1260°C) at 8 hours

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Herring  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM



Figure 9.1
Time-temperature curve

S2344

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Henrig  For Use By DURASYSTEMS BARRIERS INC  47411 ; 9/21/2011 - 12:18 PM

9.2.3 For a more precise definition of the temperature rise curve, see the Standard Time-Temperature Curve for Control of Fire Tests, Appendix A.

9.2.4 The measured temperature to be compared with the standard time-temperature curve (Figure 9.1) is to be the average temperature obtained from the readings of thermocouples symmetrically disposed and distributed to indicate the temperature near all parts of the test specimen.

9.2.5 At least three thermocouples are to be used with no fewer than five thermocouples per 100 square feet (9.3 m²) of floor area. The junctions of the thermocouples are to be placed 12 inches (305 mm) from the exposed surface of the supporting construction.

9.2.6 Each furnace thermocouple is to be enclosed in a sealed protection tube. The exposed combined length of protection tube and thermocouple in the furnace chamber is to be not less than 12 inches (305 mm).

9.2.7 The time constant of the protected thermocouple assembly is to be within the range of 5.0 to 7.2 minutes. A typical thermocouple assembly complying with this constant requirement is capable of being fabricated by fusion-welding the twisted ends of 18 AWG (0.82 mm) chromel-alumel wires, mounting the leads in porcelain insulators, and inserting the assembly into a standard weight 1/2-inch [0.84-inch (21.3-mm) outside diameter] black wrought iron, black wrought steel or Inconel pipe, and sealing the end of the pipe that is inside the furnace. The thermocouple junction is to be inside the pipe, 1/2 inch (12.7 mm) from the sealed end.

9.2.8 The temperatures are to be read at intervals not exceeding 5 minutes throughout the fire test.

9.2.9 The temperature of the furnace is to be controlled so that the area under the measured time-temperature curve (Figure 9.1), obtained by averaging the results from the thermocouple readings, is within:

> a) 10 percent of the corresponding area under the standard time-temperature curve for fire tests of 1 hour or less duration,
>
> b) 7.5 percent of the corresponding area under the standard time-temperature curve for fire tests longer than 1 hour and not longer than 2 hours, and
>
> c) 5 percent of the corresponding area under the standard time-temperature curve for fire tests exceeding 2 hours in duration.

9.2.10 The differential pressure between the laboratory ambient air and the interior of the furnace is to be calculated based on measurements taken near the vertical centerline of two opposing furnace walls as appropriate, and based on the linear pressure gradient of the furnace. The linear pressure gradient of the furnace is to be determined by the difference in measured pressure of at least two pressure sensors separated by a vertical distance in the furnace. The pressure sensors are to be located where they are not subjected to direct impingement of convection currents. Tubing connected to each pressure sensor is to be horizontal both in the furnace and at its egress through the furnace wall such that the pressure is relative to the same elevation from the inside to the outside of the furnace.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 - 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

9.2.11  The pressure sensors are to be either of the "T" type or the "tube" type as illustrated in Figure 9.2 and are to be manufactured from stainless steel or other material capable of being used.



**Figure 9.2**
**Pressure sensors**

9.2.12  The differential pressure is to be measured by means of a manometer or equivalent transducer capable of reading pressure in increments of 0.01 inch $H_2O$ (2.5 Pa) with a measurement precision of 0.005 inch $H_2O$ (1.25 Pa). The differential pressure measuring instrument is to be located to minimize "stack" effects resulting from vertical runs of pressure tubing between the furnace probe and instrument locations.

9.2.13  The differential pressures are to be read at intervals not exceeding 2-1/2 minutes throughout the fire test.

9.2.14  The average furnace pressure 12 inches (305 mm) below the surface of the supporting construction exposed to the fire shall not fall below a minimum of 0.01 inch $H_2O$ (2.5 Pa) above atmospheric pressure after the initial 10 minutes of fire exposure. The furnace pressure shall not fall below a minimum of 0.01 inch $H_2O$ (2.5 Pa) for any period longer than 5 minutes after the initial 10 minutes of fire exposure. The neutral pressure plane is to be below the test specimen.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

### 9.3 Temperature measurements on test specimen

9.3.1 Temperatures on the unexposed surfaces are to be measured with Type K (chromel-alumel) thermocouples of 24 AWG (0.21 mm) wire. The wires are to be electrically insulated with heat- and moisture-resistant coverings capable of withstanding a minimum single point temperature of 600°F (315°C). The thermocouples are to be placed under flexible, dry, felted pads. The properties of these pads are to comply with the requirements specified in Requirements for Thermocouple Pads, Appendix B.

9.3.2 Roving thermocouples are to be as shown in Figure 8.6. The measuring junction of the thermocouple is to consist of 1.0-mm diameter Type K thermocouple wire soldered or welded to a 12-mm diameter, 0.5-mm thick copper disc. The thermocouple assembly is to be provided with a handle so it can be applied over any point on the unexposed surface of the test specimen.

9.3.3 Temperature readings are to be taken at intervals not exceeding 5 minutes throughout the fire test.

### 9.4 Protection of test assembly and test equipment

9.4.1 The test equipment and the test assembly are to be protected from any condition of wind or weather that influences the test results. The test assembly at the beginning of the test is to be within the range of 50 to 90°F (10 to 32°C).

### 9.5 Integrity

9.5.1 The integrity of the test specimen is to be checked on the unexposed surface for the passage of flame and hot gases using a cotton waste pad in a wire frame provided with a handle.

9.5.2 The nominal 4- by 4- by 3/4-inch (100- by 100- by 19-mm) cotton waste pads are to consist of new, undyed, and soft cotton fibers, without any admixture of artificial fibers, and each pad is to weigh 3 to 4 grams. The pads are to be conditioned prior to use by drying in an oven at 212 ±9°F (100 ±5°C) for at least 30 minutes. After drying, the pads are to be stored in a desiccator for up to 24 hours.

9.5.3 The frame used to hold the cotton waste pad is to be formed of 16 AWG (1.31 mm) steel wire and is to be provided with a handle long enough to reach all points of the test assembly.

9.5.4 The cotton waste pad is to be held directly over an observed crack or hole in the test specimen, 1 ±1/4 inch (25.4 ±6 mm) from the breached surface, for a period of 30 seconds. Small adjustments in the position of the cotton waste pad are not prohibited from being made when required to achieve the maximum effect from the hot gases.

9.5.5 When no ignition (defined as glowing or flaming) of the cotton waste pad occurs during the 30-second application, "screening tests" involving short duration applications of the cotton waste pad to areas of potential failure and/or the movement of a single pad over and around such areas are to be made. Charring of the pad provides an indication of imminent failure, and a previously unused cotton waste pad is to be employed in the prescribed manner for an integrity failure to be confirmed.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering For Use By DURASYSTEMS BARRIERS INC 47411 : 9/21/2011 - 12:18 PM

## 9.6 Observations during and after the test

9.6.1 Observations of the exposed and unexposed surfaces of the test assembly are to be made throughout the fire test. All significant observations, such as deformation, spalling, cracking, burning of the test assembly, and production of smoke, are to be recorded at maximum 15-minute time intervals.

## 10 External Fire Test, Fire Engulfment

### 10.1 Sample

10.1.1 The grease duct assembly is to be a minimum of 10 feet (3.05 m) long including an elbow and all required supports in accordance with the requirements of the International Mechanical Code, or comply with the requirements of the Standard for Grease Ducts, UL 1978. The grease duct assembly is to include at least two joints inside the furnace and at least one joint outside the furnace. The grease duct assembly is to be capped at the end inside the furnace and the end outside the furnace is to be connected to a fan assembly.

10.1.2 The grease duct is to be representative of the largest cross-sectional area and the maximum width-to-height ratio. Insulation systems are to be installed in accordance with the manufacturer's installation instructions. Supports are to be stressed to represent the maximum load anticipated based upon the manufacturer's installation instructions and provisions in the International Mechanical Code.

10.1.3 The grease duct assembly is to be as shown in Figure 10.1 or 10.2.

**Figure 10.1**
**Location of test assembly in furnace**



UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

**Figure 10.2**
**Location of test assembly in furnace**





UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Henrig  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

10.1.4  There is to be a clearance of 20 ±2 inches (508 ±50 mm) between the top of the test specimen and the supporting construction. There is to be a minimum clearance of 20 inches (508 mm) between the bottom of the test specimen and the floor of the furnace and a minimum clearance of 20 inches (508 mm) between the sides of the test specimen and the furnace walls and between adjacent test specimens.

## 10.2  Duct pressure

10.2.1  Prior to the start of the fire test, the pressure inside the grease duct assembly is to be 1.2 ±0.04 inch $H_2O$ (300 ±10 Pa) below the ambient (laboratory) pressure. The fan setting required to obtain this pressure is not to be altered during the fire test.

## 10.3  Conduct of fire test

10.3.1  The fire test is to be conducted in accordance with External Fire Tests, General, Section 9, for a time period at least equal to the rating period.

10.3.2  The fan is to be stopped for a 5-minute period 10 minutes before the completion of every 30-minute period of the test.

## 10.4  Acceptance criteria

10.4.1  Stability failure shall be deemed to have occurred when the duct collapses at any place in excess of 25% of the cross-sectional area of that place, an opening develops in the grease duct, or the grease duct falls from the supporting construction.

10.4.2  Integrity failure shall be deemed to have occurred when conditions on the unexposed surface results in the ignition of the cotton waste or when flames are observed emitting from the unexposed surface.

## 11  External Fire Test, Firestop

## 11.1  Sample

11.1.1  The test sample shall comply with the requirements of Figure 10.1 or 11.1.2, 11.1.3, 11.1.4, and 11.1.5. The firestop test is to be conducted either at the same time as the fire engulfment test, by test in accordance with 11.1.2 through 11.1.5, or by test in accordance with the Standard for Fire Tests of Through-Penetration Firestops, UL 1479 (Standard Test Method for Fire Tests of Through-Penetration Firestops, ASTM E814).

11.1.2  The grease duct is to be representative of the largest cross-sectional area and the maximum width-to-height ratio to be used. Insulation systems are to be installed in accordance with the manufacturer's installation instructions.

11.1.3  The grease duct is to extend 12 ±1 inches (300 ±25 mm) from the exposed side of the supporting construction and 36 ±1 inches (910 ±25 mm) from the unexposed side of the supporting construction. The extended portions of the grease duct assembly on the unexposed side are to be supported by methods intended to be employed in the field installation.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering For Use By DURASYSTEMS BARRIERS INC 47411 : 9/21/2011 - 12:18 PM

11.1.4  The end of the grease duct in the furnace chamber is to be sealed and covered with the grease duct enclosure materials. The end of the grease duct outside of the furnace chamber is to be connected to a fan assembly.

11.1.5  The periphery of the test specimen is to be not closer than 1-1/2 times the thickness of the supporting construction or a minimum of 12 inches (300 mm) to the furnace edge, whichever is greater. The distance between the test specimen periphery and the furnace edge is capable of being reduced when it is demonstrated that the edge effects do not affect the tests results.

**11.2  Duct pressure**

11.2.1  Prior to the start of the fire test, the pressure inside the grease duct assembly is to be 1.2 ±0.04 inch $H_2O$ (300 ±10 Pa) below the ambient (laboratory) pressure. The fan setting required to obtain this pressure is not to be altered during the fire test.

**11.3  Temperature measurements on test assembly**

11.3.1  The temperatures on the unexposed surface of the test assembly shall be measured with thermocouples located as shown in Figure 11.1.

   a) At points on the surface of the firestop, 1 inch (25.4 mm) from each side of the test specimen,

   b) At the periphery of the opening on each side of the test specimen,

   c) At points on the surface of the firestop, equidistant from each side of the test specimen and the periphery of the opening,

   d) At a point on any frame installed around the periphery of the opening,

   e) At a point on the unexposed surface of the supporting construction at least 12 inches (300 mm) from the periphery of the opening, and

   f) At points on each side of the grease duct, 1 inch (25.4 mm) from the unexposed surface of the supporting construction. The thermocouples are to be located on the exterior surface of the insulation. When the insulation does not extend the full length of the grease duct assembly on the unexposed side, additional thermocouples are to be installed on the grease duct 1 inch (25.4 mm) beyond the termination of the insulation.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057528

**Figure 11.1**
**Temperature measurement locations**



S4052A

See 11.3.1 for a description of the lettered symbols.

11.3.2  Temperature measurements are to be made at locations in addition to those described in 11.3.1 when it is determined they are required for the purpose of evaluating the performance of the firestop.

**11.4  Conduct of fire test**

11.4.1  The fire test is to be conducted in accordance with External Fire Tests, General, Section 9, for a time period at least equal to the rating period.

**11.5  Acceptance criteria**

11.5.1  Insulation failure of the firestop system shall be deemed to have occurred when the temperature rise recorded by any thermocouple on the unexposed surface exceeds 325°F (181°C) above the initial starting temperature.

11.5.2  Integrity failure of the firestop system shall be deemed to have occurred when conditions on the unexposed surface results in the ignition of the cotton waste or when flames are observed emitting from the unexposed surface.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 - 9/21/2011 - 12:18 PM

## 12 Hose Stream Test

### 12.1 Test method

12.1.1 The hose stream test shall be conducted on the test assembly used for the fire engulfment test and for the firestop test. Immediately after the fire exposure, the test assembly is to be subjected to the impact, erosion, and cooling effects of a hose stream directed first at the middle and then at all other parts of the exposed faces, with all changes in direction being made slowly. All exposed surface area of the firestop assembly shall be subjected to the impact of the hose stream. The grease duct shall not shield the firestop assembly from the hose stream.

12.1.2 The stream is to be delivered through 2-1/2-inch (64-mm) hose and discharged through a National Standard playpipe of corresponding size equipped with a 1-1/8-inch (29-mm) discharge tip of the standard-taper, smooth-bore pattern without a shoulder at the orifice. The minimum water pressure at the base of the nozzle is to be 30 psi (207 kPa). The minimum duration of application is to be as specified in Table 12.1.

**Table 12.1**
**Duration of hose stream test**

| Hourly fire rating time, minutes | Duration of application, seconds per square foot (s/m²) of exposed area[a] |
|---|---|
| 120 ≤ time < 240 | 1.0 (10.8) |
| 90 ≤ time < 120 | 0.90 (9.7) |
| time < 90 | 0.60 (6.5) |

[a] The rectangular area of the supporting structure in which the test specimen is mounted is to be identified as the exposed area, as the hose stream must traverse this calculated area during application.

12.1.3 The nozzle orifice is to be a maximum 20 feet (6.1 m) from the center of the exposed surface of the test assembly when the nozzle is located so that, when directed at the center, its axis is normal to the surface of the supporting construction. When the nozzle is unable to be so located, it is to be on a line deviating not more than 30° from the line normal to the center of the test assembly. When so located, its distance from the center is to be less than 20 feet by an amount equal to 1 foot (305 mm) for each 10 degrees of deviation from the normal.

### 12.2 Acceptance criteria

12.2.1 The test specimen shall remain suspended from the supporting construction and the water stream shall not pass through either the duct or the firestop assembly.

12.2.2 Should the water stream pass through the firestop assembly and the test specimen remain suspended from the supporting construction, the firestop assembly shall comply with the requirements for hose stream performance as specified in the Standard for Fire Tests of Through-Penetration Firestops, UL 1479, or the Standard Test Method for Fire Tests of Penetration Firestop Systems, ASTM E814.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 - 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057530

## 13 Assembly Rating

### 13.1 Conditions of acceptance

13.1.1 The materials used to construct the grease duct enclosure shall comply with 5.2, 6.2.2, 6.3.2, and 7.2.

13.1.2 During the internal fire test, the test specimen shall comply with the acceptance criteria defined in 8.7.

13.1.3 During the fire engulfment test, the test specimen shall demonstrate stability and integrity performance during the entire rating period and shall meet the acceptance criteria of Section 10.4.

13.1.4 During the firestop test, the firestop system shall demonstrate insulation and integrity performance during the entire rating period and shall meet the acceptance criteria of Section 11.5.

13.1.5 During the hose stream test, the grease duct enclosure and the firestop shall comply with the acceptance criteria defined in 11.3.

### 13.2 Correction

13.2.1 When the indicated rating period time for the test specimen in the external fire tests is 60 minutes or more, the indicated rating shall be increased or decreased by the following correction to compensate for significant variation of the measured test furnace temperature from the standard temperature-time curve within the limits of 9.2.9. The correction shall be expressed by the following formula:

$$C = \frac{2 I (A - A_s)}{3 (A_s + L)}$$

in which:

       $C$ is the correction in the same units as $I$,

       $I$ is the indicated fire resistance period,

       $A$ is the area under the curve of measured average furnace temperature for the first three-fourths of the indicated period,

       $A_s$ is the area under the standard time-temperature curve for the same part of the indicated period, and

       $L$ is the lag correction in the same units as $A$ and $A_s$ [54°F-hours (12°C-hours); 3240°F-minutes (1780°C-minute)].

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Henng  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

## REPORT

### 14 General

14.1 The performance of the test samples during the material performance tests of Sections 5 – 7 and during the assembly performance tests of Sections 8, 10, 11, and 12 shall be reported. The report shall include the following:

a) Identification of the testing laboratory and identification of the employer of the personnel who witnessed the preparation of the samples and tests,

b) A description of the materials and construction details of the test samples. For the assembly performance tests, the description shall include drawings depicting geometry of the test assemblies, exact size of the grease duct (length, width, and thickness), and the location and types of splices and access openings in the grease duct,

c) A description of the process used for conditioning the test samples,

d) For the samples used in the external fire tests, the dates of construction, and the results of the final moisture content measurements,

e) Locations of all thermocouples, pressure probes, and other instrumentation used during the tests,

f) The results of each material performance test,

g) A record of all temperature and pressure measurements at the beginning of each internal and external fire at maximum 5-minute time intervals throughout the fire tests except during the internal fire test after equilibrium temperatures are reported. From the time when equilibrium temperatures are reported and until the end of the test, temperatures shall be reported at intervals not exceeding 0.5 minute,

h) Observations of the exposed and unexposed surfaces of the test assembly during the internal and external fire tests,

i) The locations, times, and results of each application of the cotton waste pad,

j) Significant deflections of the supporting construction during the external fire tests shall be described by indicating the location, time, and magnitude of each deflection measurement,

k) The time at which any of the end point criteria was reached on the test specimen during each internal and external fire test, rounded to the nearest integral minute. The end point time shall include any required correction for significant variation between the measured furnace temperature and the standard time-temperature curve,

l) The details and results of the hose stream test,

m) The condition represented during the internal fire test,

n) The distance between the grease duct enclosure material and the plywood enclosure when Condition B is represented during the internal fire test, and

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Herring  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

o) The hourly rating of the fire resistive grease duct enclosure assembly which shall be the minimum rating period as determined by 13.1.3 and 13.1.4.

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

Document Was Downloaded By Achim Hering   For Use By DURASYSTEMS BARRIERS INC   47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## APPENDIX A

## A.1  Standard Time-Temperature Curve for Control of Fire Tests

| Time, hr:min | Temperature, °F | Area above 68°F base | | Temperature, °C | Area above 20°C base | |
|---|---|---|---|---|---|---|
| | | °F min | °F hr | | °C min | °C hr |
| 0:00 | 68 | 00 | 0 | 20 | 00 | 0 |
| 0:05 | 1 000 | 2 330 | 39 | 538 | 1 290 | 22 |
| 0:10 | 1 300 | 7 440 | 129 | 704 | 4 300 | 72 |
| 0:15 | 1 399 | 14 150 | 236 | 760 | 7 860 | 131 |
| 0:20 | 1 462 | 20 970 | 350 | 795 | 11 650 | 194 |
| 0:25 | 1 510 | 28 050 | 468 | 821 | 15 590 | 260 |
| 0:30 | 1 550 | 35 360 | 589 | 843 | 19 650 | 328 |
| 0:35 | 1 584 | 42 860 | 714 | 862 | 23 810 | 397 |
| 0:40 | 1 613 | 50 510 | 842 | 878 | 28 060 | 468 |
| 0:45 | 1 638 | 58 300 | 971 | 892 | 32 390 | 540 |
| 0:50 | 1 661 | 66 200 | 1 103 | 905 | 36 780 | 613 |
| 0:55 | 1 681 | 74 220 | 1 237 | 916 | 41 230 | 687 |
| 1:00 | 1 700 | 82 330 | 1 372 | 927 | 45 740 | 762 |
| 1:05 | 1 718 | 90 540 | 1 509 | 937 | 50 300 | 838 |
| 1:10 | 1 735 | 98 830 | 1 647 | 946 | 54 910 | 915 |
| 1:15 | 1 750 | 107 200 | 1 787 | 955 | 59 560 | 993 |
| 1:20 | 1 765 | 115 650 | 1 928 | 963 | 64 250 | 1 071 |
| 1:25 | 1 779 | 124 180 | 2 070 | 971 | 68 990 | 1 150 |
| 1:30 | 1 792 | 132 760 | 2 213 | 978 | 73 760 | 1 229 |
| 1:35 | 1 804 | 141 420 | 2 357 | 985 | 78 560 | 1 309 |
| 1:40 | 1 815 | 150 120 | 2 502 | 991 | 83 400 | 1 390 |
| 1:45 | 1 826 | 158 890 | 2 648 | 996 | 88 280 | 1 471 |
| 1:50 | 1 835 | 167 700 | 2 795 | 1 001 | 93 170 | 1 553 |
| 1:55 | 1 843 | 176 550 | 2 942 | 1 006 | 98 080 | 1 635 |
| 2:00 | 1 850 | 185 440 | 3 091 | 1 010 | 103 020 | 1 717 |
| 2:10 | 1 862 | 203 330 | 3 389 | 1 017 | 112 960 | 1 883 |
| 2:20 | 1 875 | 221 330 | 3 689 | 1 024 | 122 960 | 2 049 |
| 2:30 | 1 888 | 239 470 | 3 991 | 1 031 | 133 040 | 2 217 |
| 2:40 | 1 900 | 257 720 | 4 295 | 1 038 | 143 180 | 2 386 |
| 2:50 | 1 912 | 276 110 | 4 602 | 1 045 | 153 390 | 2 556 |
| 3:00 | 1 925 | 294 610 | 4 910 | 1 052 | 163 670 | 2 728 |
| 3:10 | 1 938 | 313 250 | 5 221 | 1 059 | 174 030 | 2 900 |
| 3:20 | 1 950 | 332 000 | 5 533 | 1 066 | 184 450 | 3 074 |
| 3:30 | 1 962 | 350 890 | 5 848 | 1 072 | 194 940 | 3 249 |
| 3:40 | 1 975 | 369 890 | 6 165 | 1 079 | 205 500 | 3 425 |
| 3:50 | 1 988 | 389 030 | 6 484 | 1 086 | 216 130 | 3 602 |
| 4:00 | 2 000 | 408 280 | 6 805 | 1 093 | 226 820 | 3 780 |
| 4:10 | 2 012 | 427 670 | 7 128 | 1 100 | 237 590 | 3 960 |
| 4:20 | 2 025 | 447 180 | 7 453 | 1 107 | 248 430 | 4 140 |
| 4:30 | 2 038 | 466 810 | 7 780 | 1 114 | 259 340 | 4 322 |
| 4:40 | 2 050 | 486 560 | 8 110 | 1 121 | 270 310 | 4 505 |
| 4:50 | 2 062 | 506 450 | 8 441 | 1 128 | 281 360 | 4 689 |
| 5:00 | 2 075 | 526 450 | 8 774 | 1 135 | 292 470 | 4 874 |
| 5:10 | 2 088 | 546 580 | 9 110 | 1 142 | 303 660 | 5 061 |

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Table Continued on Next Page

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

**Table Continued**

| Time, hr:min | Temperature, °F | Area above 68°F base | | Temperature, °C | Area above 20°C base | |
|---|---|---|---|---|---|---|
| | | °F min | °F hr | | °C min | °C hr |
| 5:20 | 2 100 | 566 840 | 9 447 | 1 149 | 314 910 | 5 248 |
| 5:30 | 2 112 | 587 220 | 9 787 | 1 156 | 326 240 | 5 437 |
| 5:40 | 2 125 | 607 730 | 10 129 | 1 163 | 337 630 | 5 627 |
| 5:50 | 2 138 | 628 360 | 10 473 | 1 170 | 349 090 | 5 818 |
| 6:00 | 2 150 | 649 120 | 10 819 | 1 177 | 360 620 | 6 010 |
| 6:10 | 2 162 | 670 000 | 11 167 | 1 184 | 372 230 | 6 204 |
| 6:20 | 2 175 | 691 010 | 11 517 | 1 191 | 383 900 | 6 398 |
| 6:30 | 2 188 | 712 140 | 11 869 | 1 198 | 395 640 | 6 594 |
| 6:40 | 2 200 | 733 400 | 12 223 | 1 204 | 407 450 | 6 791 |
| 6:50 | 2 212 | 754 780 | 12 580 | 1 211 | 419 330 | 6 989 |
| 7:00 | 2 225 | 776 290 | 12 938 | 1 218 | 431 270 | 7 188 |
| 7:10 | 2 238 | 797 920 | 13 299 | 1 225 | 443 290 | 7 388 |
| 7:20 | 2 250 | 819 680 | 13 661 | 1 232 | 455 380 | 7 590 |
| 7:30 | 2 262 | 841 560 | 14 026 | 1 239 | 467 540 | 7 792 |
| 7:40 | 2 275 | 863 570 | 14 393 | 1 246 | 479 760 | 7 996 |
| 7:50 | 2 288 | 885 700 | 14 762 | 1 253 | 492 060 | 8 201 |
| 8:00 | 2 300 | 907 960 | 15 133 | 1 260 | 502 420 | 8 407 |

Document Was Downloaded By Achim Hering For Use By DURASYSTEMS BARRIERS INC 47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## APPENDIX B

### B.1 Requirements for Thermocouple Pads

B1.1 Refractory fiber material[a] shall be used for thermocouple pads, provided that distortion of the unexposed face of the test specimen is insignificant. Such material is not to be used on surfaces subject to sharp distortions or discontinuities during the test. A pad formed from this material shall have the following characteristics:

> a) Length and width – 6 ±1/8 inches (152 ±3 mm) for the internal fire test and 2 ±1/8 inches (51 ±3 mm) for the external tests,
>
> b) Thickness[b] – 0.375 ±0.063 inch (9.5 ±1.6 mm),
>
> c) Dry weight – 0.147 ±0.053 pounds (67 ±24 g),
>
> d) Thermal conductivity at 150°F (66°C) – 0.37 ±0.03 Btu-inch per hour per square foot per degree F (0.053 ±0.004 W/m K), and
>
> e) Hardness[c] (on soft face) – 2.25 to 4.5 (modified Brinnell).

[a]Thermal Ceramics Ceraform 126, or the equivalent, has been found to be an acceptable refractory fiber material.

[b]The thickness measurement shall be made under the light load of a 1/2-inch (12.7-mm) diameter pad of a dial micrometer gage.

[c]The hardness measurement shall be made by pressing a 1-inch (25.4-mm) diameter steel ball against the specimen and measuring the indentation obtained between a minor load of 2 pounds-mass (0.91 kg) and an additional major load of 10 pounds-mass (4.5 kg) [12 pound-mass (5.4 kg) total load]. The hardness is obtained by the relationship:

$$Hardness = 2.24/y$$

*in which:*

> *y is the difference in indentation in inches.*

B1.2 The pads are not to break when shaped to contact the surface against which they are placed.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Achim Hering  For Use By DURASYSTEMS BARRIERS INC  47411 : 9/21/2011 - 12:18 PM

No Text on This Page

Document Was Downloaded By Achim Hering   For Use By DURASYSTEMS BARRIERS INC   47411 : 9/21/2011 - 12:18 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

DURA_057538