# EXHIBIT H



ICC Evaluation Service, LLC
Birmingham Regional Office
900 Montclair Road, Suite A
Birmingham, AL 35213
tel: 205.599.9800
fax: 205.599.9850
www.icc-es.org

June 7, 2012

TO:       PARTIES INTERESTED IN GREASE DUCT ENCLOSURE ASSEMBLIES

SUBJECT:   Revisions to the Acceptance Criteria for Grease Duct Enclosure Assemblies, Subject AC101-0612-R1 (KR/MB)

Dear Colleague:

We are enclosing the new ICC-ES Acceptance Criteria for Grease Duct Enclosure Assemblies: Segmented Grease Duct Systems (AC101.2), which was approved by the Evaluation Committee during the June 2012 hearings.

As originally proposed in our April 27, 2012, staff letter, the criteria was to be revised to address only factory-fabricated segmented duct systems with field-applied fire-resistive enclosure systems. However, the International Firestop Council requested that the criteria continue to address the requirements for field-fabricated ducts with field-applied grease duct enclosure systems. The Evaluation Committee approved the criteria with this understanding. The attached criteria, identified as the Acceptance Criteria for Grease Duct Enclosure Assemblies: Segmented Grease Duct Systems (AC101.2), reflects the revisions approved by the Evaluation Committee. A number of editorial revisions were subsequently made by the ICC-ES staff to correct the references to standards in Section 1.3 and Table 1, and in describing the "materials" versus the "system" throughout the document.

Since the previous version of the criteria only covered the 2003 codes, and since updating the criteria to the 2009 and 2012 codes will require significant editorial work, the ICC-ES staff will prepare a companion document, identified as AC101.1, to address field-fabricated duct systems, and will post the proposed document for review and comment on the August 2012 Alternate Criteria Process agenda.

Current evaluation reports, and applications that are under review for new reports, are not affected by approval of AC101.2. New report applicants, and current report holders seeking to add new systems to their reports under this criteria, should apply and submit data to show compliance with the new requirements.

DURA_057212

Thank you for your interest. If you have any questions, please contact Ken Roberts, Senior Evaluation Specialist, at (800) 423-6587, extension 5694, or Michael Beaton, P.E., Senior Vice President, at 3289, or by e-mail at es@icc-es.org.

Yours very truly,

*Gary G. Nichols*

Gary G. Nichols, P.E., SECB
Vice President

GGN/MB/md

Enclosure

cc: Evaluation Committee

**ICC Evaluation Service**

www.icc-es.org | (800) 423-6587 | (562) 699-0543   A Subsidiary of the International Code Council®

# ACCEPTANCE CRITERIA FOR GREASE DUCT ENCLOSURE ASSEMBLIES: SEGMENTED GREASE DUCT SYSTEMS

## AC101.2

### Approved June 2012

## PREFACE

Evaluation reports issued by ICC Evaluation Service, LLC (ICC-ES), are based upon performance features of the International family of codes. (Some reports may also reference older code families such as the BOCA National Codes, the Standard Codes, and the Uniform Codes.) Section 104.11 of the *International Building Code®* reads as follows:

> The provisions of this code are not intended to prevent the installation of any materials or to prohibit any design or method of construction not specifically prescribed by this code, provided that any such alternative has been approved. An alternative material, design or method of construction shall be approved where the building official finds that the proposed design is satisfactory and complies with the intent of the provisions of this code, and that the material, method or work offered is, for the purpose intended, at least the equivalent of that prescribed in this code in quality, strength, effectiveness, fire resistance, durability and safety.

This acceptance criteria has been issued to provide interested parties with guidelines for demonstrating compliance with performance features of the codes referenced in the criteria. The criteria was developed through a transparent process involving public hearings of the ICC-ES Evaluation Committee, and/or on-line postings where public comment was solicited.

New acceptance criteria will only have an "approved" date, which is the date the document was approved by the Evaluation Committee. When existing acceptance criteria are revised, the Evaluation Committee will decide whether the revised document should carry only an "approved" date, or an "approved" date combined with a "compliance" date. The compliance date is the date by which relevant evaluation reports must comply with the requirements of the criteria. See the ICC-ES web site for more information on compliance dates.

If this criteria is a revised edition, a solid vertical line (|) in the margin within the criteria indicates a change from the previous edition. A deletion indicator (→) is provided in the margin where significant wording has been deleted.

ICC-ES may consider alternate criteria for report approval, provided the report applicant submits data demonstrating that the alternate criteria are at least equivalent to the criteria set forth in this document, and otherwise demonstrate compliance with the performance features of the codes. ICC-ES retains the right to refuse to issue or renew any evaluation report, if the applicable product, material, or method of construction is such that either unusual care with its installation or use must be exercised for satisfactory performance, or if malfunctioning is apt to cause injury or unreasonable damage.

NOTE: The Preface for ICC-ES acceptance criteria was revised in July 2011 to reflect changes in policy.

*Acceptance criteria are developed for use solely by ICC-ES for purpose of issuing ICC-ES evaluation reports.*

Copyright© 2012

DURA_057214

# ACCEPTANCE CRITERIA FOR GREASE DUCT ENCLOSURE ASSEMBLIES: SEGMENTED GREASE DUCT SYSTEMS (AC101.2)

## 1.0 INTRODUCTION

**1.1 Purpose:** The purpose of this acceptance criteria is to establish the basis of recognition of segmented grease duct systems serving Type I kitchen hoods in an ICC Evaluation Service, LLC (ICC-ES), evaluation report under the 2012, 2009 and 2006 *International Mechanical Code*® (IMC). Bases of recognition are Section 104.11 of the 2012, 2009, 2006 *International Building Code*® (IBC), Section 712.5 of the 2012 IBC and Sections 105.2, 506.3.1, 506.3.2, 506.3.3, 506.3.6, 506.3.8 and 506.3.11 (Section 506.10 of the 2009 and 2006 IMC) of the 2012, 2009 and 2006 IMC.

**1.2 Scope:** This acceptance criteria applies to factory-fabricated grease duct segments installed with a grease duct enclosure system to meet the requirement for a grease duct serving a Type I kitchen hood. This acceptance criteria includes requirements for the systems to demonstrate equivalence to the requirements for grease ducts in IMC Section 506.3. Grease duct systems complying with this acceptance criteria may be installed with zero clearance from the insulating materials to combustibles.

**1.3 Referenced Documents:** See Table 1 for editions of standards.

**1.3.1** 2012, 2009 and 2006 *International Mechanical Code*® (IMC), International Code Council.

**1.3.2** 2012, 2009 and 2006 *International Building Code*® (IBC), International Code Council.

**1.3.3** ASTM E84, Standard Test Method for Surface Burning Characteristics of Building Materials, ASTM International.

**1.3.4** ASTM E2231, Practice for Specimen Mounting of Pipe and Duct Insulation materials to Assess Surface Burning Characteristics, ASTM International.

**1.3.5** ASTM E2336, Standard Test Methods for Fire Resistive Grease Duct Enclosure Systems, ASTM International.

**1.3.6** UL 723, Standard for Test for Surface Burning Characteristics of Building Materials, Underwriters Laboratories Inc.

**1.3.7** UL 1978, Standard for Grease Ducts, Underwriters Laboratories Inc.

**1.4 Definitions:**

**1.4.1 Grease Duct Enclosure Material:** The enclosure consists of a proprietary material which, when applied directly over a grease duct and serving a Type I kitchen hood to achieve a fire-resistive enclosure for the duct, complies with Section 506.3.11 of the 2012 IMC and Section 506.3.10 of the 2009 and 2006 IMC.

**1.4.2 Grease Duct Enclosure System:** The system consists of the grease duct enclosure material, the grease duct, a support and fastening system, and an access opening for duct cleaning. The system has zero clearance between the duct and enclosure material.

**1.4.3 Grease Duct Segments:** A grease duct segment is a factory-fabricated section constructed of steel having a minimum thickness of 0.0575 inch (1.46 mm) (No. 16 gage) or galvanized steel (G90 coating class) 0.031 inch (0.8 mm) (No. 23 gage) or stainless steel not less than 0.012 inch (0.30 mm) (No. 30 gage) in thickness. The duct section includes flanges and, when required by its size, additional reinforcement.

**1.4.4 Segmented Grease Duct System:** A segmented grease duct system consists of grease duct segments joined together by proprietary connections, a grease duct enclosure system and a grease duct support system.

## 2.0 BASIC DATA

The applicant for an evaluation report concerning an enclosure system shall submit the following:

**2.1 Product Information:**

**2.1.1 Segmented Grease Duct System:** Information on the grease duct segments including, but not limited to, components, specifications and materials. Steel components must be verified by mill order certificates for steel duct material, which must include gage, thickness and galvanization details.

**2.1.2** Details of the grease duct support system components and their installation.

**2.1.3 Grease Duct Enclosure System:**

**2.1.3.1** Information on the duct enclosure material.

**2.1.3.2** Information on the components of the system, including bands, tapes and fasteners.

**2.1.3.3** Method of packaging and product identification.

**2.1.4 Installation instructions:**

**2.1.4.1** Description of methods to connect the grease duct segments, including but not limited to fasteners and method of application.

**2.1.4.2** Details of the grease duct support system.

**2.1.4.3** Details of installing the grease duct enclosure system, including description of fasteners and method of application.

**2.2 Product Labeling:**

**2.2.1** The grease duct enclosure materials shall be labeled at regular intervals with the wording "FIRE-RESISTIVE ENCLOSURE, DO NOT REMOVE." The wording shall be visible in an installed condition. Product labels must also include reference to the ICC-ES evaluation report number.

**2.2.2** Each grease duct section shall be permanently marked with the manufacturer's name or trade name, model designation, the ICC-ES evaluation report number and the wording "Install and Use Only in Accordance With (manufacturer's name) Installation and Maintenance Instructions".

**2.2.3** Grease duct segments shall be permanently marked as required by UL 1978.

**2.3 Testing Laboratories:** Testing laboratories shall comply with Section 2.0 of the ICC-ES Acceptance Criteria

DURA_057215

for Test Reports (AC85), and Section 4.2 of the ICC-ES Rules of Procedure for Evaluation Reports.

**2.4 Test Reports:** Test reports shall comply with AC85. Test reports shall include test specimen description; details of the test method; manner of testing; test results; calculated results; and photographs, when necessary. The test reports shall also include information required by the applicable standard.

**2.5 Product Sampling:** Test specimen sampling shall comply with Section 3.1 of AC85.

## 3.0 TEST METHODS AND PERFORMANCE REQUIREMENTS

The following data shall be submitted:

**3.1** Reports of tests in accordance with ASTM E2336. See Section 4.1.

**3.2** Report of surface-burning characteristics tests. See Section 4.2.

**3.3** Reports of tests of the segmented grease duct system following specific sections of UL 1978. See Section 4.3.

## 4.0 TEST METHODS

**4.1 Grease Duct Enclosure System** The grease duct enclosure system shall be tested in accordance with ASTM E2336. Tests shall be conducted with the segmented duct that is to be the subject of the evaluation report.

**4.2 Surface-burning Characteristics:** Grease duct enclosure materials, including vapor barriers and adhesives, when used, shall have a flame-spread index of not more than 25 and a smoke-developed index of not more than 50, when tested in accordance with ASTM E 84 or UL 723, using the specimen preparation and mounting procedures of ASTM E 2231.

**4.3 Test Methods And Performance Requirements For Segmented Grease Duct Systems:**

**4.3.1 General:** The grease duct segments connected together shall be tested to demonstrate the quality, strength, effectiveness, and durability of the materials and their assembly.

**4.3.2** The grease duct segments, and where applicable the segmented grease duct system, shall be tested to meet the performance requirements of UL 1978 except those tests and requirements that apply to having a porcelain coating.

## 5.0 QUALITY CONTROL

**5.1** The grease duct enclosure material and the segmented grease duct system shall be manufactured under an approved quality control program with inspections by an inspection agency accredited by the International Accreditation Service (IAS) or otherwise acceptable to ICC-ES.

**5.2** Quality documentation complying with the ICC-ES Acceptance Criteria for Quality Documentation (AC10) shall be submitted.

**5.3** A qualifying inspection shall be conducted at each manufacturing facility when required by the ICC-ES Acceptance Criteria for Inspections and Inspection Agencies (AC304). ∎

### TABLE 1—REFERENCED STANDARDS

| STANDARD | IMC EDITIONS | | |
|---|---|---|---|
| | 2012 | 2009 | 2006 |
| ASTM E84 | 2004, 2007 or 2009 | | |
| ASTM E2231 | 2009 | | |
| ASTM E2336 | 2004 | | |
| UL 723 | 2008 | 2003 with revisions through May 2005 | 2003 with revisions through May 2005 |
| UL 1978 | 2005 (with revisions through June 2009) | 1995 | |

3

DURA_057216