E-FILED
Wednesday, 23 December, 2020  06:51:23 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT J

1:19-cv-01388-SLD-JEH   # 31-11    Filed: 12/23/20    Page 2 of 33

Home          ICC Home          Contact Us          Help          Shop

ICC *publicACCESS*

BACK TO TOP

VP_0082338

Home > 2015 MINNESOTA MECHANICAL AND FUEL GAS CODE WITH ANSI / ASHRAE STANDARD 154-2011

# 2015 MINNESOTA MECHANICAL AND FUEL GAS CODE WITH ANSI / ASHRAE STANDARD 154-2011

Chapter Selector   

Table of Contents



**ANSI/ASHRAE Standard 154-2011**
(Supersedes ANSI/ASHRAE Standard 154-2003)



# Ventilation for Commercial Cooking Operations

Approved by the ASHRAE Standards Committee on January 29, 2011; by the ASHRAE Board of Directors on February 2, 2011; and by the American National Standards Institute on March 3, 2011.

This standard is under continuous maintenance by a Standing Standard Project Committee (SSPC) for which the Standards Committee has established a documented program for regular publication of addenda or revisions, including procedures for timely, documented, consensus action on requests for change to any part of the standard. The change submittal form, instructions, and deadlines may be obtained in electronic form from the ASHRAE Web site (www.ashrae.org) or in paper form from the Manager of Standards. The latest edition of an ASHRAE Standard may be purchased from the ASHRAE Web site (www.ashrae.org) or from ASHRAE Customer Service, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: orders@ashrae.org. Fax: 404-321-5478. Telephone: 404-636-8400 (worldwide), or toll free 1-800-527-4723 (for orders in US and Canada). For reprint permission, go to www.ashrae.org/permissions.

© 2011 American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

ISSN 1041-2336



**American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.**
1791 Tullie Circle NE, Atlanta, GA 30329
www.ashrae.org

**BACK TO TOP**

## ASHRAE Standing Standard Project Committee 154 Cognizant TC: TC 5.10, Kitchen Ventilation SPLS Liaison: Craig P. Wray

| Derek W. Schrock, *Chair* | Gregg Gress* | Richard T. Swierczyna* |
|---|---|---|
| Stephen L. Brown* | Francis J. Kohout* | Randy J. Urness |
| John A. Clark* | Jayendra S. Parikh* | Michael L. Watz* |

*Denotes members of voting status when the document was approved for publication*

### ASHRAE STANDARDS COMMITTEE 2010–2011

| H. Michael Newman, *Chair* | Krishnan Gowri | Boggarm S. Setty |
|---|---|---|
| Carol E. Marriott, *Vice-Chair* | Maureen Grasso | James R. Tauby |
| Douglass S. Abramson | Cecily M. Grzywacz | James K. Vallort |
| Karim Amrane | Richard L. Hall | William F. Walter |
| Robert G. Baker | Nadar R. Jayaraman | Michael W. Woodford |
| Hoy R. Bohanon, Jr. | Byron W. Jones | Craig P. Wray |
| Steven F. Bruning | Jay A. Kohler | Hugh F. Crowther, *BOD ExO* |
| Kenneth W. Cooper | Frank Myers | William P. Bahnfleth, *CO* |
| Martin Dieryckx | Janice C. Peterson | |
| Allan B. Fraser | Douglas T. Reindl | |

Stephanie Reiniche, *Manager of Standards*

### SPECIAL NOTE

This American National Standard (ANS) is a national voluntary consensus standard developed under the auspices of the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE). *Consensus* is defined by the American National Standards Institute (ANSI), of which ASHRAE is a member and which has approved this standard as an ANS, as "substantial agreement reached by directly and materially affected interest categories. This signifies the concurrence of more than a simple majority, but not necessarily unanimity. Consensus requires that all views and objections be considered, and that an effort be made toward their resolution." Compliance with this standard is voluntary until and unless a legal jurisdiction makes compliance mandatory through legislation.

**BACK TO TOP**

ASHRAE obtains consensus through participation of its national and international members, associated societies, and public review.

ASHRAE Standards are prepared by a Project Committee appointed specifically for the purpose of writing the Standard. The Project Committee Chair and Vice-Chair must be members of ASHRAE; while other committee members may or may not be ASHRAE members, all must be technically qualified in the subject area of the Standard. Every effort is made to balance the concerned interests on all Project Committees.

The Manager of Standards of ASHRAE should be contacted for:

a. interpretation of the contents of this Standard,

b. participation in the next review of the Standard,

c. offering constructive criticism for improving the Standard, or

d. permission to reprint portions of the Standard.

**DISCLAIMER**
ASHRAE uses its best efforts to promulgate Standards and Guidelines for the benefit of the public in light of available information and accepted industry practices. However, ASHRAE does not guarantee, certify, or assure the safety or performance of any products, components, or systems tested, installed, or operated in accordance with ASHRAE's Standards or Guidelines or that any tests conducted under its Standards or Guidelines will be nonhazardous or free from risk.

**ASHRAE INDUSTRIAL ADVERTISING POLICY ON STANDARDS**
ASHRAE Standards and Guidelines are established to assist industry and the public by offering a uniform method of testing for rating purposes, by suggesting safe practices in designing and installing equipment, by providing proper definitions of this equipment, and by providing other information that may serve to guide the industry. The creation of ASHRAE Standards and Guidelines is determined by the need for them, and conformance to them is completely voluntary In referring to this Standard or Guideline and in marking of equipment and in advertising, no claim shall be made, either stated or implied, that the product has been approved by ASHRAE.

## CONTENTS

### ANSI/ASHRAE Standard 154-2011,
### Ventilation for Commercial Cooking Operations

| SECTION | PAGE |
|---|---|
| Foreword | 2 |
| 1 Purpose | 2 |
| 2 Scope | |

**BACK TO TOP**

| | |
|---|---|
| 3 Definitions | 2 |
| 4 Exhaust Hoods | 6 |
| 5 Exhaust Systems | 9 |
| 6 Replacement Air | 11 |
| 7 System Controls | 12 |
| 8 References | 12 |
| Informative Appendix A: Examples of Air Balancing | 13 |
| Informative Appendix B: Alternative Airflow Calculation Method | 15 |
| Informative Appendix C: Hood Energy Savings Calculation | 17 |
| Informative Appendix D: Using Standard 154 to Determine Hood Overhangs and Exhaust Airflows | 18 |
| Informative Appendix E: Bibliography | 20 |

---

**NOTE**
**Approved addenda, errata, or interpretations for this standard can be downloaded free of charge from the ASHRAE Web site at www.ashrae.org/technology.**

---

© **2011 American Society of Heating,**
**Refrigerating and Air-Conditioning Engineers, Inc.**

1791 Tullie Circle NE
Atlanta, GA 30329
www.ashrae.org

All rights reserved.

**(This foreword is not part of this standard. It is merely informative and does not contain requirements necessary for conformance to the standard. It has not been processed according to the ANSI requirements for a standard and may contain material that has not been subject to public review or a consensus process. Unresolved objectors on informative material are not offered the right to appeal at ASHRAE or ANSI.)**

**FOREWORD**

*First published in 2003, ASHRAE Standard 154 has been thoroughly revised in this edition to make it code enforceable and to provide the most complete design guidance available on commercial kitchen ventilation components and systems. In revising this standard, the project committee has drawn upon recent laboratory research that was sponsored in part by ASHRAE and assembled by the ASHRAE Technical Committee on kitchen ventilation, TC 5.10. It has also relied upon the significant field experiences of the manufacturers, designers, and users of kitchen*

**BACK TO TOP**

*ventilation systems. The standard is intended to serve as a template for standardization, harmonization, and ongoing revision of related model and adopted codes and to bring consistency to design requirements and applications of commercial kitchen ventilation systems.*

*The major changes in this edition include the following:*

*• In Section 2, the standard's scope has been revised to clarify its focus on three types of systems: kitchen hoods, exhaust systems, and replacement air systems.*

*• In Section 3, new definitions have been added and others revised to provide more explicit guidance to code officials.*

*• In Section 4, Table 1 now specifies when hoods are required for various appliances or cooking operations and defines the duty level for the cooking operation when Type II is used. Table 2 provides the duty level for cooking operations that require a Type 1 hood. Additionally, Section 4 now states that a Type I hood must be listed to the appropriate standard. Tables 3 and 4 have been revised to show updated overhangs and minimum exhaust airflow rates for Type II hoods. Section 4.6 on demand-control ventilation has been added.*

*• In Section 5, duct leakage performance tests to verify that installed ductwork is not leaking have been added.*

*• Section 7, "System Controls," has been added.*

*In addition to being written in code-enforceable language, Standard 154 now includes notes and appendices that provide a better understanding of best design practices.*

*The project committee would like to thank Bob Ajemian, Greg DuChane, Mark Finck, Don Fisher, Jason Greenberg, Doug Horton, Ken Hutchinson, Tom Kuehn, Bruce Lukens, Mike Morgan, Dwayne Sloan, and Tony Spata for their help in revising this standard.*

## 1. PURPOSE

The purpose of this standard is to provide design criteria for acceptable performance in commercial cooking ventilation systems.

## 2. SCOPE

2.1                                                    **BACK TO TOP**

This standard covers the following:

a. kitchen hoods,

b. exhaust systems, and

c. replacement air systems.

**2.2**
This standard shall not be used to circumvent any safety, health, or environmental requirements.

### 3. DEFINITIONS

*air curtain supply:* see *air curtain* under *makeup air (dedicated replacement air),* which is under *replacement air.*

*appliance:* a cooking device or apparatus used in a kitchen that consumes energy provided by gas, electricity, solid fuel, steam, or another fuel source.

*appliance duty level:* an appliance rating category based upon the exhaust airflow required to capture, contain, and remove the cooking effluent and products of combustion under typical operating conditions with a non-engineered wall-mounted canopy hood (based upon ASHRAE RP-1362[1]). This is different from the historical approach, in which duty levels were based upon the temperature of the cooking surface. The following appliance duty classifications are used in this standard:

• *light:* a cooking process requiring an exhaust airflow rate of less than 200 cfm/ft (310 L/s/m) for capture, containment, and removal of the cooking effluent and products of combustion.

• *medium:* a cooking process requiring an exhaust airflow rate of 200 to 300 cfm/ft (310 to 460 L/s/m) for capture, containment, and removal of the cooking effluent and products of combustion.

• *heavy:* a cooking process requiring an exhaust airflow rate of 300 to 400 cfm/ft (460 to 620 L/s/m) for capture, containment, and removal of the cooking effluent and products of combustion.

• *extra-heavy:* a cooking process requiring an exhaust air-flow rate greater than 400 cfm/ft (620 L/s/m) for capture, containment, and removal of the cooking effluent and products of combustion.

**BACK TO TOP**

***appliance with integral hood:*** an electric appliance having an integrated hood system that has been listed to UL Standard 197[2] or UL Standard 710B.[3]

***approved:*** acceptable to the authority having jurisdiction.

***back-wall supply:*** see *back-wall* under *makeup air (dedicated replacement air),* which is under *replacement air.*

***baffle filter:*** see *grease removal device.*

***capture area:*** the area within an exhaust hood that contains cooking effluent until it is exhausted.

***capture and containment (C&C):*** an exhaust hood's ability to capture and contain the cooking effluent and heat generated during cooking operations.

***cartridge filter:*** see *grease removal device.*

***centrifugal fan:*** see *exhaust fan.*

***certified:*** see *listed.*

***compensating hood:*** see *internal* under *makeup air (dedicated replacement air),* which is under *replacement air.*

***commercial cooking appliance:*** an appliance specifically designed to be used in a food-service-establishment kitchen such as, but not limited to, a restaurant or cafeteria kitchen. Appliances designed for residential use shall be treated as commercial appliances when installed in commercial food-service establishments.

***condensate hood:*** see *hood, Type II hood.*

***cooking effluent:*** the emissions generated by cooking appliances during their operation, such as convective heat, moisture, vapor, products of combustion, smoke, and particulate matter.

***demand-control ventilation:*** a ventilation system that utilizes an automatically controlled variable-speed device, such as a multi-speed fan or variable-speed drive, to modulate the exhaust airflow rates in response to the variation in cooking load.

**BACK TO TOP**

**duct:** a conduit for conveying cooking effluent from the hood to the outdoors or for conveying replacement air into a room or space.

**ductless hood:** a packaged system that incorporates a hood, a fan, and air treatment devices designed to limit the grease and particulate matter in the airstream before reintroducing the treated air into the space.

**end skirt:** see *side panel*.

**exfiltration:** see this term under the definition of *replacement air*.

**exhaust fan:** a fan used to exhaust cooking effluent collected by a hood. Also referred to as a *power ventilator*. The majority of these fans have a centrifugal fan wheel. Fans used in Type I hood applications must include provisions for handling grease and access for cleaning.

• **roof exhaust fan or power roof ventilator:** a fan designed for curb mounting on a roof and that discharges downward toward the roof, vertically up away from the roof, or horizontally away from the building. Fans that discharge downward may be used only for Type II hood applications.

• **up-blast exhaust fan:** a fan designed for curb-mounting on a roof or for wall mounting. Air enters the fan axially but discharges radially from the centrifugal impeller and turns 90 degrees to exit the fan vertically where roof-mounted and horizontally where wall-mounted.

• **side-wall exhaust fan:** a fan design similar to an up-blast exhaust fan, but designed to mount outdoors on the side wall of a building. The mounting arrangement and internal construction may be specific to side discharge orientation. The fan discharges horizontally away from the building.

• **in-line exhaust fan or tubular centrifugal fan:** a fan designed for mounting indoors or outdoors in a section of duct between the hood and the point of discharge. Air enters the fan axially and discharges linear to the entrance.

• **utility-set exhaust fan:** a fan typically designed with a single-inlet, a scroll housing, and a backward-inclined or an airfoil centrifugal impeller. It can provide a higher static efficiency capability than a typical power roof ventilator. Air enters the impeller axially and leaves it in a substantially radial direction. These can be mounted indoors or outdoors in-line having additional duct between the fan outlet and the point of discharge.

**BACK TO TOP**

VP_0082346

***exhaust fire (actuated) damper:*** a damper arranged to automatically close to restrict the passage of fire airflow into the exhaust duct.

***fire resistance rating:*** the time rating of a material or assembly indicating its ability to withstand exposure to a fire.

***fire suppression system:*** an automatic fire suppression system that is specifically designed to protect Type I hood system(s) and, where required, the cooking appliances served by the hood system(s).

***front-face supply:*** see *front-face* under *makeup air (dedicated replacement air)*, which is under *replacement air*.

***grease duct:*** a duct system for the conveyance of cooking effluent. The system is designed and installed to reduce the accumulation of combustible condensation, thus reducing the possibility of fire within the duct system.

***grease laden:*** containing grease particles and/or grease vapor.

***grease removal device:*** a device designed and installed in a Type I hood to remove grease vapor and/or particles from the airstream. As used in this standard, the term refers to devices that are certified to UL Standard 1046, *Grease Filters for Exhaust Ducts*,[4] or to UL Standard 710, *Exhaust Hoods for Commercial Cooking Equipment*,[5] as part of the hood. Devices include, but are not limited to, the following:

• ***baffle filter:*** a filter typically having a series of vertical baffles designed to capture grease and drain to a grease trough. Filters are removable for cleaning and maintenance of the hood.

• ***cartridge filter:*** a filter having a horizontal slot opening with a series of internal deflectors designed to capture grease and drain to a grease trough. Filters are removable for cleaning and maintenance of the hood.

• ***fixed or stationary extractor:*** a device typically having horizontal slot openings with a series of internal deflectors designed to capture grease and drain to a grease trough. Extractors are not removable from the hood and typically have access doors for cleaning and maintenance of the hood.

• ***multi-stage extractor or filter:*** these devices consist of a series of two or more grease removal devices located in the hood.

**BACK TO TOP**

VP_0082347

• *removable extractor:* any style of grease removal device that is removable from the hood.

• *water wash:* a version of the fixed extractor that has a system of built-in nozzles for cleaning the grease removal device.

*greasetight:* designed to prevent the leakage of grease under normal operating conditions.

*hood:* a device designed to capture and contain cooking effluent, including grease, smoke, steam, heat, and vapor, until it is exhausted through a duct or recirculating system. Hoods are categorized as Type I or Type II:

1. *Type I hood:* a hood used for collecting and removing convective heat, grease particulate, condensable vapor, and smoke. It includes listed grease filters, baffles, or extractors for removing the grease and a fire-suppression system. Type I hoods are installed over cooking appliances, such as ranges, fryers, griddles, broilers, and ovens, that produce smoke or grease-laden vapors. For Type I hoods, The following types of hoods are commonly available:

a. *wall-mounted canopy hood:* a wall canopy exhaust hood is mounted against a wall above a single appliance or a line of appliances, or it may be freestanding with a vertical back panel extending from the rear of the appliance(s) to the hood. It typically overhangs the front and sides of the appliance(s) on all open sides of the hood. The wall acts as a back panel, forcing replacement air to be drawn across the front and/ or side(s) of the cooking appliance, thus increasing the effectiveness of the hood to capture and contain effluent generated by the cooking operations. Mounting height varies.

b. *single-island canopy hood:* a single-island canopy hood is placed over a single appliance or line of appliances. It is open on all sides and overhangs the front, rear, and sides of the appliance(s). A single-island canopy is more susceptible to cross-drafts and requires greater exhaust airflow than an equivalent-sized wall-mounted canopy to capture and contain effluent generated by the cooking operations. Mounting height varies.

c. *double-island canopy hood:* a double-island canopy hood is placed over back-to-back appliances or lines of appliances. It is open on all sides and overhangs the front and the sides of the appliance(s). It may have a wall panel between the backs of the appliances. Mounting height varies.

**BACK TO TOP**

d. **backshelf hood:** also referred to as *non-canopy hood*, *low-proximity hood*, or *sidewall hood* (where wall mounted). Its front lower lip is low over the appliance(s) and is typically set back from the front of the appliance(s), which means there may be no front overhang of appliance(s). It is always closed to the rear of the appliances by a panel where free-standing or by a panel or wall when wall mounted, and its height above the cooking surface varies. This style of hood can be constructed with partial end panels to increase its effectiveness in capturing the effluent generated by the cooking operations.

e. **eyebrow hood:** an eyebrow hood is mounted directly to the face or top of an appliance above the opening(s) or door(s) from which effluent is emitted, overhanging the front of the opening(s) to capture the effluent. Mounting height is fixed.

f. **pass-over hood:** a pass-over hood is a backshelf hood constructed and installed low enough to allow food to be passed over the top. Mounting height varies.

g. **ventilated ceiling hood:** typically installed so that the bottom edge of the hood is flush with the ceiling height.

2. **Type II hood:** a hood that collects and removes steam, heat, and products of combustion where grease or smoke is not present. It may or may not have grease filters or baffles and is not designed to have a fire-suppression system. A Type II hood can be used where the cooking operation from each appliance underneath the hood does not produce grease in excess of $3.1 \times 10^{-7}$ lb/ft$^3$ (5 mg/m$^3$) when measured at 500 cfm (236 L/s) exhaust airflow.

**hood type:** see *hood*, *Type I hood* and *Type II hood*.

**infiltration:** see this term under the definition of *replacement air*.

**interlock, direct:** the direct connection between equipment such as common circuit, relays, etc.

**interlock, indirect:** the indirect connection between equipment through an external controller such as a timeclock, building automation system, heat sensor, etc.

**internal discharge makeup air:** see *internal* under *makeup air (dedicated replacement air)*, which is under *replacement air*.

**labeled:** equipment or materials to which a label, symbol, or other **BACK TO TOP**

identifying mark of an organization, acceptable to the authority having jurisdiction, has been attached. This organization is concerned with product evaluation and maintains periodic inspection of the production of labeled equipment or materials. By labeling the equipment or materials, the manufacturer indicates compliance with appropriate standards or performance in a specified manner.

*liquid-tight:* constructed and performing so as not to permit the leakage of any liquid at any temperature.

*listed:* equipment or materials included in a list published by an organization acceptable to the authority having jurisdiction. This organization is concerned with product evaluation and performs periodic inspections of production of listed equipment or materials. The list states either that the equipment or material meets appropriate standards or that it has been tested and found suitable for use in a specified manner.

*makeup air:* see *makeup air (dedicated replacement air)* under *replacement air*.

*mounting height:* typically the height above the finished floor at which the bottom front edge of canopy or non-canopy hood is mounted. Listed hoods are typically rated at the minimum and maximum heights above the cooking surface at which they may be mounted.

*multiple-hood exhaust system:* a system in which more than one hood is connected to a common exhaust duct and fan system.

*multi-stage extractor:* see *grease removal device*.

*net exhaust flow rate:* the exhaust flow rate for a hood, minus any internal discharge makeup air flow rate.

*overhang:* the horizontal distance that the lower front edge of the hood extends beyond the top horizontal cooking surface of the appliance.

*outdoor air:* the air outside of a building or air taken from the outdoors and not previously circulated through an HVAC system.

*packaged:* provided by a manufacturer or vendor in a substantially complete and operable condition.

*power roof ventilator:* see *exhaust fan*.

*recirculating system:* see *ductless hood*.                **BACK TO TOP**

*replacement air:* outdoor air that is used to replace air removed from a building through an exhaust system. Replacement air may be derived from one or more of the following: makeup air, supply air, transfer air, and infiltration. However, the ultimate source of all replacement air is outdoor air.

• *makeup air* (*dedicated replacement air*): air deliberately brought into the building from the outdoors and supplied to the vicinity of an exhaust hood to replace the air and cooking effluent being exhausted. Makeup air is generally filtered and fan-forced, and it may be heated or cooled depending on the requirements of the application. Makeup air may be delivered through outlets integral to the exhaust hood (compensating hoods) or through outlets in the same room. The following are systems that are commonly used to supply makeup air:

1. *air curtain:* air that is introduced vertically downward through a slot, louvers, or holes along the front edge of the hood or around the perimeter of the hood. This design has also been referred to as *down-discharge*.

2. *back-wall:* air that is introduced behind and/or below the cooking equipment. A makeup air plenum is installed between the back of the hood and the wall. The full-length plenum typically extends down the wall to approximately 6 in. (150 mm) below the cooking surface or 2 to 3 ft (600 to 900 mm) above the floor. The air supplied by this system mostly enters the kitchen space rather than remaining contained in the cooking zone.

3. *front-face:* air that is introduced either horizontally or at a slight downward angle from horizontal from the front of the hood plenum.

4. *internal:* typically in this design, untempered makeup air is introduced directly into the hood cavity. This design has also been referred to as *short-circuit*.

5. *perimeter:* makeup air is discharged vertically downward from a plenum above and outside of the front and sides of the hood.

• *supply air:* air entering a space from an air-conditioning, heating, or ventilating system for the purpose of comfort conditioning. Supply air is generally filtered, fan-forced, and heated, cooled, humidified, or dehumidified as necessary to maintain specified temperature and humidity conditions. Only the quantity of outdoor air within the supply airflow is used as replacement air. The following systems are commonly used for delivering supply air:

**BACK TO TOP**

1. *louvered ceiling diffusers:* ceiling installed, aspirating, two, three, or four-way diffusers. Air should not be directed toward the hood.

2. *perforated diffusers:* a ceiling-installed diffuser with a perforated face. Air should not be directed toward the hoods.

3. *linear slot diffusers:* ceiling-installed diffusers, typically placed around the perimeter of rooms. These have a higher discharge velocity than a louvered ceiling.

4. *displacement diffusers:* floor-, wall-, and ceiling-mounted diffusers with perforated face areas providing laminar low-velocity flow from the face.

• *transfer air:* air transferred from one room to another through openings in the room envelope, whether it is transferred intentionally or not. The driving force for transfer air is generally a small pressure differential between the rooms, although one or more fans may be used. Only that portion of air transferred from another room that originated as outdoor air may be considered transfer air.

• *infiltration:* leakage or flow of outdoor air into the building or space through openings in the building or space envelope, whether intentional or unintentional. The driving force for infiltration is a negative pressure in a space or building relative to the exterior of the building envelope.

• *exfiltration:* leakage or flow of indoor air out of the building or space through openings in the building or space envelope, whether intentional or unintentional. The driving force for exfiltration is a positive pressure in the building or space relative to the exterior of the building envelope.

*setback:* the horizontal distance that the top horizontal cooking surface of an appliance extends beyond the front edge of a backshelf or pass-over hood.

*short-circuit makeup air:* see *internal* under *makeup air (dedicated replacement air),* which is under *replacement air.*

*side panel:* a panel that is attached to the lower edge of the end wall of a hood effectively extending the side of the hood down closer to the cooking appliance.

*smoke bomb:* a device that combusts to produce a large volume of that smoke, greater than 400 cfm (189 L/s).

**BACK TO TOP**

VP_0082352

**smoke candle or smoke puffer:** a device that is ignited and combusts to produce smoke or uses a chemical interaction (such as titanium tetrahydrochloride [TiCL$_4$] with humid air) to produce smoke or emits a silica powder to produce smoke.

**solid-fuel cooking appliance:** an appliance that burns solid fuel such as wood, charcoal, or coal to provide all or part of the heat source for cooking.

**supply air:** see this term under the definition of *replacement air.*

**transfer air:** see this term under the definition of *replacement air.*

**tubular centrifugal fan:** see this term under the definition of *exhaust fan.*

## 4. EXHAUST HOODS

### 4.1 Hood Requirements

#### 4.1.1

Type I hoods shall be listed in accordance with UL Standard 710,[5] UL Standard 710B,[3] or UL Standard 710C[6] and shall be installed in accordance with their listing requirements. Type II hoods shall meet the requirements of Sections 4.2 through 4.8. Type I hoods shall meet the requirements of Section 4.2 and Sections 4.5 through 4.8. Where a Type II hood is required, a Type II or listed Type I hood shall be provided.

#### 4.1.2

A performance test of an installed Type I hood shall be carried out as specified in Section 4.8.

### 4.2 Where Required

#### 4.2.1

Table 1 specifies the Type II hood requirements by appliance description. Table 2 specifies the appliance duty classification as it relates to the Type I hood requirements.

**Exception:** Equipment that is listed in Table 1 and the additional heat and moisture loads generated by unhooded electric appliances are included in the sensible and latent cooling load calculations to determine the required capacity of the HVAC system.

#### 4.2.2

**BACK TO TOP**

Type II hoods shall be installed in accordance with the overhangs shown in Table 3 and the net exhaust airflow rates shown in Table 4 based on the maximum appliance duty level shown in Table 1 for the appliances underneath the hood. Type II hoods may also be installed where cooking or dish-washing appliances produce heat, steam, or products of combustion and do not produce grease in excess of $3.1 \times 10^{-7}$ lb/ft$^3$ (5 mg/m$^3$) when measured at an exhaust airflow of 500 cfm (236 L/s).

*Note:* The 5 mg/m$^3$ grease concentration when measured at 500 cfm (236 L/s) of exhaust air is equivalent to $9.3 \times 10^{-3}$ lb/h ($4.21 \times 10^{-3}$ kg/h) of grease generated by the cooking process.

### 4.2.3
A Type I hood shall be provided where a cooking operation within a commercial or institutional food service facility produces smoke or grease-laden vapors. Appliances that produce greater than $3.1 \times 10^{-7}$ lb/ft$^3$ (5 mg/m$^3$) of grease (when measured at 500 cfm or 236 L/s exhaust airflow) shall require a Type I hood. Type I hoods shall be installed in accordance with the overhangs shown in Table 3.

**Exceptions:**

a. Cooking appliances not used for commercial purposes and installed within dwelling units.

b. Appliances listed in Table 1 that produce less than $3.1 \times 10^{-7}$ lb/ft$^3$ (5 mg/m$^3$) of grease (when measured at 500 cfm or 236 L/s exhaust airflow).

*Note:* The $3.1 \times 10^{-7}$ lb/ft$^3$ (5 mg/m$^3$) grease concentration when measured at 500 cfm (236 L/s) of exhaust air is equivalent to $9.3 \times 10^{-3}$ lb/h ($4.21 \times 10^{-3}$ kg/h) of grease generated by the cooking process.

### 4.3 Type II Hood Sizing

### 4.3.1
Type II hood overhangs and setbacks shall comply with Table 3 on all open sides, measured in the horizontal plane from the inside edge of the hood to the edge of the top horizontal surface of the appliance. The vertical distance between the front lower lip of the hood and appliance cooking surface shall not exceed 4 ft (1219 mm).

**Exception:** A side overhang is not required where full side panels or panels angled from the front lip of the hood to the front of the appli **BACK TO TOP**

cooking-surface height are installed (see Figure 1).

### 4.3.2

The spaces between appliances, the backs of appliances, and the spaces from the appliances to walls or end panels shall be included in overall hood dimensions. In the case of island hoods, appliance flues shall be included in the cooking surface dimensions.

### 4.3.3

Hoods shall be mounted above the cooking surface as follows:

### 4.3.3.1 Canopy Type Hood.

The vertical distance between the front lower edge of the hood and the cooking surface shall not exceed 48 in. (1219 mm). The vertical distance between the front lower edge of the hood and the finished floor shall not be less than 78 in. (1981 mm). The inside hood height shall be at least 24 in. (610 mm).

### 4.3.3.2 Eyebrow Type Hood.

The front lower edge of the hood shall be at least 78 in. (1981 mm) above the finished floor.

### 4.3.3.3 Backshelf/Pass-Over Type Hood.

The vertical distance between the front lower edge of the hood and the cooking surface shall be a maximum of 24 in. (610 mm) above the cooking surface.

### 4.4 Type II Hood Airflow Rates

### 4.4.1

The net exhaust flow rate (see definition in Section 3) for Type II hoods shall comply with Table 4. The duty level for the hood shall be the duty level of the appliance that has the highest (heaviest) duty level of all the appliances that are installed underneath the hood according to Table 1.

**Exception:** Type II hoods that are shown by the performance test in Section 4.8 to provide equivalent capture and containment at lower airflow rates.

### TABLE 1 Type II Hood Requirements by Appliance Description.

| Appliance Description | Size | Hood Not Required[a,b] | Type II Hoods[a] | |
|---|---|---|---|---|
| | | | Light | Medium Dut |

BACK TO TOP

VP_0082355

| Appliance | Rating | | | |
|---|---|:-:|:-:|:-:|
| Cabinet, holding, electric | All | • | | |
| Cabinet, proofing, electric | All | • | | |
| Cheese-melter, electric | All | • | | |
| Coffee maker, electric | All | • | | |
| Cooktop, induction, electric | All | • | | |
| Dishwasher, under-counter, electric | All | • | | |
| Dishwasher, powered sink, electric | All | • | | |
| Drawer warmer, 2 drawer, electric | All | • | | |
| Egg cooker, electric | All | • | | |
| Espresso machine, electric | All | • | | |
| Grill, panini, electric | All | • | | |
| Hot dog cooker, electric | All | • | | |
| Hot plate, countertop, electric | All | • | | |
| Ovens, conveyor, electric | < 6 kW | • | | |
| Ovens, microwave, electric | All | • | | |
| Ovens, warming, electric (add temperature) | All | • | | |
| Popcorn machine, electric | All | • | | |
| Rethermalizer, electric | All | • | | |
| Rice cooker, electric | All | • | | |
| Steam table, electric | All | • | | |
| Steamers, bun, electric | All | • | | |
| Steamer, compartment atmospheric, countertop, electric | All | • | | |
| Steamer, compartment pressurized, countertop, electric | All | • | | |
| Table, hot food, electric | All | • | | |
| Toaster, electric | All | • | | |
| Waffle iron, electric | All | • | | |
| Cheese-melter, gas | All | | • | |
| Dishwasher, conveyor rack, chemical sanitizing | All | | • | |
| Dishwasher, conveyor rack, hot water sanitizing | All | | • | |
| Dishwasher, door-type rack, chemical sanitizing | All | | • | |
| Dishwasher, door-type rack, hot water sanitizing | All | | • | |
| Kettle, steam jacketed, tabletop, electric, gas and direct steam | < 20 gallons | | • | |
| Oven, convection, half-size, electric and gas (non-protein cooking) | All | | • | |
| Pasta cooker, electric | All | | • | |
| Rethermalizer, gas | All | | • | |
| Rice cooker, gas | All | | • | |
| Steamer, atmospheric, gas | All | | • | |
| Steamer, pressurized, gas | All | | • | |
| Steamer, atmospheric, floor-mounted, electric | All | | • | |
| Steamer, pressurized, floor-mounted, electric | All | | • | |
| Kettle, steam-jacketed floor mounted, electric, gas, and direct steam | < 20 gallons | | • | |
| Pasta cooker, gas | All | | | • |
| Smoker, electric and gas, pressurized | All | | | • |
| Steam-jacketed kettle, floor mounted, electric and gas | ≥ 20 gallons | | | • |

a A hood shall be provided for an electric appliance if it produces $3.1 \times 10^{-7}$ lb/ft$^3$ (5 mg/m$^3$) of grease or more when measured at 500 cfm (236 L/s). See Section 4.2.1.

**BACK TO TOP**

[b] Where hoods are not required, the additional heat and moisture loads generated by such appliances shall be accounted for in the sensible and latent loads for the HVAC system.

## TABLE 2 Type I Hood Requirements by Appliance Type.

| Appliance Description | Size | Type I Hoods | | | |
|---|---|---|---|---|---|
| | | Light Duty | Medium Duty | Heavy Duty | Extra-Heavy Duty |
| Braising pan/tilting skillet, electric | All | • | | | |
| Oven, rotisserie, electric and gas | All | • | | | |
| Oven, combination, electric and gas | All | • | | | |
| Oven, convection, full-size, electric and gas | All | • | | | |
| Oven, convection, half-size, electric and gas (protein cooking) | All | • | | | |
| Oven, deck, electric and gas | All | • | | | |
| Oven, mini-revolving rack, electric and gas | All | • | | | |
| Oven, rapid cook, electric | All | • | | | |
| Oven, rotisserie, electric and gas | All | • | | | |
| Range, discrete element, electric (with or without oven) | All | • | | | |
| Salamander, electric and gas | All | • | | | |
| Braising pan/tilting skillet, gas | All | | • | | |
| Broiler, chain conveyor, electric | All | | • | | |
| Broiler, electric, under-fired | All | | • | | |
| Conveyor oven, electric | ≥ 6 kW | | • | | |
| Conveyor oven, gas | All | | • | | |
| Fryer, doughnut, electric and gas | All | | • | | |
| Fryer, kettle, electric and gas | All | | • | | |
| Fryer, open deep-fat, electric and gas | All | | • | | |
| Fryer, pressure, electric and gas | All | | • | | |
| Griddle, double-sided, electric and gas | All | | • | | |
| Griddle, flat, electric and gas | All | | • | | |
| Range, cook-top, induction | All | | • | | |
| Range, open-burner, gas (with or without oven) | All | | • | | |
| Range, hot top, electric and gas | All | | • | | |
| Broiler, chain conveyor, gas | All | | | • | |
| Broiler, electric and gas, over-fired (upright) | All | | | • | |
| Broiler, gas, under-fired | All | | | • | |
| Range, wok, gas and electric | All | | | • | |
| Appliances using solid fuel (wood, charcoal, briquettes, or mesquite) to provide all or part of the heat source for cooking | All | | | | • |

## TABLE 3 Minimum Overhang Requirements for Type II Hoods.

| Type of Hood | End Overhang | Front Overhang | Rear Overhang |
|---|---|---|---|
| Wall-mounted canopy | 6 in. (152 mm) | 12 in. (305 mm) | N/A |

**BACK TO TOP**

| | | | |
|---|---|---|---|
| Single-island canopy | 12 in. (305 mm) | 12 in. (305 mm) | 12 in. (154 mm) |
| Double-island canopy | 12 in. (305 mm) | 12 in. (305mm) | N/A |
| Eyebrow | N/A | 12 in. (305 mm) | N/A |
| Backshelf/proximity/pass-over | 6 in. (152 mm) | 10 in. (254 mm) (setback) | N/A |

N/A – not applicable

## TABLE 4 Type II Hood Minimum Net Exhaust Airflow Rates.

| Type of Hood | Minimum Net Exhaust Flow Rate per Linear Hood Length in cfm/ft (L/s/m) | |
|---|---|---|
| | **Light Duty Equipment** | **Medium Duty Equipment** |
| Wall-mounted canopy | 200 (310) | 300 (465) |
| Single island | 400 (620) | 500 (775) |
| Double island | 250 (388) | 250 (388) |
| Eyebrow | 250 (388) | 250 (388) |
| Backshelf (pass-over) | 200 (310) | 300 (465) |



**Figure 1 3 × 3 ft partial side panel.**.

## 4.5 Internal Discharge Makeup

### 4.5.1

Where a Type I or Type II hood has internal discharge makeup air, the makeup air flow shall not exceed 10% of the exhaust airflow. The exhaust airflow required to meet this standard shall be the net exhaust from the hood, calculated as follows:

**BACK TO TOP**

VP_0082358

$E_{NET} = E_{HOOD} - MA_{ID}$

where

$E_{NET}$  = net hood exhaust, cfm (L/s)

$E_{HOOD}$ = total hood exhaust, cfm (L/s)

$MA_{ID}$  = makeup air, internal discharge, cfm (L/s)

### 4.6 Demand-Control Ventilation

#### 4.6.1
The exhaust flow rate is permitted to be reduced during partial load cooking and when there is no cooking through the means of demand-control ventilation.

#### 4.6.1.1
Exhaust rates shall maintain capture and containment of flue gases and cooking effluent from cooking appliances operating at full, partial, or idle load conditions.

#### 4.6.1.2
Replacement air shall be automatically controlled by variable-speed fans, dampers, or equivalent controls to ensure the air balance of the building in accordance with Section 6.2.

### 4.7 Type I Hood Grease Extraction

#### 4.7.1
Type I hoods shall be provided with a grease removal device in accordance with their listing.

#### 4.7.2
For grease removal devices that report grease removal efficiency, the efficiency data shall be reported as determined by ASTM F2519.[7]

### 4.8 Hood Performance Test

#### 4.8.1 Type II Hood Performance Test.
A performance test shall be conducted upon the completion of—and before final approval of—installation of a ventilation system serving commercial cooking appliances. The test shall verify the rate of exhaust airflow required by Section 4.2. The permit holder shall furnish the necessary test equipment and devices required to perform the test. **BACK TO TOP**

VP_0082359

1:19-cv-01388-SLD-JEH  # 31-11   Filed: 12/23/20   Page 24 of 33

### 4.8.2 Type I Hood Capture and Containment Test.

The permit holder shall verify the capture and containment performance of Type I hoods. A field test shall be conducted with all appliances under the hood at operating temperatures, with all sources of outdoor air providing makeup air for the hood operating, and with all sources of recirculated air providing conditioning for the space in which the hood is located operating. Capture and containment shall be verified visually by observing smoke or steam produced by actual cooking operation or by simulating cooking using devices such as smoke candles or smoke puffers. Smoke bombs shall not be used.

*Note:* Smoke bombs typically create new effluent from a point source and do not necessarily show whether the cooking effluent is being captured. Actual cooking at the normal production rate is the most reliable method of generating smoke.

### 5. EXHAUST SYSTEMS

### 5.1 Duct Systems

### 5.1.1

Ducts serving Type I hoods shall be constructed of carbon steel of a minimum 16 gauge thickness or stainless steel of a minimum 18 gauge thickness. All seams, joints, and penetrations shall have a liquid-tight continuous external weld.

**Exception:** Factory-built ducts listed in accordance with UL 1978.[8]

### 5.1.2

Ducts shall be constructed and installed so that grease cannot collect in any portion thereof, and ducts shall slope not less than one-fourth unit vertical in 12 units horizontal (2% slope) toward the hood or toward an approved grease reservoir. Where horizontal ducts exceed 75 ft (22.8 m) in length, the slope shall not be less than one unit vertical in 12 units horizontal (8.3% slope).

**Exception:** Listed factory-built ducts constructed of a round cross section shall be permitted to be installed at a reduced slope as allowed by their listing and the manufacturer's installation instructions.

### 5.1.3

Ducts shall not pass through firewalls, unless enclosed in accordance with the applicable codes and standards.

**BACK TO TOP**

VP_0082360

1:19-cv-01388-SLD-JEH    # 31-11    Filed: 12/23/20    Page 25 of 33

### 5.1.4

Ducts shall lead to the exterior of the building.

### 5.1.5

A separate grease duct system shall be provided for each Type I hood. A separate grease duct system is not required where all of the following conditions are met:

a. all interconnected hoods are located within the same story,

b. all interconnected hoods are located within the same room or in adjoining rooms,

c. interconnecting ducts do not penetrate fire barriers, and

d. the grease duct system does not serve solid fuel-fired appliance(s).

### 5.1.6

Ducts shall be installed without forming dips or traps that might collect grease, except where unavoidable. In such situations, the duct section having a dip or trap shall be provided with drain access for regular cleanout.

*Note:* For other duct construction and installation details such as welded duct connections, access openings for inspection and maintenance, clearance to combustible material, interior installation (including fire-rated enclosures and the clearance between the duct and interior surface of the enclosures), exterior installation, and exhaust system termination on the roof or at a wall, refer to NFPA 96,[9] the *International Mechanical Code*,[10] or local codes.

### 5.1.7

Ducts with field-applied insulation listed in accordance with ASTM E 2336, *Standard Test Methods for Fire Resistive Grease Duct Enclosure Systems*,[11] and factory-built ducts with integral insulation listed in accordance with UL 2221,*Tests of Fire Resistive Grease Duct Enclosure Assemblies*,[12] are acceptable, where included in NFPA 96,[9] the *International Mechanical Code*,[10] or the *Uniform Mechanical Code*[13] for use as an alternative to a duct and fire-resistance-rated shaft enclosure around the duct.

### 5.2 Duct Leakage Performance Testing

### 5.2.1

**BACK TO TOP**

VP_0082361

Prior to the use or concealment of any portion of a grease duct system, a leakage test shall be performed to determine that all welded joints and seams are liquid tight. Ducts shall be considered to be concealed where they are installed in shafts or covered by coatings or wraps that prevent the duct from being visually inspected on all sides. It is permissible to test the duct in sections, provided that, after the duct system is completely assembled, all field-assembled joints, including the duct-to-hood connection, are tested. When the testing is performed in this manner, only the field-assembled joints of listed factory-built grease ducts are required to be tested.

### 5.2.2
The leakage test shall consist of a light test, an air or water pressure test, or an approved equivalent test. The permit holder shall be responsible for providing the necessary equipment and for performing the test.

### 5.2.2.1 Light Test.
The light test shall be performed by passing a lamp having a power rating of not less than 100 W through the entire section of ductwork to be tested. The lamp shall be open so as to emit light equally in all directions perpendicular to the duct walls. No light from the duct interior shall be visible through any exterior surface.

### 5.2.2.2 Air Test.
The air test shall be performed by sealing the entire duct system from the hood exhaust opening(s) to the duct termination. The sealed duct system shall then be pressurized to a minimum pressure of 1.0 in. (249 Pa) water column and shall be required to hold the initial set pressure for a minimum of 20 min.

### 5.2.2.3 Water Test.
The water test shall be performed by use of a pressure washer operating at a minimum of 1500 psi (10.34 kPa), simulating cleaning operations. The water shall be applied directly to all areas to be tested. No water applied to the duct interior shall be visible on any exterior surface in any volume during the test.

### 5.3 Airflow Performance

### 5.3.1
The velocity in the duct shall be at least 500 fpm (2.54 m/s).

*Note:* This standard does not limit the airflow velocity by specifying a maximum velocity, but due to typical spatial and cost constraints, general design duct velocities between 1500 and 1800 fpm (7.62 and 9.14 **BACK TO TOP**

VP_0082362

are often used when designing for maximum airflows. Duct velocities greater than 2500 fpm (12.70 m/s) can cause unwanted duct pressure and noise levels.

### 5.3.2
Lower exhaust airflow than that required for full-load cooking conditions is permitted during no-load cooking conditions, where engineered controls or listed multi-speed or variable-speed controls automatically operate the exhaust system to maintain capture and removal of cooking effluents.

### 5.4 Fans

### 5.4.1
Fans shall be of sufficient capacity to provide the required airflow against the system's resistance. Expected air temperatures, altitude, windage, and system effects shall be taken into account when determining fan capacity. Fan air performance shall be tested and certified according to AMCA Standard 210.[14]

*Note:* Belt-drive fans and adjustable-drive sheaves provide a means of adjusting the fan speed for final system balancing. A variable-speed controller allows a broader range of speed adjustability.

### 5.4.2
Exhaust fans (up-blast, in-line, or utility-set fans) serving Type I hoods shall be capable of handling hot, grease-laden air and flare-up conditions. Fans shall be designed to contain and properly drain grease removed from the air-stream. The fan housing or scroll that contains the grease shall be fully welded so that it is liquid tight. The fan impeller shall be a self-cleaning design.

**Exception:** Fans that are listed to UL 705, *Standard for Power Ventilators*,[15] and UL 762, *Outline of Investigation for Power Roof Ventilators for Restaurant Exhaust Applications.*[16]

### 5.4.3
Up-blast fans shall be hinged with tip-over restraints and have a flexible weatherproof electrical cable to permit inspection and cleaning. Utility-set exhaust fans shall be provided with access panels for inspection and cleaning.

### 5.4.4
Access shall be provided for cleaning the fan wheel. The access opening shall be a minimum of 3 × 5 in. (76 × 127 mm) or have a circular d **BACK TO TOP**

of at least 4 in. (102 mm) on the curvature of the outer fan housing. Fan drive assemblies shall be separated from the airstream. Covers shall be provided with motor weather protection for outdoor installation and belt guards for indoor applications.

### 5.4.5
The ductwork extending to up-blast fans shall extend a minimum of 18 in. (457 mm) above the roof surface.

## 5.5 Other Equipment

### 5.5.1
Thermal recovery units, air pollution control devices, or other devices can be used in the exhaust systems when specifically approved for such use except where prohibited. Refer to Section 514.2 of the Interation Mechanical Code,[10] for prohibited applications.

### 5.5.2
Clearance, installation, and fire-extinguishing system requirements shall comply with applicable codes and standards.

## 5.6 Exhaust Discharge

### 5.6.1
Exhaust systems shall be designed to prevent re-entrainment into building intakes. Prevailing winds and velocities shall be considered when locating intake and exhaust openings. The minimum horizontal distance between discharge and intake shall be 10 ft (3 m). Where this horizontal distance is not achievable, the exhaust shall discharge a minimum of 2 ft (0.6 m) above any outdoor air. Exhaust discharge shall not impinge on overhangs, parapets, other equipment, or higher parts of buildings.

*Note:* Refer to *ASHRAE Handbook—Fundamentals*, Chapter 16, for airflow patterns around buildings[17].

### 5.6.2
Exhaust airstreams for Type I hoods shall be located a minimum of 40 in. (1016 mm) above the finished roof surface and be directed away from roof and building surfaces.

### 5.6.3
Additional protection for roofing material at the exhaust discharge of a Type I hood shall be provided to prevent material degradation or failure.

**BACK TO TOP**

## 5.7 Operation and Maintenance

### 5.7.1
Exhaust systems shall be operated whenever cooking equipment is turned on through either direct or indirect interlocks.

### 5.7.2
The entire exhaust system shall be inspected at regular intervals for grease buildup by a properly trained, qualified, and certified company or person(s) acceptable to the authority having jurisdiction.

### 5.7.2.1
The schedule of inspection for grease buildup in the exhaust system and cleaning of the exhaust system shall comply with NFPA 96.[9]

### 5.7.2.2
Upon inspection, if the exhaust system is found to be contaminated with grease deposits, the contaminated portions of the exhaust system shall be thoroughly cleaned by a properly trained, qualified, and certified company or person(s) acceptable to the authority having jurisdiction.

### 5.7.3
Inspection and maintenance of thermal recovery units, air pollution control devices, or other devices shall be conducted by properly trained and qualified persons at a frequency specified in the manufacturer's instructions or equipment listing.

## 6. REPLACEMENT AIR

### 6.1 Air Introduction

### 6.1.1
The terminal velocity of air introduced from devices in the kitchen shall not exceed 50 fpm (0.25 m/s) at the lowest edges of the hood.

*Note:* Using perforated ceiling or perimeter diffusers generally results in a lower terminal velocity at the lower edge of the hood than directional ceiling diffusers.

*Note:* Best practice is to bring conditioned air into the kitchen away from the hood and distribute it throughout the kitchen to improve worker productivity and comfort as well as to lower hood exhaust rates.

### 6.1.2
Transfer air from dining or other areas that passes through openin **BACK TO TOP**

VP_0082365

as windows or walkways shall be sized for air velocities not to exceed 75 fpm (0.381 m/s) based on the free area of the opening. Openings provided for transfer air shall remain open during system operation.

*Note:* Such openings should be arranged to avoid creating drafts on personnel. Consideration should be given to minimizing air velocity when openings are used as passthrough openings for prepared food.

### 6.2 Air Balance

#### 6.2.1
Design plans for a facility with a commercial kitchen ventilation system shall include a table or diagram indicating the design outdoor air balance (see example A1 in Informative Appendix A). The design outdoor air balance shall indicate all exhaust and replacement air for the facility, plus the net exfiltration if applicable. The total replacement air airflow rate shall equal the total exhaust airflow rate plus the net exfiltration. It is permissible to supply replacement air to the kitchen space by using transfer air from areas other than the kitchen.

*Note:* Although individual replacement air sources are not required to be 100% outdoor air, sufficient outdoor air must be introduced into the system to compensate for each exhaust and exfiltration component. For example, for 100 cfm (47 L/s) transfer air from room A to room B to qualify as replacement air, at least 100 cfm (47 L/s) outdoor air must be provided to room A (e.g., as outdoor air to an environmental air system serving room A, infiltration to room A, or transfer air from another room).

#### 6.2.2
Operation of systems where airflows can vary (including, but not limited to, HVAC systems incorporating variable air volume, systems with outdoor air economizer control, or exhaust systems with variable airflow) shall be controlled to comply with the requirements of this standard over the full range of anticipated airflows. Additional air balance diagrams or tables shall be provided as necessary to indicate compliance over the full range of anticipated airflow.

#### 6.2.3
Where the design air balance relies upon transfer air from a source beyond the facility's control (e.g., air drawn into an individual tenant's facility from the common areas of a shopping mall), this source shall be identified.

### 6.3 Pressure Differentials

**BACK TO TOP**

1:19-cv-01388-SLD-JEH   # 31-11    Filed: 12/23/20    Page 31 of 33

### 6.3.1

The commercial kitchen ventilation system shall be designed to establish pressure differentials to control odor migration and to control dust, dirt, and insects in accordance with the following criteria:

### 6.3.1.1

The kitchen of a food-service facility shall be maintained under a negative pressure with respect to dining areas and adjacent non-food areas. The maximum negative pressure shall not exceed 0.02 in. water column (5.0 Pa).

### 6.3.1.2

A freestanding food-service facility (i.e., a food-service facility that entirely occupies a single building) shall be maintained under a positive pressure with respect to outdoors.

**Exception:** Where migration of food odors to adjacent interior rooms within the same tenancy would not be objectionable. Display cooking under a hood located in the dining area is not considered a kitchen.

### 6.3.2

Where a food-service facility shares a wall with an adjacent non-food-service facility, such as a retail center or a shopping mall, the food-service facility shall be maintained under a negative pressure with respect to outdoors and the adjacent spaces.

### Exceptions:

• Where the separation between the food service facility and the adjacent interior room is sealed substantially air-tight to prevent odor migration.

• In shopping malls and other occupancies where a food-service facility is open to another tenancy or to the mall common area, the food-service facility shall be permitted to be under a negative pressure with respect to the non-food-service occupancy.

### 6.3.3

The pressure in any room in which a draft-hood vented appliance, such as a gas water heater, is located shall be maintained not less than 0.02 in. of water column (5.0 Pa) below outdoor ambient pressure.

## 7. SYSTEM CONTROLS

### 7.1 Operating Controls

**BACK TO TOP**

VP_0082367

### 7.1.1
Replacement air systems shall be interlocked to ensure operation upon activation of the exhaust system.

### 7.2 Demand-Control Ventilation

### 7.2.1
Where demand-control ventilation is used, it shall meet the requirements of Section 4.4.3.

### 8. REFERENCES

1. ASHRAE Research Proposal RP-1362, *Revised Heat Gain and Capture and Containment Exhaust Rates from Typical Commercial Cooking Appliances*, Fisher, D., Swierczyna, R. and Sobiski, P., ASHRAE, 2008.

2. UL 197, *Standard for Commercial Electric Cooking Appliances,* Tenth Edition, dated March 17, 2010, Underwriters Laboratories Inc., Northbrook, IL.

3. UL 710B, *Standard for Recirculating Systems*, First Edition, dated September 3, 2004, with revisions through and including December 30, 2009, Underwriters Laboratories Inc., Northbrook, IL.

4. UL 1046, *Grease Filters for Exhaust Ducts*, Third Edition, dated March 28, 2000, Underwriters Laboratories Inc., Northbrook, IL.

5. UL 710, *Exhaust Hoods for Commercial Cooking Equipment*, Fifth Edition, dated December 28, 1995, with revisions through and including February 2, 2007, Underwriters Laboratories Inc., Northbrook, IL.

6. UL 710C, *Ultraviolet Radiation Systems for Use in the Ventilation Control of Commercial Cooking Operations*, Issue Number 3, dated September 22, 2006, Underwriters Laboratories Inc., Northbrook, IL.

7. ASTM F2519-05, *Standard Test Method for Grease Particle Capture Efficiency of Commercial Kitchen Filters and Extractors*, ASTM International, West Conshohocken, PA.

8. UL 1978, *Grease Ducts*. Underwriters Laboratories Inc., Northbrook, IL.

9. NFPA 96-2008, *Standard for Ventilation Control and Fire Protection of Commercial Cooking Operations*, National Fire Protection Association., Quincy, MA.

**BACK TO TOP**

VP_0082368

10. *International Mechanical Code*, 2009 Edition, International Code Council, Washington, D.C.

11. ASTM E2336-04 (2009), *Standard Test Method for Fire Resistive Grease Duct Enclosure Systems*, ASTM International, West Conshohocken, PA.

12. UL 2221, *Tests of Fire Resistive Grease Duct Enclosure Assemblies*, First Edition, dated September 17, 2001, Underwriters Laboratories Inc., Northbrook, IL.

13. *Uniform Mechanical Code*, Ninth Edition, dated August 8, 2009. International Association of Plumbing and Mechanical Officials, Ontario, Canada.

14. ANSI/AMCA 210-07 (ANSI/ASHRAE 51-2007), *Laboratory Methods of Testing Fans for Aerodynamic Performance Rating*, Air Movement and Control Association, 30 West University Drive, Arlington Heights, IL. 1999.

15. UL 705, *Power Ventilators*, Underwriters Laboratory, Northbrook, IL., 1994.

16. UL 762, *Outline of Investigation for Power Roof Ventilators for Restaurant Exhaust Applications*, dated December 19, 2003, Underwriters Laboratories Inc.

17. *2009 ASHRAE Handbook—Fundamentals*, 2009 Edition, ASHRAE, Atlanta, GA.

**(This appendix is not part of this standard. It is merely informative and does not contain requirements necessary for conformance to the standard. It has not been processed according to the ANSI requirements for a standard and may contain material that has not been subject to public review or a consensus process. Unresolved objectors on informative material are not offered the right to appeal at ASHRAE or ANSI.)**

Contact Us: 1-888-422-7233 Ext: 33821 | Technical Support: Support & FAQ for Electronics Productst | Shop

Copyright © 2016 ICC. All rights reserved.

**BACK TO TOP**