# EXHIBIT L

NDT Resource Center

Home  About NDT  Resources  Careers  Teaching  Site Navigation

Home - Education Resources - NDT Course Material - Materials and Processes

◀ Back                                                                Next ▶

## Thermal Conductivity

Thermal conductivity (λ) is the intrinsic property of a material which relates its ability to conduct heat. Heat transfer by conduction involves transfer of energy within a material without any motion of the material as a whole. Conduction takes place when a temperature gradient exists in a solid (or stationary fluid) medium. Conductive heat flow occurs in the direction of decreasing temperature because higher temperature equates to higher molecular energy or more molecular movement. Energy is transferred from the more energetic to the less energetic molecules when neighboring molecules collide.

Thermal conductivity is defined as the quantity of heat (Q) transmitted through a unit thickness (L) in a direction normal to a surface of unit area (A) due to a unit temperature gradient (ΔT) under steady state conditions and when the heat transfer is dependent only on the temperature gradient. In equation form this becomes the following:

Thermal Conductivity = heat × distance / (area × temperature gradient)

$$\lambda = Q \times L / (A \times \Delta T)$$

Approximate values of thermal conductivity for some common materials are presented in the table below.

| Material | Thermal Conductivity W/m, °K | Thermal Conductivity (cal/sec)/(cm$^2$, °C/cm) |
|---|---|---|
| Air at 0 C | 0.024 | 0.000057 |
| Aluminum | 205.0 | 0.50 |
| Brass | 109.0 | - |
| Concrete | 0.8 | 0.002 |
| Copper | 385.0 | 0.99 |
| Glass, ordinary | 0.8 | 0.0025 |
| Gold | 310 | - |
| Ice | 1.6 | 0.005 |
| Iron | - | 0.163 |
| Lead | 34.7 | 0.083 |
| Polyethylene HD | 0.5 | - |
| Polystyrene expanded | 0.03 | - |
| Silver | 406.0 | 1.01 |
| Styrofoam | 0.01 | - |

**Materials/Processes**

**Introduction**
Introduction
General Classifications
Metals
Ceramics
Polymers
Composites

**Structure of Materials**
Atomic Bonds
Solid State Structure
Metallic Crystalline Structure
Solidification
Anisotropy and Isotropy
Crystal Defects
Elastic/Plastic Deformation
Fatigue Crack Initiation
Diffusion
Property Modification
Ceramic Structures
Polymer Structure
Composite Structures

**Physical and Chemical Properties**
Phase Transformation Temp
Density
Specific Gravity
Thermal Conductivity
Thermal Expansion
Electrical Conductivity
Magnetic Properties
Oxidation and Corrosion

**Mechanical Properties**
  -Loading

| | | |
|---|---|---|
| Steel | 50.2 | - |
| Water at 20 C | - | 0.0014 |
| Wood | 0.12-0.04 | 0.0001 |

Back                                                             Next

  -Stress & Strain
Tensile Compression, Bearing, & Shear
Hardness
Creep & Stress Rupture
Toughness
  -Impact Toughness
  -Notch Toughness
  -Fracture Toughness
Fatigue
  -S-N Fatigue
  -Fatigue Crack Growth Rate

**Selection of Materials**
Specific Metals
  Metal Ores
  Iron and Steel
  Decarburization
  Aluminum/Aluminum Alloys
  Nickel and Nickel Alloys
  Titanium and Titanium Alloys

**General Manufacturing Processes**
Metallic Components
Ceramic and Glass Components
Polymers/Plastic Components
Composites

**Manufacturing Defects**
Metals
Polymers
Composites

**Service Induced Damage**
Metals
Polymers
Composites
Material Specifications

**Component Design, Performance and NDE**
Strength
Durability
Fracture Mechanics
Nondestructive Evaluation

Provide Feedback   Sponsors & Contributors
Terms & Conditions   About the Site

Partial support for this work was provided by the NSF-ATE (Advanced Technological Education) program through grant #DUE 0101709. Opinions expressed are those of the authors and not necessarily those of the National Science Foundation.