# Exhibit M



# PROMATECT®-H
# Fire protective construction board



www.promat-see.com







**PROMATECT®-H**
Fire protective construction board
Technical data sheet



### Product description
Silicate based fire protective construction board with cement binder, resistant to moisture, of stable dimensions, large format and self-supporting. It is produced with quality assurance according to the standard ISO 9001.

### Fields of application
Execution of construction elements for construction and technical fire protection according to EN standard in all the fields of building construction and industrial construction, e.g. in steel structures, fire resistant partitions, fire dampers, wall structures, facade elements. PROMATECT®-H has the following intended uses (according to EAD 350142-00-1106): internal use (type $Z_2$), internal use in high humidity conditions (type $Z_1$) and external semi-exposed use (type Y).

| Technical data | |
|---|---|
| Nominal dry density (average) | approx. 870 kg/m³ |
| Moisture content | approx. 5 – 10 % (air dried) |
| Alkalinity (pH-value) | approx. 12 |
| Thermal conductivity λ | approx. 0,175 W/m.K |
| Coefficient of resistance to water vapor diffusion μ | approx. 20,0 |

| Properties | |
|---|---|
| Construction material class | A1, EN 13501-1 |
| Surface properties | one side smooth, one side mildly coarse |
| Storage | store in a dry location |
| Disposal | remains can be disposed off on waste tips for class I construction waste (EWC code 17 01 07) |

| Static values | | | |
|---|---|---|---|
| | Bending strength $\sigma_{break}$ | Tensile strength $Z_{break}$ | Compressive strength ⊥ |
| (deflection f ≤ l/250, safety factor ν ≥ 3) | 7,6 N/mm² (in the longitudinal direction of the board) | 4,8 N/mm² (in the longitudinal direction of the board) | 9,3 N/mm² (perpendicularly to the board surface) |

| Pullout resistances | | | | | |
|---|---|---|---|---|---|
| | Pullout resistances of screws ($Z_{break}$) | | | | |
| Type of screws | Screw for fast construction 3,9 x 55 (G 233/355) Knipping | Screw for fast construction 4,2 x 45 (Hi-Lo-thread) Knipping | Screw for fast construction ABC-Spax 4,5 x 40 | Screw for fast construction ABC-Spax 4,5 x 50 | Screwing nut (type B 3815) RAMPA |
| Layout | in the board surface | in the board surface | in the board surface | in the board surface | in the board surface |
| Depth of screwing screws | 15 mm | 15 mm | 15 mm | 15 mm | 15 mm |
| Pullout resistance $Z_{break}$ | 624 N | 550 N | 584 N | 581 N | 350 N |

| Formats and weights | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Board thickness and weight | | | | | | | | |
| Standard formats | 2500 mm x 1250 mm | 6 mm | 8 mm | 10 mm | 12 mm | 15 mm | 20 mm | 25 mm | |
| | 3000 mm x 1250 mm* | - | - | | | | | | |
| Dimensional tolerance | thickness | ±0,5 mm | | | | ±1,0 mm | | ±1,5 mm | |
| | length and width | ±3,0 mm | | | | | | | |
| Board weight [kg/m²] | in dry state | approx. 5,3 | approx. 7,0 | approx. 8,7 | approx. 10,5 | approx. 13,1 | approx. 17,4 | approx. 21,8 | |
| | +20 °C, 65 % rel. hum. | approx. 5,6 | approx. 7,4 | approx. 9,2 | approx. 11,1 | approx. 13,9 | approx. 18,5 | approx. 23,1 | |

*on request*

All physical and mechanical values are averages based on standard production and tested according to internal procedures. The typical values are given for guidance. The figures can change dependent on the test methods used. If a particular value is of prime importance for a specification, please consult Promat Technical Department.



**Bulgaria**
Etex Building Performance S.A.
Str. Vulturilor Nr. 98, 5th Floor
030857 Bucharest, Romania
M  +359 878 81 51 05
E   info.bg@promat-see.com
www.promat-see.com

**Hungary**
Etex Building Performance
M  +36 30 343 2572
M  +36 30 455 1273
M: +36 30 541 8316
E   info.hu@promat-see.com
www.promat-see.com

**Serbia, Macedonia, Montenegro**
Etex Building Performance d.o.o.
Vojvode Putnika 79
21208 Sremska Kamenica
T   +381 21 210 10 90
M  +381 63 625 426
M  +381 63 510 720
E   info.rs@promat-see.com
www.promat-see.com

**Croatia, Bosnia and Herzegovina**
Etex Building Performance
Promat d.o.o., Podružnica Zagreb
Kovinska 4a
10090 Zagreb
T   +385 1 349 63 24
F   +385 1 379 41 54
E   info.hr@promat-see.com
www.promat-see.com

**Kosovo, Albania**
Etex Building Performance Sh.A.
Ulpiana, D-1, HY-4 Nr.2
10000 Prishtina
T   +383 38 553 407
M  +381 64 61 39 763
M  +377 44 120 671
E   info@promat-see.com
www.promat-see.com

**Slovakia**
Etex Building Performance
EBM Co. s.r.o.
Štúrova 155
949 01 Nitra
M  +421 915 936 126
E   info.sk@promat-see.com
www.promat-see.com

**Greece**
Etex Building Performance S.A.
Str. Vulturilor Nr. 98, 5th Floor
030857 Bucharest, Romania
T   +40 31 224 01 00
F   +40 31 224 01 01
E   info@promat-see.com
www.promat-see.com

**Romania**
Etex Building Performance S.A.
Str. Vulturilor Nr. 98, 5th Floor
030857 Bucharest
T   +40 31 224 01 00
F   +40 31 224 01 01
E   info.ro@promat-see.com
www.promat-see.com

**Slovenia**
Etex Building Performance
Promat d.o.o.
Kidričeva 56b
4220 Škofja Loka
T   + 386 4 51 51 451
F   + 385 4 51 51 450
E   info.si@promat-see.com
www.promat-see.com

©Promat   2019-06

