E-FILED
Wednesday, 23 December, 2020  06:51:24 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT P

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21126.15 |
|---|---|---|
| | Application Number | |

| Title of Invention | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | Remove |
|---|---|---|---|
| Legal Name | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | William | Christopher | Duffy | |

| Residence Information (Select One) | US Residency | ● Non US Residency | Active US Military Service |
|---|---|---|---|

| City | Thornhill | Country of Residence i | CA |
|---|---|---|---|

Mailing Address of Inventor:

| Address 1 | 76 German Mills Road |
|---|---|
| Address 2 | |
| City | Thornhill | State/Province | ON |
| Postal Code | L3T 4H7 | Country i | CA |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.   [ Add ]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 22913 |
|---|---|
| Email Address | docketing@wnlaw.com | [ Add Email ] [ Remove Email ] |

## Application Information:

| Title of the Invention | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY | |
|---|---|---|
| Attorney Docket Number | 21126.15 | Small Entity Status Claimed ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 1 | Suggested Figure for Publication (if any) | |

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21126.15 |
|---|---|---|
| | Application Number | |

| Title of Invention | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
|---|---|

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 22913 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | | ▼ | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | ▼ | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21126.15 |
| --- | --- | --- |
| | Application Number | |

| Title of Invention | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| --- | --- |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application.  Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55.  When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2).  Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| --- | --- | --- | --- |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21126.15 |
|---|---|---|
| | Application Number | |
| Title of Invention | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**:  This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application.  After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s).  Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

1.  **Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A.  Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2)  any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B.  Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

2.  **Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐     A.  Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed.  If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐     B.  Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE**:  Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21126.15 |
|---|---|---|
| | Application Number | |
| Title of Invention | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1    [Remove]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[Clear]

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| | ▼ |

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☒

| Organization Name | Durasystems Barriers Inc. |
|---|---|

**Mailing Address Information For Applicant:**

| **Address 1** | 199 Courtland Avenue | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Vaughan | **State/Province** | ON |
| **Country** | CA | Postal Code | L4K 4T2 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    [Add]

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 21126.15 |
|---|---|---|
| | Application Number | |

| Title of Invention | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
|---|---|

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |
| City | | State/Province | |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Michael J. Frodsham/ | | Date (YYYY-MM-DD) | 2017-11-21 |
|---|---|---|---|---|
| First Name | Michael J. | Last Name | Frodsham | Registration Number | 48,699 |

Additional Signature may be generated within this form by selecting the Add button.

Add

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 21126.15 |
| | Application Number | |

| Title of Invention | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.



FIG. 1B



FIG. 1A



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D











FIG. 7A

FIG. 7B

FIG. 7C



FIG. 8A

FIG. 8B

FIG. 8C



FIG. 9A

FIG. 9B

PATENT APPLICATION
Docket No.: 21116.15

# UNITED STATES PATENT APPLICATION

of

## William Christopher Duffy

for

## PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY

# PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY

## BACKGROUND

1.    Technical Field

**[0001]**    The present invention relates to duct assemblies, and more particularly to a factory or pre-fabricated modular fire-rated conduit apparatus.

2.    Related Technology

**[0002]**    Current building codes require fire rated shaft type enclosure systems to protect mechanical and electrical services that pass through multiple fire compartments. Depending on the type of building and how the building is configured, a fire compartment can be a single room, a portion of a plant, or the entire floor or level of a building. As building size, height, and use vary, so will the fire rating requirements of the shaft construction with most installations requiring, for example, 1, 2, 3 or 4-hour fire ratings.

**[0003]**    Mechanical services that are routed though buildings vary in their fire protection requirements, which are based on the type of service and the hazards associated with that service.

**[0004]**    Ventilation ducts that that supply fresh or conditioned air, as well as returning or exhausting contaminated air, are common in most buildings. These types of ducts run throughout a building, often traveling the entire height of the building, and have the potential to act as a conduit for fire. Consequently, building codes require these systems be designed to prevent the spread of fire from one compartment or floor to adjacent ones. This is typically accomplished by enclosing the duct, or ducts, in a fire rated shaft construction and installing fire dampers at each duct opening to prevent fire from entering or exiting the duct, so that the fire is contained to the original fire compartment.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

[0005]    When dealing with ducts intended for hazardous materials and/or processes, the design requirements include protecting the duct and its contents from external fires, and also protecting the surrounding spaces or building from the effects of a fire internal to the duct. Examples of these types of ducts include dust or particle collection for wood or paper processing plants, hood exhaust ducts for commercial kitchens where combustible vapors from the grills and fryers are transported from the kitchen to exterior of the building, chutes for handling garbage or laundry, and laboratory exhaust systems where chemical vapors or hazardous biological agents are transported from a laboratory hood to a containment or processing device located in another area of the building, or discharged to the atmosphere.

[0006]    Mechanical piping systems, similar to duct systems, also fall into two general categories: hazardous and non-hazardous. The fire protection requirements are similar to the requirements for duct systems.

[0007]    In a building, there are various non-hazardous types of piping systems that are installed throughout the building, for example, supply water lines and drain pipes. These types of piping systems can benefit from being enclosed in a shaft type construction, which allows the services to pass though the building without requiring through penetration firestops at each fire separation. A firestop is only needed where the piping exits the fire rated shaft enclosure.

[0008]    Hazardous piping, on the other hand, such as fuel oil fill and vent piping, medical gas piping, and other specialized process pipes that contain flammable or combustible contents, require protection from external fire, as well as protection from the possible spread of internal fire though ignition of the hazardous contents of the pipe. Building codes of some jurisdictions, for example, in New York City, require that oil fill and vent piping be enclosed by a system that provides fire protection as well as

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

liquid tight containment in the event an oil pipe fails. The containment requirement is to ensure any leaked fuel cannot escape the enclosure preventing the fuel from contributing to or causing a fire inside the building.

[0009]     Unlike mechanical duct and piping systems where the fire threat could be from the contents of the mechanical service as describe above, modern electrical cabling tends to have jackets or outer coverings formed from materials that self-extinguish once an external flame is removed from the cable. Consequently, a principal design requirement for electrical cabling is maintaining operation of the electrical services. As the cable or cable jacket themselves are not a threat, protection of electrical serves tends to focus more on protecting the electrical service from external fire sources so continued operation can be ensured in the event of a fire. Electrical cabling that handles critical services like building power, backup generator power, life safety communication cables, and building security are examples of electrical systems suitable for or requiring fire protection, based on the type of building or structure with the electrical service installation.

[0010]     Accordingly, there remains a need for improvements in the art including fire rated shaft designs.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

## BRIEF SUMMARY

[0011]     The present invention is directed to a factory or pre-fabricated modular fire-rated conduit assembly apparatus and system.

[0012]     According to one aspect, the present invention comprises a modular fire-rated exhaust duct assembly comprising, two or more exhaust duct modules; each of said exhaust duct modules having an inner duct liner and an outer casing, and a plurality of casing spacers configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving an insulation material; a first exterior flange connector formed or attached to one end of each of said inner duct liners; a second exterior flange connector formed or attached to another end of each of said inner duct liners; said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a connected exhaust duct run; and a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material, and further comprising a return configured for receiving a connection edge of a joint cover, said joint cover being configured to encapsulate said joint connection ends of adjacent exhaust duct modules.

[0013]     Other aspects and features of the present invention will become apparent to those ordinarily skilled in the art upon review of the following description of embodiments of the invention in conjunction with the accompanying figures.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

Ex. P - Page 25 of 211

BRIEF DESCRIPTION OF THE DRAWINGS

[0014]    Reference will now be made to the accompanying drawings which show, by way of example, embodiments of the present invention, and in which:

[0015]    Fig. 1A shows in diagrammatic form a rectangular vertical conduit installation configured for a closed system from origin to discharge;

[0016]    Fig. 1B shows a conduit installation for a ventilation system where there are inlets or outlet in the system other than the origin or discharge openings;

[0017]    Fig. 2A shows a rectangular duct assembly according to an embodiment of the present invention comprising two connected rectangular conduit or duct sections;

[0018]    Fig. 2B is an exploded view of one of the rectangular conduit section of Fig. 2A;

[0019]    Fig. 2C show a process or method for connecting the two rectangular conduit sections together according to an embodiment;

[0020]    Fig. 2D shows the two connected rectangular conduit sections of Fig. 2C, with a joint insulation and cover configuration according to an embodiment;

[0021]    Fig. 3A shows a three-sided conduit configuration according to an embodiment of the present invention;

[0022]    Fig. 3B shows the three-sided conduit configured for a horizontal or vertical services conduit application or installation;

[0023]    Fig. 3C shows the three-sided conduit configured for a horizontal services conduit application or installation;

[0024]    Fig. 3D shows the three-sided conduit configured for a horizontal or vertical air conduit application or installation;

[0025]    Fig. 4A shows a two-sided conduit configuration according to an embodiment of the present invention;

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

[0026]   Fig. 4B shows the two-sided conduit configured for a horizontal or a vertical services conduit, for handling air or enclosing, for instance, mechanical/electrical services connected to intersecting fire rated construction to complete the conduit;

[0027]   Fig. 4C shows the two-sided conduit configured for a horizontal services conduit application or installation, for instance, comprising suspended building services;

[0028]   Fig. 4D shows the two-sided conduit configured for a horizontal or vertical air conduit application or installation;

[0029]   Fig. 5A shows a one-sided, or flat, conduit panel according to an embodiment of the present invention;

[0030]   Fig. 5B shows the one-sided conduit configured for a horizontal or a vertical services conduit for handling air or enclosing mechanical/electrical services installed in a void comprising a fire rated construction in a conduit installation;

[0031]   Fig. 5C shows the one-sided conduit configured for a horizontal services conduit application or installation, for instance, comprising suspended building services;

[0032]   Fig. 5D shows the one-sided conduit configured for a horizontal or vertical air conduit application or installation;

[0033]   Fig. 6A shows a conduit comprising a liquid tight inner construction, and comprising a raised joint insulation cover, according to an embodiment of the present invention, and suitable for hazardous or combustible contents and a containment system;

[0034]   Fig. 6B shows the conduit of Fig. 6A comprising a flat joint insulation cover according to an embodiment of the present invention;

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

[0035] Fig. 6C shows a conduit configured for air or building services installation, and comprising a raised joint insulation cover, according to an embodiment of the present invention;

[0036] Fig. 6D shows the conduit of Fig. 6C comprising a flat joint insulation cover according to an embodiment of the present invention;

[0037] Fig. 7A shows a stepped casing spacer according to an embodiment of the present invention;

[0038] Fig. 7B shows a built-up stepped casing spacer according to an embodiment of the present invention;

[0039] Fig. 7C shows a flat casing spacer according to an embodiment of the present invention;

[0040] Fig. 8A shows a thin profile conduit with a raised joint cover according to an embodiment of the present invention;

[0041] Fig. 8B shows a standard profile conduit with a raised joint cover according to an embodiment of the present invention;

[0042] Fig. 8C shows a standard profile conduit with a flush joint cover according to an embodiment of the present invention;

[0043] Fig. 9A shows a screw-on raised joint cover according to an embodiment of the present invention; and

[0044] Fig. 9B shows a screw-on flush joint cover according to an embodiment of the present invention.

[0045] Like reference numerals indicate like or corresponding elements or components in the drawings.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

DETAILED DESCRIPTION

[0046]      Reference is first made to Fig. 1A, which shows a hazardous/combustible materials fire-rated duct or conduit assembly or configuration according to an embodiment of the present invention and indicated generally by reference 100. According to an exemplary implementation, the hazardous materials conduit or duct assembly 100 comprises a closed vertical configuration 101 with a fire separation floors 102, indicated individually by references 102a and 102b, in Fig. 1. In a vertical configuration, the conduit passes through horizontal floors or fire separation barriers. The closed conduit assembly 100 is intended for hazardous and/or combustible materials and does not have any openings (other than at an originating fire compartment and/or a destination fire compartment), which could allow for the escape of hazardous material and/or spread of fire from one fire compartment to another fire compartment in a building. As will be described in more detail below the conduit assembly 100 comprises a plurality of modular duct sections that are joined or connected together and configured for the particular application or installation.

[0047]      Fig. 1B shows an open conduit assembly or configuration according to an embodiment of the present invention and indicated generally by reference 120. As shown in Fig. 1B, the open conduit assembly 120 comprises a vertical conduit assembly 121 which passes through floors 122 in a building. The floors 122 comprise fire separation floors indicated individually by references 122a and 122b. The vertical conduit assembly 121 includes one or more openings 124 between the originating fire compartment and the destination compartment. The conduit assembly 120 is configured for moving air under positive or negative pressures where branch conduits are required to handle air for other parts of the building.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

[0048]    The duct assemblies 100 and 120 are also suitable for conduits containing mechanical or electrical systems, and can comprise branch runs or outlets in multiple locations in a building to provide services to those areas. It will also be appreciated that the fire-rated duct assemblies 100 and 120 can be configured horizontally to run through walls, including vertical fire barriers, or in combination of vertical and horizontal connected segments or sections, for example, the vertical duct assembly 121 with a horizontal branch indicated generally by reference 126. According to another embodiment, the fire-rated duct assembly comprises a conduit spanning or running between horizontal and/or vertical fire barriers, without penetrating or passing through the barrier(s). For instance, the duct assembly terminates at and is attached to one face of the fire barrier, and the next section in the duct assembly is attached to the opposite face of the fire barrier and continues a run or span to the next fire barrier. According to an exemplary embodiment, the sections of the fire-rated duct assemblies are attached to the face of the fire barriers as described in more detail below with reference to Figs. 3A to 3D.

[0049]    Reference is next made to Fig. 2A, which shows a fire-rated conduit or duct assembly according to an embodiment of the invention and indicated generally by reference 200. The fire-rated conduit assembly 200 comprises a plurality of duct sections 210, indicated individually by reference 210a and 210b in Fig. 2A, and a connection or joint mechanism indicated generally by reference 220. According to an exemplary embodiment, the duct sections 210 have a rectangular cross-section or configuration. The duct sections 210 are fabricated in a factory before being transported to the installation location or site, and then joined or connected together using connection mechanisms to create a continuous conduit system or assembly, as described in more detail below.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

[0050]     In addition to a rectangular cross-section, the duct sections 210 can be configured with other cross-sectional shapes or profiles. According to other embodiments, the duct sections 210 comprise square, round, or oval cross-sectional shapes or profiles. The cross-sectional shape is determined based on various factors, such as the application or intended use, the space available for installing the conduit, and even the designer's personal preference as to conduit cross section. For instance, a round or oval cross-section is often utilized when the duct assembly 100 is configured for handling combustible particulate materials, as it allows for smoother material flow, and assists in preventing the accumulation of the particulate in any one area of the conduit system reducing the potential for a fire internal to the conduit. In addition, the duct assembly 100, 120 can include other sections or components, such as the branch duct section 124 shown in Figure 1B, and/or other sections such as elbows and offsets, as well as shapes required to change conduit size such as transitions or reducers.

[0051]     Reference is made to Fig. 2B, which shows an exploded view of the individual or modular duct section 210 according to an embodiment. The duct section 210 comprises an inner duct 230 with an inner duct connector 232, indicated individually by references 232a and 232b in Fig. 2B, at opposing ends of the duct section 210. The inner duct connector 232 comprises a flange or an angled connector which is configured to join respective duct sections 210 together, for example, using respective bolts 234 and nuts 235, as shown in Fig. 2C, or other suitable fasteners, and with the addition of a gasket or joint sealant, as described in more detail below. The inner duct connector 232 can be formed as a separate component, for instance, an angled connector, that is fastened to the end of the inner duct 210, for example, bolted and/or welded. According to another embodiment, the inner duct connector 232 is formed as integral component of the inner duct 210. The modular duct section 210 comprises an

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

outer protective casing indicated generally by reference 240. According to an embodiment, the outer protective casing 240 comprises top 241 and bottom 242 panels and side panels indicated individually by references 244 and 245. According to an exemplary implementation, the outer casing 240 is fabricated from a fire resistant metallic material. In order to provide a thermal insulation cavity, the respective panels of the outer protective casing 240 are positioned and attached to the inner duct 230 in a spaced relationship using casing spacers, comprising top and bottom panel casing spacers indicated by references 248 and side panel casing spacers indicated by references 248. According to an exemplary embodiment, the casing spacers 248 are fabricated or formed using a thermally insulating (i.e. thermally non-conductive) material. The outer casing panels 240 are affixed to the casing spacers, which are held in position or fixed to the inner duct 230 using suitable fastening techniques. A cavity or void space is formed between the outer casing 240 and the inner duct liner 230 and thermal insulation material 233 is placed inside the cavity, as described in more detail below. As shown in Fig. 2D, the joint or connection mechanism 220 comprises an insulating material 235 which is applied or positioned on or around the joined or connected ends of the respective duct sections 210. The joint mechanism 220 further comprises a joint cover 250. According to an embodiment, the joint cover 250 comprises top and bottom joint covers indicated by references 254 and side joint covers indicated by references 254 to protect and hold the insulating material 235 in place or position between the joined ends of the duct sections 210. According to an exemplary implementation, the joint covers 254 are fabricated from a fire resistant metal and are configured to slide into the gap between the respective ends of the duct sections 210 and fixed or held in position using screws or other suitable fasteners, indicated generally by reference 255 in Fig. 2D.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

[0052]     According to an exemplary embodiment, the inner duct liner 230 is fabricated from flat sheet metal or a continuous metal strip, with a thickness sufficient to remain intact and maintain the conduit shape for the prescribed fire-rating or duration. The thickness of the inner duct 230 can be increased for applications where the conduit contents impart additional loading or abrasion requirements. The inner duct liner 230 may be fabricated from carbon, galvanized, stainless, or coated steel. The inner duct 230 is formed as a tube comprising a rectangular, square, round, or oval cross section, as determined by the specific application or project requirements. For a rectangular or square cross section, the inner duct liner 230 can be fabricated using four individual panels, a 'U' shaped section with a separate closing panel, two 'L' shaped sections or a single wrap around section. For a circular or oval cross section, the inner duct 230 can be fabricated from individual pieces of flat metal formed to the required shape, or formed from a spiral wound continuous strip of metal. In known manner, the abutting longitudinal free edges of the formed or spirally wound tubes are joined or connected using mechanical locks, continuous or stitch welds, lap seams with fasteners or pocket seams with fasteners or stitch welds.

[0053]     For hazardous or combustible material applications, the duct or conduit assembly 100 is preferably made with continuously welded longitudinal seams to prevent the hazardous or combustible materials being transported by the conduit assembly 100 from escaping the inner conduit. For non-hazardous applications, such as air handling, or for routing or housing mechanical and electrical services, the duct or conduit assembly is made with mechanical locks due to their lower cost and ease of use. Where necessary the mechanical locks can also be sealed to reduce any unwanted passage of air from or to the inner conduit.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

[0054]    Reference is again made to Fig. 2C and a process for connecting or joining the two duct sections 210a and 210b together to form a section of the duct assembly 100. As shown, the first duct section 210a is positioned with the mating end, i.e. the inner duct connector 232b in spaced position from the inner duct connector 232a of the second duct section 210b. A gasket or other type of sealing material is applied to the face of one or both of the inner duct connectors 232a and 232b as required. The two duct sections 210a and 210b are then brought together and mechanically joined, for example, utilizing respective bolts 234 and nuts 235, or other suitable mechanical fasteners, inserted and tightened in holes 236 in the corners of the connectors 232a and 232b. For larger duct sections 210, or round or oval duct sections, additional bolts or other types of fasteners, such as screws, cleats, or clamping bands, are utilized for joining or connecting the respective sections.

[0055]    According to an embodiment, the joint mechanism 220 is configured to provide the fire-rating for the assembled duct or conduit assembly 100 (or 120). As shown in Fig. 2D, the joint mechanism 220 comprises thermal insulation material 235 and the joint cover 250. According to an embodiment, the inner duct 230 and the inner duct connectors 232 are configured to extend beyond the protective outer casing 240 and when joined together a gap or space is created between the end of the joined duct sections 210a and 210b as shown in Fig. 2C and indicated by reference 221. The gap 221 is configured to receive the thermal insulation material 235, and then the top and bottom joint cover sections 254 and the side joint cover sections 254 are installed to seal the gap 221 and the thermal insulation material 235 to provide and maintain the required fire-rating of the duct assembly 100 (or 120). According to an exemplary implementation, the joint cover sections 254 are fabricated from the same material as the panels for the outer casing 140.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

[0056]     The thermal insulation material 235 is selected to have sufficient density and thermal conductivity to limit the transfer of heat from the fire exposed side of the conduit to the non-exposed side so as not to exceed the temperature rise limits of the building construction and materials test standard used to qualify the fire resistance rating of the fire rated conduit. Typical temperature rise limits for nationally recognized codes restrict the average temperature rise to an average of all temperature rise measurements of 250°F with a maximum single temperature rise measurement of 325°F. Once the opening is filled with the thermal insulation, slide on joint covers, formed of the same material and material thickness as the outer protective casing, are installed by first positioning the ends of the overlapping returns formed on the longitudinal edges of the slide on joint cover parallel to and adjacent to the ends of the returns formed on the outer protective casings.

[0057]     According to an embodiment, the joint cover sections 254 are configured to be pushed or slid into and held in place by respective returns 256 formed in the panels 241, 242, 244 and 245 of the outer casing 240, as shown in Figs. 2B and 2D. The returns 256 in the outer casing 240 interlock with returns formed in the joint cover sections 254. For a rectangular configuration, installation of the top, bottom and side joint cover sections 254 envelopes the gap 221, i.e. perimeter ends of the outer casing 240. According to an embodiment, the joint cover sections 254 have a 90° fold or flange formed at one end as shown in Fig. 2D and indicated by reference 256. The flanges 256 facilitate the connection of abutting joint cover sections 254, for example, utilizing screws or other mechanical fasteners, to secure or lock the joint cover sections 254 in place. According to another embodiment, the flange comprises a separately formed angle piece that is fastened to the end of the joint cover section 254 at one surface, and the other surface of the formed angle piece is joined or fastened to the end of the

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

abutting joint cover section. According to another aspect, formed angle piece is positioned under or over the interface between the adjacent joint cover section so that the thermal insulation is fully enclosed and protected.

[0058]    Reference is next made to Fig. 3A, which shows a sectional view of a three-sided conduit assembly according to an embodiment of the invention and indicated generally by reference 300. The three-sided conduit assembly 300 is configured to be secured and sealed against a surface of the fire barrier 102 (or 122 in Fig. 1) as indicated by reference 104. The three-sided conduit assembly 300 is suitable for applications where the porosity of the fire barrier or separation floor or wall 102 does not adversely affect the performance of the system, for example, to enclose mechanical and/or electrical services, or to function as an air handling conduit, in horizontal or in vertical configurations.

[0059]    As shown in Fig. 3A, the three-sided conduit assembly 300 comprises a three-sided configuration with an open side or surface indicated by reference 302. The three-sided conduit 300 comprises an inner duct liner 310 and an outer casing 312. The outer casing 312 and the inner duct liner 310 are separated by casing spacers 314, for example, as described above. As shown in Fig. 3A, each side wall of the conduit assembly 300 includes a conduit mounting channel indicated by reference 316. The conduit mounting channel 316 is configured to provide a joint surface for mounting or securing the respective side wall to the surface 104 of the fire barrier 102. According to an embodiment, an anchor or fastener 105 is installed in the surface 104 of the fire barrier 102 and utilized to attach and secure the conduit mounting channel 316. According to an exemplary implementation, the fastener 105 comprises a threaded stud and the conduit mounting channel 316 (and side wall of the conduit assembly 300) is attached with a threaded nut 107, which is accessed through an opening 317. The

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

opening 317 can be filled with thermal insulation material (as described above) and the opening 317 and conduit mounting channel 316 is closed or sealed with a slide joint cover section indicated by reference 318. The slide joint cover section 318 is secured with one or more screws 319.

**[0060]** According to an embodiment, the conduit mounting channels 316 include a 90□ fold or flange 321 which aligns with returns 315 on the outer casing 314, as shown in Fig. 3A.

**[0061]** To install the three-sided conduit 300, a gasket or other suitable sealing material is affixed or applied to either the surface 104 of the fire barrier 102 or to the face of the conduit mounting channel, to create a seal between two mating surfaces and between the inner conduit 310 and the holes in the conduit mounting channel 316. The conduit assembly 300 is moved into position and secured with the conduit fastener or mounting nuts 107 to the anchors 105. The joint cover section 318 includes a return 323 that is formed only along one longitudinal edge. The return 323 in the slide joint cover section 318 is slid over the corresponding return 315 in the outer casing 314 to interlocking the two sections. The slide joint cover sections 318 are secured into place with joint cover section retaining screws 319, and the joint section in the three-sided conduit 300 is enclosed and configured to provide the required fire-rating.

**[0062]** According to another embodiment, the anchors 105 in the fire barrier 102 comprise threaded sockets and the conduit mounting nut 319 is replaced with a matching threaded bolt.

**[0063]** Reference is next made to Figs. 3B to 3D, which depict exemplary implementations and applications of the three-sided conduit assembly 300. Fig. 3B shows the three-sided conduit assembly 300 configured or installed as a services conduit, in a horizontal or a vertical configuration, and indicated generally by reference

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

320. In an exemplary installation, mechanical 322 and/or electrical 324 service fixtures or components, are affixed to a surface mount 326 and enclosed by the conduit formed between the three-sided conduit assembly 300 and the surface 104 of the fire barrier 102. Fig. 3C shows the three-sided conduit assembly 300 configured as a services conduit 330 where the mechanical 322 and electrical services 324 are supported or carried by a suspended mounting platform 332 as shown. Fig. 3D shows the three-sided conduit assembly 300 configured as an air conduit 340. The three-sided conduit assembly 300 can be configured to run a horizontal air duct or a vertical air duct according to the orientation of the fire barrier 102, e.g. ceiling or wall. In addition to the generally rectangular cross-sectional shape, the three-side conduit assembly 300 can be configured with duct sections having other profile shapes, for instance, a half-circle or half-oval shape.

[0064]     Reference is next made to Fig. 4A, which shows a sectional view of a two-sided conduit assembly according to an embodiment of the invention and indicated generally by reference 400. The two-sided conduit assembly 400 is configured to be secured and sealed against two surfaces of a fire barrier 110 indicated by reference 111 and 112, respectively, as shown in Fig. 4A. The two-sided conduit assembly 400 is suitable for applications where the porosity of the two surfaces of the fire barrier or separation floor or wall 110 does not adversely affect the performance of the system, for example, to enclose mechanical and/or electrical services, or to function as an air handling conduit, in horizontal or in vertical configurations.

[0065]     The two-sided conduit 300 comprises an inner duct liner 410 and an outer casing 412. The outer casing 412 and the inner duct liner 410 are separated by casing spacers 414, for example, as described above. As shown in Fig. 4A, each side wall 401 and 402 of the conduit assembly 400 includes a conduit mounting channel indicated by

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

references 416. The conduit mounting channel 416 is configured to provide a joining surface for mounting or securing the respective side wall 401, 402 to the respective surface 111, 112 of the fire barrier 110. According to an embodiment, a respective anchor or fastener 114 is installed in the surface 111, 112 of the fire barrier 110 and utilized to attach and secure the conduit mounting channels 416. According to an exemplary implementation, the fastener 114 comprises a threaded stud and the conduit mounting channel 416 (and side wall of the conduit assembly 401, 402) is attached with a threaded nut 115, which is accessed through an opening 417. As described above, the opening 417 may be filled with a thermal insulation material 435 (Fig. 4B) and the opening 417 and conduit mounting channel 416 is closed or sealed with a slide joint cover section indicated by reference 418. The joint cover section 418 is secured with one or more screws 419.

[0066]    The conduit mounting channels 416 include a 90⬚ fold or flange 421 which aligns with returns 415 on the outer casing 412, as shown in Fig. 4A.

[0067]    To install the two-sided conduit 400, a gasket or other suitable sealing material is affixed or applied to the respective surfaces 111, 112 of the fire barrier 110 or to the faces of the conduit mounting channels 416, to create a seal between two mating surfaces and between the inner conduit 410 and the holes in the conduit mounting channel 416. The conduit assembly 400 is moved into position and secured with the conduit fastener or mounting nuts 115 to the respective anchors 114. Gaskets and/or sealing materials may be applied as required. The thermal insulation 435 is added in the cavity. The joint cover sections 418 include a slide or return 421 that is formed only along one longitudinal edge. The return 421 in the joint cover section 418 is slid over the corresponding return 415 in the outer casing 414 to interlock the two sections. The joint cover sections 418 are secured into place with joint cover section

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

retaining screws 419, and the joint section in the two-sided conduit 400 is enclosed and configured to provide the required fire-rating. Adjacent conduit sections or modules for a run comprising the two-sided conduit assembly 400 are connected together in a manner similar to that described above with reference to Fig. 2.

[0068]    Reference is next made to Figs. 4B to 4D, which depict exemplary implementations and applications of the two-sided conduit assembly 400. Fig. 4B shows the two-sided conduit assembly 400 configured or installed as a services conduit, in a horizontal or a vertical configuration, and indicated generally by reference 420. In an exemplary installation, mechanical 422 and/or electrical 424 service fixtures or components, are affixed to a surface mount 426 and enclosed by the conduit formed between the two-sided conduit assembly 400 and the respective surfaces 111, 112 of the fire barrier 110. Fig. 4C shows the two-sided conduit assembly 400 configured as a services conduit 430 where the mechanical 422 and electrical services 424 are supported by a suspended mounting platform 432 as shown. Fig. 4D shows the two-sided conduit assembly 400 configured as an air conduit 440. The two-sided conduit assembly 400 can be configured to run a horizontal air duct or a vertical air duct according to the orientation of the fire barrier 110, e.g. ceiling or wall. In addition to the generally rectangular cross-sectional shape, the two-side conduit assembly 400 can be configured with duct sections having other profile shapes, for instance, a semi-circle or semi-oval shape.

[0069]    Reference is next made to Fig. 5A, which shows a sectional view of a single-sided conduit assembly according to an embodiment of the invention and indicated generally by reference 500. The single-sided conduit assembly 500 is configured to be secured and sealed against a recess or channel 132 formed in a fire barrier 130, for example, comprising parallel fire-barrier projections or walls 134a and 134b, as shown

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

in Fig. 5A. The single-sided conduit assembly 500 is suitable for applications where the porosity of the three surfaces of the fire barrier or separation floor or wall 130 and the projections or walls 134 do not adversely affect the performance of the system, for example, to enclose mechanical and/or electrical services, or to function as an air handling conduit, in horizontal or in vertical configurations.

[0070]    The one or single-sided conduit 500 comprises an inner duct liner 510 and an outer casing 512. The outer casing 512 and the inner duct liner 510 are separated by casing spacers 514, for example, as described above. As shown, thermal insulation material 533 is placed in the void formed between the inner duct liner 510 and the outer casing 512 as shown in Fig. 5A. The single-sided conduct assembly 500 includes a conduit mounting channel at each end indicated by references 516. The conduit mounting channel 516 is configured to provide a joining surface for mounting or securing the conduit assembly 500 to the respective fire-barrier wall 134a and 134b. According to an embodiment, an anchor or fastener 136 is installed on a mounting surface of each fire-barrier walls 134a and 134b, as shown, and utilized to attach and secure the respective conduit mounting channels 516. According to an exemplary implementation, the fastener 136 comprises a threaded stud and the conduit mounting channel 516 is attached with a compatible threaded nut 137, which is accessed through an opening 517. In a manner similar to that described above, the opening 517 may be filled with thermal insulation material 519 (as shown in Figs. 5B to 5D) and the opening 517 and conduit mounting channel 516 are closed or sealed with a slide joint cover section indicated by reference 518. The joint cover section 518 is secured with one or more screws 521 (Figs. 5B to 5D).

[0071]    To install the one-sided conduit assembly 500, a gasket or other suitable sealing material is affixed or applied to the respective mounting surfaces of the fire-

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

barrier projections or walls 134a and 134b, to create a seal between two mating surfaces and between the inner conduit 510 and the holes in the conduit mounting channel 516. The conduit assembly 500 is moved into position and secured with the conduit fastener or mounting nuts 137 to the respective anchors 136. According to an embodiment, the joint cover sections 518 include a slide or return that is formed along one longitudinal edge. The return in the joint cover section 518 is slid over a corresponding return in the outer casing 514 to interlock the two sections. The joint cover sections 518 are secured into place with the joint cover section retaining screws 521, and the joint section in the single-sided conduit assembly 500 is enclosed and configured to provide the required fire-rating. Adjacent duct sections or module are connected together to form the one-sided conduit assembly in a manner similar to that described above.

[0072]    Reference is next made to Figs. 5B to 5D, which depict exemplary implementations and applications of the one or single-sided conduit assembly 500. Fig. 5B shows the one-sided conduit assembly 500 configured or installed as a services conduit, in a horizontal or a vertical configuration, and indicated generally by reference 520. In an exemplary installation, mechanical 522 and/or electrical 524 service fixtures or components, are affixed to a surface mount 526 and enclosed by the conduit formed between the one-sided conduit assembly 500 and the two fire-barrier walls or projections 134a and 134b of the fire barrier 130. Fig. 5C shows the one-sided conduit assembly 500 configured as a services conduit 530 where the mechanical 522 and electrical services 524 are supported by a suspended mounting platform 532 as shown. Fig. 5D shows the one-sided conduit assembly 500 configured as an air conduit 540. The one-sided conduit assembly 500 can be configured to run a horizontal air duct or a vertical air duct according to the orientation of the fire barrier walls or projections 134a and 134b, e.g. formed on the ceiling or on the wall of the fire barrier 130. In addition

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

to the generally rectangular cross-sectional shape, the one-side conduit assembly 500 can be configured with duct sections having other profile shapes, for instance, a half-circle or half-oval shape.

[0073]    As described above with reference to Figs. 2A to 2D, the inner duct liners 230 include respective external mechanical connectors 232 at each end. According to this aspect of the present invention, the external mechanical connectors 232 are fabricated according to the intended application or operating environment of the fire-rated conduit assembly.

[0074]    For installations involving hazardous or combustible materials or liquids, the connection must be liquid or air tight connection. According to an embodiment, the inner duct liner 230 is configured with a bolted flange connector as shown in Figs. 6A and 6B, and indicated by reference 610. The bolted flange connector 610 comprises an angle flange indicated by reference 612 in Figs. 6A and 6B. The angle flange 612 is affixed or attached to the end of the inner duct liner 230. As shown, the inner duct liner 230 may include a flange or lip 238 that is configured to also hold or attach the angle flange 612. According to an exemplary implementation, the traverse surface of the angle flange 612 is attached to the end edges of the inner duct liner 230 via continuous or stitch welding, and also along the end edges of the angle flange 612 adjacent the side edges of inner duct liner 230. According to another aspect, and where air or liquid tightness is required for the conduit, additional sealant is applied at the longitudinal joints or connectors to achieve the required seal. The vertical leg of each bolted flange connector 610 includes a plurality of holes for receiving mechanical fasteners, e.g. bolts and nuts.

[0075]    To provide increased rigidity for achieving tight (and leak proof) connections, the bolted flange connectors 610 comprise a SMACNA type angle

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

connector, which is welded to the opposing ends of the inner duct liner 230, for example, as described above. The angle connectors are sized according to the conduit dimensions, and/or any internal pressure or material loading requirements.

[0076]     As shown in Figs. 6A and 6B, the casing spacers 248 are secured between the inner duct liner 230 and the outer casing 240. The casing spacers 248 are positioned to maintain a gap or void between the casing 240 and the duct liner 230 and ensure that thermal insulation 233 is equally compressed once the duct sections 210 are assembly together and the conduit assembly 100 is installed on site. The casing spacers 248 are configured to transfer loading from the inner duct liner 230 to the outer protective casing 240 and on to the mechanical structure supporting the assembly. The casing spacers 248 are made from a thermally insulative material which is strong or rigid enough to not be deformed or compressed, while also minimizing the amount of heat conducted though the spacer 248 to the unexposed face of the conduit.  According to an exemplary implementation, the casing spacers 248 are formed from an insulation material such as cement or calcium silicate board. For higher load applications, the casing spacers 248 comprise one or more continuous configurations around the perimeter of the inner duct liner 230. For lighter load applications, on the other hand, the casing spacers 248 are segmented and positioned at the end sections of the inner duct liner 230, for example, as shown in Fig. 2B.

[0077]     Referring back to Figs. 6A and 6B, the casing spacer 248 is attached to the inner surface of the outer casing 240 utilizing mechanical fasteners 249, for example, metal screws, nails, or staples. According to another implementation, the casing spacer 248 is secured to the inner surface of the outer casing 240 utilizing a suitable adhesive. To maintain the integrity of the inner duct liner 230, the casing spacer 248 is not affixed to the outer surface of the inner duct liner 230. As shown, a casing spacer angle flange

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

614 is provided to locate and restrain the casing spacer 248 relative to the inner duct liner 230. The angle flange 614 is attached using continuous, stitch, or spot welding techniques. According to another implementation, the casing spacer 248 is secured to the outer surface of the inner duct liner 230  utilizing a suitable adhesive.

[0078]     As shown in Fig. 6A, the outer casing 240 is configured with a raised joint attachment end which is formed "proud" of the casing 240, as indicated by reference 602. The raised joint attachment end 602 is configured to receive and secure the joint covers 254 in a raised configuration in duct assemblies 800 and 810, as shown in Figs. 8A and 8B, respectively. The raised joint attachment 602 includes a return 802 which is configured to interlock with a corresponding return 803 (e.g. connection edge or mechanism) formed on each edge of the joint cover 254. According to an exemplary embodiment, the return 803 comprises a pocket or formed slot as shown in Fig. 8A (Figs. 8B and 8C) which slides over and receives or engages the return 802 formed in the outer casing. The inner duct flange connectors 232a (i.e. the bolted flange connector 610a) and 232b (i.e. the bolted flange connector 610b) are secured together with mechanical fasteners 804, for instance bolts and nuts, as shown in Figs. 8A and 8B. According to an exemplary implementation, a gasket 806, or a suitable sealant, is applied between the mounting faces of the bolt flange connectors 610. The cavity or void between the adjacent duct sections 210 is filled with thermal insulation material 235, and the joint cover 254 is slid into place in the raised joint attachments 602, and may be further secured by one or more mechanical screws. The duct assembly 800 with the raised joint attachment in Fig. 8A comprises a thin profile conduit assembly (and includes thinner casing spacers 249), whereas the duct assembly 820 in Fig. 8B comprises a standard profile for the conduit assembly.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

[0079]    The duct assembly 800 depicted in Fig. 8A is configured for application or installations where fire-rating durations of 2 hours or less are required. Due to the physical characteristics of a thinner configuration the weight of materials/components and loading will be lower, and therefore smaller/thinner casing spacers 249 can be utilized, and with the raised joint cover configuration standard, or additional thickness, thermal insulation material 235 can be utilized based on the rating.

[0080]    The duct assembly 820 depicted in Fig. 8B is configured to provide a fire-rating of 4 hours or less. The configuration of the raised joint casing provides a larger cavity for receiving additional or thicker material for the thermal insulation 235.

[0081]    Reference is next made to Fig. 6B, which shows the outer casing 240 configured with a flat joint attachment end indicated by reference 622. As shown the flat joint attachment end is formed substantially flush with the exterior surface of the outer casing 240. The flat joint attachment configuration provides a conduit assembly with smaller outer dimensions. To maintain or increase fire-ratings, thermal insulation 235 with higher performance characteristics is utilized, for example, the thermal insulation 235 will have higher performance characteristics than the thermal insulation 233 between the inner duct liner 230 and the outer casing 240.

[0082]    The flat joint attachment end 622 is configured to receive and secure the joint covers 254 in a flat configuration in a duct assembly 830, as shown in Fig. 8C. The flat joint attachment 622 includes a return 832 which is configured to interlock with a corresponding return 834 formed on each edge of the joint cover 254. The inner duct flange connectors 232a (i.e. the bolted flange connector 610a) and 232b (i.e. the bolted flange connector 610b) are secured together with mechanical fasteners 804, for instance bolts and nuts, as shown in Fig. 8C. A gasket 806, or a suitable sealant, is applied between the mounting faces of the bolt flange connectors 610. The cavity or void

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

between the adjacent duct sections 210 is filled with a thermal insulation material 235, and the joint cover 254 is slid into place in the flat joint attachments 602.

[0083]    The duct assembly 830 depicted in Fig. 8C comprises a standard profile conduit assembly and is configured to provide a fire-rating of 4 hours or less. The flat or flush mounting of the joint covers 254 reduce the thickness of the thermal insulation 235 at the inner conduit external connectors, which effectively reduces the thermal protection. To limit the thermal transfer (thereby increase the fire-rating) between the inner duct liner 230, the external connectors and the joint cover 254, the thermal insulation 235 comprises an insulating material with a lower thermal conductivity and/or higher density, in order to meet established thermal transmission parameters.

[0084]    For an installation comprising standard supply, return, or exhaust air applications, as well as for electrical service applications where fire resistance is the primary concern, the external mechanical connectors 232 are formed as an integral component of the inner duct liner 230, or alternatively, as a separate component that is affixed or attached to the end of the inner duct liner 230. According to an exemplary implementation, the external mechanical connector 232 comprises a SMACNA type T-25 series connector, which has a profile similar to that shown in Figs. 6C and 6D. Other SMACNA or similar mechanical connectors can be used for the external mechanical connector 232 provided the resulting connection between duct modules 210 meets the required fire-ratings for the application or installation.

[0085]    The duct assemblies according to Figs. 6C and 6D are particularly suited for applications comprising conduits for moving air under positive or negative pressure, as well as conduits containing mechanical or electrical services. It will be appreciated that these applications do not necessarily require conduit assemblies with liquid and joint tight configurations as described above with reference to Figs. 6A and 6B.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

[0086]    Reference is made to Fig. 6C, which shows a duct assembly 630 configured with a raised joint attachment end which is formed "proud" of the casing 240, as indicated by reference 631. The raised joint attachment end 631 is configured to receive and secure the joint covers 254 in a raised configuration, in a manner similar to that described above with reference to Fig. 6A. It will be appreciated that the configuration of the raised joint attachment provides increased rigidity to the lateral edges of the outer casing 240, in addition to providing a larger joint cavity for receiving additional or thicker thermal insulation material 235 (Fig. 8).

[0087]    According to another aspect and as shown in Fig. 6C, the exterior connector 232 for the inner duct liner 230 comprises a SMACNA type T-25 series connector indicated by reference 634. The connector 634 is formed as an integral component of the end section of the inner duct liner 230, or as a separate component which is mechanically attached to the end of the inner duct liner 230. According to an exemplary implementation, the T-25 connector 634 is configured for a "four bolt connection" at the four corners of the exterior connector 232. For larger conduit sizes or installation, the exterior connector 232 can be configured with additional holes for receiving additional bolt and nut fasteners.

[0088]    As also shown in Fig. 6C and according to an exemplary implementation, the casing spacer 248 is mechanically fastened to the outer surface of the inner duct liner 230, for example, using one or more mechanical fasteners indicated generally by reference 231. According to another implementation, the casing spacer 248 is secured to the outer surface of the inner duct liner 230 utilizing a suitable adhesive.

[0089]    It will be appreciated that the raised joint cover attachment configuration provides additional rigidity to the lateral edges of the outer casing 240. In addition, the

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

size of the angle flange 612 can be varied, for example, increased in size to provide increased thermal insulation at the joint formed between adjacent duct modules.

[0090]    Reference is next made to Fig. 6D, which shows the outer casing 240 configured with a flat joint attachment end indicated by reference 642. The flat joint attachment end 642 is formed substantially flush with the exterior surface of the outer casing 240. The flat joint attachment end 642 is configured to receive and secure the joint covers 254 in a flat or substantially flush configuration, in a manner similar to that described above with reference to Fig. 6B. As also described above, the flat joint attachment configuration provides a conduit assembly with smaller outer dimensions.

[0091]    As also shown in Fig. 6D, the exterior connector 232 for the inner duct liner 230 comprises a SMACNA type T-25 series connector 634 as described above. The connector 634 is formed as an integral component of the end section of the inner duct liner 230, or as a separate component which is mechanically attached to the end of the inner duct liner 230, as also described above.

[0092]    The exterior of the duct assembly 100 and 110 comprises the outer casing 240, which according to an exemplary implementation comprises   a metallic material formed from flat sheet metal or continuous strip. The outer casing 240 is formed or fabricated with a minimum thickness required to remain intact and maintain the protective casing shape and integrity for the duration under the required fire-rating.

[0093]    Using known techniques as will be within the understanding of those skilled in the art, the outer protective casing is formed into a tube from a single or multiple pieces of metal to create a cross-section as described herein. According to another aspect, rectangular or square cross-sections can be fabricated utilizing four individual panels, a 'U' shaped bottom with a separate top panel, two 'L' shaped sections or a single wrap around section. Round and oval cross-sectional profiles for the outer casing

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

240 can be formed from individual pieces of flat metal or created from a spirally wound continuous strip of metal. In known manner, the abutting longitudinal free edges of the formed or spirally wound tubes are joined or connected using mechanical locks, continuous or stitch welds, lap seams with fasteners or spot welds or pocket seams with fasteners or stitch welds.

[0094]     As described above, the opposite ends of each of the outer casing panels or tubes have an integrally formed return, or added, to each panel or tube edge. The returns on the outer casing can be formed or comprise a raised joint cover configuration or a flat or flush joint cover configuration, with the returns running parallel to the edges of the outer casing and located adjacent to the outer casing, as described above.

[0095]     Reference is next made to Figs. 7A to 7C, which show the casing spacer according to other embodiments or implementations. To achieve the thermal transmission requirements for a fire-rating, the cavity formed between the inner duct liner 230 and the outer casing 240 is filled with thermal insulating material 233 as described above. According to an exemplary implementation, the thermal insulating material has a sufficient thickness and composition to provide the required thermal resistance to limit the temperature rise through the insulating material to an average of 250□F (139□C) or to a maximum single measurement of 325□F (180□C) when tested for the required fire-rating duration. The thermal insulating material comprises a batt or blanket material, which allows an insulation layer to be formed around the exterior surface of the inner duct liner, or around the corners of the square and rectangular sections. According to another implementation, the thermal insulating material is formed in boards or sheets. According to another implementation, the thermal insulating material is comprised of loose insulating fibers, granules, or powder.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

Ex. P - Page 50 of 211

Suitable compositions for the thermal insulating material include soluble ceramic, or mineral or rock wool compositions (particularly suited for larger insulation cavities).

**[0096]**    As described above, the casing spacers 248 are configured to create a cavity or space between the inner duct liner and the outer casing for containing a thermal insulation material without unnecessary compression. The casing spacers 248 are configured to transfer the load from the inner duct liner 230 though to the outer casing 240 and any connected support structures or surfaces. The casing spacers are typically located in the end section of the duct or conduit module. For configurations with higher loads, one or more additional and intermediately located casing spacers are utilized (for example, as described above).

**[0097]**    Reference is made to Fig. 7A, which shows a duct or conduit module 210 with a stepped casing spacer according to an embodiment and indicated by reference 710. The stepped configuration is particularly suited to materials that are less compressible in order to hold the insulation material in place and also providing structural integrity for installing the joint covers.  As shown, an angular retainer 614 is also provided to secure the casing spacer 248. Figure 7B shows another embodiment of a stepped casing spacer 720 comprising first 721 and second 722 sections. The stepped casing spacer 720 is secured by the angular retainer 614 as shown. According to another embodiment, the casing spacer comprises a single column or support structure as shown in Fig. 7C and indicated by reference 730. This configuration is suited for use with thermal insulation 233 that is compressible and will stay in place through friction with adjacent surfaces.

**[0098]**    According to another aspect, the casing spacers 248 are configured to also function as connectors to secure the inner duct liner 230 to the outer casing 240 and

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

reduce shifting or movement between the outer casing 240 and the inner duct liner 230 during shipping and installation.

[0099]    As shown in Figs. 7A to 7C, the outer casing 240 is mechanically fastened to one end of the casing spacer 248, for example, utilizing mechanical fasteners such as staples, nails, or screws. It will be appreciated that the connection techniques for coupling the outer casing 240 to the inner duct liner 230 will depend in part on the application of the duct assembly. For typical air handling applications where absolute liquid and air tightness is not required, mechanical fasteners 231 (similar to the mechanical fasteners 241 used to connect the outer casing 240 to the casing spacer 248) are utilized to attach the inner duct liner 230 as shown in Figs. 6C and 6D. The fasteners 231 can be sealed as needed. For applications or installations requiring a liquid tight seal or for applications involving combustible materials, the casing spacers 248 are secured to the inner duct liner 230 utilizing the retainer angles 614, as shown in Figs. 6A and 6B. As described above, the retainer angles 614 are affixed to the exterior surface of the inner duct liner 230, for example, utilizing spot, stitch, or continuous welding techniques. The retainer angle 614 will have a size, thickness, and length based on the dimensions of the inner duct liner 230 and/or the loading characteristics.

[00100]    Reference is next made to Figs. 9A and 9B, which show joint cover configurations according to other embodiments of the present invention. The embodiments depicted in Figs. 9A and 9B are suited for installations having tight clearances or other obstructions where there is insufficient space to utilize slide joint covers as described above.

[00101]    Fig. 9A shows a raised joint cover configuration indicated by reference 900 comprising a raised return 910 on each end of the outer casing 240. The joint cover 254 comprises a fold 912, for example, a 90⬚ fold, formed along each longitudinal edge.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

The folds 912 can be factory formed, or field modified. As shown, the joint cover 254 is attached to respective the raised returns 910 utilizing mechanical fasteners 911, for instance, screws inserted through the folds 912 and secured into the returns 910 on the outer casing 240. The mechanical joint that is formed also provides

[00102]    Fig. 9B shows a flat joint cover configuration 920 for screw attachment. As shown, the flat joint cover 920 comprises a slight fold 922 along each longitudinal edge. The slight fold 922 can be factory formed or field modified. Each end of the outer casing 240 is configured with a flush return 924. The flat joint cover 920 is secured to the outer casing 240 using screws 923 fastened through the slight folds 922 into the respective flush returns 924, as shown in Fig. 9B. It will be appreciated that this configuration provides additional edge stiffness or rigidity and field installation is facilitated because the slight fold 922 comprises a single material thickness for attaching the joint cover 920.

[00103]    The present invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. Certain adaptations and modifications of the invention will be obvious to those skilled in the art. Therefore, the presently discussed embodiments are considered to be illustrative and not restrictive, the scope of the invention being indicated by the appended claims rather than the foregoing description, and all changes which come within the meaning and range of equivalency of the claims are therefore intended to be embraced therein.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

CLAIMS

We claim:

1.     A modular fire-rated exhaust duct assembly comprising:

two or more exhaust duct modules;

each of said exhaust duct modules having an inner duct liner and an outer casing, and a plurality of casing spacers configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving an insulation material;

a first exterior flange connector attached to one end of each of said inner duct liners;

a second exterior flange connector attached to another end of each of said inner duct liners;

said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a connected exhaust duct run; and

a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material, and further comprising a return configured for receiving a connection edge of a joint cover, said joint cover being configured to encapsulate said joint connection ends of adjacent exhaust duct modules.

2.     The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said plurality of casing spacers are configured to couple said inner duct to said outer casing so as to prevent movement between said inner duct and said outer casing and maintain said thermal insulating cavity.

3.     The modular fire-rated exhaust duct assembly as claimed in claim 2, wherein thermal insulating cavity comprises a volume based on the thermal conductivity of said insulation material and the required fire-rating for the duct assembly.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

4.      The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said joint cover comprises two parallel longitudinal edges and each of said longitudinal edges includes a return configured to engage the corresponding return formed on the edge of said outer casing.

5.      The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said joint cover comprises two parallel longitudinal edges and each of said longitudinal edges comprise a formed bend, and said formed bend being configured to be secured to the surface of said return formed on the edge of said outer casing.

6.      The modular fire-rated exhaust duct assembly as claimed in claim 5, wherein said return formed on the edge of said outer casing comprises a raised configuration so that said joint cover is installed in a position proud to said outer casing and said thermal insulating cavity is enlarged in volume.

7.      The modular fire-rated exhaust duct assembly as claimed in claim 5, wherein said return formed on the edge of said outer casing comprises a shallow configuration substantially adjacent the outer surface of said outer casing.

8.      The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said exhaust duct module comprises a cross-sectional profile, and said cross-sectional profile is one of round, oval, square and rectangular.

9.      The modular fire-rated exhaust duct assembly as claimed in claim 8, wherein said inner duct liner comprises a metallic sheet having a thickness according to a required fire-rating, and said inner duct liner being formed from flat metallic pieces, or from a continuous metallic strip, and wherein the free longitudinal edges of said formed inner duct liner being joined using one of mechanical locks, mechanical fasteners with lap or pocket seams, continuous welds and intermittent welds.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH  84111

Docket No. 21116.15

10.   The modular fire-rated exhaust duct assembly as claimed in claim 8, wherein said outer casing is formed into a tube from a plurality of flat metal pieces having a thickness according to a required fire-rating, and wherein the free longitudinal edges of said outer casing being joined using one of mechanical locks, mechanical fasteners with lap or pocket seams, continuous welds and intermittent welds

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

## ABSTRACT

A fire-rated conduit assembly. The fire-rated conduit assembly comprises a plurality of pre-fabricated, e.g. factory fabricated, modular sections that are configured to be mechanically assembled to form a continuous fire-rated conduit which is suitable for allowing movement of air, transporting of combustible or hazardous materials, and/or enclosing building mechanical and services.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
60 EAST SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84111

Docket No. 21116.15

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| **First Named Inventor/Applicant Name:** | William Christopher Duffy |
| **Filer:** | Michael J. Frodsham/Catherine Winslow |
| **Attorney Docket Number:** | 21116.15 |

Filed as Small Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 70 | 70 |
| UTILITY SEARCH FEE | 2111 | 1 | 300 | 300 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 360 | 360 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| LATE FILING FEE FOR OATH OR DECLARATION | 2051 | 1 | 70 | 70 |
| **Petition:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **800** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 31021709 |
| **Application Number:** | 15820275 |
| **International Application Number:** | |
| **Confirmation Number:** | 6778 |
| **Title of Invention:** | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| **First Named Inventor/Applicant Name:** | William Christopher Duffy |
| **Customer Number:** | 22913 |
| **Filer:** | Michael J. Frodsham/Catherine Winslow |
| **Filer Authorized By:** | Michael J. Frodsham |
| **Attorney Docket Number:** | 21116.15 |
| **Receipt Date:** | 21-NOV-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 19:28:42 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $800 |
| RAM confirmation Number | 112217INTEFSW19292400 |
| Deposit Account | 233178 |
| Authorized User | Michael Frodsham |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

    37 CFR 1.16 (National application filing, search, and examination fees)

    37 CFR 1.17 (Patent application and reexamination processing fees)

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 21116-15-ADS.pdf | 1835746 1bb0e93ac2803bdb1d1e133f6b067b2962eddb1e | no | 8 |

| Warnings: |
|---|

| Information: |
|---|

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Drawings-only black and white line drawings | 21116-15-drawings.pdf | 592772 d55ebeef423890cce61ff969d86a4275544c5e93 | no | 12 |

| Warnings: |
|---|

| Information: |
|---|

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | | 21116-15-app-mjf--.pdf | 227565 2fb90f139a8711e5550bd7e57f2b6b0a20cafc2e | yes | 37 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Specification | 1 | 33 |
| Claims | 34 | 36 |
| Abstract | 37 | 37 |

| Warnings: |
|---|

| Information: |
|---|

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 36999 3939600641c3fdb885a9334df717beafcfe9fe4f | no | 2 |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 2693082 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/820,275 | 11/21/2017 | William Christopher Duffy | 21126.15 |

22913
Workman Nydegger
60 East South Temple
Suite 1000
Salt Lake City, UT 84111

**CONFIRMATION NO. 6778**

**INFORMAL NOTICE**



*OC000000095907048*

Date Mailed: 12/07/2017

## INFORMATIONAL NOTICE TO APPLICANT

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

The item(s) indicated below are also required and should be submitted with any reply to this notice to avoid further processing delays.

- A properly executed inventor's oath or declaration has not been received for the following inventor(s):
   William Christopher Duffy

> Questions about the contents of this notice and the
> requirements it sets forth should be directed to the Office
> of Data Management, Application Assistance Unit, at
> **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/dmnguyen/

page 1 of 1



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 15/820,275 | 11/21/2017 | 3749 | 800 | 21126.15 | 10 | 1 |

**CONFIRMATION NO. 6778**

22913
Workman Nydegger
60 East South Temple
Suite 1000
Salt Lake City, UT 84111

**FILING RECEIPT**

|||||||||||||||||||||
OC000000095907047

Date Mailed: 12/07/2017

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

William Christopher Duffy, Thornhill, CANADA;

**Applicant(s)**

Durasystems Barriers Inc., Vaughan, CANADA;

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 12/06/2017
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 15/820,275**

page 1 of 3

**Projected Publication Date:** 05/23/2019

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

        PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY

**Preliminary Class**

        126

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

| PATENT APPLICATION FEE DETERMINATION RECORD | Application or Docket Number |
|---|---|
| Substitute for Form PTO-875 | 15/820,275 |

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 70 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 300 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 360 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 10 minus 20 = | * | x 40 = | 0.00 | OR | x | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | | x 210 = | 0.00 | | x | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 730 | | TOTAL | |

## APPLICATION AS AMENDED - PART II

### AMENDMENT A

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
   The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/820,275 | 11/21/2017 | William Christopher Duffy | 21116.15 |

**CONFIRMATION NO. 6778**

22913
Workman Nydegger
60 East South Temple
Suite 1000
Salt Lake City, UT 84111

**PUBLICATION NOTICE**

*OC000000108416954*

**Title:** PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY

**Publication No.** US-2019-0154295-A1
**Publication Date:** 05/23/2019

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
### ( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15820275 |
| Filing Date | 2017-11-21 |
| First Named Inventor | William Christopher Duffy |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 21116.15 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 2916054 | | 1959-12-08 | Callan | |
| | 2 | 4029344 | | 1977-06-14 | Stone | |
| | 3 | 4724750 | | 1988-02-16 | Coleman | |
| | 4 | 9074788 | | 2015-07-07 | Duffy | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20050116470 | | 2005-06-02 | Duffy | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15820275 |
|---|---|---|
| | Filing Date | 2017-11-21 |
| | First Named Inventor | William Christopher Duffy |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 21116.15 |

| 1 | 2233059 | CN | | 1996-08-14 | Zhang | | ☐ |
|---|---|---|---|---|---|---|---|
| 2 | 2829645 | CA | | 2015-04-10 | Duffy | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | Canadian Office Action for Application No. 2,800,362 dated November 7, 2019 | ☐ |
| | 2 | Canadian Office Action for Application No. 2,800,362 dated February 27, 2019 | ☐ |
| | 3 | Canadian Office Action for Application No. 2,829,645 dated October 18, 2019 | ☐ |
| | 4 | International Search Report for PCT/CA2018/051473 dated February 13, 2019 | ☐ |
| | 5 | Written Opinion for International Search Report for PCT/CA2018/051473 dated February 13, 2019 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99) | Application Number | 15820275 |
| | Filing Date | 2017-11-21 |
| | First Named Inventor | William Christopher Duffy |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 21116.15 |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
### ( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15820275 |
| Filing Date | 2017-11-21 |
| First Named Inventor | William Christopher Duffy |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 21116.15 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael J. Frodsham/ | Date (YYYY-MM-DD) | 2019-12-16 |
|---|---|---|---|
| Name/Print | Michael J. Frodsham | Registration Number | 48699 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# PATENT COOPERATION TREATY
# PCT

## INTERNATIONAL SEARCH REPORT
(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference<br>10010-0203 | **FOR FURTHER<br>ACTION** | see Form PCT/ISA/220<br>as well as, where applicable, item 5 below |
|---|---|---|
| International application No.<br>**PCT/CA2018/051473** | International filing date *(day/month/year)*<br>20 November 2018 (20-11-2018) | (Earliest)Priority date *(day/month/year)*<br>21 November 2017 (21-11-2017) |

Applicant
DURASYSTEMS BARRIERS INC.

---

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of   **4**   sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

---

1. **Basis of the report**

   a. With regard to the **language**, the international search was carried out on the basis of:

   ☑ the international application in the language in which it was filed.

   ☐ a translation of the international application into                          which is the language of
   a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

   b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6*bis*(a)).

   c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☐ **Certain claims were found unsearchable** (see Box No. II).

3. ☐ **Unity of invention is lacking** (see Box No. III).

4. With regard to the **title**,

   ☑ the text is approved as submitted by the applicant.

   ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

   ☑ the text is approved as submitted by the applicant.

   ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,

   a. the figure of the **drawings** to be published with the abstract is Figure No.   1

   ☑ as suggested by the applicant.

   ☐ as selected by this Authority, because the applicant failed to suggest a figure.

   ☐ as selected by this Authority, because this figure better characterizes the invention.

   b. ☐ none of the figures is to be published with the abstract.

---

Form PCT/ISA/210 (first sheet)   (January 2015)

**Page 1 of 4**

| INTERNATIONAL SEARCH REPORT | International application No. **PCT/CA2018/051473** |
|---|---|

**A.    CLASSIFICATION OF SUBJECT MATTER**
IPC: *F16L 59/18* (2006.01) , *A62C 2/00* (2006.01) , *E04F 17/02* (2006.01) , *F16L 39/00* (2006.01) ,
*F16L 57/04* (2006.01) , *F16L 59/10* (2006.01)      (more IPCs on the last page)

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC and CPC: F16L 59/18 (2006.01), F16L 59/10 (2006.01), F16L 59/12 (2006.01), F16L 39/00 (2006.01), A62C 2/00 (2006.01), E04F 17/02
(2006.01), F16L 57/04 (2006.01)      CPC: F16L 59/181, F16L 59/184

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic database(s) consulted during the international search (name of database(s) and, where practicable, search terms used)

QUESTEL ORBIT

Keywords: insulat+, cover, join+, cap, flange, duct, connect+, double_wall+, etc.

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | CA 2829645 A1 (DUFFY, W.C.) 10 April 2015 (10-04-2015) <br> Figure 9 | 1-5, 7-10 |
| X | US 4029344 A (STONE, R.L.) 14 June 1977 (14-06-1977) <br> Figure 3 | 1-5, 7-8 |
| X | US 4724750 A (COLEMAN, K.A. et al.) 16 February 1988 (16-02-1988) <br> Figure 2 | 1-6, 8 |
| A | US 9074788 B2 (DUFFY, W.C.) 07 July 2015 (07-07-2015) <br> Figure 9 | 1 |

| ☐  Further documents are listed in the continuation of Box C. | ☑  See patent family annex. |
|---|---|

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 18 December 2018 (18-12-2018) | 13 February 2019 (13-02-2019) |

| Name and mailing address of the ISA/CA <br> Canadian Intellectual Property Office <br> Place du Portage I, C114 - 1st Floor, Box PCT <br> 50 Victoria Street <br> Gatineau, Quebec K1A 0C9 <br> Facsimile No.: 819-953-2476 | Authorized officer <br><br> Jean-Francois Desrosiers (819) 639-7844 |
|---|---|

Form PCT/ISA/210 (second sheet ) (January 2015)                                              **Page 2 of 4**

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| Information on patent family members | **PCT/CA2018/051473** |

| Patent Document Cited in Search Report | Publication Date | Patent Family Member(s) | Publication Date |
|---|---|---|---|
| CA2829645A1 | 10 April 2015 (10-04-2015) | None | |
| US4029344A | 14 June 1977 (14-06-1977) | None | |
| US4724750A | 16 February 1988 (16-02-1988) | None | |
| US9074788B2 | 07 July 2015 (07-07-2015) | US2013174934A1 | 11 July 2013 (11-07-2013) |
| | | AT406153T | 15 September 2008 (15-09-2008) |
| | | AU2002318225B2 | 13 December 2007 (13-12-2007) |
| | | BR0211067A | 31 October 2006 (31-10-2006) |
| | | CA2453337A1 | 23 January 2003 (23-01-2003) |
| | | CA2453337C | 28 August 2012 (28-08-2012) |
| | | CA2777199A1 | 23 January 2003 (23-01-2003) |
| | | CA2800362A1 | 06 July 2013 (06-07-2013) |
| | | CL2004000026A1 | 04 February 2005 (04-02-2005) |
| | | CN1551765A | 01 December 2004 (01-12-2004) |
| | | CN1289075C | 13 December 2006 (13-12-2006) |
| | | CN1954807A | 02 May 2007 (02-05-2007) |
| | | CO5550428A2 | 31 August 2005 (31-08-2005) |
| | | CY1108563T1 | 09 April 2014 (09-04-2014) |
| | | DE60228583D1 | 09 October 2008 (09-10-2008) |
| | | DK1411916T3 | 15 December 2008 (15-12-2008) |
| | | ECSP044937A | 28 April 2004 (28-04-2004) |
| | | EP1411916A2 | 28 April 2004 (28-04-2004) |
| | | EP1411916A4 | 17 August 2005 (17-08-2005) |
| | | EP1411916B1 | 27 August 2008 (27-08-2008) |
| | | ES2312593T3 | 01 March 2009 (01-03-2009) |
| | | HK1071521A1 | 27 July 2007 (27-07-2007) |
| | | JP2005520779A | 14 July 2005 (14-07-2005) |
| | | JP4845165B2 | 28 December 2011 (28-12-2011) |
| | | JP2009280623A | 03 December 2009 (03-12-2009) |
| | | KR20040013131A | 11 February 2004 (11-02-2004) |
| | | KR100851648B1 | 13 August 2008 (13-08-2008) |
| | | MXPA04000097A | 21 May 2004 (21-05-2004) |
| | | NZ530491A | 31 August 2007 (31-08-2007) |
| | | NZ551013A | 30 April 2008 (30-04-2008) |
| | | PL374121A1 | 03 October 2005 (03-10-2005) |
| | | PL211339B1 | 31 May 2012 (31-05-2012) |
| | | PT1411916E | 10 December 2008 (10-12-2008) |
| | | RU2004100535A | 10 June 2005 (10-06-2005) |
| | | RU2297218C2 | 20 April 2007 (20-04-2007) |
| | | US2004171697A1 | 02 September 2004 (02-09-2004) |
| | | US7173064B2 | 06 February 2007 (06-02-2007) |
| | | US2004097597A1 | 20 May 2004 (20-05-2004) |
| | | US7368480B2 | 06 May 2008 (06-05-2008) |
| | | US2007249726A1 | 25 October 2007 (25-10-2007) |
| | | US7737185B2 | 15 June 2010 (15-06-2010) |
| | | US2004241224A1 | 02 December 2004 (02-12-2004) |
| | | US7759360B2 | 20 July 2010 (20-07-2010) |
| | | US2010286281A1 | 11 November 2010 (11-11-2010) |
| | | US8618176B2 | 31 December 2013 (31-12-2013) |
| | | US2015267937A1 | 24 September 2015 (24-09-2015) |
| | | US9557071B2 | 31 January 2017 (31-01-2017) |
| | | US2017130984A1 | 11 May 2017 (11-05-2017) |
| | | US9976768B2 | 22 May 2018 (22-05-2018) |
| | | US2014093560A1 | 03 April 2014 (03-04-2014) |
| | | US2015265553A1 | 24 September 2015 (24-09-2015) |
| | | US2016354325A1 | 08 December 2016 (08-12-2016) |
| | | WO03005954A2 | 23 January 2003 (23-01-2003) |
| | | WO03005954A3 | 23 October 2003 (23-10-2003) |
| | | WO03005954B1 | 04 December 2003 (04-12-2003) |
| | | ZA200400142B | 22 February 2006 (22-02-2006) |

| INTERNATIONAL SEARCH REPORT | International application No. **PCT/CA2018/051473** |
|---|---|

*F16L 59/12* (2006.01)

# PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

To:

VASS, WILLIAM B.

c/o Cognitive Intellectual Property Law

1710 - 2255B Queen Street East

TORONTO, Ontario

Canada, M4E 1G3

# PCT

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| | |
|---|---|
| Date of mailing *(day/month/year)* | 13 February 2019 (13-02-2019) |

| Applicant's or agent's file reference | **FOR FURTHER ACTION** |
|---|---|
| 10010-0203 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| **PCT/CA2018/051473** | 20 November 2018 (20-11-2018) | 21 November 2017 (21-11-2017) |

International Patent Classification (IPC) or both national classification and IPC

IPC: *F16L 59/18* (2006.01) , *A62C 2/00* (2006.01) , *E04F 17/02* (2006.01) , *F16L 39/00* (2006.01) ,
*F16L 57/04* (2006.01) , *F16L 59/10* (2006.01)     (more IPCs on the last page)

Applicant
DURASYSTEMS BARRIERS INC.

1. This opinion contains indications relating to the following items:

- [x] Box No. I      Basis of the opinion
- [ ] Box No. II     Priority
- [ ] Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability
- [ ] Box No. IV     Lack of unity of invention
- [x] Box No. V      Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement
- [ ] Box No. VI     Certain documents cited
- [ ] Box No. VII    Certain defects in the international application
- [ ] Box No. VIII   Certain observations on the international application

2. **FURTHER ACTION**

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

| Name and mailing address of the ISA/CA | Date of completion of this opinion | Authorized officer |
|---|---|---|
| Canadian Intellectual Property Office Place du Portage I, C114 - 1st Floor, Box PCT 50 Victoria Street Gatineau, Quebec K1A 0C9 Facsimile No.:   001-819-953-2476 | 18 December 2018 (18-12-2018) | Jean-Francois Desrosiers (819) 639-7844 |

Form PCT/ISA/237 (cover sheet) (January 2015)

Page 1 of 5

<table>
<tr><td>

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

</td><td>

International application No

**PCT/CA2018/051473**

</td></tr>
</table>

| Box No I | Basis of this opinion |
|---|---|

1. With regard to the **language**, this opinion has been established on the basis of:

☑ the international application in the language in which it was filed.

☐ a translation of the international application into          which is the language of a translation
furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. ☐ This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this
Authority under Rule 91 (Rule 43*bis*.1(a))

3. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established
on the basis of a sequence listing:

   a. ☐ forming part of the international application as filed:

       ☐ in the form of an Annex C/ST.25 text file.

       ☐ on paper or in the form of an image file.

   b. ☐ furnished together with the international application under PCT Rule 13*ter*.1(a) for the purposes of international search only in the
form of an Annex C/ST.25 text file.

   c. ☐ furnished subsequent to the international filing date for the purposes of international search only:

       ☐ in the form of an Annex C/ST.25 text file (Rule 13*ter*.1(a)).

       ☐ on paper or in the form of an image file (Rule 13*ter*.1(b) and Administrative Instructions, Section 713).

4. ☐ In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required statements that
the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application
as filed, as appropriate, were furnished.

5. Additional comments:

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.

**PCT/CA2018/051473**

| Box No. V | Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|---|

1. Statement

| | | | |
|---|---|---|---|
| Novelty (N) | Claims | NONE | YES |
| | Claims | 1-10 | NO |
| | | | |
| Inventive step (IS) | Claims | NONE | YES |
| | Claims | 1-10 | NO |
| | | | |
| Industrial applicability   (IA) | Claims | 1-10 | YES |
| | Claims | NONE | NO |

2. Citations and explanations:

D1: CA 2829645 A1 (DUFFY, W.C.) 10 April 2015 (10-04-2015)
D2: US 4029344 A (STONE, R.L.) 14 June 1977 (14-06-1977)
D3: US 4724750 A (COLEMAN, K.A. et al.) 16 February 1988 (16-02-1988)

D1 discloses a modular fire-rated exhaust duct assembly comprising: two or more exhaust duct modules (110a, 110b); each of said exhaust duct modules having an inner duct liner (210) and an outer casing (310), and a plurality of casing spacers (420) configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving an insulation material; a first exterior flange connector (212a) attached to one end of each of said inner duct liners; a second exterior flange connector (212b) attached to another end of each of said inner duct liners; said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a connected exhaust duct run; and a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material (741c), and further comprising a return (312) configured for receiving a connection edge of a joint cover (720c), said joint cover being configured to encapsulate said joint connection ends of adjacent exhaust duct modules. D1 further discloses said joint cover comprising two parallel longitudinal edges and each of said longitudinal edges comprising a formed bend, and said formed bend being configured to be secured to the surface of said return formed on the edge of said outer casing.

D2 discloses a modular fire-rated exhaust duct assembly comprising: two or more exhaust duct modules; each of said exhaust duct modules having an inner duct liner (12) and an outer casing (14), and a plurality of casing spacers (16) configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving an insulation material; a first exterior flange connector (34) attached to one end of each of said inner duct liners; a second exterior flange connector (34) attached to another end of each of said inner duct liners; said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a connected exhaust duct run; and a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material, and further comprising a return (44) configured for receiving a connection edge of a joint cover (40), said joint cover being configured to encapsulate said joint connection ends of adjacent exhaust duct modules. D2 further discloses said joint cover comprising two parallel longitudinal edges and each of said longitudinal edges comprising a formed bend, and said formed bend being configured to be secured to the surface of said return formed on the edge of said outer casing.

[X] See Supplemental Box for further details

Form PCT/ISA/237 (Box No. V) (January 2015)

Page **3** of **5**

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. **PCT/CA2018/051473** |
|---|---|

**Supplemental Box**

In case **the space in any of the preceding boxes is not sufficient.**

Continuation of:      Box V

D3 discloses a modular fire-rated exhaust duct assembly comprising: two or more exhaust duct modules; each of said exhaust duct modules having an inner duct liner (10) and an outer casing (12), and a plurality of casing spacers (44) configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving an insulation material; a first exterior flange connector (18) attached to one end of each of said inner duct liners; a second exterior flange connector (22) attached to another end of each of said inner duct liners; said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a connected exhaust duct run; and a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material, and further comprising a return (36) configured for receiving a connection edge of a joint cover (56), said joint cover being configured to encapsulate said joint connection ends of adjacent exhaust duct modules. D3 further discloses said joint cover comprising two parallel longitudinal edges and each of said longitudinal edges comprising a formed bend, and said formed bend being configured to be secured to the surface of said return formed on the edge of said outer casing, wherein said return formed on the edge of said outer casing comprises a raised configuration so that said joint cover is installed in a position proud to said outer casing and said thermal insulating cavity is enlarged in volume.

**Novelty (N)**
Claims 1-5 and 7-10 do not comply with **PCT Article 33(2)**. D1 disclosed the claimed subject matter before the claim date. D1 discloses all the elements claimed by applicant in claims 1-5 and 7-10.

Claims 1-5 and 7-8 do not comply with **PCT Article 33(2)**. D2 disclosed the claimed subject matter before the claim date. D2 discloses all the elements claimed by applicant in claims 1-5 and 7-8.

Claims 1-6 and 8 do not comply with **PCT Article 33(2)**. D3 disclosed the claimed subject matter before the claim date. D3 discloses all the elements claimed by applicant in claims 1-6 and 8.

**Inventive step (IS)**
Claims 1-5 and 7-10 do not comply with **PCT Article 33(3)** as they do not define any new matter beyond the teaching of D1 as discussed under Novelty, and therefore cannot be viewed as including an inventive step.

Claims 1-5 and 7-8 do not comply with **PCT Article 33(3)** as they do not define any new matter beyond the teaching of D2 as discussed under Novelty, and therefore cannot be viewed as including an inventive step.

Claims 1-6 and 8 do not comply with **PCT Article 33(3)** as they do not define any new matter beyond the teaching of D3 as discussed under Novelty, and therefore cannot be viewed as including an inventive step.

**Industrial Applicability (IA)**
Claims 1-10 comply with **PCT Article 33(4)** since they describe industrially applicable subject matter.

<table>
<tr><td><strong>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY</strong></td><td>International application No.<br><strong>PCT/CA2018/051473</strong></td></tr>
</table>

**Supplemental Box**

In case **the space in any of the preceding boxes is not sufficient.**

Continuation of:   Cover sheet

*F16L 59/12* (2006.01)



Office de la Propriété
Intellectuelle
du Canada

Un organisme
d'Industrie Canada

Intellectual Property
Office

An agency of
Industry Canada

(21) **2 829 645**

(12) **DEMANDE DE BREVET CANADIEN
CANADIAN PATENT APPLICATION**

(13) **A1**

(22) Date de dépôt/Filing Date: 2013/10/10

(41) Mise à la disp. pub./Open to Public Insp.: 2015/04/10

(51) Cl.Int./Int.Cl. *F16L 59/18* (2006.01),
*B08B 15/00* (2006.01), *F16L 39/00* (2006.01),
*F16L 57/04* (2006.01), *F23J 13/02* (2006.01),
*F24C 15/20* (2006.01), *F24F 13/02* (2006.01)

(71) Demandeur/Applicant:
DUFFY, WILLIAM CHRISTOPHER, CA

(72) Inventeur/Inventor:
DUFFY, WILLIAM CHRISTOPHER, CA

(74) Agent: BENNETT JONES LLP

(54) Titre : ENSEMBLE CONDUIT MODULAIRE CLASSE RESISTANT AU FEU ET AMELIORATIONS APPORTEES A
CELUI-CI

(54) Title: FIRE-RATED MODULAR DUCT ASSEMBLY AND IMPROVEMENTS THEREIN



(57) Abrégé/Abstract:

A fire-rated exhaust duct system comprising a modular configuration or structure. The fire-rated exhaust duct system comprises a plurality of exhaust duct sections. Each of the exhaust duct sections is configured to be joined or connected with other exhaust duct sections in the field or at an installation site, e.g. in building housing a kitchen facility or a laboratory facility to form longer sections or runs for exhaust duct system.



CA 02829645 2013-10-09

- 19 -

## ABSTRACT

A fire-rated exhaust duct system comprising a modular configuration or structure. The fire-rated exhaust duct system comprises a plurality of exhaust duct sections. Each of the exhaust duct sections is configured to be joined or connected with other exhaust duct sections in the field or at an installation site, e.g. in building housing a kitchen facility or a laboratory facility to form longer sections or runs for exhaust duct system.

WSLegal\056807\00022\9631151v1

TITLE:     FIRE-RATED   MODULAR   DUCT   ASSEMBLY   AND
           IMPROVEMENTS THEREIN

## BACKGROUND OF THE INVENTION

[0001]    The present application relates to a duct assembly, and more particularly, to a fire-rated modular duct assembly, and improvements therein, suitable for exhausting flammable or hazardous gases, vapour and the like.

## BACKGROUND OF THE INVENTION

[0002]    Many processes in commercial and industrial facilities generate flammable or hazardous gases, vapors or particles. The hazardous material must be captured at the source and transported or moved through the facility (e.g. building) to a location where the material can be discharged, e.g. directly into the atmosphere, or into a collection or a treatment system within the building or exterior to the building.

[0003]    In a typical facility, ventilation ducts are routed throughout the building. The ventilation ducts penetrate and cross fire separations, and typically comprise interior dampers installed within the fire separation section to prevent fire that penetrates the duct from travelling through the duct across the fire separators in the building. It will be appreciated that while such an implementation may be sufficient for the fire protection of ventilation ducts, ventilation or exhaust ducts for flammable or hazardous materials cannot be configured with fire dampers, so the duct itself must be fire-rated.

[0004]    To be classified as a fire-rated duct, an exhaust duct must be capable of preventing the release of flammable materials from inside the duct and/or combustible materials adjacent the exterior of the exhaust duct from catching fire if a fire exists on the other side of the duct. In other words, a fire-rated duct must be capable of minimizing the

- 2 -

transfer of heat through or across the duct walls. It is also desirable to maintain the wall thickness to a workable minimum.

[0005]     Fire-rated ducts are typically found in installations such as commercial kitchens and laboratories.

[0006]     In a commercial kitchen, the exhaust hoods are configured to capture grease laden air over deep fryers and grills, which is extremely flammable, and must be transported through the building to an exterior area where it can be safely discharged. Due to the flammable nature of the exhausted vapour, a minor fire, for example, in the kitchen could enter the exhaust duct and quickly spread throughout the duct system. As a result, any potential fire inside the duct system must be contained and thermal transfer through the duct walls limited to prevent ignition of adjacent combustible material in the kitchen or other areas of the building. In addition, the exhaust duct system must be capable of preventing the ignition of the grease laden air from a fire source in another part of the building and then spreading to the kitchen or other parts of the building where the exhaust duct system is routed.

[0007]     In a laboratory installation, the exhaust system is configured to collect and exhaust chemical vapours, including vapours from chemicals with low flash points, and contain any fire inside the duct system, or prevent an external fire from igniting the vapour inside the duct system.

[0008]     Known fire-rated exhaust duct systems are typically fabricated in sections, and the sections are shipped to the installation location. At the installation location, the sections are welded together to form continuous conduits or conduit sections. Due to field conditions, the welding could be of poor work quality, for instance, due to limited space and/or setup. This meant expensive rework and re-welding to seal leaks in the duct system during pressure testing. Conventional fire-rated duct systems typically require the installation of an additional gypsum fire-rated enclosure (approximately 10" thick) around the duct. In addition to requiring an additional step, the gypsum enclosure is typically constructed/installed by another trade.

[0009]     In an attempt to overcome the known shortcomings in the art, chimney manufacturers introduced pre-fabricated fire-rated exhaust ducts based on a modification of existing chimney exhaust systems. While these pre-fabricated fire-rated exhaust ducts addressed shortcomings of existing systems, the characteristic round profile significantly limits the volume of air that can be vertically carried in conventional building footprints, and in a horizontal configuration, the round profile or cross section is often too large to fit into conventional ceiling space spaces or dimensions.

[00010]     Accordingly, there remains a need for improvements in the art.


## BRIEF SUMMARY OF THE INVENTION

[00011]     The present invention comprises embodiments of a modular fire-rated duct system and improvements therein and suitable for pre-fabrication and configured for assembly in the field.

[00012]     According to an embodiment, the present invention comprises a modular fire-rated exhaust duct assembly comprising: two or more exhaust duct modules; each of said exhaust duct modules having an inner duct liner and an outer casing, and a void being formed between at least a portion of space between said inner duct liner and said outer casing, said void being configured for receiving an insulation material, and including one or more thermal spacers configured to maintain said inner duct liner and said outer casing in a spaced relationship so that said insulation material occupies said void; a first exterior flange connector, and one end of each of said exhaust duct modules being configured for receiving said first exterior flange connector; a second exterior flange connector, and another end of each of said exhaust duct modules being configured for receiving said second exterior flange connector; said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a single exhaust duct run; and a joint encasement section configured to be field connectable to each of said exhaust duct modules and encase said junction.

- 4 -

[00013]    According to another embodiment, the present invention comprises an exhaust duct module configured to be assembled in the field to form a fire-rated exhaust duct assembly, said exhaust duct module comprising: an inner duct liner formed with a generally rectangular cross-section; an outer casing formed with a generally rectangular cross-section and being sized to substantially surround said inner duct liner and a void being formed between at least a portion of space between said inner duct liner and said outer casing, said void being configured for receiving an insulation material, and further including one or more thermal spacers configured to maintain said inner duct liner and said outer casing in a spaced relationship so that said material occupies said void; a first exterior flange connector, and one end of said exhaust duct module being configured for receiving said first exterior flange connector; a second exterior flange connector, and another end of said exhaust duct module being configured for receiving said second exterior flange connector; and said first exterior flange connector and said second exterior flange connector being configured to be field attachable to couple another exhaust duct assembly.

[00014]    According to a further embodiment, the present invention comprises an exhaust duct module configured to be assembled in the field to form a fire-rated exhaust duct assembly, said exhaust duct module comprising: an inner duct liner formed with a generally rectangular cross-section; an outer casing formed with a generally rectangular cross-section and being sized to substantially surround said inner duct liner and a void being formed between at least a portion of space between said inner duct liner and said outer casing, said void being configured for receiving a compressible insulation material, and further including one or more thermal spacers configured to maintain said inner duct liner and said outer casing in a spaced relationship so that said compressible insulation material occupies said void; a first exterior flange connector, and one end of said exhaust duct module being configured for receiving said first exterior flange connector; a second exterior flange connector, and another end of said exhaust duct module being configured for receiving said second exterior flange connector; and said first exterior flange connector and said second exterior flange connector being configured to be field attachable to couple another exhaust duct assembly.

CA 2829645 2013-10-22

- 5 -

[00015]    Other aspects and features according to the present application will become apparent to those ordinarily skilled in the art upon review of the following description of embodiments of the invention in conjunction with the accompanying figures.


## BRIEF DESCRIPTION OF THE DRAWINGS

[00016]    Reference will now be made to the accompanying drawings which show, by way of example, embodiments according to the present application, and in which:

[00017]    Fig. 1 is a perspective view of an exhaust duct system according to an embodiment of the present invention and comprising a rectangular configuration and two sections or modules;

[00018]    Fig. 2 is a perspective view of an inner exhaust duct liner according to an embodiment of the present invention;

[00019]    Fig. 3 is an exploded view of one the sections of Fig. 1;

[00020]    Fig. 4 is a longitudinal sectional view of the first section in Fig. 1 taken along line A-A;

[00021]    Figs. 5(a) to 5(c) show a thermal spacer configuration according to an embodiment of the present invention;

[00022]    Fig. 6 is a perspective view of an inner exhaust liner comprising first and second modular sections and the configuration for joining the two sections according to an embodiment of the present invention;

[00023]    Fig. 7 is a perspective of the inner exhaust liner of Fig. 6 showing a configuration for thermally encasing the mechanical joint between the first and second modular sections according to an embodiment of the present invention;

[00024]    Fig. 8 is a longitudinal sectional view of the inner exhaust liner of Fig. 7 taken through line B-B; and

- 6 -

[00025]    Fig. 9 is a partial and enlarged view of the joint encasement, i.e. the encased mechanical joint, for the inner exhaust liner of Fig. 7.

[00026]    Like reference numerals indicate like or corresponding elements in the drawings.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

[00027]    Reference is first made to Fig. 1, which shows a fire-rated modular exhaust duct system or assembly according to an embodiment of the invention. The fire-rated modular exhaust duct is indicated generally by reference 100 and according to an embodiment comprises a plurality of exhaust duct sections or modules 110, indicated individually by references 110a and 110b, as shown in Fig. 1. The individual exhaust sections 110 are connected or coupled together with a mechanical joint indicated generally by reference 120 and described in more detail below. Embodiments of the modular fire-rated exhaust duct system or apparatus according to the present invention are suitable for installations or applications requiring fire-rated duct systems, such as exhaust duct systems for commercial applications, for instances, kitchens and restaurants, laboratories and other chemical or hazardous material processing facilities, as will be apparent to those skilled in the art.

[00028]    Reference is next made to Fig. 2, which shows an inner exhaust duct liner assembly according to an embodiment of the present invention and indicated generally by reference 200. The inner exhaust duct liner assembly 200 comprises an inner duct liner 210, and external flanged connectors 212, indicated individually by references 212a and 212b.

[00029]    As shown in Figs. 2 and 4, the inner metallic duct 210 is formed with an outer return or flange at each end, indicated generally by reference 214. The flange 214 is configured to overlap a portion of the external flange connector 212. According to an exemplary implementation, the inner metallic duct 210 is fabricated from stainless, carbon or coated steels, and is formed into a tube with a square or rectangular profile or

CA 02829645 2013-10-09

- 7 -

cross-section. According to requirements under the UL 2221 and ASTM E2336 standards, the minimum wall thickness for the inner metallic duct 210 is typically 18 gauge (ga) for stainless steel and 16 ga for carbon steels.

[00030]     The inner metallic duct 210 can be fabricated or formed in a number of ways including: (1) forming a piece of metal into a tube; (2) forming two pieces of metal into "L" shaped sections and joining the two sections together to form a rectangle (or a square profile) tube; (3) forming a single piece of metal into a "U" shaped section and joining a flat piece of metal to the open end of the "U" shaped section; or (4) using four separate pieces or panels of steel and joining them to form a rectangular (or square) profile tube. The longitudinal joint or joints are continuously welded to provide a liquid and air tight seal between the edges of the panels. Other connection techniques, such as Pittsburgh type mechanical locks or pocket locks which are sealed with stitch welding, can be utilized as will be understood by one skilled in the art. Such techniques can provide mechanical strength to pass the fire exposure tests.

[00031]     The flange 214 (Figs. 2 and 4) is formed at each transverse end of the inner metallic duct 210 and serves to define the duct section length. The flange 214 is formed at a right angle and provides a smooth flat surface for coupling adjacent duct sections and assisting in providing a liquid and air-tight surface, as described in more detail below.

[00032]     According to an embodiment, the external flange connector 212 is formed or fabricated from the same type of metal as the inner metallic duct 210 in order to avoid the potential for galvanic action which can occur with the joining of dissimilar metals. According to an embodiment, the external flanged 212 comprises four individual sections that are formed into right angle sections (as shown for external flange connectors 212a and 212b in Fig. 2), for instance, from flat metal strips or cut from hot rolled right angle formed structural steel and which are cut into the required lengths for the top and bottom pieces and the side pieces. The corners of the four individual sections for each of the external flange connectors 212 are suitably mitered, or in the alternative square cut, to achieve closed corners in the external flange connector 212, and thereby allow the external flange connectors 212 to provide a better seal (liquid or air tight) at the joints

- 8 -

formed from joining the external flange connectors 212 together for respective exhaust duct sections 110a and 110b (Fig. 1). The external flange connectors 212 are fabricated with a thickness sufficient to support the duct assembly and prevent the duct assembly from collapsing due to fire exposure, and for typical installations, will have a thickness in the range of 0.125" to 0.250", depending on the width or depth of the duct and/or the size of the flanged connection section. As shown in Fig. 2 and according to an exemplary implementation, each of the external flange connectors 212 includes six holes 600 (punched or drilled) at nominal 4" to 8" centers for receiving bolts 610 and corresponding nuts 620 for joining the duct sections 110 and 112 together, for example, as shown in Figs. 6 and 8.

[00033]   According to another aspect, the external flange connector 212 is formed by joining, for instance, welding, the four individual sections together. The external flange connectors 212 are then joined to the respective ends of the inner metallic duct 210, for instance, using a continuous weld or a stitch weld, at the outer flange or return 214 at a contact point or surface indicated generally by reference 510 in Fig. 5(a), and at the interface between the external flange connector 212 and the inner metallic duct 210 at a contact point or surface indicated generally by reference 520 in Fig. 5(b).

[00034]   Reference is next made to Fig. 3, which shows an exploded view of one of the exhaust duct modules or sections 110 according to an embodiment of the invention. The exhaust duct section 110 comprises the inner metallic duct 210, the first 212a and the second 212b external flange connectors (as described above), and an outer casing indicated generally by reference 300. According to another aspect, there is a void or space 402 between the outer casing 300 (i.e. the outer casing panels 310) and the inner duct assembly 200 (i.e. the inner metallic duct 210) that is filled with an insulating material indicated generally by reference 410 in Fig. 4. According to another aspect, the exhaust duct module or section 110 includes a thermal spacer indicated generally by reference 420 in Fig. 4, as will be described in more detail below. According to an embodiment, the outer casing 300 comprises separate metallic sheets (or fire resistant board panels as described below) or sections indicated individually by references 310a, 310b, 310c and 310d. According to another aspect, the outer casing 300 comprises inner

connection angle members 320, indicated individually by references 320a, 320b, 320c and 320d in Fig. 3.

[00035]    According to an embodiment of the present invention, the outer casing 300 may be formed as follows: (a) forming two pieces of metal into "L" sections and joining the L-formed sections together, for example, at the corners; (b) forming one piece of metal into "U" shaped section and joining a flat piece to the top corners of the "U" shaped section; (c) using four separate metallic and joining them together at the edges; or (d) using four separate panels or boards fabricated from a fire resistant material. The outer casing 300 further includes edge reinforcement members 312, indicated individually by references 312a, 312b, 312c and 312d. The edge reinforcement members 312 may comprise "J" shaped metallic edge reinforces which are configured to be fitted over the traverse edges of the respective outer casing panels 310. The edge reinforcement members 312 provide additional stiffness to the outer casing panel 310, for instance, when the outer casing panels 310 comprise fire resistant boards. The edge reinforcement members 312 also provide a metallic attachment point, for instance, for field installation of the joint encapsulation member 120 (as shown in Figs. 1, 8 and 9). For outer casing panels 310 fabricated from a metallic material, the edge reinforcement members 312 may be formed directly in the traverse edge of the respective metallic sections or panels 310 of the outer casing 300.

[00036]    Referring again to Fig. 3, for outer casing panels 310 formed from a metal or metallic material, the longitudinal edges may be connected using Pittsburgh or Button type mechanical locks or mechanisms as will be understood by those skilled in the art. According to another implementation, other connection mechanisms or techniques may be utilized, such as, pocket locks that are stitch welded or screwed to provide positive connection, or welding techniques, such as continuous welding of the panels, provide the resulting mechanical structure meets the required mechanical strength and/or fire exposure tests. For outer casing panels 310 formed from a fire resistant board, the outer casing 300 comprises outer flashing members 330, indicated individually by references 330a, 330b, 330c and 330d in Fig. 3. The outer flashing members 330 are configured to protect the edges of the fire resistant board panels 310 and according to an exemplary

- 10 -

implementation, the outer flashing members 330 are fastened through the outer casing panel 310 and into the respective inner connection angle members 320, for example, using self-tapping screws or similar fasteners, indicated generally by reference 332 and shown in Figs. 5(a), 5(b) and 5(c).

[00037]   According to another aspect, the options as to size, shape, width-to-depth ratio, and types of insulating materials for configuring the exhaust duct modules or sections 110, the assembly and/or insulating of the outer casing assembly 300 may be performed in a number of ways, which can serve to simplify assembly. For a duct assembly with a smaller cross section, the inner metallic liner 210 may be wrapped with a blanket type insulating material 410 prior to assembly of the outer casing assembly 300 around the inner duct assembly 200. For a duct assembly with a larger cross section, or where the insulating material 410 comprises a batt-type or blanket type insulation (or a board type insulation), the outer casing assembly 300, i.e. the outer casing panels 310, may be assembled into a "U" shaped section (e.g. formed from the outer casing panels 310b, 310c and 310d in Fig. 3), followed by the insulating material 410 for the bottom horizontal section (i.e. the outer casing panel 310c (Fig. 4). The inner duct assembly 200 would then be positioned inside the "U" shaped section for the outer casing 300 and supported at the bottom corners by the thermal spacers 420, for example, as shown in Fig. 4. The void between the two respective side outer panels 310b and 310c, and the top panel of the inner metallic liner 210 would then be insulated and two thermal spacers 420 would be positioned to support the top outer panel 310a and the top outer panel 310a would be installed and affixed as described above.

[00038]   According to another aspect and as depicted in Figs. 4 and 5(a), the thermal spacers 420 are recessed into the insulation material 410 in order to maintain or provide a flat insulation face indicated by reference 422 in Figs. 4 and 5(a). According to another aspect, the flat insulation face 422 is inset from the transverse edge of the respective outer casing panel 310, for example, the top 310a and the bottom 310c outer casing panels as shown in Fig. 4. Once the thermal spacers 420 are correctly positioned, the spacers 420 are secured or connected to the outer casing panels 310 using staples or screws indicated generally by reference 424 in Fig. 5(c), or a suitable adhesive, to ensure that the thermal

spacers 420 stay in the desired position for supporting the outer casing panels 310 and maintaining the gap or void so that the insulating material 410 is not unnecessarily compressed or crushed. For a duct assembly with a smaller cross section, the thermal spacers 420 may be positioned or located at the corners, for example, as shown in Fig. 5(b). For a duct assembly with a larger cross section, additional thermal spacers may be positioned along the space between the outer casing panels 310 and the inner metallic liner 210 to provide additional support and maintain the space or separation for the insulating material 410.

[00039]    Reference is made back to Fig. 1 and as shown, the two exhaust duct sections 110a and 110b are joined or coupled together by the mechanical joint 120. According to an embodiment, the mechanical joint 120 comprises a joint encasement having a configuration as shown in Figs. 7, 8 and 9, and is indicated generally by reference 700. The joint encasement 700 is configured to encase or surround the joint formed between two adjacent exhaust duct sections 110a and 110b when the exterior flange connectors 212 are connected together, for example, bolted.

[00040]    As shown in Fig. 7, joint encasement 710 comprises four sections 720, indicated individually by references 720a, 720b, 720c and 720d. Each of the sections 720 comprises a formed outer metallic profile 730 and an insulating material (or layers of insulating material) 740. The insulating material 740 is affixed to the inner face or side of the outer metallic layer 730 using suitable adhesives and/or mechanical fasteners, in order to provide for pre-fabrication at the factory and thereby minimize the number of components transported to and assembled on site. However, there may be applications where size and weight limitations and/or characteristics of the insulating material 740 may require the insulating material 740 and the outer metallic profile 730 be kept as separate components and then field installed over joint between the exhaust duct sections 110. As shown in Figs. 8 and 9, the outer metallic layer 730 has a width sufficient to overlap the transverse edges of the outer casing panels 310. According to another aspect, the sections 720 having longitudinal edges formed with a safety or hemmed edge in order to stiffen the edge so that it lies flat against the outer casing panel 310 when installed.

- 12 -

[00041]    As shown in Figs. 8 and 9, the joint encasement sections 720 comprise a hat configuration having a channel-like configuration with flanges or returns 760 formed outward from the legs of the channel to create an attachment surface or points for connecting to the outer casing panels 310 using fasteners 722, for example, screws, through holes (i.e. punched through holes) in the flanges 760. According to another aspect, a thermal gasket indicated by reference 724 in Fig. 9 can be included to thermally isolate the joint encasement sections 720 from the outer casing panel 310.

[00042]    In accordance with an exemplary embodiment, the fire-rated exhaust duct sections 110 and encasement joint 120 is fabricated and assembled on a component level as described above in the factory and delivered to the installation site. According to an exemplary embodiment, a 0.250 to 0.500 inch diameter bead of high temperature sealant may be applied to the face of one of the exterior flange connectors 212 adjacent the edge of the flange or return 214 (Fig. 4(a)) on the inner metallic duct 210. The second duct section 110b is aligned with the first duct section 110a and brought together so that the faces of the flanges 212 on both of the inner metallic ducts 210 are in contact. The bolts 610 (Fig. 6) are then installed through each hole 600 in the exterior flange connector 212 and the bolts 610 are secured by the nuts 620 (Fig. 6). The fasteners are tightened in a circular and progressive manner to a torque setting defined by the exhaust duct manufacturer's specifications, for example, according to fastener size being utilized. Once the adjacent exhaust duct sections 110a and 110b are connected together, the encapsulation sections 720 are installed. Each encapsulation section 720 is fitted into the space between the outer casing panels 310 of the adjacent duct sections 110a and 110b until the outer metallic layer 730 comes into contact with outer casing panel 310. The outer metallic layer 730 is secured to the outer casing panel 310 using the screws 722, which may be drilled and threaded into the outer casing panel 310 (metal) through pre-drilled or punched holes. This procedure is repeated for each exhaust duct section until the duct assembly extends from the source of vapours, gases or materials to the point of discharge or treatment.

[00043]    In summary and according to another embodiment, the present invention comprises an exhaust duct system comprising a plurality of individual duct sections

which are factory fabricated and then mechanically assembled on site. The void is configured with thermal spacers to prevent the insulation from being unduly compressed or crushed. This eliminates the need to do on site fabrication of the duct sections, e.g. welding and other hot work. The exhaust sections are connected together to form longer sections and runs to create a fire-rated exhaust duct system in a building or other type of facility for exhausting or moving flammable or hazardous gases, vapours and materials from an originating source, e.g. an exhaust hood or another duct inlet, to a location where the flammable or hazardous gases, vapours or materials can be safely discharged, for example into the atmosphere, or into a collection or treatment system. According to an embodiment, the exhaust duct system is configured to utilize batted insulation material which is carried in a void between the inner duct liner and the outer casing. According to another embodiment, the outer casing comprises non-metallic fire resistant panels.

[00044]   The present invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. Certain adaptations and modifications of the invention will be obvious to those skilled in the art. Therefore, the presently discussed embodiments are considered to be illustrative and not restrictive, the scope of the invention being indicated by the appended claims rather than the foregoing description, and all changes which come within the meaning and range of equivalency of the claims are therefore intended to be embraced therein.

- 14 -

**WHAT IS CLAIMED IS:**

1.     A modular fire-rated exhaust duct assembly comprising:

two or more exhaust duct modules;

each of said exhaust duct modules having an inner duct liner and an outer casing, and a void being formed between at least a portion of space between said inner duct liner and said outer casing, said void being configured for receiving an insulation material, and including one or more thermal spacers configured to maintain said inner duct liner and said outer casing in a spaced relationship so that said insulation material occupies said void;

a first exterior flange connector, and one end of each of said exhaust duct modules being configured for receiving said first exterior flange connector;

a second exterior flange connector, and another end of each of said exhaust duct modules being configured for receiving said second exterior flange connector;

said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a single exhaust duct run; and

a joint encasement section configured to be field connectable to each of said exhaust duct modules and encase said junction.

2.     The modular fire-rate exhaust duct assembly as claimed in claim 1, said outer casing comprises one or more panels formed from a fire resistant non-metallic material.

3.     The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said exhaust duct modules have a generally rectangular cross-section.

4.    The modular fire-rated exhaust duct assembly as claimed in claim 2, wherein said inner duct liner comprises a return flange configured to be affixed to said first and said second exterior flange connectors.

5.    The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said field assembly junction comprises a plurality of holes in each of said first and said exterior flanges, said plurality of holes being in alignment on said first and said exterior flanges, and being configured to receive a detachable fastener.

6.    The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said inner duct liner and said outer casing are formed from a metallic material, and each having a thickness to provide a specified fire rating.

7.    The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said joint encasement section comprises a plurality of joint encasement sections, each of said joint encasement sections comprising an outer layer and an inner layer, and said outer layer having a flange on each longitudinal edge for affixing said encasement section to respective ends of said adjacent exhaust duct modules.

8.    The modular fire-rated exhaust duct assembly as claimed in claim 7, wherein said outer casing is formed from a metallic material having a thickness sufficient to provide a specified fire rating and said outer layer of said joint encasement section comprises the same metallic material.

- 16 -

9.　　The modular fire-rated exhaust duct assembly as claimed in claim 8, wherein said joint encasement sections are configured to be field attachable to said respective surfaces of the said exhaust duct modules.

10.　　An exhaust duct module configured to be assembled in the field to form a fire-rated exhaust duct assembly, said exhaust duct module comprising:

　　　an inner duct liner formed with a generally rectangular cross-section;

　　　an outer casing formed with a generally rectangular cross-section and being sized to substantially surround said inner duct liner and a void being formed between at least a portion of space between said inner duct liner and said outer casing, said void being configured for receiving an insulation material, and further including one or more thermal spacers configured to maintain said inner duct liner and said outer casing in a spaced relationship so that said material occupies said void;

　　　a first exterior flange connector, and one end of said exhaust duct module being configured for receiving said first exterior flange connector;

　　　a second exterior flange connector, and another end of said exhaust duct module being configured for receiving said second exterior flange connector; and

　　　said first exterior flange connector and said second exterior flange connector being configured to be field attachable to couple another exhaust duct assembly.

11.　　The exhaust duct module as claimed in claim 10, further including a thermal insulation material substantially filling said void space between said inner duct liner and said outer casing.

- 17 -

12. The exhaust duct module as claimed in claim 11, wherein said inner duct liner and said outer casing are formed from a metallic material, and each having a thickness to provide a specified fire rating.

13. The exhaust duct module as claimed in claim 12, wherein said thermal insulation material comprises one of a batt insulation material and an insulation board.

14. The exhaust duct module as claimed in claim 11, wherein said outer casing comprises one or more panels formed from a fire resistant non-metallic material.

15. The exhaust duct module as claimed in claim 14, wherein said thermal insulation material comprises one of a batt insulation material, a blanket insulation and an insulation board.

16. An exhaust duct module configured to be assembled in the field to form a fire-rated exhaust duct assembly, said exhaust duct module comprising:

an inner duct liner formed with a generally rectangular cross-section;

an outer casing formed with a generally rectangular cross-section and being sized to substantially surround said inner duct liner and a void being formed between at least a portion of space between said inner duct liner and said outer casing, said void being configured for receiving a compressible insulation material, and further including one or more thermal spacers configured to maintain said inner duct liner and said outer casing in a spaced relationship so that said compressible insulation material occupies said void;

a first exterior flange connector, and one end of said exhaust duct module being configured for receiving said first exterior flange connector;

- 18 -

a second exterior flange connector, and another end of said exhaust duct module being configured for receiving said second exterior flange connector; and

said first exterior flange connector and said second exterior flange connector being configured to be field attachable to couple another exhaust duct assembly.

17.     The exhaust duct module as claimed in claim 16, wherein said outer casing comprises one or more panels formed from a fire resistant non-metallic material.

18.     The exhaust duct module as claimed in claim 17, wherein said thermal insulation material comprises one of a batt insulation material, a blanket insulation material and an insulation board.

19.     The exhaust duct module as claimed in claim 16, wherein said inner duct liner and said outer casing are formed from a metallic material, and each having a thickness to provide a specified fire rating.

20.     The exhaust duct module as claimed in claim 19, wherein said thermal insulation material comprises one of a batt insulation material, a blanket insulation material and an insulation board.



FIG. 1



FIG. 2



FIG. 3



FIG. 4



SECTION AA

FIG. 5(b)

SECTION BB

FIG. 5(c)

SECTION AT FLANGE

FIG. 5(a)



FIG. 6



FIG. 7

Ex. P - Page 109 of 211



FIG. 8



FIG. 9



 Espacenet

## Bibliographic data: CN2233059 (Y) — 1996-08-14

Inlaid frame compound board air duct

| | |
|---|---|
| **Inventor(s):** | ZHIQIANG ZHANG [CN] ± (ZHANG ZHIQIANG) |
| **Applicant(s):** | ZHANG ZHIQIANG [CN] ± (ZHANG ZHIQIANG) |
| **Classification:** | - international: **F24F13/02;** (IPC1-7): F24F13/02 |
| | - cooperative: |
| **Application number:** | CN19952017478U 19950807 |
| **Priority number(s):** | CN19952017478U 19950807 |

Abstract of CN2233059 (Y)

The utility model relates to an inlaid frame compound board air duct which is composed of a pipe casing, a frame pole and an air duct interface, wherein, the pipe casing is made of a composite board provided with an outer protective layer, a heat insulating and sound attenuating middle layer and an inner protective layer, an inlaid strengthening rubber solution solidifying frame pole or a frame pole coated with a metal board outside is arranged at an outer corner of the pipe casing, and a flange or the air duct interface of an inner jacket tube is arranged at the end of the pipe casing and is in permanent connection with the frame pole into a whole. The utility model has the characteristics of high intensity, light material, good air tightness, easy processing, easy installation, no pollution and long service life and is a multifunctional air duct which integrates heat insulation, sound attenuation, sound insulation, fire prevention, damp prevention and erosion prevention together.

[19]中华人民共和国专利局

[11] 授权公告号 CN 2233059Y



[12] **实用新型专利说明书**

[21] ZL 专利号　95217478.2

[51]Int.Cl⁶

[45]授权公告日　1996 年 8 月 14 日

F24F 13／02

[22]申请日　95.8.7　[24]颁证日　96.8.3

[21]申请号　95217478.2

[73]专利权人　张志强
　　　地址　100044北京市西城区北礼士路77号楼
　　　　　　　2101 号

[74]专利代理机构　建设部专利代理事务所
　　　代理人　唐晓莉

[72]设计人　张志强

权利要求书 2 页　说明书 5 页　附图页数 4 页

[54]实用新型名称　镶嵌框架式复合板风道

[57]摘要

　　一种镶嵌框架式复合板风道，由管壳、框架柱及风道接口组成，管壳是由具有外护层保温消声中间层及内护层的复合板制成，管壳的外拐角处设置有嵌入式增强胶浆固化框架柱或外包金属板框架柱，管壳端部设置有法兰或内套管风道接口，并与框架柱固化连接为一体。该风道具有强度高、材质轻、气密性好、加工简单、安装方便、无污染、寿命长的特点，是集保温、消声、隔声、防火、防潮、防腐于一身的多功能风道。



(BJ)第 1452 号

# 权 利 要 求 书

1、一种镶嵌框架式复合板风道，由管壳、风道接口组成，其特征是：

管壳由外护层、内护层、中间层组成，中间层为不燃性的保温消音板、内护层为用防火防水胶将不燃性纤维布热压粘结在中间层的内表面上，外护层为由纤维或纤维布增强的胶浆固化层，管壳内截面为矩形，外拐角处成向外开三角形缺口状；

在管壳外拐角处的三角形缺口内有与管壳外护层连接的玻纤布连接带，缺口内浇注由纤维或纤维布增强的胶浆，使其固化成框架柱并与管壳外固化层为一体，连接带同时被固化在框架柱内，柱内设置竹制加强筋；

在管壳的两端设置与框架柱及外护层固化为一体的纤维布增强的胶浆固化法兰风道接口。

2、如权利要求 1 所述的镶嵌框架式复合板风道，其特征是：在管壳的外拐角处包镶截面为角形的金属板框架柱，只在管壳两端部的外拐角处设置向外开的三角形缺口，在缺口处留有与外护层相连的玻纤布连接带，缺口内浇注由纤维或纤维布增强的胶浆，使角形框架柱的两端部及连接带同时被固化在胶浆固化柱内。

3、如权利要求 1 或 2 所述的镶嵌框架式复合板风道，其特征是：缺口内镶入由纤维或纤维布增强的胶浆固化预制的三角形框架柱，通过连接件、胶或胶浆与管壳及风管接口连接固化成一体。

4、如权利要求 1 所述的镶嵌框架式复合板风道，其特征是：所述的风道接口为在风道两端头设置角钢法兰，与管壳两端的增强胶浆粘接固化在一起；或在管壳的一端设置内套管，套管的一半粘接包在管壳内，另一半伸出管壳外，包在管壳内部分通过连接件与框架柱及管壳固化在一起，伸出部分的端部制成向内折 5°角，被连接的风道套入内套管后在接缝处用热缩性胶带或复合金属箔胶带密封连接。

5、如权利要求 1 或 2 所述的镶嵌框架式复合板风道，其特征是：在风道管壳外壁面上开出横向三角形或矩形、或梯形缺口，并在缺口内浇注由纤维或纤维布增强胶浆，形成与框架柱固化为一体的胶浆固化框架板或圈，在框架板或圈内设置加强筋。

—1—

6、如权利要求 5 所述的镶嵌框架式复合板风道，其特征是：所述的框架板或圈，为纤维增强胶浆固化预制件或用金属制成的截面为"—"或"Ｌ"或"Π"或"Ｔ"形的外框架板或圈，被镶嵌在管壳的外表面上，并与框架柱固化连接在一起。

7、如权利要求 5 所述的镶嵌框架式复合板风道，其特征是：所述的框架板或圈被镶嵌在管壳的内表面上，并与框架柱固化连接在一起。

8、如权利要求 1 或 2 所述的镶嵌框架式复合板风道设置，其特征是：所述的框架板在管壳外纵向设置。

9、如权利要求 1 所述的镶嵌框架式复合板风道设置，其特征是：所述管壳的中间层为不燃性的玻纤板、岩棉板、泡沫酚醛板、泡沫硅酸岩板中的一种或两种的复合；内护层为用防火防水胶将胶浆纤维、复合金属箔、穿孔复合金属箔、金属网热压粘结在中间层的内表面上；外护层为用防火防水胶将两层玻纤布、复合金属箔或复合金属网热压粘结在中间层的外表面上，加强筋为薄钢管。

10、如权利要求 1 所述的镶嵌框架式复合板风道设置，其特征是：所述管壳的内截面是多边形、梯形或三角形。

Ex. P - Page 116 of 211

# 说　明　书

## 镶嵌框架式复合板风道

本实用新型属于通风空调管道类。

目前，用于空调工程的风道一般多采用钢板风管、无机玻璃钢风管或玻璃棉板风管。钢板和无机玻璃钢风管虽然强度高，但笨重，加工安装麻烦，且无保温、消声功能，钢板风管防腐能力差；无机玻璃钢风管在制作时需要大量的模具，费工费料；玻璃棉风管虽然有材质轻、加工安装方便，有保温、消声功能，但强度和刚度较低，易损坏，特别是大断面风管，强度和刚度低的缺点尤为突出。

本实用新型的目的是吸取上述风管的优点，克服其缺点，提供一种新型的镶嵌框架式复合板风道，其强度和刚度较高，保温、绝热、消声、隔声、防火、防潮、防腐性能优良，并且材质较轻，无污染，节省金属，节省安装空间，成本低，寿命长。

本实用新型的镶嵌框架式复合板风道，由管壳、风道接口组成，其特征是：管壳由外护层、内护层、中间层组成，中间层为不燃性的保温消声板，可以是玻纤板、岩棉板、泡沫酚醛板、泡沫硅酸岩板中的一种或两种的复合；内护层为用防火防水胶（配方及配制技术由发明人提供）将不燃性纤维布、穿孔或不穿孔的复合金属箔、金属网热压粘结在中间层的内表面上；外护层为由纤维或纤维布增强的胶浆（配方及配制技术有发明人提供）固化层，或利用防火防水胶将不燃性的两层纤维布、复合金属箔、复合金属网热压粘结在中间层的外表面上而形成的复合外护层；管壳内截面为矩形，也可为多边形、梯形或三角形，外拐角处成向外开三角形缺口状或只在两端的外拐角处成三角形缺口状；

在管壳的外拐角处的三角形缺口处留有与复合外护层相连的连接带，连接带为玻纤布带、复合金属箔带或复合金属网带，缺口内浇注由纤维或纤维布增强的胶浆，使其固化成埋入式框架柱，连接带同时被固化在框架柱内，柱内设置竹制加强筋或薄铁皮管加强筋；

— 1 —

在管壳的两端设置与框架柱及外护层固化为一体的纤维布增强的胶浆固化法兰风道接口。

本实用新型也可在管壳的两端部的外拐角处设置向外开的三角形缺口，在管壳外拐角内镶嵌角形镀锌钢板或喷塑钢板框架柱，使其两端部的连接件伸留在缺口内，并在缺口处留有与复合外护层相连的连接带，缺口内浇注由纤维或纤维布增强的胶浆，而形成方形固化柱，使角形固化柱两端的连接件及其连接带同时被固化在固化柱内，形成包镶角形框架柱，接件为异形铁件，直的或弯曲的螺钉、螺栓。（如图14、15、16）

所述的缺口内设置的框架柱也可是由纤维或纤维布增强的胶浆固化预制的三角形框架柱，通过防火、防水胶或胶浆及连接带与管壳及风管接口连接固化成一体。

所述的风道接口可为在风道两端头设置角钢法兰，与管壳两端的增强胶浆固化在一起；或在管壳的一端设置内套管，套管的一半粘接包在管壳内，另一半伸出管壳外，包在管壳内部分通过连接件与框架柱及管壳固化在一起，伸出部分的端部制成向内折5°角，被连接的风道套入内套管后在接缝处用热缩性胶带或复合金属箔布胶带密封连接，内套管通过连接件与框架柱固化在一起。

当风道截面边长较大时，可横向设置框架板或圈，或纵向设置框架板，框架板或圈是镀锌钢板或喷塑钢带制作的截面为"一"或"L"或"Π"或"T"形的框架带或圈，当风道承受正压时，框架板或圈被设置在管壳的外表面上，即外框架板或圈，并与框架柱固化连接在一起；框架板或圈也可是在风道管壳外壁面开出横向三角形或矩形、或梯形缺口，在缺口内浇注由纤维或纤维布增强胶浆形成与框架柱固化为一体的埋入式胶浆固化框架板或圈（如图10、图18所示），在框架板或圈内设置加强筋，该种框架板或圈也可是由纤维增强胶浆固化而成的预制件。

本实用新型的镶嵌框架式复合板风道，管壳采用的材质为保温绝热和消声隔声材料做中间层，内护层可防止中间层的纤维或颗粒脱落而飞入空气中，还可起到防潮和提高风道刚度和强度的作用，外护层的作用是气密、隔潮、保护中间层，保温、隔声和提高风道的刚度和强度；框架柱与风道接口用胶

浆固为一体，形成风道的刚性框架，根据风道截面尺寸及使用状况设置的内外框架圈或板，也成为风道刚性框架的组成部分；连接件和连接带可使管壳与框架柱、板、圈及风道接口连接紧固。

本实用新型的镶嵌框架式复合板风道通过刚性框架柱，将具有优良保温消声性能的管壳与刚性的框架及风道接口有机的连为一整体，形成了一种强度较高（承压大于1500Pa），气密性好（由于没有穿透风道壁的铁件存在），外形美观，受力均匀（外表面成多边形，减小了应力集中），材质轻，省金属、省空间（在内截面相同时，比矩形风管的体积小），加工制作简单，勿需复杂加工工具，便于现场加工，安装方便、快速，外护层强度、刚度较高，不易损坏，材料来源丰富，成本较低；由于使用的胶和胶浆的抗老化性能优良，所以风道使用寿命长，且无污染，是一种集保温、消声、隔声、防火、防潮、防腐多功能于一身的新型结构风道。

本实用新型可广泛用于地面和地下建筑的通风空调系统。

以下结合附图及实施例对镶嵌框架式复合板风道做进一步描述：

图1为镶嵌框架式复合板风道结构立体图

图2为图1的纵向剖面图，其外护层为增强胶浆固化层111，风道接口为增强胶浆固化法兰31，

图3为图2的1－1剖面图

图4为镶嵌框架式复合板风道设置内框架板和圈23纵向剖面图，其中外护层112，风道接口为增强胶浆固化法兰31，

图5为图4的2－2剖面图

图6为镶嵌框架式复合板风道的风道接口为角钢法兰的结构图，其外护层为增强胶浆固化层111，

图7为图6的3－3剖面图

图8为镶嵌框架式复合板风道设置外框架板或圈24纵向剖面图，其外护层为复合外护层112，风道接口为角钢法兰32，

图9为图8的4－4剖面图

图10为镶嵌框架式复合板风道的风道接口为内套管热缩性胶带接口33的风道连接图，风道的外护层为增强胶浆固化层111，并风道设置有埋入式增强胶

－ 3 －

浆固化框架圈22，

图11为图10的5－5剖面图

图12为镶嵌框架式复合板风道的风道接口为内套管复合金属箔胶带接口34的风道连接图，其风道外护层为复合外护层112，

图13为图12的6－6剖面图

图14为镶嵌框架式复合板风道外设置纵向框架板，管壳外拐角处包镶角形金属板框架柱，管壳两端部外拐角处的缺口内为增强胶浆固化柱的风道纵向剖面图，其风道的外护层为复合外护层112，风道同时设置有"∏"形外框架圈24及"－"形内框架圈23，风道接口为角钢法兰32，

图15为图14的1－1剖面图

图16为图14的2－2剖面图

图17为图10的8－8剖面图

图18为图8的9－9剖面图，风道四壁面均设置有外框架板24，并均与框架柱21固化在一起，

图19为图4的7－7剖面图，风道设置有加强型内框架圈23，并通过连接件42与框架柱21固化在一起，

如图可见，一种镶嵌框架式复合板风道，由管壳、风道接口组成，其特征是：管壳1由外护层11、内护层12、中间层13组成，中间层为不燃性的保温消声板，内护层为用防火防水胶将不燃纤维布，穿孔或不穿孔复合金属箔，金属网热压粘结在中间层的内表面上，外护层为由纤维或纤维布增强的胶浆固化层111，或用防火防水胶将两层玻纤布、复合金属箔或复合金属网热压粘结在中间层的外表面上而形成复合外护层112，管壳内截面为矩形，外拐角处成向外开三角形缺口状，或只两端部成缺口状（如图14）；

在管壳的外拐角处的三角形缺口处留有与复合外护层相连的玻纤连接带44，缺口内浇注由纤维或纤维布增强的胶浆，使其固化成框架柱21，连接带44同时被固化在框架柱内，柱内设置竹制或薄钢管加强筋211，内外粮架板或圈23或24被直接或通过连接件41，42，43固化在框架柱内，框架板或圈也可由增强胶浆固化，而形成嵌入式的框架板或圈22(如图17)，并与框架柱固化为一体；

－ 4 －

在管壳的两端设置的风道接口 3 是与框架柱固化为一体的纤维布增强的胶浆固化法兰风道接口 31，或角钢法兰接口 32，（如图 6,7,8,14,15)或是内套管热缩性胶带接口 33（如图 10,11)，或是内套管复合金属箔胶带接口 34（如图 12,13)，其风道接口均直接或通过连接件 4 与框架柱固化连接为一体。

框架柱的另一种形式是角形镀锌或喷塑钢板包镶在管壳的外拐角处，其两端部的连接件 4 被固化在管壳两端拐角处的缺口内的增强胶浆方形固化柱内（如图 14,15,16)。图 1～19 中：

1　--管壳

111--增强胶浆固化外护层

112--复合外护层（即利用防火防水胶将两层玻纤布、复合金属箔或复合金属网热压粘结在中间层的外表面上而形成的复合外护层）

12　--内护层

13　--中间层

2　--框架

21　--框架柱

211--框架柱加强筋

22　--增强胶浆固化框架板或圈

23　--内框架板或圈

24　--外框架板或圈

3　--风道接口

31　--增强胶浆固化法兰接口

32　--角钢法兰接口

33　--内套管热缩性胶带接口

34　--内套管复合金属箔胶带接口

4　--连接件

41　--"L"形连接铁件

42　--"∏"形连接铁件

43　--直的或弯的螺钉或螺栓连接件

44　--玻纤布、复合金属箔或复合金属网连接带

说 明 书 附 图



图 1

图 2

图 3

图 4

图 5

— 1 —



图 6

图 7

图 8

图 9

图 10

图 11

—2—



图 1 2

图 1 3

图 1 4

图 1 5

Ex. P - Page 124 of 211



图 16



图 17          图 18          图 19

-4-

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15820275 |
| **Filing Date:** | 21-Nov-2017 |
| **Title of Invention:** | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| **First Named Inventor/Applicant Name:** | William Christopher Duffy |
| **Filer:** | Michael J. Frodsham/Josh Heileson |
| **Attorney Docket Number:** | 21116.15 |

Filed as Small Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 2806 | 1 | 120 | 120 |
| **Total in USD ($)** | | | | **120** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 38053177 |
| **Application Number:** | 15820275 |
| **International Application Number:** | |
| **Confirmation Number:** | 6778 |
| **Title of Invention:** | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| **First Named Inventor/Applicant Name:** | William Christopher Duffy |
| **Customer Number:** | 22913 |
| **Filer:** | Michael J. Frodsham/Josh Heileson |
| **Filer Authorized By:** | Michael J. Frodsham |
| **Attorney Docket Number:** | 21116.15 |
| **Receipt Date:** | 17-DEC-2019 |
| **Filing Date:** | 21-NOV-2017 |
| **Time Stamp:** | 12:33:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $120 |
| RAM confirmation Number | E2019BGC34431149 |
| Deposit Account | 233178 |
| Authorized User | Josh Heileson |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: ||
|     37 CFR 1.16 (National application filing, search, and examination fees) ||
|     37 CFR 1.17 (Patent application and reexamination processing fees) ||

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Form (SB08) | 21116-15_2019-12-17_IDS_.pdf | 1485180<br><br>809aaf73b1a12498685a7e88707dc38a9bb25a8c | no | 5 |

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| 2 | Non Patent Literature | CIPO-OA-CA2800362_Nov7-19.pdf | 161148<br><br>79bd601d418eaeb79437 8c6747a3747f781 0d042 | no | 3 |

**Warnings:**

**Information:**

| 3 | Non Patent Literature | CIPO-OA-CA2800362_feb27-19.pdf | 276050<br><br>076d9d8a854c0f33de389dab7ed9957eaf2a13f1 | no | 3 |

**Warnings:**

**Information:**

| 4 | Non Patent Literature | CIPO-OA-CA2829645-Oct18-19.pdf | 254326<br><br>7bca780a54ae496bb27239ca69ed099552cdea15 | no | 4 |

**Warnings:**

**Information:**

| 5 | Non Patent Literature | PCTCA2018051473-isre-000028-en-CA-XXXXXXXX.pdf | 176706<br><br>d6cdf43b11aadcb39e08784c9cfc633616b0acfe | no | 4 |

**Warnings:**

**Information:**

| 6 | Non Patent Literature | PCTCA2018051473-wosa-000034-en-CA-XXXXXXXX-XXXXXXXX.pdf | 242012<br><br>00a449c33327e61d31f6e397232353dfeaf0119f | no | 5 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 7 | Foreign Reference | CA-2829645A1.pdf | 2279628 | no | 30 |
| | | | 04a55da490e618ede785dd18bde7059f41xc d94fc | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 8 | Foreign Reference | CN-2233059_Zhang.pdf | 1038202 | no | 13 |
| | | | 170578f8a2e9c6e9acf030a9f68724f088f0fb 27 | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 9 | Fee Worksheet (SB06) | fee-info.pdf | 30347 | no | 2 |
| | | | b9264 5bebcfb6ea30691da1ff51d88364b0f efa0 | | |
| Warnings: | | | | | |
| Information: | | | | | |
| **Total Files Size (in bytes):** | | | 5943599 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/820,275 | 11/21/2017 | William Christopher Duffy | 21116.15 | 6778 |

22913        7590        01/30/2020
Workman Nydegger
60 East South Temple
Suite 1000
Salt Lake City, UT 84111

| EXAMINER |
|---|
| DUNWOODY, AARON M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3679 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/30/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Docketing@wnlaw.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No. 15/820,275 | Applicant(s) Duffy, William Christopher |
|---|---|---|
| | Examiner AARON M DUNWOODY | Art Unit 3679 | AIA (FITF) Status Yes |

| *-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --* |
|---|

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>2</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**     2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1-10</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☐ Claim(s) _____ is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☑ Claim(s) <u>1-10</u> are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are:  a) ☐ accepted or  b) ☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
  a) ☐ All  b) ☐ Some**  c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
  ** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
  Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413)
  Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## DETAILED ACTION

### *Election/Restriction*

Claim(s) 1 may be generic to the following disclosed patentably distinct species: Group I, Figures 1A-B; Group II, Figures 2A-D; Group III, Figure 3A; Group IV, Figure 3B; Group V, Figure 3C; Group VI, Figure D; Group VII, Figure 4A; Group VIII, Figure 4B; Group IX, Figure 4C; Group X, Figure 4D; Group XI, Figure 5A; Group XII, Figure 5B; Group XIII, Figure 5C; Group XIV, Figure 5D; Group XV, Figure 6A; Group XVI, Figure 6B; Group XVII, Figure 6C; Group XVIII, Figure 6D; Group XIX, Figure 7A; Group XX, Figure 7B; Group XXI, Figure 7C; Group XXII, Figure 8A; Group XXIII, Figure 8B; Group XXIV, Figure 8C; Group XXV, Figure 9A; and Group XXVI, Figure 9B. The species are independent or distinct because as disclosed the different species have mutually exclusive characteristics for each identified species. In addition, these species are not obvious variants of each other based on the current record.

Applicant is required under 35 U.S.C. 121 to elect a single disclosed species, or a single grouping of patentably indistinct species, for prosecution on the merits to which the claims shall be restricted if no generic claim is finally held to be allowable.

There is a search and/or examination burden for the patentably distinct species as set forth above because at least the following reason(s) apply:

The species or groupings of patentably indistinct species have acquired a separate status in the art in view of their different classification

The species or groupings of patentably indistinct species have acquired a separate

status in the art due to their recognized divergent subject matter

The species or groupings of patentably indistinct species require a different field of

search (e.g., searching different classes /subclasses or electronic resources, or

employing different search strategies or search queries).

**Applicant is advised that the reply to this requirement to be complete must

include (i) an election of a species or a grouping of patentably indistinct species

to be examined** even though the requirement may be traversed (37 CFR 1.143) **and

(ii) identification of the claims encompassing the elected species** or grouping of

patentably indistinct species, including any claims subsequently added. An argument

that a claim is allowable or that all claims are generic is considered nonresponsive

unless accompanied by an election.

The election may be made with or without traverse. To preserve a right to

petition, the election must be made with traverse. If the reply does not distinctly and

specifically point out supposed errors in the election of species requirement, the election

shall be treated as an election without traverse. Traversal must be presented at the time

of election in order to be considered timely. Failure to timely traverse the requirement

will result in the loss of right to petition under 37 CFR 1.144. If claims are added after

the election, applicant must indicate which of these claims are readable on the elected

species or grouping of patentably indistinct species.

Should applicant traverse on the ground that the species, or groupings of

patentably indistinct species from which election is required, are not patentably distinct,

applicant should submit evidence or identify such evidence now of record showing the

species to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the species unpatentable over the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103 or pre-AIA 35 U.S.C. 103(a) of the other species.

Upon the allowance of a generic claim, applicant will be entitled to consideration of claims to additional species which depend from or otherwise require all the limitations of an allowable generic claim as provided by 37 CFR 1.141.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to AARON M DUNWOODY whose telephone number is (571)272-7080.  The examiner can normally be reached on Monday - Friday 9:00 am - 6:00 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Anna M Momper can be reached on 571-270-5788.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see https://ppair-

Application/Control Number: 15/820,275                                    Page 5
Art Unit: 3679

my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

If you would like assistance from a USPTO Customer Service Representative or access

to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-

272-1000.

/AARON M DUNWOODY/
Primary Examiner, Art Unit 3679

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 38965005 |
| **Application Number:** | 15820275 |
| **International Application Number:** | |
| **Confirmation Number:** | 6778 |
| **Title of Invention:** | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| **First Named Inventor/Applicant Name:** | William Christopher Duffy |
| **Customer Number:** | 22913 |
| **Filer:** | Michael J. Frodsham/Angela Bacon |
| **Filer Authorized By:** | Michael J. Frodsham |
| **Attorney Docket Number:** | 21116.15 |
| **Receipt Date:** | 25-MAR-2020 |
| **Filing Date:** | 21-NOV-2017 |
| **Time Stamp:** | 17:08:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Response to Election / Restriction Filed | 21116-15_ResponsetoRestrictionRequirement.pdf | 27881 <br> 7f112875d0878ab6ac4415347cdbdff73470a172 | no | 4 |

**Warnings:**

| Information: | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 27881 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

ELECTRONICALLY FILED

PATENT APPLICATION
Docket No. 21116.15

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of: | | ) |
| | | ) |
| Applicant: | William Christopher Duffy | ) |
| | | ) |
| Title: | PRE-FABRICATED MODULAR FIRE-RATED | ) |
| | CONDUIT ASSEMBLY | ) |
| | | ) |
| Serial No.: | 15/820,275 | ) Art Unit |
| | | ) 3679 |
| Filed: | November 21, 2017 | ) |
| | | ) |
| Confirmation No.: | 6778 | ) |
| | | ) |
| Examiner: | Aaron M. Dunwoody | ) |

## <u>RESPONSE TO RESTRICTION REQUIREMENT</u>

Mail Stop AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Office Action of January 30, 2020 ("*Office Action*"), please amend and reconsider the above-identified application, in which:

**Remarks** begin on page 2.

## <u>REMARKS</u>

The *Office Action* considered claims 1-10 and Figures 1-9B. The *Office Action* indicated that independent claim 1 may be generic to any of the following 26 separate species, as follows:

Species I: Figures 1A-B

Species II: Figures 2A-D

Species III: Figure 3A

Species IV: Figure 3B

Species V: Figure 3C

Species VI: Figure D

Species VII: Figure 4A

Species VIII: Figure 4B

Species IX: Figure 4C

Species X: Figure 4D

Species XI: Figure 5A

Species XII: Figure 5B

Species XIII: Figure 5C

Species XIV: Figure 5D

Species XV: Figure 6A

Species XVI: Figure 6B

Species XVII: Figure 6C

Species XVIII: Figure 6D

Species XIX: Figure 7A

Species XX: Figure 7B

Species XXI: Figure 7C

Species XXII: Figure 8A

Species XXIII: Figure 8B

Species XXIV: Figure 8C

Species XXV: Figure 9A

Species XXVI: Figure 9B

Applicants provisionally elect prosecution of the claims corresponding to Species II, corresponding to Figures 2A-2D, and respectfully submit that all of the pending claims 1-10 read on Species II.

Applicants further respectfully traverse the species requirement as improper under MPEP § 806.05(j). Namely, the various groupings of Figures identified in the *Office Action* overlap in scope and hence are not mutually exclusive. For example, Figures 6A-6D illustrate detailed views of many of the same elements illustrated in Figures 2A-2D (e.g., inner duct liner 230, outer duct casing 240, and casing spacers 248) and show the configuration and functionality of those elements under various applications. While patentably distinct limitations may indeed be present across the various drawings, many of the groups identified in the *Office Action* contain significant overlaps in scope. The *Office Action*, however, provided no rationale for the restriction, such as by indicating which of the classes would be relevant to the different Figures, which components appear to be separately patentable or useful apart from the different views of the structure (e.g., *MPEP* § 806.05), nor any technical reason why the subject matter presented in the Figures were mutually exclusive with that in other Figures. The *Office Action* fails to cite any specific evidence or explanation of separate classification, status, divergent subject matter, or fields of search in accordance with MPEP § 808.02.

Thus, the *Office Action* fails to state a case for restriction in the first instance, other than a generalized, conclusory statements about the different Figure groupings. Because the Figures are all to the same technology, they would be properly searchable in the same field of search, same class, and likely even in the same sub-class. Accordingly, Applicants respectfully submit that there would not be a serious search burden if the election is not required, as outlined under *MPEP* § 808.02. Applicants respectfully request, therefore, that the election of species requirement be withdrawn.

Applicants respectfully submit that the Restriction Requirement has been properly addressed. In the event the Examiner finds any remaining impediment to prompt allowance of this case, Applicant invites the Examiner to contact the undersigned attorney directly.

The Commissioner is hereby authorized to charge payment of any of the following fees that may be applicable to this communication, or credit any overpayment, to Deposit Account No. 23-3178: (1) any filing fees required under 37 CFR § 1.16; (2) any patent application and reexamination processing fees under 37 CFR § 1.17; and/or (3) any post issuance fees under 37

CFR § 1.20.  In addition, if any additional extension of time is required, which has not otherwise been requested, please consider this a petition therefor and charge any additional fees that may be required to Deposit Account No. 23-3178.

Dated this 25th day of March 2020.

Respectfully submitted,

/Michael J. Frodsham/

Michael J. Frodsham
Attorney for Applicant
Registration No.: 48,699
Customer No. 22913

WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Phone:  801-533-9800
Fax:  801-328-1707

MJF: ljh

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in <u>either</u> the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| 15/820,275 | November 21, 2017 |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:   | 22913 |

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number: |                    |

OR

| [ ] Firm or Individual Name | | | |
|---|---|---|---|
| Address | | | |
| City | State | | Zip |
| Country | | | |
| Telephone | Email | | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## Durasystems Barriers Inc.

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *WM Cuddy* | Date (Optional) | |
|---|---|---|---|
| Name | *WM CUDDY* | | |
| Title | *PRESIDENT* | | |

<u>NOTE:</u>  Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**UNITED STATES PATENT**                                    **Attorney Docket No. 21116.15**
Form US

---

### COMBINED DECLARATION and ASSIGNMENT

---

**TITLE OF INVENTION:** *PRE-FABRICATED    MODULAR    FIRE-RATED    CONDUIT ASSEMBLY*

As a below named inventor, I hereby declare that:

## SPECIFICATION IDENTIFICATION

This declaration and assignment is directed to:

*(complete (a), (b), or (c))*

   (a)  [ ]   The attached application (United States Application No. _____,

           filed on _____);

   (b)  [X]   Previously filed United States Application No. 15/820,275, filed on November 21,

           2017; or

   (c)  [ ]   PCT International Application No. _____,

           filed on _____ (nationalized as United States Application No.

           _____, filed on _____).

I hereby authorize the patent attorneys and/or patent agents of Workman Nydegger to insert the above Application No(s). and filing date(s) when known.

## DECLARATION AND ACKNOWLEDGEMENT

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the above-identified application.

I hereby state that I have reviewed and understand the contents of the above-identified application, including the claim(s).

I acknowledge the duty to disclose all information which is material to patentability as defined in 37 C.F.R. § 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. § 1001 by fine or imprisonment of not more than five (5) years, or both.

## ASSIGNMENT

The Assignee, Durasystems Barriers Inc., a company of Canada, and having a principal place of business at 199 Courtland Avenue, Vaughan, Ontario, Canada, L4K 4T2 desires to secure the entire right, title and interest in the above-identified application and in the invention disclosed therein.

In consideration of One Dollar ($1.00) and other good and valuable consideration paid to me by the Assignee, the receipt and sufficiency of which is hereby acknowledged, I HEREBY ASSIGN TO THE ASSIGNEE:

> The entire right, title and interest in the above-identified application and in the invention disclosed therein and in all divisions, continuations and continuations-in-part of said application and in all corresponding applications filed in countries foreign to the United States and in all patents issuing thereon in the United States and foreign countries and in all reissues or extensions of patents granted thereon.

> The right to file foreign patent applications on said invention in its own name, wherever such right may be legally exercised, including the right to claim the priority to or the benefit of the above-identified application including under all applicable treaties and conventions.

I hereby authorize and request the United States Commissioner of Patents and Trademarks, and such Patent Office officials in foreign countries as are duly authorized by their patent laws to issue patents, to issue any and all patents on said invention to the Assignee as the owner of the entire interest, for the sole use and behoof of the said Assignee, its successors, assigns and legal representatives.

Docket No. 21116.15
Page 2

I hereby agree, without further consideration and without expense, to sign all lawful papers and to perform all other lawful acts which the Assignee may request of me to make this Assignment fully effective, including, by way of example but not of limitation, the following:

> Prompt execution of all original, divisional, continuation, continuation-in-part, substitute, reissue, and other United States and foreign patent applications on the invention, and all lawful documents requested by the Assignee to further the prosecution of any of such patent applications.

> Cooperation to the best of my ability in: (1) proceedings relating to nullification, reissue, extension, post grant, inter partes, derivation, supplemental examination, and infringement involving the invention; (2) execution of all lawful documents involving the invention; and (3) the production of evidence involving the invention.

This assignment and agreement shall be binding upon my heirs and legal representatives.

### SIGNATURE(S)

Full name of sole or first inventor

| William | Christopher | Duffy |
|---|---|---|
| (GIVEN NAME) | (MIDDLE INITIAL OR NAME) | FAMILY (OR LAST NAME) |

Signature _____  Date _March 20th 2020_

Docket No. 21116.15
Page 3

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 39006333 |
| **Application Number:** | 15820275 |
| **International Application Number:** | |
| **Confirmation Number:** | 6778 |
| **Title of Invention:** | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| **First Named Inventor/Applicant Name:** | William Christopher Duffy |
| **Customer Number:** | 22913 |
| **Filer:** | Michael J. Frodsham/Megan Hancock |
| **Filer Authorized By:** | Michael J. Frodsham |
| **Attorney Docket Number:** | 21116.15 |
| **Receipt Date:** | 30-MAR-2020 |
| **Filing Date:** | 21-NOV-2017 |
| **Time Stamp:** | 14:17:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 21116-15_POA.pdf | 607685<br>136720521ba037b079b3b6a6053d65fd746a5365 | no | 1 |

**Warnings:**

| Information: | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Oath or Declaration filed | 21116-15_Declaration_and_As signment.pdf | 279867 1c483932ea10b24827b652bd17bddfcfa42 df501 | | no | 3 |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 887552 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6039163

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| WILLIAM CHRISTOPHER DUFFY | 03/20/2020 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | DURASYSTEMS BARRIERS INC. |
| Street Address: | 199 COURTLAND AVENUE |
| City: | VAUGHAN, ONTARIO |
| State/Country: | CANADA |
| Postal Code: | L4K 4T2 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 15820275 |

**CORRESPONDENCE DATA**

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 8015339800 |
| Email: | mhancock@wnlaw.com |
| Correspondent Name: | WORKMAN NYDEGGER |
| Address Line 1: | 60 EAST SOUTH TEMPLE |
| Address Line 2: | SUITE 1000 |
| Address Line 4: | SALT LAKE CITY, UTAH 84111 |

| ATTORNEY DOCKET NUMBER: | 21116.15 |
|---|---|
| NAME OF SUBMITTER: | MICHAEL J. FRODSHAM |
| SIGNATURE: | /Michael J. Frodsham/ |
| DATE SIGNED: | 03/31/2020 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 3**
source=21116-15 2020-03-30 Declaration and Assignment#page1.tif
source=21116-15 2020-03-30 Declaration and Assignment#page2.tif
source=21116-15 2020-03-30 Declaration and Assignment#page3.tif

**UNITED STATES PATENT**                    **Attorney Docket No. 21116.15**
Form US

---

## COMBINED DECLARATION and ASSIGNMENT

---

**TITLE OF INVENTION:**  *PRE-FABRICATED    MODULAR    FIRE-RATED    CONDUIT
ASSEMBLY*

As a below named inventor, I hereby declare that:

## SPECIFICATION IDENTIFICATION

This declaration and assignment is directed to:

*(complete (a), (b), or (c))*

(a)  [ ]   The attached application (United States Application No. _____,
filed on _____);

(b)  [X]   Previously filed United States Application No. 15/820,275, filed on November 21,
2017; or

(c)  [ ]   PCT International Application No. _____,
filed on _____ (nationalized as United States Application No.
_____, filed on _____).

I hereby authorize the patent attorneys and/or patent agents of Workman Nydegger to insert the
above Application No(s). and filing date(s) when known.

## DECLARATION AND ACKNOWLEDGEMENT

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the
above-identified application.

I hereby state that I have reviewed and understand the contents of the above-identified
application, including the claim(s).

I acknowledge the duty to disclose all information which is material to patentability as defined in 37 C.F.R. § 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. § 1001 by fine or imprisonment of not more than five (5) years, or both.

## ASSIGNMENT

The Assignee, Durasystems Barriers Inc., a company of Canada, and having a principal place of business at 199 Courtland Avenue, Vaughan, Ontario, Canada, L4K 4T2 desires to secure the entire right, title and interest in the above-identified application and in the invention disclosed therein.

In consideration of One Dollar ($1.00) and other good and valuable consideration paid to me by the Assignee, the receipt and sufficiency of which is hereby acknowledged, I HEREBY ASSIGN TO THE ASSIGNEE:

> The entire right, title and interest in the above-identified application and in the invention disclosed therein and in all divisions, continuations and continuations-in-part of said application and in all corresponding applications filed in countries foreign to the United States and in all patents issuing thereon in the United States and foreign countries and in all reissues or extensions of patents granted thereon.

> The right to file foreign patent applications on said invention in its own name, wherever such right may be legally exercised, including the right to claim the priority to or the benefit of the above-identified application including under all applicable treaties and conventions.

I hereby authorize and request the United States Commissioner of Patents and Trademarks, and such Patent Office officials in foreign countries as are duly authorized by their patent laws to issue patents, to issue any and all patents on said invention to the Assignee as the owner of the entire interest, for the sole use and behoof of the said Assignee, its successors, assigns and legal representatives.

Docket No. 21116.15
Page 2

I hereby agree, without further consideration and without expense, to sign all lawful papers and to perform all other lawful acts which the Assignee may request of me to make this Assignment fully effective, including, by way of example but not of limitation, the following:

Prompt execution of all original, divisional, continuation, continuation-in-part, substitute, reissue, and other United States and foreign patent applications on the invention, and all lawful documents requested by the Assignee to further the prosecution of any of such patent applications.

Cooperation to the best of my ability in: (1) proceedings relating to nullification, reissue, extension, post grant, inter partes, derivation, supplemental examination, and infringement involving the invention; (2) execution of all lawful documents involving the invention; and (3) the production of evidence involving the invention.

This assignment and agreement shall be binding upon my heirs and legal representatives.

### SIGNATURE(S)

Full name of sole or first inventor

| William | Christopher | Duffy |
|---|---|---|
| (GIVEN NAME) | (MIDDLE INITIAL OR NAME) | FAMILY (OR LAST NAME) |

Signature _____    Date _March 20th 2020_

Docket No. 21116.15
Page 3

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/820,275 | 11/21/2017 | William Christopher Duffy | 21116.15 |

**CONFIRMATION NO. 6778**

22913
Workman Nydegger
60 East South Temple
Suite 1000
Salt Lake City, UT 84111

**POA ACCEPTANCE LETTER**

*OC000000115873377*

Date Mailed: 04/02/2020

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/30/2020.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/qtran/

_____



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/820,275 | 11/21/2017 | William Christopher Duffy | 21116.15 | 6778 |

22913        7590        04/20/2020
Workman Nydegger
60 East South Temple
Suite 1000
Salt Lake City, UT 84111

| EXAMINER |
|---|
| DUNWOODY, AARON M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3679 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/20/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Docketing@wnlaw.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No. 15/820,275 | Applicant(s) Duffy, William Christopher | |
|---|---|---|---|
| | Examiner AARON M DUNWOODY | Art Unit 3679 | AIA (FITF) Status Yes |

| -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address -- |
|---|

**Period for Reply**

    A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL.**      2b) ☑ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1-10</u> is/are pending in the application.
    5a) Of the above claim(s) <u>6-7</u> is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☑ Claim(s) <u>1-5 and 8-10</u> is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement
* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☑ The specification is objected to by the Examiner.
11) ☑ The drawing(s) filed on <u>11/21/2017</u> is/are:  a) ☐ accepted or  b) ☑ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
        a) ☐ All  b) ☐ Some**  c) ☐ None of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____.
        3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
    Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 11-13)          Office Action Summary          Part of Paper No./Mail Date 20200415

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Election/Restrictions*

Claims 6 and 7 are withdrawn from further consideration pursuant to 37 CFR 1.142(b), as being drawn to a nonelected species, there being no allowable generic or linking claim. Applicant timely traversed the restriction (election) requirement in the reply filed on 3/25/2020. Claims 6 and 7 are withdrawn because the elected embodiment does not encompass the features of said claims.

Applicant's election with traverse of Species II in the reply filed on 3/25/2020 is acknowledged.  The traversal is on the ground(s) that there is no serious burden on the Examiner.  This is not found persuasive because (1) the search required for the elected species would not necessarily include a search for the unelected species since there are structural differences between the species which could necessitate additional search, and (2) examination is not limited simply to search.  In addition to the search, much of the examination is devoted to determining patentability of the claims.  Said determination requires the formulation of rejections and responding to applicant's argument with regard to same.  The additional search and the determination of patentability for multiple, patentably distinct species would place serious burden on the examiner.

The requirement is still deemed proper and is therefore made FINAL.

### *Drawings*

The drawings are objected to as failing to comply with 37 CFR 1.84(p)(5)

because they include the following reference character(s) not mentioned in the

description: 243, 246.  Corrected drawing sheets in compliance with 37 CFR 1.121(d),

or amendment to the specification to add the reference character(s) in the description in

compliance with 37 CFR 1.121(b) are required in reply to the Office action to avoid

abandonment of the application. Any amended replacement drawing sheet should

include all of the figures appearing on the immediate prior version of the sheet, even if

only one figure is being amended. Each drawing sheet submitted after the filing date of

an application must be labeled in the top margin as either "Replacement Sheet" or "New

Sheet" pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner,

the applicant will be notified and informed of any required corrective action in the next

Office action. The objection to the drawings will not be held in abeyance.

The drawings are objected to as failing to comply with 37 CFR 1.84(p)(5)

because they do not include the following reference sign(s) mentioned in the

description: 232, 245, 233, 102, 122, 210,.  Corrected drawing sheets in compliance

with 37 CFR 1.121(d) are required in reply to the Office action to avoid abandonment of

the application. Any amended replacement drawing sheet should include all of the

figures appearing on the immediate prior version of the sheet, even if only one figure is

being amended. Each drawing sheet submitted after the filing date of an application

must be labeled in the top margin as either "Replacement Sheet" or "New Sheet"

pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner, the

applicant will be notified and informed of any required corrective action in the next Office

action. The objection to the drawings will not be held in abeyance.

The drawings are objected to as failing to comply with 37 CFR 1.84(p)(4)

because reference character "236" has been used to designate both a hole and a

direction vector; and reference character "256" has been used to designate both a joint

cover fold and a panel fold.  Corrected drawing sheets in compliance with 37 CFR

1.121(d) are required in reply to the Office action to avoid abandonment of the

application. Any amended replacement drawing sheet should include all of the figures

appearing on the immediate prior version of the sheet, even if only one figure is being

amended. Each drawing sheet submitted after the filing date of an application must be

labeled in the top margin as either "Replacement Sheet" or "New Sheet" pursuant to 37

CFR 1.121(d). If the changes are not accepted by the examiner, the applicant will be

notified and informed of any required corrective action in the next Office action. The

objection to the drawings will not be held in abeyance.

### *Specification*

Applicant is reminded of the proper language and format for an abstract of the

disclosure.

The abstract should be in narrative form and generally limited to a single

paragraph on a separate sheet within the range of 50 to 150 words in length. The

abstract should describe the disclosure sufficiently to assist readers in deciding whether

there is a need for consulting the full patent text for details.

Application/Control Number: 15/820,275                                          Page 5
Art Unit: 3679

The language should be clear and concise and should not repeat information

given in the title. It should avoid using phrases which can be implied, such as, "The

disclosure concerns," "The disclosure defined by this invention," "The disclosure

describes," etc.  In addition, the form and legal phraseology often used in patent claims,

such as "means" and "said," should be avoided.

The abstract of the disclosure is objected to because it contains legal

phraseology.  Correction is required.  See MPEP § 608.01(b).

### *Claim Rejections - 35 USC § 112*

The following is a quotation of 35 U.S.C. 112(b):
(b)  CONCLUSION.—The specification shall conclude with one or more claims particularly
pointing out and distinctly claiming the subject matter which the inventor or a joint inventor
regards as the invention.


The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

Claims 1-5 and 8-10 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-

AIA), second paragraph, as being indefinite for failing to particularly point out and

distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA

the applicant regards as the invention.

Claims 1-5 and 8-10 recite, "modular fire-rated exhaust duct assembly"; however,

it is not clear to the Examiner what this means. Exactly how is the duct fire-rated?

Where in the original disclosure are the exact specifications for a fire-rated duct?

Claims 9 and 10 recite, "a thickness according to a required fire-rating"; however,

it is not clear to the Examiner what this means. Did Applicant invent the required fire-

rating? Exactly where in the original disclosure are the exact metrics for the thickness

according to the required fire-rating? The Examiner is unable to determine the metes

and bounds of the claims.

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale or otherwise available to the public before the effective filing date of the claimed invention.

Claim(s) 1-5 and 8-10 is/are rejected under 35 U.S.C. 102(a)(1) as being clearly

anticipated by US 2015/0101697, Duffy.

In regards to claim 1, in Figures 4-9 and associated paragraphs, Duffy discloses

a modular fire-rated exhaust duct assembly comprising: two or more exhaust duct

modules; each of said exhaust duct modules having an inner duct liner and an outer

casing, and a plurality of casing spacers configured to form a thermal insulating cavity

between at least a portion of space between said inner duct liner and said outer casing,

said thermal insulating cavity being configured for receiving an insulation material; a first

exterior flange connector attached to one end of each of said inner duct liners; a second

exterior flange connector attached to another end of each of said inner duct liners; said

first and said second exterior flange connectors being configured to form a field

assembly junction for coupling respective ends of said exhaust duct modules to form a

connected exhaust duct run; and a joint connection end formed between said exterior

flange connector and said outer casing, said joint connection end being configured to

receive a joint insulating material, and further comprising a return configured for

receiving a connection edge of a joint cover, said joint cover being configured to

encapsulate said joint connection ends of adjacent exhaust duct modules.

In regards to claim 2, in Figures 4-9 and associated paragraphs, Duffy discloses

said plurality of casing spacers are configured to couple said inner duct to said outer

casing so as to prevent movement between said inner duct and said outer casing and

maintain said thermal insulating cavity.

In regards to claim 3, in Figures 4-9 and associated paragraphs, Duffy discloses

thermal insulating cavity comprises a volume based on the thermal conductivity of said

insulation material and the required fire-rating for the duct assembly.

In regards to claim 4, in Figures 4-9 and associated paragraphs, Duffy discloses

said joint cover comprises two parallel longitudinal edges and each of said longitudinal

edges includes a return configured to engage the corresponding return formed on the

edge of said outer casing.

In regards to claim 5, in Figures 4-9 and associated paragraphs, Duffy discloses

said joint cover comprises two parallel longitudinal edges and each of said longitudinal

edges comprise a formed bend, and said formed bend being configured to be secured

to the surface of said return formed on the edge of said outer casing.

In regards to claim 8, in Figures 4-9 and associated paragraphs, Duffy discloses

said exhaust duct module comprises a cross-sectional profile, and said cross-sectional

profile is one of round, oval, square and rectangular.

In regards to claim 9, in Figures 4-9 and associated paragraphs, Duffy discloses

said inner duct liner comprises a metallic sheet having a thickness according to a

required fire-rating, and said inner duct liner being formed from flat metallic pieces, or

from a continuous metallic strip, and wherein the free longitudinal edges of said formed inner duct liner being joined using one of mechanical locks, mechanical fasteners with lap or pocket seams, continuous welds and intermittent welds.

In regards to claim 10, in Figures 4-9 and associated paragraphs, Duffy discloses said outer casing is formed into a tube from a plurality of flat metal pieces having a thickness according to a required fire-rating, and wherein the free longitudinal edges of said outer casing being joined using one of mechanical locks, mechanical fasteners with lap or pocket seams, continuous welds and intermittent welds.

### Conclusion

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to AARON M DUNWOODY whose telephone number is (571)272-7080.  The examiner can normally be reached on Monday - Friday 9:00 am - 6:00 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Anna M Momper can be reached on 571-270-5788.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 15/820,275                                          Page 9
Art Unit: 3679

      Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see https://ppair-

my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

If you would like assistance from a USPTO Customer Service Representative or access

to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-

272-1000.

      /AARON M DUNWOODY/
      Primary Examiner, Art Unit 3679

| | Notice of References Cited | | Application/Control No.<br>15/820,275 | | Applicant(s)/Patent Under Reexamination<br>Duffy, William Christopher | |
|---|---|---|---|---|---|---|
| | | | Examiner<br>AARON M DUNWOODY | | Art Unit<br>3679 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20180087700-A1 | 03-2018 | Plantz, JR.; Anton R. | F16L39/005 | 1/1 |
| * | B | US-20150101697-A1 | 04-2015 | Duffy; William Christopher | F16L9/003 | 138/149 |
| * | C | US-20110194894-A1 | 08-2011 | Seraphinoff; David | F16L23/14 | 403/338 |
| * | D | US-20030051764-A1 | 03-2003 | Jungers; Jon W. | B29C41/22 | 138/149 |
| * | E | US-20130174934-A1 | 07-2013 | DUFFY; WILLIAM CHRISTOPHER | F16L59/147 | 138/149 |
| * | F | US-9371941-B1 | 06-2016 | Faverio, IV; Louis Peter | F24F13/0263 | 1/1 |
| * | G | US-7699078-B1 | 04-2010 | Husmann, Jr.; Jackie | F24F13/0245 | 138/114 |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20200415

| *Search Notes* | Application/Control No.<br><br>15/820,275 | Applicant(s)/Patent Under Reexamination<br><br>Duffy, William Christopher |
|---|---|---|
| | Examiner<br><br>AARON M DUNWOODY | Art Unit<br><br>3679 |

**CPC - Searched***

| Symbol | Date | Examiner |
|---|---|---|
| F16L59/143; 39/00; 23/14 | 04/15/2020 | amd |
| F24F13/0263,0209,0272,0281 | 04/15/2020 | amd |

**CPC Combination Sets - Searched***

| Symbol | Date | Examiner |
|---|---|---|
| | | |

**US Classification - Searched***

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 285 | 363,368,405,412,123.16,123.15,424 | 04/15/2020 | amd |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

**Search Notes**

| Search Notes | Date | Examiner |
|---|---|---|
| | | |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

# Bibliographic Data

Application No:        **15/820,275**

Foreign Priority claimed:          ○ Yes     ⦿ No

35 USC 119 (a-d) conditions met:     ☐ Yes     ☑ No              ☐ Met After Allowance

Verified and Acknowledged:

|  |  |
|---|---|
| Examiner's Signature | Initials |

Title:     PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 11/21/2017 **RULE** | 285 | 3679 | 21116.15 |

**APPLICANTS**

Durasystems Barriers Inc., Vaughan, CANADA

**INVENTORS**

William Christopher Duffy Thornhill, CANADA

**CONTINUING DATA**

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED**\*\*

12/06/2017

**\*\* SMALL ENTITY \*\***

**STATE OR COUNTRY**

CANADA

**ADDRESS**

Workman Nydegger

60 East South Temple

Suite 1000

Salt Lake City, UT 84111

UNITED STATES

**FILING FEE RECEIVED**

$800

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15820275 |
| Filing Date | 2017-11-21 |
| First Named Inventor | William Christopher Duffy |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 21116.15 |

## U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 2916054 | | 1959-12-08 | Callan | |
| | 2 | 4029344 | | 1977-06-14 | Stone | |
| | 3 | 4724750 | | 1988-02-16 | Coleman | |
| | 4 | 9074788 | | 2015-07-07 | Duffy | |

If you wish to add additional U.S. Patent citation information please click the Add button.

## U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20050116470 | | 2005-06-02 | Duffy | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /A.M.D/

| | | | | | | |
|---|---|---|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15820275 | | | |
| | | Filing Date | 2017-11-21 | | | |
| | | First Named Inventor | William Christopher Duffy | | | |
| | | Art Unit | | | | |
| | | Examiner Name | | | | |
| | | Attorney Docket Number | 21116.15 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2233059 | CN | 1996-08-14 | Zhang | | ☐ |
| 2 | 2829645 | CA | 2015-04-10 | Duffy | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc) date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | Canadian Office Action for Application No. 2,800,362 dated November 7, 2019 | ☐ |
| | 2 | Canadian Office Action for Application No. 2,800,362 dated February 27, 2019 | ☐ |
| | 3 | Canadian Office Action for Application No. 2,829,645 dated October 18, 2019 | ☐ |
| | 4 | International Search Report for PCT/CA2018/051473 dated February 13, 2019 | ☐ |
| | 5 | Written Opinion for International Search Report for PCT/CA2018/051473 dated February 13, 2019 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /AARON M DUNWOODY/ | Date Considered | 04/15/2020 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /A.M.D/

|  |  |  |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15820275 |
|  | Filing Date | 2017-11-21 |
|  | First Named Inventor | William Christopher Duffy |
|  | Art Unit | |
|  | Examiner Name | |
|  | Attorney Docket Number | 21116.15 |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15820275 |
| | Filing Date | 2017-11-21 |
| | First Named Inventor | William Christopher Duffy |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket  Number | 21116.15 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐    That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐    That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐    See attached certification statement.

☒    The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐    A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael J. Frodsham/ | Date (YYYY-MM-DD) | 2019-12-16 |
| Name/Print | Michael J. Frodsham | Registration Number | 48699 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /A.M.D/

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /A.M.D/

PATENT APPLICATION
Docket No. 21116.15

IN THE UNITED STATES PATENT and TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of: | | ) |
| | William Christopher Duffy | ) |
| | | ) |
| Serial No.: | 15/820,275 | ) Art Unit |
| | | ) 3679 |
| Confirmation No.: | 6778 | ) |
| | | ) |
| Filed: | November 21, 2017 | ) |
| | | ) |
| For: | PRE-FABRICATED MODULAR FIRE-RATED | ) |
| | CONDUIT ASSEMBLY | ) |
| | | ) |
| Examiner: | Aaron M. Dunwoody | ) |
| | | ) |

## AMENDMENT A AFTER NON-FINAL

VIA eFILE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Office Action of April 20, 2020 ("*Office Action*"), (Paper No. 20200415), please amend and reconsider the above-identified application, in which:

**Amendments to the Specification** begin on page 2;
**Amendments to the Drawings** begin on page 4:
**Amendments to the Abstract** begin on page 5;
**Amendments to the Claims** begin on page 7; and
**Remarks** begin on page 13.

## AMENDMENTS TO THE SPECIFICATION

Please amend ¶ 51 of Applicants' as-filed application as shown below in markup.

[00051]      Reference is made to Fig. 2B, which shows an exploded view of the individual or modular duct section 210 according to an embodiment. The duct section 210 comprises an inner duct 230 with an inner duct connector 232, indicated individually by references 232a and 232b in Fig. 2B, at opposing ends of the duct section 210. The inner duct connector 232 comprises a flange or an angled connector which is configured to join respective duct sections 210 together, for example, using respective bolts 234 and nuts 235, as shown in Fig. 2C, or other suitable fasteners, and with the addition of a gasket or joint sealant, as described in more detail below. The inner duct connector 232 can be formed as a separate component, for instance, an angled connector, that is fastened to the end of the inner duct 210, for example, bolted and/or welded. According to another embodiment, the inner duct connector 232 is formed as integral component of the inner duct 210. The modular duct section 210 comprises an outer protective casing indicated generally by reference 240. According to an embodiment, the outer protective casing 240 comprises top 241 and bottom 242 panels and side panels indicated individually by references 244 243 and 245. According to an exemplary implementation, the outer casing 240 is fabricated from a fire resistant metallic material. In order to provide a thermal insulation cavity, the respective panels of the outer protective casing 240 are positioned and attached to the inner duct 230 in a spaced relationship using casing spacers, comprising top and bottom panel casing spacers indicated by references 248 246 and side panel casing spacers indicated by references 248. According to an exemplary embodiment, the casing spacers 246, 248 are fabricated or formed using a thermally insulating (i.e. thermally non-conductive) material. The outer casing panels 240 are affixed to the casing spacers, which are held in position or fixed to the inner duct 230 using suitable fastening techniques. A cavity or void space is formed between the outer casing 240 and the inner duct liner 230 and thermal insulation material 233 is placed inside the cavity, as described in more detail below, and shown, for example, in Figs. 8A-8C and 9A-9B. As shown in Fig. 2D, the fire-rated conduit or duct assembly includes a joint or connection mechanism 220 comprises an insulating material 235 which is applied or positioned on or around the joined or connected ends of the respective duct sections 210. The joint mechanism 220 further comprises a joint cover 250. According to an embodiment, the joint cover 250 comprises top and bottom joint covers indicated by references 254 and side joint covers indicated by references 254 to protect and hold the insulating material 235 in place or position between the joined ends of the duct sections 210. According to an exemplary implementation, the joint covers 254 are fabricated from a fire resistant metal and are configured to slide into the gap between the respective ends of the duct sections 210 and fixed or held in position using screws or other suitable fasteners, indicated generally by reference 255 in Fig. 2D.

Please amend ¶ 57 of Applicants' as-filed application as shown below in markup.

[00057]        According to an embodiment, the joint cover sections 254 are configured to be pushed or slid into and held in place by respective returns 256 formed in the panels 241, 242, 244 and 245 of the outer casing 240, as shown in Figs. 2B and 2D. The returns 256 in the outer casing 240 interlock with returns formed in the joint cover sections 254. For a rectangular configuration, installation of the top, bottom and side joint cover sections 254 envelopes the gap 221, i.e. perimeter ends of the outer casing 240. According to an embodiment, the joint cover sections 254 have a 90° fold or flange formed at one end as shown in Fig. 2D and indicated by reference ~~256~~ <u>257</u>. The flanges ~~256~~ <u>257</u> facilitate the connection of abutting joint cover sections 254, for example, utilizing screws or other mechanical fasteners, to secure or lock the joint cover sections 254 in place. According to another embodiment, the flange comprises a separately formed angle piece that is fastened to the end of the joint cover section 254 at one surface, and the other surface of the formed angle piece is joined or fastened to the end of the abutting joint cover section. According to another aspect, <u>a</u> formed angle piece is positioned under or over the interface between the adjacent joint cover section so that the thermal insulation is fully enclosed and protected.

## <u>AMENDMENTS TO THE DRAWINGS</u>

Applicants request entry of the enclosed REPLACEMENT SHEETS 1-12, which replace original sheets 1-12.  The enclosed REPLACEMENT SHEETS amend FIGS. 1A, 1B, 2A, 2B and 2D to correct matters of form.  Applicants submit that the enclosed drawing amendments add no new matter.

## AMENDMENTS TO THE ABSTRACT

A fire-rated conduit assembly. The fire-rated conduit assembly comprises a plurality of pre-fabricated, e.g. factory-fabricated, modular sections that are configured to be mechanically assembled to form a continuous fire-rated conduit which is suitable for allowing movement of air, transporting of combustible or hazardous materials, and/or enclosing building mechanical and services.

A modular fire-rated conduit or duct assembly suitable for applications such as ventilation systems in a multi-floor or multi-room building. According to an embodiment, the modular fire-rated conduit assembly comprises two or more duct or conduit sections, each of the duct sections includes an inner duct liner and an outer casing, and a plurality of casing spacers configured to form a thermal insulating cavity between at least a portion of space between the inner duct liner and the outer casing, and the thermal insulating cavity is configured to receive a thermal material, a first exterior flange connector is attached to one end of each of the inner duct liners, a second exterior flange connector attached to another end of each of the inner duct liners, the first and the second exterior flange connectors are configured to form an assembly junction for coupling respective ends of the duct or conduit sections to form a connected run of the conduit or duct sections, and a joint connection end is formed between the exterior flange connector and the outer casing, and the joint connection end is configured to receive a joint insulating material, and further includes a return configured to receive a connection edge of a joint cover, and the joint cover is configured to encapsulate the joint connection ends of adjacent duct sections modules.

## CLEAN COPY OF THE ABSTRACT

A modular fire-rated conduit or duct assembly suitable for applications such as ventilation systems in a multi-floor or multi-room building. According to an embodiment, the modular fire-rated conduit assembly comprises two or more duct or conduit sections, each of the duct sections includes an inner duct liner and an outer casing, and a plurality of casing spacers configured to form a thermal insulating cavity between at least a portion of space between the inner duct liner and the outer casing, and the thermal insulating cavity is configured to receive a thermal material, a first exterior flange connector is attached to one end of each of the inner duct liners, a second exterior flange connector attached to another end of each of the inner duct liners, the first and the second exterior flange connectors are configured to form an assembly junction for coupling respective ends of the duct or conduit sections to form a connected run of the conduit or duct sections, and a joint connection end is formed between the exterior flange connector and the outer casing, and the joint connection end is configured to receive a joint insulating material, and further includes a return configured to receive a connection edge of a joint cover, and the joint cover is configured to encapsulate the joint connection ends of adjacent duct sections modules.

## AMENDMENTS TO THE CLAIMS

**Listing of Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

1. (Cancelled)   A modular fire-rated exhaust duct assembly comprising:

   two or more exhaust duct module;

   each of said exhaust duct modules having an inner duct liner and an outer casing, and a plurality of casing spacers configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving an insulation material

   a first exterior flange connector attached to one end of each of said inner duct liners;

   a second exterior flange connector attached to another end of each of said inner duct liners;

   said first and said second exterior flange connectors being configured to form a field an assembly junction for coupling respective ends of said [exhaust] duct sections to form a connected  run exhaust duct run; and

   a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material, and further comprising a return configured for receiving a connection edge of a joint cover, said joint cover being configured to encapsulate said joint connection ends of adjacent exhaust duct modules.


2. (Cancelled)   The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said plurality of casing spacers are configured to couple said inner duct to said outer casing so as to prevent movement between said inner duct and said outer casing and maintain said thermal insulating cavity.

3.    (Cancelled)    The modular fire-rated exhaust duct assembly as claimed in claim 2, wherein thermal insulating cavity comprises a volume based on the thermal conductivity of said insulation material and the required fire-rating for the duct assembly.

4.    (Cancelled)    The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said joint cover comprises two parallel longitudinal edges and each of said longitudinal edges includes a return configured to engage the corresponding return formed on the edge of said outer casing.

5.    (Cancelled)    The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said joint cover comprises two parallel longitudinal edges and each of said longitudinal edges comprise a formed bend, and said formed bend being configured to be secured to the surface of said return formed on the edge of said outer casing.

6.    (Cancelled)    The modular fire-rated exhaust duct assembly as claimed in claim 5, wherein said return formed on the edge of said outer casing comprises a raised configuration so that said joint cover is installed in a position proud to said outer casing and said thermal insulating cavity is enlarged in volume.

7.    (Cancelled)    The modular fire-rated exhaust duct assembly as claimed in claim 5, wherein said return formed on the edge of said outer casing comprises a shallow configuration substantially adjacent the outer surface of said outer casing.

8.    (Cancelled)    The modular fire-rated exhaust duct assembly as claimed in claim 1, wherein said exhaust duct module comprises a cross-sectional profile, and said cross-sectional profile is one of round, oval, square and rectangular.

9.  (Cancelled)  The modular fire-rated exhaust duct assembly as claimed in claim 8, wherein said inner duct liner comprises a metallic sheet having a thickness according to a required fire-rating, and said inner duct liner being formed from flat metallic pieces, or from a continuous metallic strip, and wherein the free longitudinal edges of said formed inner duct liner being joined using one of mechanical locks, mechanical fasteners with lap or pocket seams, continuous welds and intermittent welds.

10.  (Cancelled)  The modular fire-rated exhaust duct assembly as claimed in claim 8, wherein said outer casing is formed into a tube from a plurality of flat metal pieces having a thickness according to a required fire-rating, and wherein the free longitudinal edges of said outer casing being joined using one of mechanical locks, mechanical fasteners with lap or pocket seams, continuous welds and intermittent welds.

11.   (New)  A modular conduit assembly having a fire-rating, said modular conduit assembly comprising:

two or more duct sections;

each of said duct sections having an inner duct liner and an outer casing, and a plurality of casing spacers configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving a thermal material;

wherein one or more of said plurality of casing spacers have a mounting surface and said mounting surface being mechanically affixed to the inner surface of said outer casing, and having another mounting surface and said other mounted surface being configured to abut against the outer surface of said inner duct liner without a mechanical fastener so as to maintain the structural integrity of said inner duct liner;

a first exterior flange connector attached to one end of each of said inner duct liners;

a second exterior flange connector attached to another end of each of said inner duct liners;

said first and said second exterior flange connectors being configured to form an assembly junction for coupling respective ends of said duct sections to form a connected run of said duct sections; and

a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material, and further comprising a return configured for receiving a connection edge of a joint cover, said joint cover being configured to encapsulate said joint connection ends of adjacent duct sections modules.

12.   (New) The modular fire-rated conduit assembly as claimed in claim 11, further including a casing spacer restraining (location) member attached to the outer surface of said inner duct liner and being configured to restrain movement of said casing spacer.

13.  (New) The modular fire-rated conduit assembly as claimed in claim 11, wherein said plurality of casing spacers are configured to couple said inner duct to said outer casing so as to prevent movement between said inner duct and said outer casing and maintain said thermal insulating cavity.

14.  (New) The modular fire-rated conduit assembly as claimed in claim 13, wherein said thermal insulating cavity comprises a volume based on the thermal conductivity of said thermal material and the fire-rating specified for the conduit assembly.

15.  (New)  The modular fire-rated conduit assembly as claimed in claim 11, wherein said joint cover comprises two parallel longitudinal edges and each of said longitudinal edges includes a return configured to engage the corresponding return formed on the edge of said outer casing.

16.  (New)  The modular fire-rated conduit assembly as claimed in claim 11, wherein said joint cover comprises two parallel longitudinal edges and each of said longitudinal edges comprise a formed bend, and said formed bend being configured to be secured to the surface of said return formed on the edge of said outer casing.

17.  (New) The modular fire-rated conduit assembly as claimed in claim 11, wherein said exhaust duct module comprises a cross-sectional profile, and said cross-sectional profile is one of round, oval, square and rectangular.

18.  (New)  The modular fire-rated conduit assembly as claimed in claim 17, wherein said inner duct liner comprises a metallic sheet having a thickness according to a specified fire-rating, and said inner duct liner being formed from flat metallic pieces, or from a continuous metallic strip, and wherein the free longitudinal edges of said formed inner duct liner being joined using one of mechanical locks, mechanical fasteners with lap or pocket seams, continuous welds and intermittent welds.

19.   (New)  The modular fire-rated conduit assembly as claimed in claim 17, wherein said outer casing is formed into a tube from a plurality of flat metal pieces having a thickness according to a specified fire-rating, and wherein the free longitudinal edges of said outer casing being joined using one of mechanical locks, mechanical fasteners with lap or pocket seams, continuous welds and intermittent welds.

## <u>REMARKS</u>

Claims 1-5 and 8-10 are pending in the subject application. Claims 1-5 and 8-10 are cancelled without prejudice or disclaimer to the subject matter contained therein and replaced with new claims 11 to 19.

## I.    <u>Objection to Drawings Under 37 CFR 1.84(p)(4)-(5)</u>

The *Office Action* objected to the drawings under 37 CFR 1.84(p)(4)-(5).

As indicated above and shown on the enclosed replacement drawing sheets, Fig. 1A has been amended to show the reference numeral "102" with a corresponding lead-line. Similarly, Fig. 1B has been amended to show the reference numeral "122" with a corresponding lead-line.

Fig. 2A has been amended to show the reference numeral "210" with a corresponding lead-line. Fig. 2B has been amended to show the reference numeral "232" with a corresponding lead-line and the reference numeral "240" with a corresponding lead-line. The reference 240 as originally shown in Fig. 2B has been changed to reference numeral "210" to correspond to the written description. In addition, the reference 244 as originally shown in Fig. 2B has been changed to reference "245" to correspond with the written description in Paragraph [00051].

As indicated above, the written description has been amended in Paragraph [00051] to provide consistency with the drawings and to improve readability. In particular, Paragraph [00051] has been amended to properly describe reference numerals "243" and "246".

In Fig. 2D, the reference 256 as originally shown has been changed to reference numeral "257" to provide consistency between the drawing and the written description in Paragraph [00057].

With regard to the objection under 37 CFR 1.84(p)(5) to the reference numeral "233", it is noted that the reference numeral 233 is clearly shown in the drawings, for example, Figs. 8A-8C and Figs. 9A-9B. For greater certainty, Paragraph [00051] has been amended as indicated above to reference these drawings in association with the reference 233.

With regard to the objection under 37 CFR 1.84(p)(5) to reference numeral "236" in Fig. 2C, it is noted that each appearance of the reference numeral 236 includes an associated lead-line to the respective hole. It is therefore submitted that the reference 236 only designates the associated hole, and not the "direction vector".

In view of the foregoing, withdrawal of the objections under 37 CFR1.84(p)(4) and 37 CFR1.84(p)(5) is respectfully requested. Replacement sheets for the drawings as amended are enclosed for substitution.

## II.      Objection to the Specification

The *Office Action* objected to the form of the Abstract. The Abstract has been revised and rewritten as indicated and shown above. It is submitted that the Abstract as amended and currently presented is clear and concise. Withdrawal of the objection is respectfully requested.

## III.      Rejection of Claims 1-5 and 8-10 Under 35 USC 112

The *Office Action* objected to the language of claims 1-5 and 8-10 as allegedly being indefinite. In particular, the *Office Action* objected to the terms "fire-rated" and "a required fire-rating."

Applicants respectfully submit that new claims 11-19 as presented are definite within the meaning of 35 USC § 112. The fire-rating as will be understood by those skilled in the art, particularly in view of the present specification and claims, refers to the ability of the duct or conduit assembly to withstand a breach or structural failure due to a fire inside the duct and/or a fire exterior to the duct or conduit assembly. The fire-rating required for an installation is typically defined or specified in the design specification for the installation, as will also be understood by those skilled in the art. The fire-rating is derived from the material and/or thickness of the outer casing and/or the thermal conductivity of the insulation layer between the inner duct liner and the outer casing, as will be understood by those skilled in the art.

**IV.**    **Rejection of Claims 1-5 to 8-10 Under 35 USC 102(a)(1)**

The *Office Action* also rejected claims 1-5 and 8-10 as allegedly being anticipated by US Patent Publication No. 2015/0101697 to Duffy. (hereinafter "Duffy"), and therefore not complying with 35 USC 102(b).

The *Office Action*'s comments concerning the rejection of the claims 1-5 and 8-10 as allegedly being anticipated by Duffy has been carefully considered. It is, however, submitted with all due respect that new claims 11 to 19 as currently presented are distinguishable and not anticipated for at least the reasons as discussed in more detail below.

For example, new independent claim 11 as presented is directed to a modular conduit assembly having a fire-rating according to a specification, for instance, based on the application or building installation. The modular conduit assembly comprises, "two or more duct sections; each of said duct sections having an inner duct liner and an outer casing, and a plurality of casing spacers configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving a thermal material; wherein one or more of said plurality of casing spacers has a mounting surface and said mounting surface being mechanically affixed to the inner surface of said outer casing, and having another mounting surface and said other mounted surface being configured to abut against the outer surface of said inner duct liner without a mechanical fastener so as to maintain the structural integrity of said inner duct liner; a first exterior flange connector attached to one end of each of said inner duct liners; a second exterior flange connector attached to another end of each of said inner duct liners; said first and said second exterior flange connectors being configured to form an assembly junction for coupling respective ends of said duct sections to form a connected  run of said duct sections; and a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material, and further comprising a return configured for receiving a connection edge of a joint cover, said joint cover being configured to encapsulate said joint connection ends of adjacent duct sections modules." [Emphasis added.]

As recited in claim 11 and further described in Paragraph [00077] and shown in Figs. 6A and 6B, the casing spacer is attached to the inner surface of the outer casing utilizing mechanical

fastener(s), for example, metal screws. However, according to an embodiment, the casing spacer is not affixed to the outer surface of the inner duct liner in order to maintain the integrity of the inner duct liner and thereby the resistance to breach by fire, i.e. the fire-rating. It is submitted that Duffy does not disclose and describe the configuration as recited in claim 11.

In view of these differences, Duffy does not disclose each and every limitation and feature as recited in independent claim 11 as currently presented, it is submitted that claim 1 is distinguishable and not anticipated by Duffy. Since the remaining claims are dependent claims, it is submitted that claims 12-19 are also distinguishable and not anticipated for reasons similar to those discussed above.

Withdrawal of the anticipation rejection under 35 USC 102(b) is respectfully requested.

## V.   <u>CONCLUSION</u>

Applicants respectfully submit, therefore, that each of independent claims 1, 12, and 17 (and the corresponding dependent claims) is allowable over the art of record.

In view of the foregoing, Applicants respectfully submit that the remaining rejections of record are also now moot and do not, therefore, need to be addressed individually at this time. It will be appreciated, however, that Applicants have not acquiesced to any of the purported teachings or assertions made in the Office Action regarding the cited art or the pending application, including any official notice. Instead, Applicants reserve the right to challenge any of the purported teachings or assertions made in the last action at any appropriate time in the future, should the need arise. Furthermore, to the extent that the Examiner has relied on any official notice, explicitly or implicitly, Applicants specifically request that the Examiner provide references supporting the teachings officially noticed, as well as the required motivation or suggestion to combine the relied upon notice with the other art of record.

In the event the Examiner finds any other issues that would need to be addressed before allowance, the Examiner is invited to contact Applicants' undersigned Attorneys directly.

The Commissioner is hereby authorized to charge payment of any of the following fees that may be applicable to this communication, or credit any overpayment, to Deposit Account No. 23-3178: (1) any filing fees required under 37 CFR § 1.16; (2) any patent application and reexamination processing fees under 37 CFR § 1.17; and/or (3) any post issuance fees under 37

CFR § 1.20.  In addition, if any additional extension of time is required, which has not otherwise been requested, please consider this a petition therefor and charge any additional fees that may be required to Deposit Account No. 23-3178.

Dated this 19th day of October, 2020.

Respectfully submitted,

/Michael J. Frodsham/
Michael J. Frodsham
Attorney for Applicant
Registration No.: 48,699
Customer No. 22913

WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Phone:  801-533-9800
Fax:  801-328-1707

MJF

REPLACEMENT SHEET



FIG. 1A



FIG. 1B

REPLACEMENT SHEET



FIG. 2A

REPLACEMENT SHEET



FIG. 2B



FIG. 2C

REPLACEMENT SHEET



FIG. 2D



FIG. 3B

FIG. 3C

FIG. 3D



FIG. 3A



FIG. 4B

FIG. 4C

FIG. 4D

FIG 4A





FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 8A

FIG. 8B

FIG. 8C



FIG. 9A

FIG. 9B

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15820275 |
| **Filing Date:** | 21-Nov-2017 |
| **Title of Invention:** | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| **First Named Inventor/Applicant Name:** | William Christopher Duffy |
| **Filer:** | Michael J. Frodsham/Angela Bacon |
| **Attorney Docket Number:** | 21116.15 |

Filed as Small Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 2253 | 1 | 740 | 740 |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **740** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40885414 |
| **Application Number:** | 15820275 |
| **International Application Number:** | |
| **Confirmation Number:** | 6778 |
| **Title of Invention:** | PRE-FABRICATED MODULAR FIRE-RATED CONDUIT ASSEMBLY |
| **First Named Inventor/Applicant Name:** | William Christopher Duffy |
| **Customer Number:** | 22913 |
| **Filer:** | Michael J. Frodsham/Angela Bacon |
| **Filer Authorized By:** | Michael J. Frodsham |
| **Attorney Docket Number:** | 21116.15 |
| **Receipt Date:** | 19-OCT-2020 |
| **Filing Date:** | 21-NOV-2017 |
| **Time Stamp:** | 19:40:26 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $740 |
| RAM confirmation Number | E20200IJ40574562 |
| Deposit Account | 233178 |
| Authorized User | Angela Bacon |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.16 (National application filing, search, and examination fees) | |
| 37 CFR 1.17 (Patent application and reexamination processing fees) | |

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 21116-15_AmendmentA.pdf | 82324<br><br>d53ac710336596462a1c39c5d1a6602c32a a6cbc | yes | 17 |

| | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|
| | Document Description | Start | End | |
| | Applicant Arguments/Remarks Made in an Amendment | 13 | 17 | |
| | Claims | 7 | 12 | |
| | Abstract | 5 | 6 | |
| | Specification | 2 | 4 | |
| | Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 | |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Drawings-only black and white line drawings | 21116-15_ReplacementDrawin gsf.pdf | 604622<br><br>ee771295050753278ed753cbeaedf64ce27 00a7f | no | 12 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30992<br><br>716480783d77800032b167b73415103401b 104a20 | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 717938 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 15/820,275 | Filing Date 11/21/2017 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE  ☑ SMALL  ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = * | | x $40 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = * | | x $210 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 10/19/2020 | | | | | | |
| | Total (37 CFR 1.16(i)) | * 9 | Minus | ** 20 | = 0 | x $50 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $240 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | | | | | | |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /VENICE M WILLIAMS/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oғғɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address:  COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/820,275 | 11/21/2017 | William Christopher Duffy | 21116.15 | 6778 |

22913       7590       11/23/2020

Workman Nydegger
60 East South Temple
Suite 1000
Salt Lake City, UT 84111

| EXAMINER |
|---|
| DUNWOODY, AARON M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3679 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/23/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Docketing@wnlaw.com

PTOL-90A (Rev. 04/07)

**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR/ PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 15/820,275 | 11/21/2017 | Duffy, William Christopher | 21116.15 |

| | EXAMINER |
|---|---|
| Workman Nydegger<br>60 East South Temple Suite 1000<br>Salt Lake City, UT 84111 | AARON M DUNWOODY |

| | ART UNIT | PAPER |
|---|---|---|
| | 3679 | 20201118a |

DATE MAILED: _____

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

See attachment.

/AARON M DUNWOODY/
Primary Examiner, Art Unit 3679

PTO-90C (Rev.04-03)

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

### *Response to Amendment*

The reply filed on 10/19/2020 is not fully responsive to the prior Office action

because of the following omission(s) or matter(s): The claims do not read on the elected

embodiment. The original disclosure recites:

> [0077]    Referring back to Figs. 6A and 6B, the casing
> spacer 248 is attached to the inner surface of the outer
> casing 240 utilizing mechanical fasteners 249, for example,
> metal screws, nails, or staples. According to another
> implementation, the casing spacer 248 is secured to the
> inner surface of the outer casing 240 utilizing a suitable
> adhesive. <u>To maintain the integrity of the inner duct liner
> 230, the casing spacer 248 is not affixed to the outer surface
> of the inner duct liner 230.</u>

See 37 CFR 1.111. Since the above-mentioned reply appears to be bona fide, applicant

is given a shortened statutory period of **TWO (2) MONTHS** from the mailing date of this

notice within which to supply the omission or correction in order to avoid abandonment.

EXTENSIONS OF THIS TIME PERIOD MAY BE GRANTED UNDER 37 CFR 1.136(a),

but in no case can any extension carry the date for reply to this letter beyond the

maximum period of SIX MONTHS set by statute (35 U.S.C. 133).

Application/Control Number: 15/820,275                                                    Page 3
Art Unit: 3679

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to AARON M DUNWOODY whose telephone number is (571)272-7080.  The examiner can normally be reached on Monday - Friday 9:00 am - 6:00 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Matthew Troutman can be reached on 571-270-3654.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see https://ppair-my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Application/Control Number: 15/820,275                                    Page 4
Art Unit: 3679

      If you would like assistance from a USPTO Customer Service Representative or

access to the automated information system, call 800-786-9199 (IN USA OR CANADA)

or 571-272-1000.

/AARON M DUNWOODY/
Primary Examiner, Art Unit 3679