# EXHIBIT Q

## Comparison of Patent Claims

| U.S. Patent No. 10,024,569 – Claim 1 | U.S. Patent Application No. 15/820,275 – Claim 1 |
|---|---|
| 1. A modular fire-rated exhaust duct assembly comprising: | 1. A modular fire-rated exhaust duct assembly comprising: |
| two or more exhaust duct modules; | two or more exhaust duct modules; |
| each of said exhaust duct modules having an inner duct liner and an outer casing, and a void being formed between at least a portion of space between said inner duct liner and said outer casing, said void being configured for receiving an insulation material, and including one or more thermal spacers configured to maintain said inner duct liner and said outer casing in a spaced relationship so that said insulation material occupies said void, said one or more thermal spacers thermally isolating said inner duct liner from said outer casing; | each of said exhaust duct modules having an inner duct liner and an outer casing, and a plurality of casing spacers configured to form a thermal insulating cavity between at least a portion of space between said inner duct liner and said outer casing, said thermal insulating cavity being configured for receiving an insulation material; |
| a first exterior flange connector, said first exterior flange connector being joined directly to one end of said inner duct liner, and one end of each of said exhaust duct modules being configured for receiving said first exterior flange connector; | a first exterior flange connector attached to one end of each of said inner duct liners; |
| a second exterior flange connector, said second exterior flange connector being joined directly to one end of said inner duct liner, and another end of each of said exhaust duct modules being configured for receiving said second exterior flange connector; | a second exterior flange connector attached to another end of each of said inner duct liners; |
| said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a single exhaust duct run; and | said first and said second exterior flange connectors being configured to form a field assembly junction for coupling respective ends of said exhaust duct modules to form a connected exhaust duct run; and |
| a joint encasement section configured to be field connectable to each of said exhaust duct modules and encase said junction. | a joint connection end formed between said exterior flange connector and said outer casing, said joint connection end being configured to receive a joint insulating material, and further comprising a return configured for receiving a connection edge of a joint cover, said joint cover being configured to encapsulate said joint connection ends of adjacent exhaust duct modules. |