# EXHIBIT S

21ST CENTURY REFERENCE

# The AMERICAN HERITAGE® dic·tion·ar·y

ALL-NEW FOURTH EDITION

OVER 70,000 ENTRIES

THOROUGHLY REVISED AND UPDATED

1,000 NEW WORDS AND MEANINGS

OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS

EXPERT GUIDANCE ON CORRECT USAGE

FOURTH EDITION

Based on the Best-selling *American Heritage*® *Dictionary of the English Language*, Fourth Edition

THE AMERICAN HERITAGE DICTIONARY, FOURTH EDITION
A Dell Book

Published by arrangement with Houghton Mifflin Company

PUBLISHING HISTORY
Houghton Mifflin hardcover edition published September 2000
Dell mass market edition published July 2001
Dell reissue edition / June 2004
Dell reissue edition / May 2007

Published by
Bantam Dell
A Division of Random House, Inc.
New York, New York

Words included in this book that are known to have current trademark registrations are shown with initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this book is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no word in this book is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

All rights reserved
Copyright © 2001 by Houghton Mifflin Company

Library of Congress Catalog Card Number: 2003276350

If you purchased this book without a cover, you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher, and neither the author nor the publisher has received any payment for this "stripped book."

Dell is a registered trademark of Random House, Inc., and the colophon is a trademark of Random House, Inc.

ISBN 978-0-440-23701-3

Printed in the United States of America
Published simultaneously in Canada

www.bantamdell.com

OPM  35 34 33 32 31 29 28

**en–²** or **em–** ▸*pref.* In; into; within: *endemic.* [< Gk.]

**–en¹** ▸*suff.* **1a.** To cause to be: *cheapen.* **b.** To become: *redden.* **2a.** To cause to have: *hearten.* **b.** To come to have: *lengthen.* [< OE *-nian.*]

**–en²** ▸*suff.* Made of; resembling: *earthen.* [< OE.]

**en·a·ble** (ĕ-nā′bəl) ▸*v.* **-bled, -bling 1.** To supply with the means, knowledge, or opportunity; make able. **2.** To give legal power, capacity, or sanction to. **3.** To make (e.g., a device) operational. —**en·a′bler** *n.*

**en·act** (ĕn-ăkt′) ▸*v.* **1.** To make (a bill) into law. **2.** To act out, as on a stage. —**en·act′ment** *n.* —**en·ac′tor** *n.*

**e·nam·el** (ĭ-năm′əl) ▸*n.* **1.** A vitreous, usu. opaque protective coating on metal, glass, or ceramic ware. **2.** A paint that dries to a hard glossy finish. **3.** The hard substance covering the exposed portion of a tooth. ▸*v.* **-eled, -el·ing** or **-elled, -el·ling.** To coat or decorate with enamel. [< AN *enamailler*, to put on enamel.] —**e·nam′el·ware′** *n.*

**en·am·or** (ĭ-năm′ər) ▸*v.* To inspire with love; captivate. [< OFr. *enamourer* < *amour*, love. See AMOUR.]

**en·am·our** (ĭ-năm′ər) ▸*v. Chiefly Brit.* Var. of **enamor.**

**en bloc** (än blôk′, ĕn blŏk′) ▸*adv.* As a unit; all together. [Fr.]

**enc.** ▸*abbr.* **1.** enclosed **2.** enclosure

**en·camp** (ĕn-kămp′) ▸*v.* To set up or live in a camp. —**en·camp′ment** *n.*

**en·cap·su·late** (ĕn-kăp′sə-lāt′) ▸*v.* **-lat·ed, -lat·ing 1.** To encase in or as if in a capsule. **2.** To express in a brief summary. —**en·cap′su·la′tion** *n.*

==**en·case** (ĕn-kās′) also **in·case** (ĭn-) ▸*v.* **-cased, -cas·ing.** To enclose in or as if in a case.== —**en·case′ment** *n.*

**–ence** ▸*suff.* **1.** State or condition: *dependence.* **2.** Action: *emergence.* [< Lat. *-entia.*]

**en·ceph·a·li·tis** (ĕn-sĕf′ə-lī′tĭs) ▸*n.* Inflammation of the brain. —**en·ceph′a·lit′ic** (-lĭt′ĭk) *adj.*

**encephalo–** or **encephal–** ▸*pref.* Brain: *encephalitis.* [< Gk. *enkephalos*, in the head.]

**en·ceph·a·lo·gram** (ĕn-sĕf′ə-lə-grăm′, -ə-lō-) ▸*n.* An x-ray picture of the brain. —**en·ceph′a·log′ra·phy** (ĕn-sĕf′ə-lŏg′rə-fē) *n.*

**en·ceph·a·lon** (ĕn-sĕf′ə-lŏn′) ▸*n., pl.* **-la** (-lə). The brain of a vertebrate. [Gk. *enkephalon.*] —**en·ceph′a·lous** *adj.*

**en·chain** (ĕn-chān′) ▸*v.* To bind with or as if with chains. —**en·chain′ment** *n.*

**en·chant** (ĕn-chănt′) ▸*v.* **1.** To cast a spell over; bewitch. **2.** To attract and delight; entrance. See Syns at **charm.** [< Lat. *incantāre*, cast a spell.] —**en·chant′er** *n.* —**en·chant′ment** *n.* —**en·chant′ress** *n.*

**en·chi·la·da** (ĕn′chə-lä′də) ▸*n.* A rolled tortilla with a meat or cheese filling, served with a sauce spiced with chili. [Am.Sp.]

**en·ci·pher** (ĕn-sī′fər) ▸*v.* To put (a message) into cipher. —**en·ci′pher·ment** *n.*

**en·cir·cle** (ĕn-sûr′kəl) ▸*v.* **-cled, -cling 1.** To form a circle around. See Syns at **surround. 2.** To move or go around; make a circuit of. —**en·cir′cle·ment** *n.*

**encl.** ▸*abbr.* **1.** enclosed **2.** enclosure

**en·clave** (ĕn′klāv′, ŏn′-) ▸*n.* A distinctly bounded area enclosed within a larger unit, esp. a country or part of a country lying wholly within the boundaries of another. [< VLat. *inclāvāre*, enclose.]

**en·close** (ĕn-klōz′) also **in·close** (ĭn-) ▸*v.* **-closed, -clos·ing 1.** To surround on all sides; close in. **2.** To include in the same envelope or package: *enclose a check with the order.* [< Lat. *inclūdere, inclūs-.*] —**en·clo′sure** (-klō′zhər) *n.*

**Syns:** enclose, cage, coop, fence, hem, pen, wall **v.**

**en·code** (ĕn-kōd′) ▸*v.* **-cod·ed, -cod·ing 1.** To put (e.g., a message) into code. **2.** *Comp. Sci.* To convert into machine language. —**en·cod′er** *n.*

**en·co·mi·um** (ĕn-kō′mē-əm) ▸*n., pl.* **-ums** or **-mi·a** (-mē-ə). Lofty praise; tribute. [< Gk. *enkōmios*, of the victory procession.]

**en·com·pass** (ĕn-kŭm′pəs) ▸*v.* **1.** To enclose. See Syns at **surround. 2.** To constitute or include. —**en·com′pass·ment** *n.*

**en·core** (ŏn′kôr, -kōr) ▸*n.* **1.** A demand by an audience for an additional performance. **2.** An additional performance in response to such demand. ▸*interj.* Used to demand an encore. [Fr., again.]

**en·coun·ter** (ĕn-koun′tər) ▸*n.* **1.** A meeting, esp. one that is unexpected or brief. **2.** A hostile confrontation; clash. ▸*v.* **1.** To meet, esp. unexpectedly. **2.** To confront in battle. [< LLat. *contrāre*, meet with.]

**en·cour·age** (ĕn-kûr′ĭj, -kŭr′-) ▸*v.* **-aged, -ag·ing 1.** To inspire with hope, courage, or confidence. **2.** To give support to; foster. [< OFr. *encoragier* < *corage*, COURAGE.] —**en·cour′age·ment** *n.* —**en·cour′ag·er** *n.* —**en·cour′ag·ing·ly** *adv.*

**Syns:** encourage, animate, cheer, embolden, hearten, inspirit **Ant:** discourage **v.**

**en·croach** (ĕn-krōch′) ▸*v.* To take another's possessions or rights gradually or stealthily. [< OFr. *encrochier*, seize.] —**en·croach′er** *n.* —**en·croach′ment** *n.*

**en·crust** (ĕn-krŭst′) also **in·crust** (ĭn-) ▸*v.* To cover with or as if with a crust. —**en′crus·ta′tion** *n.*

**en·crypt** (ĕn-krĭpt′) ▸*v.* **1.** To put into cipher. **2.** *Comp. Sci.* To alter (e.g., a file) into a secret code so as to be unintelligible to unauthorized parties. —**en·cryp′tion** *n.*

**en·cum·ber** (ĕn-kŭm′bər) ▸*v.* **1.** To weigh down; burden. **2.** To hinder or impede. **3.** To burden with legal or financial obligations. [< OFr. *encombrer*, block up.] —**en·cum′brance** *n.*

**–ency** ▸*suff.* Condition or quality: *complacency.* [ME, var. of *-ence, -encie.*]

**en·cyc·li·cal** (ĕn-sĭk′lĭ-kəl) ▸*n. Rom. Cath. Ch.* A papal letter addressed to the bishops. [< Gk. *enkuklios*, circular.]

**en·cy·clo·pe·di·a** (ĕn-sī′klə-pē′dē-ə) ▸*n.* A comprehensive reference work containing articles on a wide range of subjects or on numerous aspects of a particular field. [< Gk. *enkuklios paideia*, general education.] —**en·cy′clo·pe′dic** *adj.*

**en·cyst** (ĕn-sĭst′) ▸*v.* To enclose or become enclosed in a cyst. —**en·cyst′ment, en′cys·ta′tion** *n.*

**end** (ĕnd) ▸*n.* **1.** Either extremity of something that has length. **2.** The point in time at which an action, event, or phenomenon ceases

parent gelatin prepared from the air bladder esp. of the sturgeon. **2.** Mica in thin, transparent sheets. [< obsolete Du. *huizenblas*.]

**I·sis** (ī'sĭs) ►*n. Myth.* An ancient Egyptian goddess of fertility, the sister and wife of Osiris.

**Isl.** ►*abbr.* island

**Is·lam** (ĭs-läm', ĭs'läm', ĭz'-) ►*n.* **1.** A monotheistic religion marked by the profession of submission to God and to Muhammad as the chief and last prophet of God. **2.** The people or nations that practice Islam; the Muslim world. —**Is·lam'ic** *adj.*

**Is·lam·a·bad** (ĭs-lä'mə-bäd') The capital of Pakistan, in the NE. Pop. 201,000.

**Islamic calendar** ►*n.* The lunar calendar used by Muslims, reckoned from the year of the Hegira in A.D. 622. See table at **calendar.**

**is·land** (ī'lənd) ►*n.* **1.** A land mass, esp. one smaller than a continent, surrounded by water. **2.** Something that is completely isolated or surrounded. [< OE *īegland* : *īeg* + *land*, land.] —**is'land·er** *n.*

**isle** (īl) ►*n.* An island, esp. a small one. [< Lat. *insula.*]

**is·let** (ī'lĭt) ►*n.* A very small island.

**ism** (ĭz'əm) ►*n. Informal* A distinctive doctrine, system, or theory. [< –ISM.]

**-ism** ►*suff.* **1.** Action; process; practice: *terrorism.* **2.** Characteristic behavior or quality: *heroism.* **3a.** State; condition; quality: *pauperism.* **b.** State or condition resulting from an excess of something specified: *strychninism.* **4.** Distinctive or characteristic trait: *Latinism.* **5a.** Doctrine; theory; system of principles: *pacifism.* **b.** An attitude of prejudice against a given group: *racism.* [< Gk. *-ismos*, n. suff.]

**is·n't** (ĭz'ənt) ► Is not.

**iso–** or **is–** ►*pref.* Equal; uniform: *isobar.* **2.** Isomeric: *isopropyl.* [< Gk. *isos*, equal.]

**i·so·bar** (ī'sə-bär') ►*n.* A line on a weather map connecting points of equal barometric pressure. [ISO– + Gk. *baros*, weight.] —**i'so·bar'ic** (-bär'ĭk, -bär'-) *adj.*

**i·so·gon** (ī'sə-gŏn') ►*n.* A polygon whose angles are equal. —**i'so·gon'ic** *adj.*

==**i·so·late** (ī'sə-lāt') ►*v.* **-lat·ed, -lat·ing** **1.** To set apart or cut off from a group or whole. **2.** To place in quarantine.== [< Lat. *insula*, island.] —**i'so·la'tion** *n.* —**i'so·la'tor** *n.*

   **Syns:** isolate, insulate, seclude, segregate, sequester **v.**

**i·so·la·tion·ism** (ī'sə-lā'shə-nĭz'əm) ►*n.* A national policy of abstaining from political or economic entanglements with other countries. —**i'so·la'tion·ist** *n.*

**i·so·mer** (ī'sə-mər) ►*n.* **1.** *Chem.* A compound having the same elements in the same proportions as another but differing in chemical or physical properties. **2.** *Phys.* An atom whose nucleus can exist in any of several bound excited states for a measurable period. —**i'so·mer'ic** (-mĕr'ĭk) *adj.*

**i·so·met·ri·cal** (-rĭ-kəl) ►*adj.* **1.** Exhibiting equality in dimensions or measurements. **2.** *Physiol.* Involving muscular contraction against resistance in which the length of the muscle remains the same. ►*n.* A line connecting isometric points. [< Gk. *isometros*, having equal measure.]

**i·so·met·rics** (ī'sə-mĕt'rĭks) ►*n. (takes sing. or pl. v.)* Exercise in which isometric contraction is used to strengthen and tone muscles.

**i·so·morph** (ī'sə-môrf') ►*n.* An organism or substance exhibiting isomorphism.

**i·so·mor·phism** (ī'sə-môr'fĭz'əm) ►*n.* Similarity of form, as in organisms of different ancestry, or of structure, as in chemical substances. —**i'so·mor'phic** *adj.*

**i·so·pro·pyl alcohol** (ī'sə-prō'pəl) ►*n.* A clear, colorless, flammable mobile liquid used in antifreeze compounds, lotions, cosmetics, and as a solvent.

**i·sos·ce·les** (ī-sŏs'ə-lēz') ►*adj.* Having two equal sides: *an isosceles triangle.* [< Gk. *isoskelēs* : ISO– + *skelos*, leg.]

**i·so·therm** (ī'sə-thûrm') ►*n.* A line on a weather map linking all points of equal or constant temperature. [< ISO– + Gk. *thermē*, heat.] —**i'so·ther'mal** *adj.*

**i·so·tope** (ī'sə-tōp') ►*n.* One of two or more atoms whose nuclei have the same number of protons but different numbers of neutrons. [ISO– + Gk. *topos*, place.] —**i'so·top'ic** (-tŏp'ĭk) *adj.* —**i'so·top'i·cal·ly** *adv.*

**i·so·tro·pic** (ī'sə-trō'pĭk, -trŏp'ĭk) ►*adj.* Invariant with respect to direction; identical in all directions. —**i·sot'ro·py** (ī-sŏt'rə-pē), **i·sot'ro·pism** (-pĭz'əm) *n.*

**Is·ra·el**[1] (ĭz'rē-əl) ►*n.* **1a.** In the Bible, Jacob. **b.** The descendants of Jacob. **2.** *Judaism* The Hebrew people, past, present, and future.

**Is·ra·el**[2] (ĭz'rē-əl) ►*n.* **1.** An ancient kingdom of the Hebrews founded by Saul c. 1025 B.C. **2.** A country of SW Asia on the E Mediterranean. Cap. Jerusalem. Pop. 5,383,000.

**Is·rae·li** (ĭz-rā'lē) ►*adj.* Of or relating to modern-day Israel or its people. ►*n., pl.* **-lis.** A citizen of modern-day Israel.

**Is·ra·el·ite** (ĭz'rē-ə-līt') ►*n.* **1.** A native or inhabitant of ancient Israel. **2.** A Jew.

**is·sue** (ĭsh'ōō) ►*n.* **1.** The act or an instance of flowing, passing, or giving out. **2a.** Something produced, published, or offered, as stamps or coins. **b.** A single copy of a periodical. **3.** The final result of an action. **4.** Proceeds from estates or fines. **5.** Something proceeding from a specified source. **6.** Offspring; progeny. **7.** A point of discussion. **8.** An outlet. **9.** *Pathol.* A discharge, as of blood. ►*v.* **-sued, -su·ing** **1.** To go or come out. **2.** To be born or be descended. **3.** To publish or be published. **4.** To circulate, as coins. **5.** To come forth or cause to come forth. See Syns at **stem**[1]. **6.** To end or result. —*idioms:* **at issue** In dispute. **take issue** To disagree. [< VLat. *\*exūta* < Lat. *exīre*, go out.] —**is'su·ance** *n.* —**is'su·er** *n.*

**-ist** ►*suff.* **1a.** One that performs a specified action: *lobbyist.* **b.** One that produces, operates, or is connected with a specified thing: *novelist.* **2.** A specialist in a specified field: *biologist.* **3.** An adherent or advocate of a specified doctrine, theory, or school of thought: *anarchist.* **4.** One characterized by a specified trait or quality: *romanticist.* [< Gk. *-istēs*, agent n. suff.]

**Is·tan·bul** (ĭs'tăn-bōōl', -tän-, ĭ-stän'bōōl). Formerly **Con·stan·ti·no·ple** (kŏn'stăn-tə-nō'pəl). The largest city of Turkey, in the NW part on the Bosporus at its entrance into the Sea of Marmara. Pop. 7,615,500.

**Isth.** ►*abbr.* isthmus

**isth·mus** (ĭs'məs) ►*n.* **1.** A narrow strip of land connecting two larger masses of land. **2.** *Anat.* **a.** A narrow strip of tissue joining two larger organs or parts of an organ. **b.** A narrow pas-

full-sized scale model of a machine or structure, used for demonstration or testing.

**mod** (mŏd) ▶*n.* Fashionable style of dress. ▶*adj.* Fashionably up-to-date. [< MODERN.]

**mode** (mōd) ▶*n.* **1a.** A manner, way, or method of doing or acting. **b.** A particular form, variety, or manner. **c.** A given condition of functioning; status. **2.** The current fashion or style. **3.** *Mus.* Any of certain arrangements of the diatonic tones of an octave. **4.** *Statistics* The number in a distribution that occurs the most frequently. [< Lat. *modus*.] —**mod′al** *adj.*

**mod•el** (mŏd′l) ▶*n.* **1.** A small representation of an existing object, usu. built to scale. **2.** A preliminary pattern. **3.** A schematic description of a system or theory that accounts for its known properties. **4.** A style or design. **5.** An example to be emulated. **6.** One who poses for an artist. **7.** One who models clothes. ▶*v.* **-eled, -el•ing** also **-elled, -el•ling 1.** To plan or construct a model (of). **2.** To display (clothes) by wearing or posing. **3.** To serve or work as a model. ▶*adj.* **1.** Being or used as a model. **2.** Worthy of imitation; exemplary. [< Lat. *modus*, measure.] —**mod′el•er** *n.*

**mo•dem** (mō′dəm) ▶*n.* A device for transmitting data over telephone wires by modulating the data into an audio signal to send it and demodulating an audio signal into data to receive it. [*mo(dulator-)dem(odulator)*.]

**mod•er•ate** (mŏd′ər-ĭt) ▶*adj.* **1.** Not excessive or extreme. **2.** Temperate. **3.** Average or mediocre. **4.** Opposed to radical views or measures. ▶*n.* One who holds moderate views or opinions. ▶*v.* (mŏd′ə-rāt′) **-at•ed, -at•ing 1.** To make or become less violent, severe, or extreme. **2.** To preside over as a moderator. [< Lat. *moderātus*, p.part. of *moderārī*, to moderate.] —**mod′er•ate•ly** *adv.* —**mod′er•a′tion** *n.*

**Syns:** *moderate, qualify, temper* v.

**mod•er•a•tor** (mŏd′ə-rā′tər) ▶*n.* **1.** One that moderates. **2.** A presiding officer.

**mod•ern** (mŏd′ərn) ▶*adj.* **1.** Of or relating to recent times or the present. **2.** Characteristic of the present; up-to-date. [< LLat. *modernus*.] —**mod′ern** *n.* —**mo•der′ni•ty** (mŏ-dûr′nĭ-tē, mō-) *n.* —**mod′ern•i•za′tion** *n.* —**mod′ern•ize′** *v.*

**Modern English** ▶*n.* English since about 1500.

**Modern Greek** ▶*n.* Greek since the early 16th cent.

**Modern Hebrew** ▶*n.* The Hebrew language as used in Israel from 1948 on.

**mod•ern•ism** (mŏd′ər-nĭz′əm) ▶*n.* **1.** A theory, practice, or belief that is peculiar to modern times. **2.** often **Modernism** The use of innovative forms of expression that distinguish many styles in the arts and literature of the 20th cent. —**mod′ern•ist** *n.* —**mod′ern•is′tic** *adj.*

**mod•est** (mŏd′ĭst) ▶*adj.* **1.** Having or showing a moderate estimation of oneself. **2.** Retiring; shy. **3.** Observing conventional proprieties; decent. **4.** Free from ostentation. See Syns at **plain. 5.** Not extreme; moderate: *a modest price.* [Lat. *modestus*.] —**mod′est•ly** *adv.* —**mod′es•ty** *n.*

**Mo•des•to** (mə-dĕs′tō) A city of central CA SE of Stockton. Pop. 164,730.

**mod•i•cum** (mŏd′ĭ-kəm) ▶*n.* A small or token amount. [< Lat. *modicus*, moderate.]

**mod•i•fy** (mŏd′ə-fī′) ▶*v.* **-fied, -fy•ing 1.** To change or become changed; alter. **2.** To make or become less extreme, severe, or strong. **3.** *Gram.* To qualify or limit the meaning of. [< Lat. *modificāre*, to limit.] —**mod′i•fi•ca′tion** *n.* —**mod′i•fi′er** *n.*

**Mo•di•glia•ni** (mō-dē′lē-ä′nē, mō′dē-lyä′nē), **Amedeo.** 1884–1920. Italian painter and sculptor.

**mod•ish** (mō′dĭsh) ▶*adj.* Conforming to the current fashion. See Syns at **fashionable.** —**mod′ish•ly** *adv.* —**mod′ish•ness** *n.*

**mo•diste** (mō-dēst′) ▶*n.* One who produces, designs, or deals in women's fashions. [Fr.]

**mod•u•late** (mŏj′ə-lāt′) ▶*v.* **-lat•ed, -lat•ing 1.** To regulate or temper. **2.** To change or vary the pitch, intensity, or tone of. **3.** *Mus.* To pass from one tonality to another by harmonic progression. **4.** *Electron.* To vary the frequency, amplitude, phase, or other characteristic of (electromagnetic waves). [< Lat. *modulus*, measure.] —**mod′u•la′tion** *n.* —**mod′u•la′tor** *n.*

==**mod•ule** (mŏj′ool) ▶*n.* **1.** A standard or unit of measurement. **2.** A standardized unit or component of a system designed for easy assembly or flexible use.==  **3.** *Electron.* A self-contained assembly of electronic components and circuitry. **4.** A self-contained unit of a spacecraft that performs a specific task. [Lat. *modulus*, dim. of *modus*, measure.] —**mod′u•lar** *adj.*

**mo•dus op•er•an•di** (mō′dəs ŏp′ə-răn′dē, -dī′) ▶*n., pl.* **mo•di operandi** (mō′dē, -dī). A method of operating or functioning. [NLat.]

**Mo•ga•di•shu** (mō′gə-dē′shoo, -dĭsh′oo, mô′-) The capital of Somalia, on the Indian Ocean. Pop. 400,000.

**mo•gul** (mō′gəl) ▶*n.* A hard mound or bump on a ski slope. [Prob. of Scand. orig.]

**Mo•gul** (mō′gəl, mō-gŭl′) ▶*n.* **1.** also **Mo•ghul** (moo-gŭl′) **a.** A member of the force that under Baber conquered India in 1526. **b.** A member of the Muslim dynasty founded by Baber that ruled India until 1857. **2.** A Mongol or Mongolian. **3. mogul** A rich or powerful person. [< Mongolian *Mongul*.]

**mo•hair** (mō′hâr′) ▶*n.* **1.** The long silky hair of the Angora goat. **2.** Fabric made with yarn from this hair. [< Ar. *muḥayyar*.]

**Mo•ham•med** (mō-hăm′ĭd, -hä′mĭd, moo-). See **Muhammad.**

**Mo•ham•med•an** (mō-hăm′ĭ-dən) ▶*n.* Var. of **Muhammadan.** —**Mo•ham′med•an•ism′** *n.*

**Mo•ha•ve Desert** (mō-hä′vē) See **Mojave Desert.**

**Mo•hawk** (mō′hôk′) ▶*n., pl.* **-hawk** or **-hawks 1.** A member of a Native American people formerly of NE New York, now in S Ontario and extreme N New York. **2.** The Iroquoian language of the Mohawk.

**Mo•he•gan** (mō-hē′gən) ▶*n., pl.* **-gan** or **-gans 1.** A member of a Native American people formerly of E Connecticut, now in SE Connecticut and Wisconsin. **2.** The Algonquian language of the Mohegan.

**Mo•hen•jo-Da•ro** (mō-hĕn′jō-där′ō) A ruined prehistoric city of Pakistan in the Indus River valley NE of Karachi.

**Mo•hi•can** (mō-hē′kən, mə-) ▶*n.* Var. of **Mahican.**