E-FILED
Wednesday, 23 December, 2020  06:51:25 PM
Clerk, U.S. District Court, ILCD

# Exhibit T



# WEBSTER'S
# New
# Collegiate
# Dictionary



Copyright © 1980 by G. & C. Merriam Co.

Philippines Copyright 1980 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

   Editions for 1898–1948 have title: Webster's collegiate dictionary.
   Includes index.
   1. English language—Dictionaries.
PE1628.W4M4   1980   423   79-24073
ISBN 0-87779-398-0
ISBN 0-87779-399-9 (indexed)
ISBN 0-87779-400-6 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

36373839RMcN80

## second-degree burn • sectional

**second-degree burn** *n* : a burn marked by pain, blistering, and superficial destruction of dermis with edema and hyperemia of the tissues beneath the burn

**Second Empire** \,sek-ən-'dem-,pī(ə)r\ *adj* : of, relating to, or characteristic of a style (as of furniture) developed in France under Napoleon III and marked by heavy ornate modification of Empire styles

**second estate** *n, often cap S&E* : the second of the traditional political classes; *specif* : NOBILITY

**second growth** *n* : forest trees that come up naturally after removal of the first growth by cutting or by fire

**sec·ond–guess** \,sek-ən(d)-'ges, -ən-\ *vt* **1** : to think out alternative strategies or explanations for after the event **2 a** : OUTGUESS **b** : PREDICT — **sec·ond–guess·er** *n*

**¹sec·ond·hand** \,sek-ən-'\ *adj* **1 a** : received from or through an intermediary : BORROWED **b** : DERIVATIVE ⟨~ ideas⟩ **2 a** : acquired after being used by another : not new ⟨~ books⟩ **b** : dealing in secondhand merchandise ⟨a ~ bookstore⟩

**²secondhand** \,sek-ən-'\ *adv* : at second hand : INDIRECTLY

**¹second hand** \,sek-ən-'hand\ *n* : an intermediate person or means : INTERMEDIARY — usu. used in the phrase *at second hand*

**²second hand** \'sek-ən-,\ *n* : the hand marking seconds on a timepiece

**second lieutenant** *n* : a commissioned officer of the lowest rank in the army, air force, or marine corps

**second mortgage** *n* : a mortgage the lien of which is subordinate to that of a first mortgage

**se·con·do** \si-'kōn-(,)dō, -'kän-\ *n, pl* **-di** \-(,)dē\ [It., fr. *secondo*, adj., second, fr. L *secundus*] : the second part in a concerted piece; *esp* : the lower part (as in a piano duet)

**second person** *n* **1 a** : a set of linguistic forms (as verb forms, pronouns, and inflectional affixes) referring to the person or thing addressed in the utterance in which they occur **b** : a linguistic form belonging to such a set **2** : reference of a linguistic form to the person or thing addressed in the utterance in which it occurs

**sec·ond–rate** \,sek-ən-'(d)rāt\ *adj* : of second or inferior quality or value : MEDIOCRE — **sec·ond–rate·ness** *n* — **sec·ond–rat·er** \-'(d)rāt-ər\ *n*

**Second Reader** *n* : a member of a Christian Science church or society chosen for a term of office to assist the First Reader in conducting services by reading aloud selections from the Bible

**second reading** *n* **1** : the stage in the British legislative process following the first reading and usu. providing for debate on the principal features of a bill before its submission to a committee for consideration of details **2** : the stage in the U.S. legislative process that occurs when a bill has been reported back from committee and that provides an opportunity for full debate and amendment before a vote is taken on the question of a third reading

**second sight** *n* : the capacity to see remote or future objects or events : CLAIRVOYANCE, PRECOGNITION

**second–story man** *n* : a burglar who enters a house by an upstairs window

**sec·ond–string** \,sek-ən-,striŋ, ,sek-ⁿ-\ *adj* [fr. the reserve bowstring carried by an archer in case the first breaks] : being a substitute as distinguished from a regular (as on a ball team)

**second thought** *n* : reconsideration or a revised opinion of a previous often hurried decision ⟨began to have *second thoughts*⟩

**second wind** *n* : renewed energy or endurance

**se·cre·cy** \'sē-krə-sē\ *n, pl* **-cies** [alter. of earlier *secretie*, fr. ME *secretee*, fr. *secre* secret, fr. MF *secré*, fr. L *secretus*] **1** : the habit or practice of keeping secrets or maintaining privacy or concealment **2** : the condition of being hidden or concealed

**¹se·cret** \'sē-krət\ *adj* [ME, fr. MF, fr. L *secretus*, fr. pp. of *secernere* to separate, distinguish, fr. *se-* apart + *cernere* to sift — more at SECEDE, CERTAIN] **1 a** : kept from knowledge or view : HIDDEN **b** : marked by the habit of discretion : CLOSEMOUTHED **c** : working with hidden aims or methods : UNDERCOVER ⟨a ~ agent⟩ **d** : not acknowledged : UNAVOWED ⟨a ~ bride⟩ **e** : conducted in secret ⟨a ~ trial⟩ **2** : remote from human frequentation or notice : SECLUDED **3** : revealed only to the initiated : ESOTERIC **4** : constructed so as to elude observation or detection ⟨a ~ panel⟩ **5** : containing information whose unauthorized disclosure could endanger national security — compare CONFIDENTIAL, TOP SECRET — **se·cret·ly** *adv*
**syn** SECRET, COVERT, STEALTHY, FURTIVE, CLANDESTINE, SURREPTITIOUS, UNDERHAND, UNDERHANDED *shared meaning element* : existing or done in such a way as to elude attention or observation

**²secret** *n* **1 a** : something kept hidden or unexplained : MYSTERY **b** : something kept from the knowledge of others or shared only confidentially with a few **c** : a method, formula, or process used in an art or a manufacturing operation and divulged only to those of one's own company or craft **d** *pl* : the practices or knowledge making up the shared discipline or culture of an esoteric society **2** : a prayer traditionally said inaudibly by the celebrant just before the preface of the mass **3** : something taken to be a specific or key to a desired end ⟨the ~ of longevity⟩ — **in se·cret** : in a private place or manner : in secrecy

**se·cre·ta·gogue** \si-'krēt-ə-,gäg\ *n* [*secretion* + *-agogue*] : a substance stimulating secretion (as by the stomach or pancreas)

**sec·re·tar·i·at** \,sek-rə-'ter-ē-ət\ *n* [F *secrétariat*, fr. ML *secretariatus*, fr. *secretarius*] **1** : the office of secretary **2** : a secretarial corps; *specif* : the clerical staff of an organization **3** : the administrative department of a governmental organization

**sec·re·tary** \'sek-rə-,ter-ē\ *n, pl* **-tar·ies** [ME *secretarie*, fr. ML *secretarius*, confidential employee, secretary, fr. L *secretum* secret, fr. neut. of *secretus*, pp.] **1** : one employed to handle correspondence and manage routine and detail work for a superior **2 a** : an officer of a business concern who may keep records of directors' and stockholders' meetings and of stock ownership and transfer and help supervise the company's legal interests **b** : an officer of an organization or society responsible for its records and correspondence **3** : an officer of state who superintends a government administrative department **4 a** : WRITING DESK, ESCRITOIRE **b** : a writing desk with a top section for books — **sec·re·tar·i·al** \,sek-rə-'ter-ē-əl\ *adj* — **sec·re·tary·ship** \'sek-rə-,ter-ē-,ship\ *n*

**secretary bird** *n* [prob. fr. the resemblance of its crest to a bunch of quill pens stuck behind the ear] : a large long-legged African bird of prey (*Sagittarius serpentarius*) that feeds largely upon reptiles

**secretary-general** *n, pl* **secretaries-general** : a principal administrative officer

**secret ballot** *n* : AUSTRALIAN BALLOT

**¹se·crete** \si-'krēt\ *vt* **se·cret·ed; se·cret·ing** [back-formation fr. *secretion*] : to form and give off (a secretion)

**²se·crete** \si-'krēt, 'sē-krət\ *vt* **se·cret·ed; se·cret·ing** [alter. of obs. *secret*, fr. ¹*secret*] **1** : to deposit or conceal in a hiding place **2** : to appropriate secretly : ABSTRACT *syn* see HIDE

**se·cre·tin** \si-'krēt-ⁿn\ *n* [*secretion* + *-in*] : an intestinal hormone capable of stimulating the pancreas and liver to secrete

**se·cre·tion** \si-'krē-shən\ *n* [F *sécrétion*, fr. L *secretion-, secretio* separation, fr. *secretus*, pp. of *secernere* to separate — more at SECRET] **1 a** : the process of segregating, elaborating, and releasing some material either functionally specialized (as saliva) or isolated for excretion (as urine) **b** : a product of secretion formed by an animal or plant; *esp* : one performing a specific useful function in the organism **2** [²*secrete*] : the act of hiding something : CONCEALMENT — **se·cre·tion·ary** \-shə-,ner-ē\ *adj*

**se·cre·tive** \'sē-krət-iv, si-'krēt-\ *adj* [back-formation fr. *secretiveness*, part trans. of F *secrétivité*] : disposed to secrecy : not open or outgoing in speech, activity, or purposes *syn* see SILENT *ant* frank — **se·cre·tive·ly** *adv* — **se·cre·tive·ness** *n*

**se·cre·tor** \si-'krēt-ər\ *n* : an individual of blood group A, B, or AB who secretes the antigens characteristic of these blood groups in bodily fluids (as saliva)

**se·cre·to·ry** \si-'krēt-ə-rē\ *adj* : of, relating to, or promoting secretion; *also* : produced by secretion

**secret partner** *n* : a partner whose membership in a partnership is kept secret from the public

**secret police** *n* : a police organization operating for the most part in secrecy and esp. for the political purposes of its government often with terroristic methods

**secret service** *n* **1** : a governmental service of a secret nature **2** *cap both Ss* : a division of the U.S. Treasury Department charged chiefly with the suppression of counterfeiting and the protection of the president

**secret society** *n* : any of various oath-bound societies often devoted to brotherhood, moral discipline, and mutual assistance

**¹sect** \'sekt\ *n* [ME *secte*, fr. MF & LL & L; MF, group, sect, fr. LL *secta* organized ecclesiastical body, fr. L, way of life, class of persons, fr. *sequi* to follow] **1 a** : a dissenting or schismatic religious body; *esp* : one regarded as extreme or heretical **b** : a religious denomination **2** *archaic* : SEX ⟨so is all her ~ —Shak.⟩ **3 a** : a group adhering to a distinctive doctrine or to a leader **b** : PARTY **c** : FACTION

**²sect** *abbr* section; sectional

**¹-sect** \,sekt\ *adj comb form* [L *sectus*, pp. of *secare* to cut — more at SAW] : cut : divided ⟨pinnati*sect*⟩

**²-sect** \,sekt, 'sekt\ *vb comb form* [L *sectus*] : cut : divide ⟨bi*sect*⟩

**¹sec·tar·i·an** \sek-'ter-ē-ən\ *adj* **1** : of, relating to, or characteristic of a sect or sectarian **2** : limited in character or scope : PAROCHIAL — **sec·tar·i·an·ism** \-ē-ə-,niz-əm\ *n*

**²sectarian** *n* **1** : an adherent of a sect **2** : a narrow or bigoted person

**sec·tar·i·an·ize** \sek-'ter-ē-ə-,nīz\ *vb* **-ized; -iz·ing** *vi* : to act as sectarians ~ *vt* : to make sectarian

**sec·ta·ry** \'sek-tə-rē\ *n, pl* **-ries** : a member of a sect

**sec·tile** \'sek-tⁿl, -,tīl\ *adj* [L *sectilis*, fr. *sectus*] : capable of being severed by a knife with a smooth cut — **sec·til·i·ty** \sek-'til-ət-ē\ *n*

**¹sec·tion** \'sek-shən\ *n* [L *section-, sectio*, fr. *sectus*] **1 a** : the action or an instance of cutting or separating by cutting **b** : a part set off by or as if by cutting **2** : a distinct part or portion of a writing: as **a** : a subdivision of a chapter **b** : a division of a law **c** : a distinct component part of a newspaper **3 a** : the profile of something as it would appear if cut through by an intersecting plane **b** : the plane figure resulting from the cutting of a solid by a plane **4** : a natural subdivision of a taxonomic group **5** : a character commonly used in printing as a mark for the beginning of a section and as the fourth in series of the reference marks **6** : a piece of land one square mile in area forming one of the 36 subdivisions of a township **7** : a distinct part of a territorial or political area, community, or group of people **8 a** : a part that is, may be, or is viewed as separated ⟨chop the stalks into ~s⟩ ⟨the northern ~ of the route⟩ **b** : one segment of a fruit : CARPEL **9** : a basic military unit usu. having a special function **10** : a very thin slice (as of tissue) suitable for microscopic examination **11 a** : one of the classes formed by dividing the students taking a course **b** : one of the discussion groups into which a conference or organization is divided **12 a** : a division of a railroad sleeping car with an upper and a lower berth **b** : a part of a permanent railroad way under the care of a particular set of men **c** : one of two or more vehicles or trains which run on the same schedule **13** : one of several component parts that may be assembled or reassembled ⟨a bookcase in ~s⟩ **14** : a division of an orchestra composed of one class of instruments **15** : SIGNATURE 3b *syn* see PART

**²section** *vb* **sec·tioned; sec·tion·ing** \-sh(ə-)niŋ\ *vt* **1** : to cut or separate into sections **2** : to represent in sections ~ *vi* : to become cut or separated into parts

**¹sec·tion·al** \'sek-shnəl, -shən-ⁿl\ *adj* **1 a** : of or relating to a section **b** : local or regional rather than general in character ⟨~ interests⟩ **2** : consisting of or divided into sections ⟨~ furniture⟩ — **sec·tion·al·ly** \-ē\ *adv*



secretary 4b