E-FILED
Wednesday, 23 December, 2020  06:51:26 PM
Clerk, U.S. District Court, ILCD

# E<span style="font-variant: small-caps">xhibit</span> X

Page 1

```
 1          THE UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF ILLINOIS
 3                 ROCK ISLAND DIVISION
 4
 5   DURASYSTEMS BARRIERS, INC.,     )
     a Canadian corporation,         )
 6                                   )
           Plaintiff,                )
 7                                   ) Case No.
        vs.                          ) 1:19-cv-01388
 8                                   )
     VAN-PACKER CO., an Illinois     )
 9   corporation and JEREMIAS, INC., )
     a Georgia corporation,          )
10                                   )
           Defendants.               )
11
12
13              Deposition of PAUL WELLS
14                     Volume I
15                November 12, 2020
16
17      The videotaped remote deposition of
18   PAUL WELLS, taken by Maria S. Winn, CSR, RPR and
19   CRR, pursuant to the Federal Rules of Civil
20   Procedure for the United States District Courts
21   pertaining to the taking of depositions, with
22   the witness located in Horseshoe Bend, Idaho,
23   commencing at 10:01 a.m. Central Standard Time on
24   November 12, 2020.
```

1  PRESENT:
2
3     WORKMAN NYDEGGER
4     By MR. CHAD E. NYDEGGER
5     60 E S Temple - Suite 1000
6     Salt Lake City, Utah 84111-1011
7     (801) 533-9800
8     cnydegger@wnlaw.com
9
10        appeared on behalf of the Plaintiff;
11
12
13     K&L GATES, LLP
14     By MS. KATHERINE ALLOR
15     70 West Madison Street - Suite 3100
16     Chicago, Illinois  60602
17     (312) 807-4325
18     Katy.Allor@klgates.com
19
20        appeared on behalf of the Defendants;
21
22
23  ALSO PRESENT:
24     MR. MICHAEL PRAGER, Legal Videographer.

1        I N D E X

3  WITNESS:                                                PAGE:
4  PAUL WELLS
5    Examination by Ms. Allor                                 6

7  EXHIBIT              DESCRIPTION                         PAGE
8  Exhibit 24    Document                                    13
9  Exhibit 25    U.S. Patent Number 10,024,569               21
10 Exhibit 26    Document                                    26
11 Exhibit 27    Patent Number 2,916,054                     40
12 Exhibit 28    NDPA 96                                     61
13 Exhibit 29    Sample Specifications                       79
14 Exhibit 30    P&L Statement                               87
15 Exhibit 31    SMACNA HVAC Duct Construction              112
                 Standards for Metal and Flexible
16               Ducts
17 Exhibit 32    U.S. Patent Number 7,195,290               124
18 Exhibit 33    E-mail Exchange                            132
19 Exhibit 34    Photograph                                 138
20 Exhibit 35    Photograph                                 141
21 Exhibit 36    E-mail Exchange                            145
22 Exhibit 37    E-mail Exchange                            148

Page 54

```
 1         to practice.
 2              That is different than asking him about
 3         what that claim language means.
 4              If you want to ask him about the
 5         reduction to practice, go right ahead.
 6              MS. ALLOR:  Okay.  I'll rephrase my
 7         question.
 8    BY MS. ALLOR:
 9         Q    Mr. Wells, how did you create and reduce
10    to practice a thermal spacer that thermally
11    isolates the inner duct liner from the outer
12    casing, and what was that thermal spacer made of?
13              MR. NYDEGGER:  Objection, compound.
14         A    The thermal spacer currently being used
15    is a calcium silicate insulation.
16    BY MS. ALLOR:
17         Q    And is that what the thermal spacer was
18    when you reduced to practice the invention that
19    was disclosed in the '569 patent?
20         A    That was one of our options.
21         Q    And does that -- that thermal spacer made
22    of calcium silicate insulate, does it have
23    portions removed from it, or is it a solid
24    section?
```

1  are specific to grease ducts.
2      Q   Are there any other standards that are
3  specific to grease ducts?
4          MR. NYDEGGER: Objection. Calls for
5      speculation and expert testimony.
6      A   Yes, but I could not list them.
7  BY MS. ALLOR:
8      Q   Just so I understand --
9      A   Oh, may I correct that, please?
10     Q   Sure.
11     A   There is UL 1978, which preceded the
12 UL 2221, that is still in effect, though it's not
13 for fire-rated grease ducts. It was initially,
14 but no longer.
15     Q   Now when you say "grease ducts," what are
16 you specifically referring to?
17     A   Ducts for exhausting kitchen --
18 contaminated air from commercial kitchens.
19     Q   And is there a standard or a guideline
20 that is used in the United States specifically for
21 grease ducts as a whole, or is there only these
22 two that you just spoke about, the UL 2221 and the
23 ASTM E2336?
24     A   Those are the standards for fire-rated

Page 61

1   grease ducts.  1978 would now be for
2   non-fire-rated grease ducts.
3           There's NFPA 96, that deals with the
4   whole kitchen environment, the equipment, the
5   hoods, the ducts, et cetera.
6           There's also the code -- building code
7   itself, the International Mechanical Code.
8       Q   You just talked about the NS- --
9           MR. NYDEGGER:  Paul, if you would give me
10      just a moment before you start your answer.
11          THE WITNESS:  I'm sorry.
12          MR. NYDEGGER:  Thank you.
13          On the last question the same objections;
14      calling for expert testimony and speculation.
15  BY MS. ALLOR:
16      Q   Are you familiar with that code that you
17  just spoke of, the NFPA 96?
18      A   Yes.
19      Q   I believe I have a copy of that, if you
20  would give me one second.
21              (Document marked as Exhibit No. 28
22              for identification.)
23  BY MS. ALLOR:
24      Q   So I'm introducing Exhibit 28.  If you

1         So is the fire rating impacted by the
2    material that the outer duct liner is made from?
3         A    It could be.  If the material's not thick
4    enough, it will burn away in the fire test.
5         Q    And when they perform the fire test,
6    where is the fire that they're igniting and
7    testing?
8         A    You run multiple tests on it; one with
9    the fire internal and one the fire external.
10        Q    And you have to meet both two-hour, no
11   heat transfer over 250 F both directions; is that
12   correct?
13        A    The internal fire is actually a longer
14   test than two hours, because you have to do a
15   four-hour presoak.  Then you do a 30-minute high
16   temperature fire.
17             But you do have the same thermal
18   requirements or limitations.
19        Q    Okay.  I think that's all the questions I
20   have about the sample.
21        A    I hope you can try and pick it up.
22        Q    I did.  There's no one here -- no one in
23   the office here today, so I keep it on -- I
24   brought it myself.