# EXHIBIT Y

Page 167

1  THE UNITED STATES DISTRICT COURT
2  FOR THE CENTRAL DISTRICT OF ILLINOIS
3  ROCK ISLAND DIVISION
4
5  DURASYSTEMS BARRIERS, INC.,    )
   a Canadian corporation,        )
6                                 )
            Plaintiff,             )
7                                 ) Case No.
       vs.                        ) 1:19-cv-01388
8                                 )
   VAN-PACKER CO., an Illinois    )
9  corporation and JEREMIAS, INC.,)
   a Georgia corporation,         )
10                                )
            Defendants.            )
11
12
13          Deposition of PAUL WELLS
14                 Volume II
15            November 13, 2020
16
17     The continued videotaped remote deposition of
18  PAUL WELLS, taken by Maria S. Winn, CSR, RPR and
19  CRR, pursuant to the Federal Rules of Civil
20  Procedure for the United States District Courts
21  pertaining to the taking of depositions, with
22  the witness located in Horseshoe Bend, Idaho,
23  commencing at 10:01 a.m. Central Standard Time on
24  November 13, 2020.

Page 168

1  PRESENT:

3     WORKMAN NYDEGGER
4     By MR. CHAD E. NYDEGGER
5     60 E S Temple - Suite 1000
6     Salt Lake City, Utah 84111-1011
7     (801) 533-9800
8     cnydegger@wnlaw.com

10        appeared on behalf of the Plaintiff;

13     K&L GATES, LLP
14     By MS. KATHERINE ALLOR
15     70 West Madison Street - Suite 3100
16     Chicago, Illinois  60602
17     (312) 807-4325
18     Katy.Allor@klgates.com

20        appeared on behalf of the Defendants;

23  ALSO PRESENT:
24     MR. MICHAEL PRAGER, Legal Videographer.

1                    I N D E X

2

3  WITNESS:                                              PAGE:

4  PAUL WELLS

5       Continued Examination by Ms. Allor                170

6

7

8  PREVIOUSLY MARKED EXHIBIT                   FIRST REFERENCE

9       Exhibit No. 30                                    192

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1  spacers, do you remember that?
2      A    Yes, I do.
3      Q    And you mentioned -- actually, we look at
4  some photos from 2014.  Do you remember that?
5      A    Yes.
6      Q    And at that time in 2014, you pointed to
7  a corner component that I believe was calcium
8  silicate insulation board; is that correct?
9      A    That's correct.
10     Q    And that was what you pointed out as
11 being a thermal spacer.  Is that correct?
12     A    Correct.
13     Q    Now, in the time frame between 2009, 2010
14 and when those photos were taken in 2014, did you
15 do any testing on any other types of thermal
16 spacers?
17     A    Thermal spacers?  No.
18     Q    So the only type of thermal spacer that
19 you ever tested between 2009 and those photos we
20 saw in 2014 was that calcium silicate insulation;
21 is that correct?
22     A    What we deemed thermal spacers, that
23 would be correct.
24     Q    And since 2014, since that photograph was

Page 174

1  taken, have you tested any other material to be
2  used as a thermal spacer?
3       A    To the best of my knowledge, we only
4  tested calcium silicate.
5       Q    And just to confirm, I believe you said
6  yesterday that the DuraDuct -- or DuraDuct KEX and
7  the DuraDuct SED are the only double-walled fire
8  rated products that DuraSystems offers; is that
9  correct?
10      A    No, that's incorrect.  SED is a single
11 wall.
12      Q    Oh, sorry.  I must have written...
13           So it was the lab product.  I must have
14 written that down wrong.
15      A    LX --
16      Q    There is a lab product, correct, that is
17 a double-walled --
18      A    It's a double-walled.
19      Q    -- fire-rated product?
20      A    Yes.  We have other double-walled
21 products, but not ducts.
22      Q    So let me reask the question -- and you
23 said that was an LXD?
24      A    LXD, yes.