E-FILED
Friday, 05 February, 2021 07:41:48 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT BB

Page 1

```
 1            UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF ILLINOIS
 2
 3
     ROCK ISLAND DIVISION
 4   DURASYSTEMS BARRIERS INC.,
     a Canadian corporation,
 5
             Plaintiff,
 6                                    Case No.
     v.                               1:19-cv-01388-SLD-JEH
 7
     VAN-PACKER CO., an Illinois
 8   Corporation, JEREMIAS, INC.,
     a Georgia corporation,
 9
             Defendants.
10   _____/
11
12           The videoconference deposition of
13   BARRY CHEEK, P.E., taken before MARIA MAZZA, CSR,
14   Notary Public, pursuant to the provisions of the
15   Code of Civil Procedure of the State of Illinois and
16   the Rules of the Supreme Court thereof pertaining to
17   the taking of depositions for the purpose of
18   discovery, commencing at 1:00 o'clock p.m., on
19   January 14, 2021.
20
21
22
23
24
```

Page 2

```
 1  REMOTE APPEARANCES:
 2
    WORKMAN NYDEGGER
 3  60 East South Temple
    Suite 1000
 4  Salt Lake City, UT  84111
    (801) 533-9800
 5  cnydegger@wnlaw.com
    BY:  MR. CHAD E. NYDEGGER
 6     appearing on behalf of the Plaintiff;
 7
    K&L GATES LLP
 8  70 W. Madison Street
    Suite 3300
 9  Chicago, IL  60602
    (312) 807-4325
10  katy.allor@klgates.com
    BY:  MS. KATHERINE L. ALLOR
11     appearing on behalf of the Defendant.
12
    ALSO PRESENT:
13
    Tony Crimi
14
15          ************
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1           I N D E X
 2
 3  WITNESS:              PAGES:
 4  BARRY CHEEK, P.E.
 5
    Direct Examination by Mr. Nydegger    5
 6
    Cross-Examination by Ms. Allor      130
 7
    Redirect Examination by Mr. Nydegger  140
 8
 9
10
11         E X H I B I T S
12
    Exhibit No. 78 marked              52
13  (Mr. Cheek's Declaration)
14
    EXHIBITS REFERRED TO
15
    Exhibit No. 25                     85
16  (569 Patent)
17  Exhibit No. 39                     12
    (GRZ Product Overview)
18
19
20
21
22
23
24
```

Page 4

```
 1       THE REPORTER:  Do the attorneys agree
 2  that the court reporter can swear the witness in
 3  remotely?
 4       MR. NYDEGGER:  Yes.
 5       MS. ALLOR:  Yes, I do.
 6          (Witness sworn.)
 7       MR. NYDEGGER:  Good morning, Mr. Cheek.
 8  Could you please state your name for the record?
 9       THE WITNESS:  Yes.  Hang on a second.
10  I'm having trouble with the volume now for some
11  reason.
12       MS. ALLOR:  Chad, are we not going to
13  identify everyone?  Are you going to identify the
14  third party who is on the line?  I assume it's your
15  expert.
16       MR. NYDEGGER:  Certainly.  I would
17  be happy to do that and maybe we should make
18  appearances just for the record.
19          I am Chad Nydegger.
20          We are going to start over, Barry.
21          I'm Chad Nydegger from Workman
22  Nydegger, representing the Plaintiff DuraSystems
23  Barriers, Inc.  With me I have Tony Crimi who's a
24  technical expert for the plaintiff.
```

Page 5

```
 1       MS. ALLOR:  My name is Katy Allor.  I'm
 2  from K&L Gates and I'm representing the Defendants
 3  in this matter Van-Packer Co and Jeremias, Inc., and
 4  also the witness Barry Cheek.
 5       THE WITNESS:  I'm Barry Cheek and I'm an
 6  expert witness for K&L Gates.
 7       B A R R Y  C H E E K, P. E,
 8  called as a witness herein, having been first
 9  duly sworn, was examined and testified as follows:
10       D I R E C T  E X A M I N A T I O N
11  BY MR. NYDEGGER:
12    Q.  Mr. Cheek, could you, please, state your
13  full name for the record.
14    A.  Barry Martin Cheek.
15    Q.  And could you provide your address as
16  well, please?
17    A.  Sure.  It's 300 Pintail Lake Drive in
18  Gilbert, South Carolina.
19    Q.  Thank you.
20        Mr. Cheek, has your counsel gone over
21  sort of the ground rules for this deposition today?
22    A.  Yes.
23    Q.  Okay.  Thank you.
24        Is anyone in the room with you today?
```

2 (Pages 2 - 5)

Page 14

1 that's -- I mean, I would not refer to a duct as
2 being fire rated personally because it can only hold
3 fire for so long before it fails. You can have a
4 fire rating based on the hour or minutes that it
5 would achieve a fire test but a fire-rated duct to
6 me does not mean a whole lot.
7     Q. So based on reading the title of
8 Exhibit No. 39, does the fact that it states the
9 grease duct is fire rated does that convey any
10 specific information to you about the grease duct?
11         MS. ALLOR: Object to the form.
12         THE WITNESS: Can you repeat the
13 question, please?
14 BY MR. NYDEGGER:
15     Q. Yes. Does the fact that the title of the
16 document states that it is a fire-rated grease duct
17 convey any information to you about that grease
18 duct?
19         MS. ALLOR: Same objection.
20         THE WITNESS: It does not tell me a whole
21 lot, no, to be honest.
22 BY MR. NYDEGGER:
23     Q. So you have no understanding about the
24 grease duct by virtue of the fact it states it's

Page 15

1 fire rated than if fire rated was not in the title
2 at all; is that what you are saying?
3         MS. ALLOR: Object to the form.
4         THE WITNESS: The fire rated is kind of
5 misleading to me because a duct cannot even
6 pass-through a fire-rated wall so how can it be fire
7 rated. So to me it, like I said, it kind of gets
8 into ambiguous territory there.
9         I mean, me looking at that term
10 fire-rated duct just tells me that its got extra
11 protection that will help to prevent the spread of
12 fire to an occupied space. That's the way I would
13 define it in my experience of working with any type
14 of fire suppression systems or fire-rated walls,
15 et cetera.
16 BY MR. NYDEGGER:
17     Q. Okay. Would you understand that because
18 it states that the grease duct is fire rated that
19 the grease duct has been submitted to and passed
20 some kind of fire-resistance test?
21         MS. ALLOR: Object to the form.
22         THE WITNESS: I would assume in order to
23 get the fire rating it would have -- yeah, it would
24 have had to have passed a test to get some sort of

Page 16

1 rating, correct.
2 BY MR. NYDEGGER:
3     Q. And would a person of ordinary skill in
4 the art of the 569 Patent also understand that to be
5 designated as fire rated it would have had to pass a
6 fire-resistance test?
7         MS. ALLOR: Object to the form.
8         THE WITNESS: I think a POSA would
9 understand it would have to pass a test but he
10 wouldn't understand which test or which
11 certification or which listing that he would be
12 naming for. So there's different paths you can go
13 with that.
14 BY MR. NYDEGGER:
15     Q. So a person of skill in the art of the
16 569 Patent would understand that fire rated means it
17 has passed some fire-resistance test, correct?
18         MS. ALLOR: Object to the form.
19         THE WITNESS: Correct.
20 BY MR. NYDEGGER:
21     Q. What's entailed in the process of
22 obtaining a fire rating for an exhaust duct?
23         MS. ALLOR: Object to the form.
24         THE WITNESS: Well, it depends on what

Page 17

1 standards you go by. There are several different
2 tests and several different certifications you can
3 get if you go the UL listing route. I believe ASTM
4 has its own set of standards and NFPA has its own
5 fire tests also in order to rate something as being
6 fire resistant to a certain degree. I think that's
7 NFPA 251. So there are various different
8 certifications of tests in order to get that rating.
9 BY MR. NYDEGGER:
10     Q. But is there an overall general process
11 that a duct goes through regardless of the standard
12 that it's being tested to?
13         MS. ALLOR: Objection to the form.
14         THE WITNESS: I'm unaware of like any one
15 prescribed test that would be called out just to
16 make a duct, quote-unquote, fire rated. I'm unaware
17 of such a thing.
18 BY MR. NYDEGGER:
19     Q. I don't think we're understanding each
20 other. I'm not talking about any particular or
21 specific fire-resistance test. Maybe we can
22 approach this a little differently.
23         In order to obtain a fire rating, the
24 duct is going to have to be submitted for testing,

Page 18

1  correct?
2  A. Correct.
3  Q. And so let's take testing by UL. Are you
4  familiar with that process?
5  A. Looking through the standard is not
6  really my area of expertise but I've looked through
7  and kind of understand it.
8  Q. Have you ever been involved in the
9  process of obtaining a fire rating for an exhaust
10  duct?
11  A. That's a whole different set of skill
12  sets there as far as the testing engineers and that
13  sort of thing and fire protection in general. So,
14  no, I have not.
15  Q. And so is it correct that you personally
16  are not aware of the process it takes that it would
17  take any prospect in obtaining a fire-rating report?
18  MS. ALLOR: Objection to form.
19  THE WITNESS: I personally never had to
20  do that in my duties as an engineer, that's correct.
21  BY MR. NYDEGGER:
22  Q. Do you have an idea of a ballpark figure
23  for how much that process costs?
24  A. I would not be able to say because, like

Page 19

1  I said, that would be something that generally falls
2  outside the scope of a design engineer.
3  Q. And so you also don't have an idea of how
4  long that process takes, correct?
5  A. Not really. It depends on which type of
6  test and the lab conducting the test. There are a
7  lot of factors there so I couldn't even venture to
8  guess on that.
9  Q. So you personally don't know, correct?
10  A. That's correct.
11  Q. And are you capable of designing a
12  fire-rated exhaust duct?
13  A. Yes.
14  Q. I think we better be specific about what
15  we are talking about here.
16    I'm not talking about designing a
17  system for installation in a building. I'm talking
18  about designing the components and assembly of the
19  duct itself?
20  A. Well, to give you just a little
21  background, the design -- the full ductwork design
22  and system for a complete HVAC system for the
23  microchip industry down to pretty much the nuts and
24  bolts of everything in that system, so I'm going

Page 20

1  through fire walls, including the fire dampers, and
2  everything else. So that being said, I would say
3  yes.
4  Q. Have you ever designed a fire-rated
5  exhaust duct?
6  MS. ALLOR: Objection.
7  THE WITNESS: I have designed, yes,
8  grease ducts for kitchens. So that would be --
9  definitely fall into that category.
10  BY MR. NYDEGGER:
11  Q. And once again I'm not quite certain
12  the best way to distinguish between the different
13  types of design. We have designing systems for
14  installation and you've certainly done where there's
15  a kitchen and you design where the grease duct is
16  going to run and have clean outs and so forth,
17  correct?
18  A. Correct.
19  Q. And when you do that kind of a design,
20  you would basically put out the mechanical drawings
21  and then you or someone else would decide which
22  specific product would be installed, correct?
23  MS. ALLOR: Object to the form.
24  THE WITNESS: That's correct.

Page 21

1  BY MR. NYDEGGER:
2  Q. And so then there's also -- so if I refer
3  to that as designing a system for installation, you
4  understand if I refer to that, that's what that
5  means?
6  A. Well, I mean, any system that I designed
7  was designed for installation so I'm not sure if we
8  are on the same page semantic-wise here.
9  Q. And that's what I'm trying to get is on
10  the same page semantically. Because the other kind
11  of designing and exhaust duct would be the
12  manufacturer who designs the product then is later
13  selected for installation according to your design,
14  so we call that design for construction?
15  A. Yeah, I've designed for construction
16  before. The last project I worked on was design for
17  construction.
18  Q. We are not having a meeting of the minds
19  here.
20    What would you call designing an
21  exhaust duct module that was going to be fabricated?
22  A. What would I call a design duct module
23  being fabricated, I don't understand the question.
24  Q. You understand the term product design?

Page 22

1    A.  Yes.
2    Q.  And in your mind what does product design
3  refer to?
4    A.  Product design is basically coming up
5  with the drawing specs and design necessary to
6  manufacture a product.
7    Q.  And have you been involved in the product
8  design for an exhaust duct?
9    A.  No, I have not.
10   Q.  Would you consider yourself capable of
11 performing the product design for a fire-rated
12 product?
13       MS. ALLOR:  Object to the form.
14       THE WITNESS:  Yes, I think I would given
15 the correct scope of work and specification and code
16 of construction to go by because I've dealt with
17 enough design drawings and section views and
18 everything else in my experience as an engineer to
19 where I could definitely come up with something.  I
20 don't think I would have a problem at all with that.
21 BY MR. NYDEGGER:
22   Q.  Okay.  Thank you.
23       Mr. Cheek, what is your current
24 employment?

Page 23

1    A.  I'm an engineering consultant.  I work
2  for myself.
3    Q.  And by working for yourself, you have
4  formed a company BC Engineering Services, correct?
5    A.  That's correct.
6    Q.  And you formed that company in 2019?
7    A.  Correct.  It was incorporated in 2016.  I
8  actually started doing work in 2019.
9    Q.  And on your resume you discuss designing
10 a modular HVAC system for a three-level, 50,000-plus
11 square foot process facility, correct?
12   A.  That's correct.
13   Q.  And did any aspect of that system employ
14 fire-rated exhaust ducts?
15   A.  It depends -- once again it depends on
16 your definition of a fire-rated exhaust duct.  I had
17 exhaust ducts going through firewalls so that would
18 be a fire-rated exhaust duct the way I interpret
19 that, so yes.
20   Q.  Did it involve any fire-rated exhaust
21 ducts that did not penetrate a firewall?
22   A.  There were some general exhaust ducts
23 that did not go through firewalls, so that would
24 just be considered general exhaust.

Page 24

1    Q.  And were those general exhaust ducts fire
2  rated?
3        MS. ALLOR:  Object to the form.
4        THE WITNESS:  No.
5  BY MR. NYDEGGER:
6    Q.  So is it correct that the only aspect in
7  which the 50,000 square foot HVAC system -- the HVAC
8  system for the 50,000 square foot facility that you
9  designed was having a regular exhaust duct
10 pass-through a fire barrier; is that correct?
11       MS. ALLOR:  Object to the form.
12       THE WITNESS:  With regards to fire
13 protection, yes, that would be the only duct that
14 had to be equipped with fire dampers and perform
15 those fire safety functions.
16 BY MR. NYDEGGER:
17   Q.  Where those exhaust ducts double walled?
18   A.  I'm sorry?
19   Q.  Were those exhaust ducts double walled?
20       MS. ALLOR:  Object to form.
21       THE WITNESS:  They were not.
22 BY MR. NYDEGGER:
23   Q.  Other than the portion of the exhaust
24 ducts actually passing through a fire barrier, were

Page 25

1  the other parts of the exhaust ducts fire-rated?
2    A.  No.
3        MS. ALLOR:  Objection to the form.
4  BY MR. NYDEGGER:
5    Q.  Have you in your work with BC Engineering
6  Services worked on any fire-rated exhaust ducts
7  where the exhaust duct was fire rated without having
8  to pass-through a fire barrier?
9        MS. ALLOR:  Object to the form.
10       THE WITNESS:  No.
11 BY MR. NYDEGGER:
12   Q.  Are you familiar with field-applied
13 fire-rated exhaust ducts?
14   A.  Yes.
15   Q.  And to your understanding what is a
16 field-applied fire-rated exhaust duct?
17   A.  Generally from my experience years ago it
18 was generally there would be a fire enclosure that
19 was built around the duct of some sort that was fire
20 resistant, like made out of some type of concrete or
21 asbestos or some type of material that did not burn,
22 and this was basically used to enclose the duct in
23 question so that if the duct were to catch fire,
24 that provided a safety barrier between the fire and

7 (Pages 22 - 25)

Page 26

1 the building occupants.
2  Q. And you mentioned years ago. When was
3 your experience with field applied fire-rated ducts?
4  A. This would have been late 1999 and early
5 2000s back when I was working in the commercial
6 sector of in an A&E firm.
7  Q. Do you have experience with factory-
8 built fire-rated exhaust ducts?
9   MS. ALLOR: Object to the form.
10   THE WITNESS: I can't recall to be
11 honest. It's been awhile.
12 BY MR. NYDEGGER:
13  Q. Approximately how long is awhile?
14  A. Over 20 years.
15  Q. So it's been over 20 years since you've
16 worked with a factory-built fire-rated exhaust duct?
17  A. If at all, correct.
18  Q. You were a program manager for Trane in
19 2018, correct?
20  A. That's correct.
21  Q. What were your responsibilities at Trane?
22  A. Our responsibilities at Trane were more
23 of a problematic nature. I just finished the MBA
24 program and I was trying to get more into management

Page 27

1 and that type of role, trying to learn the ropes of
2 doing things on that side of the fence. So I was
3 basically managing programs, trying to increase
4 efficiencies, that sort of thing.
5  Q. And did your responsibilities at Trane
6 involve working on fire-rated exhaust duct systems?
7  A. No, they manufactured coils at that
8 plant.
9  Q. And you were a lead engineer at Atkins
10 Nuclear from 2016 to 2017; is that correct?
11  A. That's correct.
12  Q. And did your responsibilities at Atkins
13 involve working on fire-rated exhaust duct systems?
14  A. Yeah. I don't know how to answer that
15 question to be honest with you. One of the systems
16 that we developed was the Thor process which is
17 steamer forming. There were high-temperature ducts
18 in that system. Whether or not they were fire-rated
19 is beyond me. It being a fire-rated process, I'm
20 not sure if it had to get that certification. I
21 cannot talk a lot about that project because I think
22 that's something that has proprietary information
23 that cannot be disclosed. That system definitely
24 had high-temperature ductwork. None of it was

Page 28

1 double walled to my knowledge. It gets down to
2 semantics there as far as the fire rating goes.
3  Q. And do you know if those exhaust ducts
4 were field applied or factory built?
5  A. They would not have been factory built.
6 They would have been built on site.
7  Q. And so what was your specific role in
8 connection with the project that you mentioned while
9 working at Atkins?
10  A. Lead mechanical engineer.
11  Q. And so can you give me an idea of what
12 you did as the lead mechanical engineer on that
13 project?
14  A. Calculations --
15  Q. Specifically pertaining to the exhaust
16 duct system?
17  A. Size and calculations, equipment
18 specifications, material specifications, anything
19 related to the design of the system. I was the lead
20 mechanical engineer.
21  Q. And so did the exhaust duct systems on
22 that project -- I'm sorry. You had a name for that
23 project?
24  A. Thor.

Page 29

1  Q. Is that T-h-o-r?
2  A. Yes.
3  Q. On the Thor project did the code require
4 that any of the exhaust ducts be fire-rated?
5   MS. ALLOR: Object to the form.
6   THE WITNESS: I don't even know that I
7 can answer that question. I'm going to have to
8 leave that one alone. Like I said, I don't want to
9 get into the technical details of that project
10 because I think that whole project went into
11 litigation a couple years ago between the firm that
12 I was working for and another entity. So I would
13 rather not have any of that go on the record.
14 BY MR. NYDEGGER:
15  Q. Well, Mr. Cheek, we can designate this
16 record or counsel can designate this record as
17 attorney's eyes only and subject to protective
18 order, but I believe I am entitled to an answer to
19 my question.
20  A. Well, as far as the specifications go --
21 and this does need to be designated as privileged
22 information.
23   MS. ALLOR: Can we hold on a second,
24 Guys. My ZOOM went out. I'm still connected with

8 (Pages 26 - 29)

Page 74

1  was defining the word or phrase fire rated with the
2  passage you quote in Paragraph 37?
3      A.  I believe a person would take that with a
4  grain of salt that that is what the author of that
5  patent meant fire-rated duct to be, if that's what
6  you're asking, because why would he know any better.
7      Q.  A moment ago we read the statement
8  concerning the ability of a patentee to act as a
9  lexicographer, correct?
10     A.  Correct.
11     Q.  And I'm just trying to understand whether
12 it's your view that a person of ordinary skill in
13 the art would understand the applicant to have acted
14 as a lexicographer in this instance?  It's a yes or
15 no.
16     A.  So if we go back up to the section about
17 the lexicographer, which would be 24 or -- 21,
18 However, if an applicant elects to act as its own
19 lexicographer, the applicant must clearly set forth
20 a definition of the term in the specification.  So
21 the term -- the definition for fire rated was put
22 forth in the specification, that is correct.  So
23 that he is acting as his own lexicographer.  The
24 POSA is not going to know whether or not that's

Page 75

1  correct technically, but, like I said, why wouldn't
2  he believe it, it's in the spec.  So I'm still a
3  little unclear what you're asking me.
4      Q.  And what's unfair about it?
5      A.  What's that?
6      Q.  What is unfair about what I'm asking you?
7      A.  No, I did not say it was unfair.  I just
8  said it's very confusing the way that they're
9  putting it.
10         Okay.  The patent author defines
11 fire-rated ducts in these terms so that is part of
12 the spec.  The POSA reads the patent or the spec, if
13 he's in the shop doing his, you know, research prior
14 to building whatever he's trying to build, he would
15 redrew that, he would understand that, he would
16 assume that it's correct, but I don't know that he
17 would do anything with it because it does not real
18 say a whole lot.
19         So when you ask that question, it's
20 almost like I have to crawl into somebody else's
21 skin and figure out what their thought process is.
22 I don't really now how to give you a good answer for
23 that.
24     Q.  Okay.  So in your review this passage

Page 76

1  quoted in Paragraph 37 of your declarations is not
2  merely talking about the general capabilities of a
3  fire duct that has obtained a fire rating?
4         MS. ALLOR:  Object to the form.
5         THE WITNESS:  Well, I was just basically
6  putting that caption in there as part of what the
7  patent is claiming.  So it says that that's part of
8  the author's claim.  It doesn't say anything in
9  there about the release of toxic materials.  I mean,
10 it doesn't say anything about fire stopping there
11 that would have to be used.  It's not going into any
12 of the details or even the tests or any of the
13 standards that -- I mean, typically if I call out --
14 if I even begin to try to define a particular
15 fire-rated duct in a system, I'm going to start off
16 by giving it a fire rating as far as the hours it
17 can withstand those flames.  That's nowhere in
18 there.
19         But, like I a said, a POSA probably
20 wouldn't know that, somebody in the shop wouldn't
21 know that.  I'm not sure how to answer your
22 question.  I'm trying to help you out here but I
23 don't really know without, you know, trying to dog
24 down my thought process what a POSA would

Page 77

1  actually -- how he would interpret that.  Does that
2  make sense?
3  BY MR. NYDEGGER:
4      Q.  So if I understand correctly, you're
5  having a difficult time getting down to the level of
6  a person of ordinary skill in the art to understand
7  how he would understand this passage; is that
8  correct?
9         MS. ALLOR:  Object to the form.
10        THE WITNESS:  For this particular
11 passage, that's correct.
12 BY MR. NYDEGGER:
13     Q.  If a duct has obtained a fire rating,
14 would that duct be capable of preventing the release
15 of flammable materials from inside the duct for the
16 specified time period?
17     A.  If it was rated to that particular fire
18 rating, yes.  That's part of the process of rating
19 it and part of the testing to make sure that it's
20 capable of that.
21     Q.  And must a fire-rated exhaust duct be
22 capable of preventing combustible materials
23 adjacent to the exterior of the duct from catching
24 fire if a fire exists on the inside of the duct?

20 (Pages 74 - 77)

Page 78

1   A. That is one of the functions and one of
2 the ways that they rate give it an hour rating is
3 for how long it would take for it fail and that
4 surrounding area to be subjected to the fire, yes.
5   Q. And so to prevent the combustible
6 materials outside the duct from catching fire, is it
7 correct that fire-rated exhaust ducts are configured
8 to minimize the transfer of heat through the duct
9 walls?
10   A. That's more than just that because if you
11 got, you know, some kind of pinhole in there
12 somewhere where the casing has been compromised and
13 it allows the flames to penetrate quicker, you know,
14 due to faulty installation or craftsmanship or what
15 have you, then it's more about -- at that point it's
16 less about heat transfer and more about the egress
17 of the flame.
18   Q. Well, I understand that that can be
19 another aspect of it, but if we are assuming that
20 there are no faulty construction problems or
21 installation problems, isn't a fire-rated exhaust
22 duct generally configured to minimize the transfer
23 of heat across or through the duct walls so that
24 combustible materials outside the duct don't heat up

Page 79

1 and catch fire?
2   A. That's one of the functions, yes.
3   Q. And you've mentioned that there are
4 multiple different standards that can be used to
5 assign a fire rating to an exhaust duct, correct?
6   A. Correct.
7   Q. And you listed some of those standards,
8 correct?
9   A. That is correct.
10   Q. For example, UL 2221 is one, right?
11   A. Yes.
12   Q. And what are some others?
13   A. ASTM E2336, there's NFPA 96 I believe has
14 some stipulations in there. There might be another
15 NFPA one. That's all listed in my declaration
16 there, if you'd like to refer to it. IMC,
17 International Mechanical Code, there are several.
18   Q. I believe you mentioned today that
19 sometimes those standards change, correct?
20   A. They are updated periodically, correct.
21   Q. Do you know how often they are updated or
22 changed?
23   A. It depends on the body. I know the
24 International Mechanical Code is updated every four

Page 80

1 years. The ASTM I think is the same. IMC is every
2 four years. ASHRAE they have to go by committee.
3 I'm not sure about the UL standards. I think those
4 are only updated if there's some type of amendment
5 so it's not really on a schedule. It has to be by
6 some kind of error or omission kind of thing. They
7 all have their own ways of doing that.
8   Q. So all the standards are updated from
9 time to time, some on a schedule and some are
10 updated but just not on a regular schedule, correct?
11   A. Correct.
12   Q. So to some degree, is it correct that
13 fire-rating standards are dynamic?
14   A. To some degree, yes, and they do shift
15 duties around as time goes by. You know, sometimes
16 like, for instance, the UL folks might cede some of
17 their authority over to the ASTM folks or vice versa
18 as far as the testing or what types of
19 certifications need to be had, so it's kind of a
20 fluid process for sure.
21   Q. Is it your understanding that where a
22 claim term might mean several different things and
23 no informed and competent choice is available and
24 continuing definitions that the term is indefinite?

Page 81

1   A. That sounds right.
2   Q. And it's your opinion that the term fire
3 rated is indefinite because there are different
4 standards to assign fire ratings to an exhaust duct,
5 correct?
6   A. That's correct.
7   Q. Is it difficult to determine whether any
8 particular exhaust duct has passed any particular
9 fire-rating standard?
10   A. They're supposed to be affixed with a tag
11 or stamp by whatever code they have been tested to
12 or whatever certification, whether it be UL or what
13 have you, to be visible somewhere on the duct.
14   Q. And so is the answer to my question, no,
15 it's not difficult to determine whether an exhaust
16 duct has passed any particular fire-rating standard?
17      MS. ALLOR: Object to the form.
18      THE WITNESS: Theoretically because -- I
19 mean, obviously as those codes and standards have
20 changed, you know, if you go back far enough, I'm
21 sure some of the older versions of ductwork probably
22 don't contain any type of markings that would
23 indicate that they had passed a certain test or met
24 a certain standard. So, like I said, it depends on

21 (Pages 78 - 81)

Page 82

1  where you're at and when.
2  BY MR. NYDEGGER:
3  Q. Well, let's talk about the company that
4  actually makes the exhaust duct. A company that
5  makes an exhaust duct will certainly know whether
6  that exhaust duct has passed or has obtained a fire
7  rating, correct?
8  A. Obviously, yeah.
9  Q. And that's an easy yes-no decision,
10 correct?
11 A. Yes.
12 Q. So a manufacturer can readily tell you
13 this exhaust duct that we manufactured is fire rated
14 or it is not, correct?
15 A. Well, it would tell you what it's fire
16 rated to, it would tell you what type of tests it
17 passed and what hour rating it meets and all that.
18 It would not just say it's fire rated.
19 Q. But certainly he can tell you that
20 information as well but stepping back first he would
21 be able to tell you whether it has a fire rating at
22 all, correct?
23 A. Correct, yes.
24 Q. And if it does have a fire rating, he

Page 83

1  would be able to go into the additional details and
2  tell you more about the specific fire rating that
3  the product obtained, correct?
4      MS. ALLOR: Object to form.
5      THE WITNESS: That's correct.
6  BY MR. NYDEGGER:
7  Q. Do persons of skill in the art of the 569
8  Patent understand that exhaust ducts can be
9  categorized as field applied or factory built?
10 A. Yes.
11 Q. And are persons of skill in the art of
12 the 569 Patent familiar with NFPA 96?
13 A. Yes, they would be.
14 Q. And if you go to Paragraph 53 of your
15 declaration.
16 A. Okay.
17 Q. Here you state that MPFA 96 2011
18 designates ASTM E2236 for field-applied enclosures
19 and UL 2221 for factory-built grease ducts; do you
20 see that?
21 A. Yes.
22 Q. Is that a typographical error in the
23 beginning MPFA?
24 A. It should be NFPA.

Page 84

1  Q. There are several places in your
2  declaration where you say MPFA. Should all of those
3  be changed to NFPA?
4  A. Yes, that should be an acronym for
5  National Fire Protection Association. It could have
6  been an auto correct deal in the word processor.
7  I'm not sure. Sorry.
8  Q. I just wanted to make sure we were
9  talking about the same thing?
10 A. Yes.
11 Q. And NFPA 96 in the portion you quote from
12 in Paragraph 53 of your declaration, is there a
13 distinction between field-applied grease ducts and
14 factory-built grease ducts?
15 A. Yes.
16 Q. And a person of order skill in the art of
17 the 569 Patent would understand what those
18 references mean, applied and factory built, correct?
19 A. That's correct.
20 Q. Would a person of ordinary skill in the
21 art of the 569 Patent understand that the 569 Patent
22 pertains to factory-built exhaust ducts?
23     MS. ALLOR: Object to the form.
24     THE WITNESS: I'm not sure about that

Page 85

1  because when I'm looking at the patent -- yeah, I
2  guess you consider me an expert and not a POSA --
3  but when I'm looking at it, theoretically you can
4  take that information and build it in the field,
5  theoretically if there was enough information there.
6  There's nothing in there that says it has to be
7  factory built, correct?
8  BY MR. NYDEGGER:
9  Q. Well, I'm asking you what a person of
10 ordinary skill in the art would understand reading
11 the patent as a whole?
12 A. Because, I mean, I can somebody at a
13 metal shopping looking at that and thinking that
14 it's something that they need to -- that's something
15 that they need to fabricate in the field, so I can
16 see it going either way. So there's nothing that
17 tells me that that has to come from, you know, X, Y
18 and Z factory in Timbuktu. That just basically lays
19 out how it needs to be put together and that sort of
20 thing.
21     (WHEREUPON, Exhibit
22     No. 25 was referred to.)
23 BY MR. NYDEGGER:
24 Q. I'm introducing an exhibit here.

Page 86

1  Mr. Cheek, you should see Exhibit No. 25 in your
2  folder now.  Do you see that?
3       MS. ALLOR:  Is it possible that you can
4  use the copy that was submitted with the
5  construction briefings because that's the version
6  that was attached with his declaration?  Just
7  because it's marked as the JA Appendix which the
8  Court requires and it might be easier for the
9  Court Reporter to use those numbers instead of the
10 Bates numbers which are not included in the copies.
11      MR. NYDEGGER:  Can we go off the record
12 for one moment, please?
13      (WHEREUPON, a discussion
14      was had off the record.)
15      MS. ALLOR:  We can go back on the record
16 just for the Court Reporter's reference.
17      MR. NYDEGGER:  Let's go back on the
18 record, please.
19 BY MR. NYDEGGER:
20   Q.  Mr. Cheek, do you recognize this document
21 that was previously marked as Exhibit No. 25?
22   A.  Yes.
23   Q.  What is this?
24   A.  Exhibit 25 is the 569 Patent.

Page 87

1    Q.  So this is the 569 Patent that's at issue
2  in this case, correct?
3    A.  Correct.
4    Q.  And have you reviewed this patent in
5  detail?
6    A.  I have reviewed it, yes.
7    Q.  Mr. Cheek, do persons of ordinary skill
8  in the art of the 569 Patent understand the term
9  prefabricated exhaust ducts?
10   A.  They should, yes.
11   Q.  And if there's a prefabricated exhaust
12 duct, is that term synonymous with a factory-built
13 exhaust duct?
14   A.  Yes, I guess that could be considered the
15 same thing.
16   Q.  If you go to the 569 Patent and you go to
17 Column 2, about Line 10, do you see where the 569
18 Patent is talking about prefabricated exhaust ducts?
19      MS. ALLOR:  Object to the form.
20      THE WITNESS:  Yes, but it's talking about
21 a different system to compare to this one, isn't it?
22 BY MR. NYDEGGER:
23   Q.  At that particular point, yes, it is.
24 But in the background does it talk about problems

Page 88

1  with field-applied ductwork?
2       MS. ALLOR:  Object to the form.
3       THE WITNESS:  I believe it does.
4  BY MR. NYDEGGER:
5    Q.  And the patent talks about the advantages
6  of a prefabricated system compared to a field-
7  applied system; is that correct?  For example, it
8  reduces welding.
9       MS. ALLOR:  Object to the form.
10      THE WITNESS:  Yeah, it does give some
11 advantages to doing it prefabrication-wise.
12 BY MR. NYDEGGER:
13   Q.  So because the 569 Patent talks about
14 disadvantages of field-applied ducts and then it
15 talks about how prefabricated ducts overcome those
16 advantages as described in the patent, wouldn't a
17 person of ordinary skill in the 569 Patent
18 understand that the 569 Patent pertains to
19 prefabricated or factory-built exhaust ducts?
20      MS. ALLOR:  Object to the form.
21      THE WITNESS:  Well, it's hard to say.
22 Like I said, I could take -- give this to a guy in
23 the field and say make it according to these
24 sketches and the verbiage here or even create

Page 89

1  drawings based on this spec and have them do it in
2  the field.  But a POSA, he may assume that it's
3  prefabricated in a shop somewhere and then shipped
4  to the site and put together there but it's hard to
5  say.
6  BY MR. NYDEGGER:
7    Q.  Well, I'm asking -- you're here to
8  testify about what a person of ordinary skill in the
9  art would understand from the patent, correct?
10   A.  Yeah, that's correct.
11   Q.  And so I'm asking what a person of
12 ordinary skill in the art would understand reading
13 the 569 Patent about -- would they understand that
14 it pertains to prefabricated or factory-built ducts
15 or not?
16      MS. ALLOR:  Object to the form.
17      THE WITNESS:  See the only problem that I
18 have with that line of questioning is the fact that
19 a lot of places, depending where they are installing
20 this ductwork, a lot of times they'll set up like a
21 makeshift shop right there at the site and make the
22 ducts there rather than back at the factory because
23 of logistical reasons.  So in that scenario the POSA
24 would be fine doing it at the shop, but it's the

23 (Pages 86 - 89)

Page 90

1  shop in the field. So, like I said, I mean there's
2  going to be instances where they can still use this
3  information to field fabricate the ducts but it's
4  not going to be at the factory per se. It's going
5  to be at the job site where they are actually having
6  to ship raw materials and then turning them into the
7  finished product.
8  BY MR. NYDEGGER:
9      Q. And in such an instance would that --
10 would a duct fabricated in a temporary shop on a job
11 site, would that qualify as a field-fabricated duct
12 or prefabricated duct under NFPA 96?
13     MS. ALLOR: Object to the form.
14     THE WITNESS: I don't know. I don't know
15 the answer to that because in a lot of the
16 applications, especially in renovation work where
17 you don't have all the information you need on the
18 drawings, you have to set it up this way so that you
19 can basically cut to fit and then you start getting
20 into that gray area, where, yeah, a lot of it's --
21 you premake as much of it as you can and then you
22 finish it up at the site so they are not going to be
23 field-fabricated work there so you have both going
24 on at that point.

Page 91

1  BY MR. NYDEGGER:
2      Q. So the short answer to my question is you
3  don't know whether it would qualify as a field
4  fabricated or a -- sorry -- a field applied or a
5  prefabricated duct under NFPA 96, correct?
6      A. That's correct.
7      Q. Does NFPA 96 -- Well, let me step back.
8         Would a person of skill in the art of
9  the 569 Patent understand NFPA 96?
10     A. Not all of it. I'm not a fire protection
11 engineer and I don't even understand all of it
12 because it's a whole different field. So I don't
13 think a POSA would understand all of it.
14     Q. Would they understand the portions that
15 deal with fire-rated exhaust ducts?
16     A. You would have to point me to the section
17 and be a little more specific.
18     Q. Well, let's take, for example, the
19 section of NFPA 96 that you quote. What about
20 Section 4?
21     A. Which document are we on?
22     Q. I'm sorry?
23     A. Which document are you referring to?
24     Q. The declaration that you submitted in

Page 92

1  this case, Exhibit 78.
2      A. I'm on Exhibit 78. Section 4 just
3  says --
4      Q. No. Sorry. In Paragraph 53 you quote
5  from Section 4 of NFPA.
6      A. Here we are. Sorry. That's basically
7  saying which standard applies to which duct, so a
8  POSA would understand that.
9      Q. So you quote two subsections of
10 Section 4, correct?
11     A. Yes, those would be subsections of
12 Section 4.
13     Q. And so would a person of ordinary skill
14 in the art of the 568 Patent understand Section 4 of
15 NFPA 96?
16     A. I would have to go back through the whole
17 section and read it to make that call.
18     Q. Okay. Does NFPA 96 use the term fire
19 rated?
20     A. I'm sure it does. Actually I'm not sure
21 that it does because it's probably fire-resistance
22 ratings that they use because that's the more proper
23 term. Now sometimes they will truncate the fire
24 rating, some folks do, but I'm not sure if they do.

Page 93

1  I don't remember off the top of my head.
2      Q. Would a person of ordinary skill in the
3  art draw a distinction between a fire-resistance
4  rating and fire rated?
5      A. I don't know that they can make the
6  distinction between the two. That's a judgment
7  call.
8      Q. Well, you're the expert that gets to make
9  those judgment calls.
10     A. Well, I definitely know the difference
11 but I guess it would depend on how long they have
12 been working around this. Somebody that makes ducts
13 or is involved in any type of testing or listing of
14 the ductwork, they would definitely be familiar
15 with, you know, what that means as far as fire-
16 resistance rating, what that means, than basically
17 just saying a blanket term fire rated which is very
18 generic.
19     Q. So based on your expert knowledge what is
20 the differences between a fire-resistance rating and
21 a fire-rated exhaust duct?
22     A. To me --
23     Q. Let me rephrase that.
24         What is the difference between a duct

24 (Pages 90 - 93)

Page 102

1  in the field maybe.
2  BY MR. NYDEGGER:
3    Q.  Well, prefabricated ducts don't require
4  field welding; isn't that correct?
5        MS. ALLOR:  Object to the form.
6        THE WITNESS:  Field welding obviously
7  that one means something done in the field.
8  BY MR. NYDEGGER:
9    Q.  And prefabricated ducts don't require
10 wrapping the enclosure in the field with gypsum
11 fire-rated enclosure, correct?
12       MS. ALLOR:  Object to the form.
13       THE WITNESS:  I guess it depends on how
14 they are getting their fire rating.  They can always
15 wrap it in some type of fire-retardant installation
16 I'm assuming.
17 BY MR. NYDEGGER:
18   Q.  But this paragraph that we just read
19 talks about wrapping it in gypsum fire-rated
20 enclosure approximately 10-inches thick; do you see
21 that?
22   A.  Yes, I see it.
23   Q.  And is it your understanding that that is
24 referring to a field-applied exhaust duct?

Page 103

1        MS. ALLOR:  Object to the form.
2        THE WITNESS:  Well, to me it sounds like
3  it's a field applied -- to me that sounds like it's
4  a field-applied gypsum board to a prefabricated
5  duct, so it's kind of a grey area in-between because
6  it sounds like they are fabricating it and shipping
7  to the site and then they are wrapping it in gypsum
8  once it gets there.  So, you know, part A of that is
9  prefab and Part B of that is field installation.
10 BY MR. NYDEGGER:
11   Q.  The duct can't obtain a fire rating
12 before it's shipped because it's just a single wall
13 and it has not had the gypsum board wrapped,
14 correct?
15       MS. ALLOR:  Object to the form.
16       THE WITNESS:  I'm not sure about that
17 one.
18 BY MR. NYDEGGER:
19   Q.  Well, let's move on here.  So the next
20 paragraph in Paragraph 2 talks about overcoming the
21 shortcomings of the type of duct in the previous
22 paragraph to the introduction of prefabricated
23 fire-exhaust ducts; do you see that?
24       MS. ALLOR:  Object to the form.

Page 104

1        THE WITNESS:  Yes.
2  BY MR. NYDEGGER:
3    Q.  And then we get to the section called
4  Brief Summary of the Invention; do you see that?
5    A.  Yes.
6    Q.  And do you understand that this is the
7  section where the patent begins to explain the
8  invention of the patent?
9    A.  Yes.
10   Q.  And do you see the first paragraph under
11 that section heading in Column 2, Lines 22 through
12 24?
13   A.  Yes.
14   Q.  It states, The present invention
15 comprises embodiments of a modular fire-rated duct
16 system and improvements therein and suitable for
17 prefabrication and configured for assembly in the
18 field; do you see that?
19   A.  I do.
20   Q.  So a person of ordinary skill in the
21 569 Patent reading that would understand that the
22 invention pertains to prefabricated fire-rated duct
23 systems, correct?
24       MS. ALLOR:  Object to the form.

Page 105

1        THE WITNESS:  I guess that would probably
2  be a safe assumption.  Like I said, there's always
3  those cases where you have to do some field
4  modifications but the original product in that
5  scenario would definitely be prefab.
6  BY MR. NYDEGGER:
7    Q.  What does the 569 Patent teach about the
8  purpose of the thermal spacer?
9        MS. ALLOR:  Object to the form.
10       THE WITNESS:  Could you be a little more
11 specific, as it relates to my report?
12 BY MR. NYDEGGER:
13   Q.  Well, right now I'm not talking about
14 your report.  I'm just talking about the 569 patent
15 which you reviewed, correct?
16   A.  Correct.
17   Q.  Do you recall that the 569 Patent talks
18 about a thermal spacer?
19   A.  I do.
20   Q.  In fact, you offer opinions about what
21 thermal spacer means in your report, correct?
22   A.  I do.  I do.
23   Q.  And so my question is what is the purpose
24 of the thermal spacer according to what is found in

Page 106

1  the 569 Patent?
2      A.   It's basically to prevent heat transfer
3  so that you don't have the excessive heat to cause
4  the duct to buckle prematurely.
5      Q.   Is that the only function of the spacer
6  that you recall?
7      A.   Well, I mean, the second part of it
8  spacer obviously it provides that -- maintains that
9  inner section of space between the two ducts.
10     Q.   So one of the functions of the spacer is
11  to keep the inner duct liner and the outer casing
12  spaced apart, correct?
13     A.   Correct.
14     Q.   And why is a spacer needed to keep those
15  two components separated from each other?
16         MS. ALLOR:  Object to form.
17         THE WITNESS:  So that you can get
18  insulation in there.
19  BY MR. NYDEGGER:
20     Q.   And what would happen if you took the
21  spacers out?
22     A.   If you took the spacers out, then the
23  ductwork would crush the insulation on the bottom
24  from gravity thus negating some of the insulation

Page 107

1  properties of the insulation.
2      Q.   If we go to Column 6 of the 569 Patent,
3  if you go down to Line 61, do you see the sentence
4  that begins once the thermal spacers 420?
5      A.   I'm looking at 61.  Column 2 you said?
6      Q.   No, Column 6.
7      A.   Column 6, Row 61, Once the thermal
8  spacers are correctly positioned, the spacers are
9  secured or connected to the outer casing panels
10  using staples or screws.  Yeah, I've got a problem
11  with that too but I won't get into that.  Yeah, I
12  see that section, though.
13     Q.   That section reads, Once the thermal
14  spacers 420 are correctly positioned, the spacers
15  420 are secured or connected to the outer casing
16  panels 310 using staples or screws indicated
17  generally by reference 424 in Figure 5C or a
18  suitable adhesive, to ensure that the thermal
19  spacers 420 stay in the desired position for
20  supporting the outer casing panels 310 and
21  maintaining the gap or void so that the insulating
22  material 410 is not unnecessarily compressed or
23  crushed.  So the 569 Patent teaches a person having
24  ordinary skill in the art that one function of the

Page 108

1  spacers is to prevent insulation from being crushed
2  as you mentioned earlier, correct?
3      A.   That is one function, correct.
4      Q.   And so reading that would a person having
5  ordinary skill in the art understand that a
6  compressible installation is an installation that
7  would be compressed if the spacers were removed?
8      A.   Yes.
9      Q.   Are you familiar with what insulation
10  boards are?
11     A.   Yes, my experience with insulation boards
12  is mainly in, like, general ductwork applications
13  where it's basically a semirigid fiberglass type
14  board, but, yeah, you don't want to compress it.  It
15  generally comes in various thicknesses ranging from
16  a half-an-inch on up two-inch thickness.  You know,
17  like I said, you don't want them to compress because
18  you're negating some of that insulating capability
19  because the air gaps are what is your friend when it
20  comes to insulating.
21     Q.   So the air gaps inside those fiberglass
22  insulation boards are what provide a significant
23  portion of the insulated properties of the board,
24  correct?

Page 109

1      A.   That's correct.
2      Q.   And so if the board gets crushed, it
3  loses those air gaps and it can compromise the
4  insulated properties of the board, correct?
5      A.   That's correct.
6      Q.   Is it possible to compress a fiberglass
7  insulation board with your fingers?
8      A.   If you push hard enough.
9      Q.   I mean, it's not like pressing on a pine
10  board that you can't really compress with your
11  fingers, correct?
12     A.   No, it will definitely give.  There's
13  definitely degrees of compressibility that will
14  give.
15     Q.   And would the weight of an inner duct
16  liner compress a fiberglass air duct board if there
17  were no spacers between the inner liner -- the inner
18  ducts and the outer casing?
19     A.   Would it compress it how much?  It really
20  would depend on the size of the ducts.  If you have
21  a really small duct, it probably would not be that
22  noticeable of a compression.  If it was a large
23  duct, obviously due to the weight of the sheet metal
24  you're going to compress more.

28 (Pages 106 - 109)

Page 110

1  Q. Let's take a 4-foot by 4-foot duct is
2  that a size that would be normal to see in a
3  commercial kitchen application?
4  A. 4-feet by 4-feet that's pretty large. I
5  mean, yeah, I guess that would be standard in a
6  commercial but, yeah, something like that would
7  definitely compress the insulation board than you
8  would want it to.
9  Q. And so even if you are using a fiberglass
10 insulation board, it's important to have the spacers
11 to maintain that void because in a duct at least of
12 that size there's a risk that the fiber insulation
13 board would become compressed, correct?
14 A. Yeah, you would definitely want to have
15 some type of spacer in there for sure.
16 Q. So turning to the thermal spacer and its
17 function to prevent heat from being transferred
18 between the inner duct and the outer casing, if the
19 speed with which heat travels from one side of the
20 spacer to another side of the spacer, a thermal
21 property of the spacer?
22 A. Yes.
23 Q. And so assume you have a spacer
24 connecting an inner duct liner and an outer casing

Page 111

1  in an exhaust duct and you want to slow the transfer
2  of heat between the two, what are the different ways
3  in which you could accomplish that?
4       MS. ALLOR: Object to the form.
5       THE WITNESS: You would want to use
6  something with a very low conductivity value as
7  material properties go.
8  BY MR. NYDEGGER:
9  Q. So one method of slowing the transfer of
10 heat through the spacer would be to make the spacer
11 out of a material with a low overall conductivity of
12 heat value, correct?
13 A. That's correct.
14 Q. Is there any other way that you could
15 slow the transfer of heat between the inner duct and
16 the outer casing?
17 A. The only other thing would be to somehow
18 interrupt the path by if you had less surface area,
19 maybe. I guess the more surface area would give you
20 more path for the heat to transmit through. So if
21 you can minimize the surface area of your spacer,
22 then that would also help.
23 Q. Okay. So a second way would be to reduce
24 the surface area. Can you think of any other ways

Page 112

1  you can slow the transfer of heat between the inner
2  duct and the outer casing?
3  A. That's the only two that come to mind.
4  Q. What about making the path longer? Would
5  it slow the transfer of heat if the spacer was in
6  the shape of a coil connecting the inner duct liner
7  and the outer casing as opposed to a straight line?
8  A. If the heat -- yeah, if you figure the
9  space -- well, let me think about that for a second.
10 Obviously the more material that the heat has to go
11 through the slower it will travel. So if you made
12 that path less than a direct path in some kind of
13 coil configuration, yeah, that would definitely slow
14 it down. So, yeah, I'd envision like a coil or
15 something like that slowing it down.
16 Q. So we've talked about at least three
17 different ways you can affect the thermal property
18 of a spacer, correct?
19 A. Correct. Yes.
20 Q. Does the 569 Patent contain a disclaimer
21 that a person of ordinary skill in the art of the
22 569 Patent would understand excludes any of those
23 three different ways to affect heat transfer through
24 a spacer?

Page 113

1  A. It doesn't mention any type of materials
2  being used or any configuration whatsoever. It's
3  totally ambiguous. So it just says to prevent the
4  heat transfer, so I guess they leave it up to the
5  POSA to figure out what it has to be.
6  Q. And so you don't recall reading any
7  disclaimer in the 569 Patent that would tell a
8  person of ordinary skill in the art that he has to
9  use the heat conductivity value of the material or
10 he has to use the shape of the spacer or he has to
11 use the length of the pathway; is that correct?
12 A. No, it just says that it needs to be a
13 thermal spacer in order to prevent heat transfer, so
14 you know.
15 Q. So a person of ordinary skill in the art
16 could employ any one of the three principles we've
17 talked about or others to accomplish that, correct?
18 A. Some more effectively than others, but
19 yeah. In order to prevent the heat transfer I would
20 think, you know, in engineering terms to effectively
21 prevent it, it would have to be a material of low
22 conductivity because regardless of the path, surface
23 area, whatever, you know, if it's made out of
24 something with a high conductivity value, heat is

29 (Pages 110 - 113)

Page 114

 1  still going to travel through it fairly quickly.
 2  You are going to slow it down a little bit by making
 3  it, you know, different shapes and that sort of
 4  thing but it's not going to effect it that much, not
 5  as much as the material itself.
 6      Q.  If you could wait until I ask my question
 7  first, that's kind of the format we are in.  Let me
 8  ask some questions about that.
 9      A.  Okay.  Sorry.
10      Q.  Would the concept of thermal isolation be
11  known and understood by a person of ordinary skill
12  in the art of the 569 Patent?
13      A.  I believe that the term -- yeah, the term
14  of thermal isolation or preventing thermal flow or
15  however it's put, I believe that that would be
16  something that a POSA would understand.
17      Q.  Can you provide me with an example of how
18  a person of ordinary skill in the art of the 569
19  Patent might employ the concept of thermal isolation
20  in making a fire-rated exhaust duct?
21      MS. ALLOR:  Object to the form.
22      THE WITNESS:  Sure.  If we could refer
23  back to where I've given an example.
24      (Brief pause.)

Page 115

 1  BY MR. NYDEGGER:
 2      Q.  Are you going back to Exhibit 78, your
 3  declaration?
 4      A.  Yes, this is Exhibit 78.  I'm trying to
 5  find my example of something good to use in that
 6  situation.  I think it was listed as Exhibit M of
 7  what was submitted to you and I'm trying to find it
 8  in here.  It's basically a silicate-based board that
 9  has very, very low conductivity which would be a
10  very good example of something to use in that
11  situation.  I can't seem to find it here, but that's
12  basically what it is.  I'm still not seeing it,
13  though.
14      Q.  You mentioned that using a -- was it a
15  calcium silicate board?
16      A.  Yeah, the example that I was using in my
17  report was a calcium silicate board.  I'm trying to
18  find the actual caption here.  Here it is.  So it's
19  in Section 83.  It's near the end of the report.
20  But, yeah, if you look at the conductivity value of
21  that, you know, with respect to something like sheet
22  metal, it basically reduces the amount of
23  conductivity by a magnitude of 50, roughly.  So that
24  to me would be a good example of a thermal spacer

Page 116

 1  that prevents that heat transfer that you are going
 2  for there.
 3      Q.  So now heat still transfers through a
 4  calcium silicate insulation board, correct?
 5      MS. ALLOR:  Object to form.
 6      THE WITNESS:  Very small amount.  I mean,
 7  probably almost undetectable depending on the -- I
 8  guess, it would depend on the temperature
 9  differences between the two surfaces and the, you
10  know, dimensions of the spacer and the length of the
11  path it has to travel, but it would be very small,
12  put it that way.
13  BY MR. NYDEGGER:
14      Q.  It would, as you say, depend on all those
15  different variables, the length of the path, the
16  temperature difference between the inner duct and
17  the outer casing and so forth, correct?
18      A.  Correct.
19      Q.  So, for example, if you had a calcium
20  silicate insulation board that was next to the inner
21  duct liner and the inner duct liner was at
22  2000 degrees and the boards -- the calcium silicate
23  spacer was two millimeters thick and then you had on
24  the other side the outer casing, the heat transfer

Page 117

 1  would probably be pretty detectable, correct?
 2      MS. ALLOR:  Object to the form.
 3      THE WITNESS:  No, that's not a good
 4  example.  If it was two millimeters thick, it
 5  wouldn't be a spacer.  It would collapse upon
 6  itself.  If you wanted to use something a little
 7  more realistic, if it were to say -- I mean, you're
 8  basically trying to keep the ducts apart.  I would
 9  think in reality it would have to be at least
10  three-inches thick and something that thick would
11  have negligible heat transfer through it.
12  BY MR. NYDEGGER:
13      Q.  I'm posing a hypothetical.  And in the
14  hypothetical, I mean, even if it's two or three
15  millimeters thick, it could be long so there's a
16  long surface area so that it does not collapse on
17  itself and it would maintain some space between the
18  two but it would not effectively prevent the
19  transfer of heat, correct, just because it's not
20  properly configured, correct?
21      MS. ALLOR:  Object to the form.
22      THE WITNESS:  Well, that's a strange
23  hypothetical and I guess in that case some heat
24  would definitely get through.

Page 118

BY MR. NYDEGGER:
  Q.  And at the same time I could create a metal spacer that would be, you know, let's say 18 inches so the metal -- or so the inner duct liner and the outer casing are 18 inches apart and the temperature difference is 10 degrees between the two and would effectively prevent the transfer of heat in that situation, correct?
       MS. ALLOR:  Object to the form.
       THE WITNESS:  Yeah, I guess so.
BY MR. NYDEGGER:
  Q.  So the point is that you would agree with me, wouldn't you, that the ability to effectively prevent the transfer of heat depends on a number of factors not just the low conductivity of heat value, correct?
       MS. ALLOR:  Object to the form.
       THE WITNESS:  I would agree that the heat conductivity value is the determining factor and that the hypothetical that you're giving are not realistic in a nature.  That's all I can agree to.
       The spacer has to actually keep the ducts apart.  So, you know, in your first hypothetical, you know, just doesn't hold water.

Page 119

And in the second hypothetical you're not going to have 18 inches of space between the two ducts because then it does not become a commercially viable product.  You know, it's too expensive to make, it's too bulky and nobody is going to buy it and again it's not a good hypothetical.  But, you know, to answer your question from a technical sense, sure, why not.
BY MR. NYDEGGER:
  Q.  So would you agree that a person of ordinary skill in the art of the 569 Patent would not read thermal isolation as used in the claims to require absolute thermal isolation?
  A.  I think it would read it to mean that it needs to effectively prevent any heat transfer which means that it's almost nonmeasurable.  It's at a level so slow that it's not measurable.
  Q.  My question is different.  My question is whether a person having ordinary skill in the art of the 569 Patent, would understand thermal isolation as used in the 569 Patent to mean absolute thermal isolation?
  A.  Well, the fact that it says that it prevents heat transfer I would say yes because he's

Page 120

going by what's in the patent.
  Q.  Does the patent say that it prevents heat transfer?
  A.  It does, yes.
  Q.  Could you point me to that in the patent?
  A.  It's actually in the amendment to the patent.
  Q.  So it's in the patent or no?
  A.  It's in the amendment to the patent.  It was added later.
  Q.  I think we're having a semantic problem.  So the patent -- I understand that the patent is just the document that's published as the 569 Patent?
  A.  Yes.
  Q.  Do you understand that?
  A.  Yes, I understand that.
  Q.  And then do you understand that there's a prosecution history to the patent; do you understand that?
  A.  Yes, I went through that.
  Q.  And what do you understand the prosecution history to be?
  A.  Prosecution history basically gives the

Page 121

patent office either the right to deny or issue a patent based on problems that it sees in the way that the language is worded in the patent.  One of the problems that they have with the language, from what I can tell anyway, was the part about limiting transfer of heat so they had to change that to preventing transfer of heat and this is going by memory, all of this is going by memory.  So they changed it to the thermal spacer to prevent the transfer of heat in order to get it over that hurdle so that it was not in such ambiguous terms.  So that's what I'm referring to when I say that it has to prevent the thermal transfer of heat.
  Q.  Was it your understanding that the actual claim language was modified to state preventing the thermal transfer of heat?
  A.  Yeah, I said that in my Section 82.
  Q.  In Paragraph 82 you're quoting a section from the prosecution history but that is not a quotation from the patent itself; do you understand that?
  A.  Yes.
  Q.  And so do you understand that the claim language in the 569 Patent does not state the phrase

31 (Pages 118 - 121)

Page 122

1  prevent the thermal transfer of heat?
2      A.  I guess I'm a little bit fuzzy because I
3  was under the impression that those documents were
4  part of the patent history and, therefore, became
5  part of the patent itself, is that not correct?
6      Q.  That is not correct.  They are part of
7  the -- the prosecution history is part of the file,
8  the intrinsic evidence, but the patent itself is
9  only the documents that are published as the actual
10 patent.  Now that you know that does that change
11 your opinion about what the thermally isolating
12 means as used in the plain language of the 569
13 Patent?
14     A.  It doesn't really change my whole like,
15 you know, report or whatever because that was based
16 on looking at it from -- through the eyes of an
17 engineer where, you know, if you're saying that, you
18 know, we are just trying to limit something, what
19 are their parameters, you know.  But if you say
20 you're going to try to prevent something, then
21 you're effectively preventing it.  Those are terms
22 that I can wrap my mind around as an engineer and
23 that's much more clear and conscience as far as
24 actually being able to design an actual product

Page 123

1  around.  If you just say something has to limit
2  something and don't give any context or range, that
3  doesn't give enough information.  I think in the
4  original verbiage it had said something about just
5  limiting rather than preventing heat transfer I
6  believe and that's also going by memory.
7      Q.  Well, I will inform you that the claim
8  language did not contain the phrase limiting the
9  transfer of heat and the claim language does not
10 contain the words prevent the thermal transfer of
11 heat.  The only words in the claim are thermally
12 isolating; do you understand that?
13     A.  Well, I understand thermally isolating
14 means that you are basically trying to keep heat
15 from getting through, therefore, you are preventing
16 heat transfer.
17     Q.  Is limiting heat transfer also thermal
18 isolating?
19     A.  I mean, if you are limiting it, how much
20 are you limiting it?  That's not a term that's a
21 quantitative value, I guess; whereas if you say
22 prevent, that gives something to hang your hat on as
23 far as we don't want heat transfer period, rather
24 than, all right, oh, a little bit, swag it.  That's

Page 124

1  not how engineering works.
2      Q.  But preventing the thermal transfer of
3  heat period is a physical impossibility, correct?
4      A.  Correct.
5      Q.  So a person having ordinary skill in the
6  art wouldn't understand thermally isolating to
7  require preventing the thermal transfer of heat,
8  correct?
9      A.  Normally isolating to mean -- well, I
10 think a person would just take that to mean that you
11 didn't want any heat transfer.  I mean, just kind of
12 looking at it from the mind of someone, you know,
13 pretty much putting myself in a POSA's shoes, if you
14 said thermally isolating, I would think that you
15 would want -- whatever you want to thermally isolate
16 I would think that you're trying to keep as much
17 heat away from it as possible, therefore, preventing
18 heat transfer.  I mean, that's just the way I'm
19 looking at it.
20     Q.  Well, if you are trying to keep the heat
21 transfer as low as possible, aren't you then
22 limiting the heat transfer?
23         MS. ALLOR:  Object to the form.
24         THE WITNESS:  By definition you are.

Page 125

1  BY MR. NYDEGGER:
2      Q.  And you agree with me that preventing
3  thermal heat transfer literally is a physical
4  impossibility, correct?
5      A.  Except in a vacuum, that's correct.
6      Q.  So as far as the application of the 569
7  Patent goes, we're not dealing with vacuums,
8  correct?
9      A.  Correct.
10     Q.  So as far as the 569 Patent is concerned,
11 preventing the thermal transfer of heat is a
12 physical impossibility, correct?
13         MS. ALLOR:  Object to the form.
14         THE WITNESS:  Preventing it 100 percent
15 but you could effectively prevent it provided the
16 correct materials are used.
17 BY MR. NYDEGGER:
18     Q.  You agree with me that a person of skill
19 in the art would not read that to require preventing
20 the thermal transfer of heat 100 percent, correct?
21     A.  I think that's a fair assumption because,
22 yeah, you can't stop it all together, that's
23 correct, but you can effectively prevent it.
24     Q.  So now that we've agreed that a person

32 (Pages 122 - 125)

Page 126

1  skilled in the art would not understand thermally
2  isolating to require preventing 100 percent of the
3  thermal transfer of heat, we are now to a matter of
4  degree; isn't that correct?
5      MS. ALLOR: Object to form.
6      THE WITNESS: Yeah, but you want to try
7  to give that person enough information to where they
8  don't have to guess at what degree we are dealing
9  with. Because if you are just saying you want to
10 limit it, that's not the same as we're trying to
11 prevent it or effectively prevent it, though, it's
12 still two different things in my mind.
13 BY MR. NYDEGGER:
14     Q. But they are both now dealing with --
15 it's a matter of degree because neither one is
16 100 percent. So the question becomes, well, how
17 much is considered to be effectively preventing
18 under your understanding, correct?
19     A. Right.
20     Q. And if you are talking about limiting the
21 transfer of heat, the question is the same, it's,
22 well, how much or to what degree you have to limit
23 the transfer of heat, correct?
24     MS. ALLOR: Object to the form.

Page 127

1      THE WITNESS: So what's the question?
2  I'm sorry.
3  BY MR. NYDEGGER:
4      Q. It's the same question but I just asked
5  with regard to preventing the thermal transfer of
6  heat. Limiting the thermal transfer of heat is a
7  matter of degree. A person with ordinary skill in
8  the art would have to determine to what degree the
9  heat would need to be limited, correct?
10     MS. ALLOR: Object to the form.
11     THE WITNESS: Correct.
12 BY MR. NYDEGGER:
13     Q. And a person of ordinary skill in the art
14 having read the entirety of the 569 Patent would
15 understand that this patent deals with fire-rated
16 exhaust ducts, correct?
17     MS. ALLOR: Object to the form.
18     THE WITNESS: Correct.
19 BY MR. NYDEGGER:
20     Q. And in order to be a fire-rated exhaust
21 duct, the exhaust duct must pass some fire resistant
22 standard test, correct?
23     A. Correct.
24     Q. And so wouldn't the requirements of the

Page 128

1  fire resistant standard test inform a person of
2  ordinary skill in the art what degree to which the
3  thermal transfer must be limited or prevented?
4      MS. ALLOR: Object to the form.
5      THE WITNESS: Well, I think just based on
6  the fact that they know that it's fire rated and
7  don't have to pass one of these tests, that would be
8  yet another reason to use a material that would
9  effectively prevent heat transfer because you don't
10 want it to fail right there where the spacer is at
11 just because more heat is being channeled through
12 that member rather than through the insulation and
13 through the spacer.
14 BY MR. NYDEGGER:
15     Q. A person of ordinary skill in the art
16 would not want to cause failure at the point of the
17 spacer because too much heat is being transferred
18 through the spacer, correct?
19     A. Right.
20     Q. And so because of that a person of
21 ordinary skill in the art would also understand that
22 the spacer must limit the heat enough that the
23 spacer doesn't become a failure point by
24 transferring too much heat, correct?

Page 129

1      MS. ALLOR: Object to the form.
2      THE WITNESS: Yes, and that would also
3  tell me that it would need to use something along
4  the lines of the example I put in earlier due to
5  that conductivity value because the insulation is
6  going to have a similar conductivity value. And if
7  the conductivity value is any higher than that, then
8  it would not limit in any degree the amount of heat
9  transfer.
10 BY MR. NYDEGGER:
11     Q. Well, but you've already agreed with me
12 that we can limit the heat transfer through at least
13 three different methods, correct?
14     A. But it's going to go through faster than
15 the insulation and then you've got hotspots at every
16 spacer, correct, so that's your fail point. So
17 what's going to fail first is the weakest link,
18 right, well, there's your hotspots, there's your
19 failure points. If your spacer is less wide than a
20 meter K, then your insulation -- if they are more.
21 I'm sorry. I thinking of it inversely -- the more
22 heat is going to transfer through those and so
23 that's going to be your failure point. So a POSA is
24 going to use something with at least that

33 (Pages 126 - 129)

Page 130

1  conductivity value or greater or less so that you
2  don't have those hotspots and you don't have those
3  failures.
4      Q.  So the person of ordinary skill in the
5  art would understand that the thermal spacer has to
6  thermal isolate to the degree that it does not
7  transfer heat faster than the heat goes through the
8  insulation, correct?
9      A.  Correct.
10     Q.  Because otherwise the spacer becomes a
11 hotspot and a fail point during the test, correct?
12         MS. ALLOR:  Objection to the form.
13         THE WITNESS:  Correct.
14         MR. NYDEGGER:  No further questions.  I
15 have concluded.
16         MS. ALLOR:  Can we take a break then?
17         MR. NYDEGGER:  Yes.  Let's come back at
18 20 after.
19         MS. ALLOR:  Thanks.
20             (WHEREUPON, a break
21             was taken.)
22         C R O S S - E X A M I N A T I O N
23 BY MS. ALLOR:
24     Q.  Mr. Cheek, have you ever been an expert

Page 131

1  in a patent case before.
2      A.  No, this is my first patent case.
3      Q.  So you don't have any familiarity with
4  what a patent specification looked like or the
5  procedure about the file history until this case; is
6  that correct?
7      A.  Yeah, as evidenced by my performance thus
8  far, yes, that's correct.
9      Q.  But you understand that the claims of the
10 patent are what defines the invention; is that
11 correct?
12     A.  Yeah, I do understand that, yes.
13     Q.  And in those claims if we look at
14 exhibit -- Exhibit 25 is the 569 Patent, if you can
15 look at that?
16     A.  Okay.
17     Q.  And the claims are at the very end; do
18 you see that?
19     A.  Yes.
20     Q.  And you've reviewed these claims before;
21 is that correct?
22     A.  That's correct.
23     Q.  And do those claims -- does it say
24 anywhere in the claims that the exhaust duct

Page 132

1  that is at issue here is factory fabricated as
2  Mr. Nydegger said earlier?
3         MR. NYDEGGER:  Objection, leading.
4         THE WITNESS:  No, it does not.
5  BY MS. ALLOR:
6      Q.  So the claims don't cover a factory-
7  fabricated exhaust duct in your opinion?
8         MR. NYDEGGER:  Objection, leading.
9         THE WITNESS:  In my opinion that does not
10 explicitly state that in so many words, that's
11 correct.
12 BY MS. ALLOR:
13     Q.  Now, earlier you were talking to
14 Mr. Nydegger about insulation; do you remember that?
15     A.  Yes.
16     Q.  And if we are talking about insulation
17 that is used in an application for an exhaust duct
18 and if I said to you we want to use a compressible
19 insulation, what would that mean to you as a person
20 of skill in the art?
21     A.  That would mean some type of batt
22 insulation that's made up of fiberglass, kind of the
23 pink squishy stuff, that's the most common type used
24 that you see in residential areas.

Page 133

1      Q.  If someone said we wants to use
2  compressible insulation, would you think that they
3  were referring to a solid board insulation?
4      A.  Absolutely not.
5      Q.  And why not?
6      A.  Because the board insulation it's board
7  and you want it to maintain its thickness because if
8  it gets crushed or pressed, it losses some of those
9  insulated properties which negates the whole reason
10 for having insulation.  It's a no-no in the HVAC
11 world.
12     Q.  Even though you stated earlier that you
13 could sort of compress it with your fingers, the
14 insulation board, that's not something that you
15 would think of if someone asked you to apply a
16 compressible insulation; is that correct?
17         MR. NYDEGGER:  Objection, leading.
18         THE WITNESS:  Yes, it's not.
19 BY MS. ALLOR:
20     Q.  So what kind of insulation would you
21 think of if someone says please apply a compressible
22 insulation in between the void here for the exhaust
23 duct?
24     A.  It would have to be some type of batt

34 (Pages 130 - 133)