UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| DURASYSTEMS BARRIERS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Consolidated Case No. 1:19-cv-01388- |
| | ) | SLD-JEH |
| VAN-PACKER CO. & JEREMIAS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ON INJUNCTIVE RELIEF

On March 31, 2023, the Court granted Plaintiff's motion of summary judgment on the issue of direct infringement of claims 3, 6, 10-13, 16, 19, and 20 (the "Asserted Claims") of U.S. Patent No. 10,024,569 (the "'569 Patent") as to Van-Packer's GRZ Grease Duct System and Jeremias' DWGD-RZ Grease Duct System (the GRZ and DWGD-RZ Grease Duct Systems collectively the "Accused Products"). Mar. 31, 2023 Order, ECF No. 85. Following that summary judgment order, the parties have stipulated to a permanent injunction. *See* Joint Motion for Dismissal and Entry of Judgment Pursuant to 28 U.S.C. § 1292(c)(2) 2, ECF No. 93. The parties request that enforcement of the permanent injunction be stayed, pending completion of Defendants' forthcoming appeal. *Id.* The Court's findings of direct literal infringement and the parties' stipulations justify such an injunction. *See* 35 U.S.C. § 283 ("The several courts having jurisdiction of cases under this title may grant injunctions in accordance with the principles of equity to prevent the violation of any right secured by patent, on such terms as the court deems reasonable."); *cf. eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006) (describing the standard for permanent injunctions in patent disputes).

1

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1.     Defendants, their officers, agents, servants, employees, and all persons acting in active concert or participation with them who receives actual notice of this injunction by personal service or otherwise, is hereby permanently enjoined from directly or indirectly making, having made, using, selling, advertising, manufacturing, importing, or distributing the Accused Products, or any colorable imitation thereof, which infringes, literally or equivalently, the Asserted Claims of the '569 Patent until the '569 Patent expires or is no longer in force.

2.     Enforcement of this permanent injunction is stayed, pending the completion of Defendant's forthcoming appeal to the Federal Circuit.

Entered this 18th day of January, 2024.

s/ Sara Darrow<br>
SARA DARROW<br>
CHIEF UNITED STATES DISTRICT<br>
JUDGE