# UNITED STATES DISTRICT COURT
–for the
Central District of Illinois

| | |
|---|---|
| DuraSystems Barriers Inc., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Consolidated Case No.** 1:19-cv-01388-SLD-JEH |
| ) | |
| Van-Packer Co. & Jeremias, Inc., ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Van-Packer Co.'s GRZ Grease Duct System and Defendant Jeremias, Inc.'s DWGD-RZ Grease Duct System (collectively the "Accused Products") directly infringe claims 3, 6, 10–13, 16, 19, and 20 ("Asserted Claims") of U.S. Patent No. 10,024,569 ("'569 Patent").

Defendants, their officers, agents, servants, employees, and all persons acting in active concert or participation with them who receives actual notice of the injunction in this case by personal service or otherwise, is hereby permanently enjoined from directly or indirectly making, having made, using, selling, advertising, manufacturing, importing, or distributing the Accused Products, or any colorable imitation thereof, which infringes, literally or equivalently, the Asserted Claims of the '569 Patent until the '569 Patent expires or is no longer in force.

**Dated: 1/19/2024**

AJKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court