AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK  Clerk, U. |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of Illinois__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:19-cv-01388 | DATE FILED<br>12/3/2019 | U.S. DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| PLAINTIFF<br>DURASYSTEMS BARRIERS, INC. | | DEFENDANT<br>VAN-PACKER CO. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,976,768 | 5/22/2018 | DuraSystems |
| 2 | 10,024,569 | 7/17/2018 | DuraSystems |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**  IT IS ORDERED AND ADJUDGED that Defendant Van-Packer Co.'s GRZ Grease Duct System and Defendant Jeremias, Inc.'s DWGD-RZ Grease Duct System (collectively the "Accused Products") directly infringe claims 3, 6, 10–13, 16, 19, and 20 ("Asserted Claims") of U.S. Patent No. 10,024,569 ("'569 Patent").

   Defendants, their officers, agents, servants, employees, and all persons acting in active concert or participation with them who receives actual notice of the injunction in this case by personal service or otherwise, is hereby permanently enjoined from directly or indirectly making, having made, using, selling, advertising, manufacturing, importing, or distributing the Accused Products, or any colorable imitation thereof, which infringes, literally or equivalently, the Asserted Claims of the '569 Patent until the '569 Patent expires or is no longer in force.

| CLERK<br>*[signature]* | (BY) DEPUTY CLERK<br>s/ J. Jenks-Kelly | DATE<br>5/28/2024 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy